# Exhibit 5

# Exhibit 5

# THEORY



## 808 Heartbreak Neon Light

$399.00

| Sold out |
|---|

808 HEARTBREAK NEON LIGHT is now available, giving you the chance to add this highly coveted one into your exclusive collection.

Size: 64x48cm

Share: FACEBOOK  TWEET  PINTEREST

## You may also like









BLACK ACRYLIC TRAY
$149.00

BLACK MAKEUP TRAY
$149.00 $89.00

FRENCH SOCK SET WITH BOX
$149.00

ORANGE THROW BLANKET
$299.00

| Write a review |
|---|

Subscribe to our newsletter to receive special offers and first look at new products.

Email address       SUBSCRIBE →

## PENTHOUSE THEORY

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us



# THEORY



## ASAP Rocky Canvas

$40.00

Size:

8x12  12x18  16x24  20x30  24x36  32x48

Depth:

.75  1.25

Add to cart →

Buy it now →

**Rectangle Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang - Mounting hardware comes attached.
- Leveling Bumpers Included - For wall protection.
- Semi-Gloss Print - Increased vibrancy of artwork.
- Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.
- Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share:  FACEBOOK  TWEET  PINTEREST



Receive special offers and first look at new products.

Email address                    SUBSCRIBE →

×





Receive special offers and first look at new products.

Email address                    SUBSCRIBE →





# THEORY



## BEARBRICK RUG

$129.00

Color:

1 2 3 4 5 6

Add to cart →

Buy it now →

120x60cm

Share:  FACEBOOK  TWEET  PINTEREST



Receive special offers and first look at new products.

Email address                    SUBSCRIBE →                    ✕







✕

Receive special offers and first look at new products.

Email address          SUBSCRIBE →



Receive special offers and first look at new products.

Email address          SUBSCRIBE →

×



×

Receive special offers and first look at new products.

Email address                                    SUBSCRIBE →



## You may also like







BLACK ACRYLIC TRAY
$149.00

BLACK MAKEUP TRAY
$149.00 $89.00

FRENCH SOCK SET WITH BOX
$149.00

ORANGE THROW BLANKET
$299.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address         SUBSCRIBE →

## PENTHOUSE THEORY

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us



# THEORY



## Covering KAWS Neon Light

$449.00

| Sold out |
| --- |

This custom-made LED neon sign is lit and built to last. The light comes in a pink variant and features the iconic box logo sign in a moody glow.

Make a statement and design the mood of any room with this amazing neon sign sure to create the vibe you've always wanted!

Mounting materials included.

Size: 60x84cm

Share:  FACEBOOK  TWEET  PINTEREST

## You may also like







| BLACK ACRYLIC TRAY | BLACK MAKEUP TRAY | FRENCH SOCK SET WITH BOX | ORANGE THROW BLANKET |
| --- | --- | --- | --- |
| $149.00 | $149.00 $89.00 | $149.00 | $299.00 |

| Write a review |
| --- |

Subscribe to our newsletter to receive special offers and first look at new products.

Email address     SUBSCRIBE →

## PENTHOUSE THEORY

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us

© 2021, THEORY.
All Rights Reserved.






# THEORY



### KAWS BEARBRICK - 400%

$149.00

Size:

400%

Add to cart →

Buy it now →

Share:  FACEBOOK    TWEET    PINTEREST



You may also like

# THEORY



### Kaws Brian Canvas

$40.00

Size:

<u>8x12</u>  12x18  16x24  20x30  24x36  32x48

Depth:

<u>.75</u>  1.25

| Add to cart → |
|---|

| Buy it now → |
|---|

**Rectangle Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang - Mounting hardware comes attached.
- Leveling Bumpers Included - For wall protection.
- Semi-Gloss Print - Increased vibrancy of artwork.
- Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.
- Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share:  FACEBOOK  TWEET  PINTEREST



# THEORY



### Kaws Dragon Ball Canvas

$40.00

Size:

<u>8x12</u>  12x18  16x24  20x30  24x36  32x48

Depth:

<u>.75</u>  1.25

Add to cart →

Buy it now →

**Rectangle Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang - Mounting hardware comes attached.
- Leveling Bumpers Included - For wall protection.
- Semi-Gloss Print - Increased vibrancy of artwork.
- Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.
- Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share:  FACEBOOK  TWEET  PINTEREST



# THEORY





## Kaws Dragon Ball Z Jeep Canvas

$36.00

Size:

<u>8x8</u>  10x10  14x14  16x16  24x24  36x36  40x40

Depth:

<u>.75</u>  1.25

| Add to cart → |
|---|
| Buy it now → |

**Square Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang - Mounting hardware comes attached.
- Leveling Bumpers Included - For wall protection.
- Semi-Gloss Print - Increased vibrancy of artwork.
- Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.
- Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share:  FACEBOOK   TWEET   PINTEREST



Receive special offers and first look at new products.

Email address          SUBSCRIBE →



Receive special offers and first look at new products.

Email address                    SUBSCRIBE →

✕



# CANVAS **FEATURES**





Wood Stretch Bars    Wall Protection    Mounting Hardware



# THEORY



### Kaws Elmo Contemporary Canvas

$40.00

Size:

8x12  12x18  16x24  20x30  24x36  32x48

Depth:

.75  1.25

| Add to cart → |
|---|

| Buy it now → |
|---|

**Rectangle Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang - Mounting hardware comes attached.
- Leveling Bumpers Included - For wall protection.
- Semi-Gloss Print - Increased vibrancy of artwork.
- Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.
- Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share:  FACEBOOK  TWEET  PINTEREST



# THEORY



## Kaws Family Guy Canvas

$40.00

Size:

<u>8x12</u>  12x18  16x24  20x30  24x36  32x48

Depth:

<u>.75</u>  1.25

| Add to cart → |
| Buy it now → |

### Rectangle Canvas Wrap

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang - Mounting hardware comes attached.
- Leveling Bumpers Included - For wall protection.
- Semi-Gloss Print - Increased vibrancy of artwork.
- Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.
- Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share: FACEBOOK  TWEET  PINTEREST



# THEORY



## Kaws Krusty Canvas

$40.00

Size:

8x12  12x18  16x24  20x30  24x36  32x48

Depth:

.75  1.25

Add to cart →

Buy it now →

**Rectangle Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang - Mounting hardware comes attached.
- Leveling Bumpers Included - For wall protection.
- Semi-Gloss Print - Increased vibrancy of artwork.
- Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.
- Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share:  FACEBOOK  TWEET  PINTEREST



# THEORY



### KAWS Minjun Toy

$149.00

Add to cart →

Buy it now →

Share:  FACEBOOK  TWEET  PINTEREST



You may also like

# THEORY



JIGSAW PUZZLE

KAWS NGV

## KAWS NGV SNOOPY JIGSAW PUZZLE

$99.00

Style:

__1000 PIECES__

| Add to cart → |
| Buy it now → |

Perfect for a gift, or you could even frame it up after fixing all the pieces.

KAWS NGV SNOOPY JIGSAW PUZZLE is now available.

- 1000 pieces jigsaw puzzle



Share: FACEBOOK  TWEET  PINTEREST

## You may also like







BLACK ACRYLIC TRAY
$149.00

BLACK MAKEUP TRAY
$149.00 $89.00

FRENCH SOCK SET WITH BOX
$149.00

ORANGE THROW BLANKET
$299.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address    SUBSCRIBE →

## PENTHOUSE THEORY

# THEORY



## KAWS PINOCCHIO
$179.00

| Add to cart → |
|---|

| Buy it now → |
|---|

Share:  FACEBOOK   TWEET   PINTEREST

## You may also like









JAVIER CALLEJA "NO ART HERE" FIGURE
$299.00

CROW HEART PILLOW
$249.00

ANDY WARHOL OJ SIMPSON CANVAS
FROM $36.00

BLACK ACRYLIC TRAY
$149.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address     SUBSCRIBE →

## PENTHOUSE THEORY

# THEORY



**Kaws Sketch Canvas**

$40.00

Size:

<u>8x12</u>  12x18  16x24  20x30  24x36  32x48

Depth:

<u>.75</u>  1.25

| Add to cart → |
|:---:|

| Buy it now → |
|:---:|

**Rectangle Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang - Mounting hardware comes attached.
- Leveling Bumpers Included - For wall protection.
- Semi-Gloss Print - Increased vibrancy of artwork.
- Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.
- Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share: FACEBOOK  TWEET  PINTEREST



# THEORY



### KAWS Sorayama Figure

$499.00

Add to cart →

Buy it now →

20x14x35cm

Share:  FACEBOOK   TWEET   PINTEREST



You may also like



☰ **THEORY** 🔍 🛍



### Kaws Stewie Canvas

$40.00

Size:

<u>8x12</u>  12x18  16x24  20x30  24x36  32x48

Depth:

<u>.75</u>  1.25

| Add to cart → |
| Buy it now → |

**Rectangle Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang - Mounting hardware comes attached.
- Leveling Bumpers Included - For wall protection.
- Semi-Gloss Print - Increased vibrancy of artwork.
- Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.
- Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share:  FACEBOOK  TWEET  PINTEREST



# THEORY





## ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY

$59.00

Color:

<u>WHITE</u>  RED  BLACK



Add to cart →

Buy it now →

Hooking up with Gallery 1950, Original Fake has released their collabo ashtrays in a solid black, white or red ceramic finish.

Even though they have a specific purpose, the pieces can definitely be used for decorating the crib or if you decide that smoking is cool while the items are en route to your home.

KAWS CERAMIC ASHTRAY now available.

- 16cm x 4cm





Share:  FACEBOOK  TWEET  PINTEREST



✕

Receive special offers and first look at new products.

Email address          SUBSCRIBE →





You may also like

# THEORY



## Snoop Kawaii Plush Toy

$49.00

color:

white   black

Add to cart →

Buy it now →

Snoop Kawaii Plush Toy

white & black

Share:   FACEBOOK   TWEET   PINTEREST



# THEORY



## White Trooper Rug

$199.00

Size:

<u>S (60x120cm)</u>  M (100x200cm)

Add to cart →

Buy it now →

The White Brooklyn Trooper Rug is an epic crossover between street art and space wars.

The Brooklyn Trooper-shaped rug comes in a white variant with black detailing.

Don't miss out.

Size:

S - 23.62 x 47.24 in (60x120cm)

M - 39.37 x 78.74 in (100x200cm)

Share:  FACEBOOK   TWEET   PINTEREST



You may also like

# THEORY

1 result for "kaws 4ft passing through"

kaws 4ft passing through



KAWS 4FT PASSING THROUGH
$3,999.00

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    SUBSCRIBE →

## PENTHOUSE THEORY

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us

© 2021, THEORY.
All Rights Reserved.

    

☰                    **THEORY**                    👤 🔍 🛍️

1 result for "kaws what party"

🔍   kaws what party



KAWS WHAT PARTY
$179.00

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          SUBSCRIBE →

**PENTHOUSE THEORY**

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us

📷 ✉️

© 2021, THEORY.
All Rights Reserved.

    

# THEORY

1 result for "kaws x sesame street plushies"

kaws x sesame street plushies



KAWS X SESAME STREET PLUSHIES
FROM $59.00

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    SUBSCRIBE →

## PENTHOUSE THEORY

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us



© 2021, THEORY.
All Rights Reserved.

    

# THEORY

1 result for "kaws: bff companion figures"

🔍  kaws: bff companion figures



KAWS: BFF COMPANION FIGURES
$149.00

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                SUBSCRIBE →

## PENTHOUSE THEORY

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us

© 2021, THEORY.
All Rights Reserved.






# THEORY

1 result for "kaws:holiday plushies"

 kaws:holiday plushies



KAWS:HOLIDAY PLUSHIES
$99.00

Subscribe to our newsletter to receive special offers and first look at new products.

Email address     SUBSCRIBE →

## PENTHOUSE THEORY

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us

© 2021, THEORY.
All Rights Reserved.




