# Exhibit 7

# Exhibit 7

MONEY BACK GUARANTEE

HIDEOUT.NYC

0

Home  >  Coconut V2.0



# Coconut V2.0

$59.00

Product parameters: Brand: Ronnia Function: breathable Size: 36 37 38 39 40 41 42 43 44 45 46 Pattern: graffiti Style: youth...

36

H3101 Eyes

1

Subtotal $59.00

ADD TO CART

ADD TO WISHLIST

BUY IT NOW

FREE SHIPPING ON ALL ORDERS

HIDEOUT.NYC

0

Home  >  KAWS Backpack



# KAWS Backpack

$129.00

Pink

1

Subtotal $129.00

ADD TO CART          ADD TO WISHLIST

BUY IT NOW

MONEY BACK GUARANTEE

HIDEOUT.NYC                                                    0

Home  >  KAWS BAPESTA Powder



# KAWS BAPESTA Powder

$299.00

**Fresh Bapestas**

37.5

White Powder

1

Subtotal $299.00

ADD TO CART                    ADD TO WISHLIST

BUY IT NOW

FREE SHIPPING ON ALL ORDERS

𝓗𝓲𝓭𝓮𝓸𝓾𝓽.𝓝𝓨𝓒                                    0

Home  >  KAWS BAPESTA



**KAWS BAPESTA**

$238.00

41-44 sz

| 41 |

| White Gray |

| 1 |

Subtotal $238.00

ADD TO CART                    ♡ ADD TO WISHLIST

BUY IT NOW

FREE SHIPPING ON ALL ORDERS

HIDEOUT.NYC

0

Home  >  Kaws Birkin Bag



New

# Kaws Birkin Bag

$199.00

**Brand:** HNY Texture: cotton Closed way: cover type Style: European and American fashion Condition: New

(SM) 40cm

1

Subtotal $199.00

ADD TO CART

ADD TO WISHLIST

BUY IT NOW

FREE SHIPPING ON ALL ORDERS

HIDEOUT.NYC                               0

Home  >  Original Companion Slides



# Original Companion Slides

$49.00

Original Companion Slides US size 5-12

US 6 (37)

Green

1

Subtotal $49.00

ADD TO CART          ADD TO WISHLIST

BUY IT NOW