# Exhibit 8

# Exhibit 8



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / 808 HEARTBREAK NEON LIGHT





### 808 HEARTBREAK NEON LIGHT

**$499.00**

☆☆☆☆☆

**Only 2 left!**
1 person is viewing this,
4 recently purchased it and
3 have it in their cart.

Quantity:

1

Add to Cart    Add to Wish List



---

**Description**

808 HEARTBREAK NEON LIGHT is now available, giving you the chance to add this highly coveted one into your exclusive collection.

- 60cm x 60cm
- Can be customised to any size



Write a Review

Reviews    0





## THE PENTHOUSE THEORY.

BEST SELLERS     NEW RELEASES     FOR THE HOME     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / KAWS 4FT ASTROBOY



# KAWS 4FT ASTROBOY

**$2,199.00**

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
2 people have it in their cart.

Quantity:

[ − ] 1 [ + ]

Add to Cart     Add to Wish List ⌄





### Description

One of the most OG collab ever......

KAWS 4FT ASTROBOY is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

☆☆☆☆☆



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / **KAWS 4FT BFF FIGURE**



### KAWS 4FT BFF FIGURE

**$2,299.00**

☆☆☆☆☆

**Only 6 left!**
1 person is viewing this and
5 people have it in their cart.

Quantity:
1

Add to Cart    Add to Wish List

    

| Description |
| --- |

KAWS 4FT DIOR BFF FIGURE is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

We can also custom 6FT KAWS for you. (1.8m tall)

Do note that this is a fully-custom made to order item which requires 5-7 days of production.



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / KAWS 4FT COMPANION



## KAWS 4FT COMPANION

$1,899.00

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
9 have it in their cart.

Color: **(Required)**

Choose Options

Quantity:
⌄  1  ⌃

Add to Cart          Add to Wish List ⌄

### Description

KAWS 4FT COMPANION FIGURES are now available in four colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm





THE PENTHOUSE THEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / **KAWS 4FT OPEN FLAYED DISSECTED COMPANION**



### KAWS 4FT OPEN FLAYED DISSECTED COMPANION

$1,899.00 – $1,999.99

★★★★★ 4 reviews

**Limited stock!** 🔥
4 people are viewing this,
2 recently purchased it and
22 have it in their cart.

Color:  (Required)

Choose Options

Quantity:
⌄  1  ⌃

Add to Cart        Add to Wish List ⌄



    

---

**Description**

---

KAWS 4FT OPEN FLAYED DISSECTED COMPANION are now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

---

**5.0** ★★★★★
Based on 4 Reviews

| | | |
|---|---|---|
| ★★★★★ | (4) |
| ★★★★☆ | (0) |
| ★★★☆☆ | (0) |
| ★★☆☆☆ | (0) |
| ★☆☆☆☆ | (0) |



✎ Write a Review



THE **PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / **KAWS 4FT PASSING THROUGH**



### KAWS 4FT PASSING THROUGH

## $2,100.00

☆☆☆☆☆

**Limited stock!** 🔥
3 people are viewing this and
8 people have it in their cart.

Color:  (Required)

| Choose Options |

Quantity:

| ⌄ | 1 | ⌃ |

| Add to Cart |    | Add to Wish List ⌄ |



  

| **Description** |

KAWS 4FT PASSING THROUGH are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 47 1/5 × 28 × 25 3/5 in
- 120 × 71 × 65 cm



✎ Write a Review

Reviews    0



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / **KAWS 4FT SPACEMAN**



## KAWS 4FT SPACEMAN

### $3,299.00

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this and
7 people have it in their cart.

Color: **(Required)**

| Choose Options |

Quantity:

[ ⌄ ] 1 [ ⌃ ]

| Add to Cart |    | Add to Wish List ⌄ |



   

---

**Description**

The latest addition to the 4FT collection.

KAWS 4FT SPACEMAN is now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm





THE PENTHOUSE THEORY.

**BEST SELLERS**    **NEW RELEASES**    **FOR THE HOME** ⌄    **ALL PRODUCTS**    **REVIEWS**    **THEORY**    **TRACK YOUR ORDER**

Home / FOR THE HOME / 4FT KAWS COLLECTION / **KAWS 4FT STORMTROOPER STARWARS**





## KAWS 4FT STORMTROOPER STARWARS

### $2,299.00

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
2 people have it in their cart.

Quantity:

⌄ 1 ⌃

[ Add to Cart ]    [ Add to Wish List ⌄ ]

Facebook  Email  Print  Twitter  Pinterest

---

| Description |
| --- |

KAWS 4FT STORMTROOPER STARWARS is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

☆☆☆☆☆



[ ✎ Write a Review ]

Reviews    0



BEST SELLERS   NEW RELEASES   FOR THE HOME ⌄   ALL PRODUCTS   REVIEWS   THEORY   TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS 6FT BFF FIGURE**



    

## KAWS 6FT BFF FIGURE

### $2,899.00

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
3 people have it in their cart.

Quantity:

∨ 1 ∧

| Add to Cart |
| Add to Wish List ⌄ |

### Description

KAWS 6FT DIOR BFF FIGURE is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 1.8m tall in height.

Do note that this is a fully-custom made to order item which requires 5-7 days of production.

☆☆☆☆☆





**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS ALONG THE WAY FIGURES**



   

### KAWS ALONG THE WAY FIGURES

## $159.00

★★★★★ 4 reviews

**Limited stock!** 🔥
1 person is viewing this and
9 people have it in their cart.

Colour: **(Required)**

Choose Options

Quantity:

1

Add to Cart          Add to Wish List

### Description

Along the Way debuted in 2019, presenting a new pose for KAWS's signature Companion characters. The design features two of his iconic skull-and-bones creatures leaning on one another for support, hands heavy, and eyes cast downward.

KAWS ALONG THE WAY FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)





THE PENTHOUSE THEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS ANATOMY RUG**



### KAWS ANATOMY RUG

## $79.00 – $119.00

★★★★★ 5 reviews

**Limited stock!** 🔥
1 person is viewing this,
1 recently purchased it and
21 have it in their cart.

Size: **(Required)**

Choose Options

Color: **(Required)**

Choose Options

Quantity:

˅  1  ˄

Add to Cart      Add to Wish List ⌄



         

---

**Description**

The KAWS anatomy series.

KAWS ANATOMY RUG is now available in two sizes, giving you the chance to showcase everyday objects in streetwear art. Perfect for styling it up with the KAWS pillow or figurines.

- Polyester suede material
- 100 cm x 50 cm
- 200 cm x 100 cm



BEST SELLERS   NEW RELEASES   FOR THE HOME ⌄   ALL PRODUCTS   REVIEWS   THEORY   TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS BEARBRICK 400%



## KAWS BEARBRICK 400%

$119.00

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
5 people have it in their cart.

Quantity:

− 1 +

[ Add to Cart ]   [ Add to Wish List ⌄ ]

      

---

**Description**

Throwback this one all the way to year 2002, the year of its release.

This is an OG Kaws Bearbrick you need to have!

KAWS GREY BEARBRICK 400% is now available:

- Material: PVC Vinyl
- 28cm (400%)







BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS BEARBRICK DISSECTED 400%

## KAWS BEARBRICK DISSECTED 400%

**$249.00**

⭐⭐⭐⭐⭐ 8 reviews

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
6 have it in their cart.

Style: (Required)

[ Choose Options ]

Quantity:
[ ⌄ ] 1 [ ⌃ ]

[ Add to Cart ]    [ Add to Wish List ⌄ ]



   

### Description

For when you like KAWS but you gotta stay true to yourself as a Bearbrick Collector.

Now this time, you can get both in this single collectable, you definitely need to cop.

KAWS BEARBRICK DISSECTED  400%  is now available:

- Material: PVC Vinyl
- 28cm (400%)



**4.6** ⭐⭐⭐⭐⭐
Based on 8 Reviews

5 ⭐⭐⭐⭐⭐ (5)
4 ⭐⭐⭐⭐☆ (3)
3 ⭐⭐⭐☆☆ (0)
2 ⭐⭐☆☆☆ (0)



[ ✎ Write a Review ]





**THE PENTHOUSE THEORY.**

BEST SELLERS     NEW RELEASES     FOR THE HOME ⌄     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS BFF COLORS WALL FRAME**



   

### KAWS BFF COLORS WALL FRAME

$109.00 – $179.00

★★★★★ 4 reviews

**Limited stock!** 🔥
3 people are viewing this and
3 people have it in their cart.



Size: (Required)

| Choose Options |

Frame Color: (Required)

| Choose Options |

Style: (Required)

| Choose Options |

Quantity:

⌄ 1 ⌃

| Add to Cart | | Add to Wish List ⌄ |



---

| Description |

Need a little colour in your room?

This wall frame features many editions of KAWS figures, in vibrant colour background, allowing you to brighten up your love space.

KAWS COLORS WALL FRAME is now available in many different designs:

- ◦ 43 x 53 cm
- ◦ 53 x 73 cm
- ◦ 63 x 83 cm

- 33mm white/black wood frame included





## THE PENTHOUSE THEORY.

BEST SELLERS     NEW RELEASES     FOR THE HOME ⌄     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS BFF COMPANION PLUSHIES



### KAWS BFF COMPANION PLUSHIES

$129.00 – $339.00

★★★★★ 8 reviews

**Limited stock!** 🔥
2 people are viewing this and
5 people have it in their cart.



Color: **(Required)**

| Choose Options |

Quantity:

⌄ 1 ⌃

Add to Cart     Add to Wish List ⌄



f   ✉   🖶   𝕏   📌

      

---

**Description**

Need a BFF by your side? Well, lucky you.

KAWS BFF PLUSHIES are now available in three colourways. This exclusive collectible is a must-have if you're a true streetwear connoisseur.

if you know, you know

- 18"
- Comes with KAWS BFF box

---

**5.0** ★★★★★
Based on 8 Reviews



★★★★★ (8)
★★★★☆ (0)
★★★☆☆ (0)
★★☆☆☆ (0)







⌨ Write a Review



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS BFF PLUSH SET



### KAWS BFF PLUSH SET

**$249.00**

★★★★½ 2 reviews

Limited stock! 🔥
1 person is viewing this,
2 recently purchased it and
10 have it in their cart.

Quantity:

−  1  +

Add to Cart        Add to Wish List ⌄

  

**Description**

One of the most anticipated collaborations for plushies, the KAWS x DIOR.

Featuring its pink furry body sharply suited head-to-toe in Dior, and black furry body fully decked out in Dior Denimwear.

The highly coveted KAWS X DIOR BFF PLUSH SET is now available. This exclusive collectible is a must-have if you're both a DIOR and KAWS fan.

- 19" (48cm)
- Sold as a set, two plushies
- Comes in 2 special boxes





BEST SELLERS     NEW RELEASES     FOR THE HOME ⌄     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS BUNNY PLUSHIES



## KAWS BUNNY PLUSHIES

### $89.00

★★★★★ 5 reviews

**Limited stock!** 🔥
1 person is viewing this and
3 people have it in their cart.

Color:  (Required)

Choose Options

Quantity:

⌄ 1 ⌃

Add to Cart     Add to Wish List ⌄

## Description

Perfect gift for your loved ones, or even for yourself to cuddle on the cold nights (you know what i'm talking about)

KAWS BUNNY PLUSHIES are now available in black and pink colorways.

- 16" (40cm)
- Comes with KAWS Companion box

**4.6** ★★★★★
Based on 5 Reviews

★★★★★ (3)
★★★★☆ (2)
★★★☆☆ (0)
★★☆☆☆ (0)
★☆☆☆☆ (0)



✎ Write a Review



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS CLEAN SLATE FIGURES

## KAWS CLEAN SLATE FIGURES

### $219.00

☆☆☆☆☆

**Limited stock!** 🔥
3 people are viewing this,
2 recently purchased it and
13 have it in their cart.

Colour: **(Required)**

Choose Options

Quantity:

1

Add to Cart    Add to Wish List ⌄






**Description**

Inspired by the birth of his first daughter in 2014, KAWS invented a new pose for his iconic Companion figures now known as, *Clean Slate.*

In *Clean Slate*, a parental Companion strides forward while carrying two smaller figures in its arms. "Even though I use a comic language, my figures are not always reflecting the idealistic cartoon view that I grew up on," the artist explained.

KAWS CLEAN SLATE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 36cm (14 inches)





**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS COMPANION FIGURES



## KAWS COMPANION FIGURES

$99.00 - $139.00

★★★★★ 17 reviews

**Limited stock!** 🔥
2 people are viewing this,
3 recently purchased it and
26 have it in their cart.

Style:   (Required)

Choose Options

Quantity:

∨  1  ∧

Add to Cart        Add to Wish List ∨



    

### Description

You already know what it is, introducing the CLASSIC KAWS COMPANION FIGURES.

KAWS COMPANION FIGURES are now available in five different colorways, giving you the chance to add all of these into your KAWS collection.

- Material: PVC Vinyl
- 40cm (16 inches)

Don't sleep.





Home / ALL PRODUCTS / KAWS COMPANION FLAYED OPEN EDITION FIGURES

BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER



## KAWS COMPANION FLAYED OPEN EDITION FIGURES

**$129.00 - $149.00**

★★★★★ 10 reviews

**Limited stock!** 🔥
2 people are viewing this,
2 recently purchased it and
37 have it in their cart.

Style:  (Required)

Choose Options

Quantity:

− 1 +

Add to Cart          Add to Wish List ⌄

    

### Description

After so much hype , KAWS released a full series of 4 different companions that included flayed versions of the classic KAWS companion figures.

KAWS COMPANION FLAYED OPEN EDITION FIGURES are now available in four colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 38cm (15 inches)



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS COMPANION RESTING FIGURES



## KAWS COMPANION RESTING FIGURES

### $119.00

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
12 people have it in their cart.

Style:  (Required)

Choose Options

Quantity:

⌄  1  ⌃

[ Add to Cart ]    [ Add to Wish List ⌄ ]

    

| Description |
| --- |

KAWS COMPANION (RESTING PLACE) FIGURES are now available in three colorways, giving you the chance to add all of these into your KAWS collection.

- Material: PVC Vinyl
- 40cm (16 inches)



☆☆☆☆☆

✎ Write a Review



### THE PENTHOUSE THEORY.

**BEST SELLERS**    **NEW RELEASES**    **FOR THE HOME** ⌄    **ALL PRODUCTS**    **REVIEWS**    **THEORY**    **TRACK YOUR ORDER**

Home / ALL PRODUCTS / **KAWS FACE DOWN FIGURES**

## KAWS FACE DOWN FIGURES

### $199.00

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this and
31 people have it in their cart.

Colour: **(Required)**

| Choose Options |

Quantity:

⌄ 1 ⌃

[ Add to Cart ]    [ Add to Wish List ⌄ ]

    

**Description**

Exactly how we feel about quarantine and COVID-19.

Arriving in familiar brown/tan/green, gray and black/yellow color schemes, the figure's signature detail is its flattened face, chest and legs, enabling it to be displayed properly on any even surface and adding a humorous touch to its somewhat macabre message.

- Material: PVC Vinyl
- 17.13 x 8.86 x 3.15 inches



**5.0** ★★★★★
Based on 1 Reviews

★★★★★ (1)
★★★★☆ (0)
★★★☆☆ (0)
★★☆☆☆ (0)
★☆☆☆☆ (0)

[ ✎ Write a Review ]




THE PENTHOUSE THEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS FIGURINE (BRIAN DONELLY) AUTHORS SERIES - DANIL YAD



## KAWS FIGURINE (BRIAN DONELLY) AUTHORS SERIES - DANIL YAD

### $159.00

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this and
1 person has this in their cart.

Style: (Required)

Choose Options

Quantity:

[ − ]  1  [ + ]

[ Add to Cart ]    [ Add to Wish List ⌄ ]



    

**Description**

KAWS HAS OFFICIALLY JOINED THE PARTY.

Brian Donnelly (KAWS) became the new hero for the concept of a vinyl toy from the series "AUTHORS".

Artist designer, Danil Yad struck a chord with the designer toy scene as Danil showed off his skill with "Authors Series" A series of renders of homage to his heroes. HYPEBEASTS and many avid fans went wild.

The vinyl toy features Brian Donnelly, the famous founding father carrying his iconic BFF KAWS figurine.

KAWS FIGURINE is now available, giving you the chance to pay homage to this pivotal figure in our streetwear culture.

- 21cm (8 inches)



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS GONE FIGURES**

    

## KAWS GONE FIGURES

### $199.00

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this and
16 people have it in their cart.

Colour: **(Required)**

[ Choose Options ]

Quantity:

[−] 1 [＋]

[ Add to Cart ]    [ Add to Wish List ⌄ ]

---

**Description**

HOW ABOUT 2-IN-ONE?

The KAWS GONE FIGURE features KAWS's most popular character, the companion, carrying what appears to be a lifeless version of one of his other popular characters, the BFF.

KAWS GONE FIGURES are now available in three colorways, giving you the chance to mix the traditional Companion and BFF colorways to create a Black Companion carrying a Black BFF, a Grey Companion carrying a Pink BFF, and a Brown Companion carrying a Blue BFF.

While the two have been seen together in plush form, this is the first of KAWS's vinyl collectibles to feature both characters in one.

- Material: PVC Vinyl
- 36cm (14 inches)



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS SEEING LAMP FIGURES



## KAWS SEEING LAMP FIGURES

### $299.00

★★★★★ 1 review

**Limited stock!** 🔥
2 people are viewing this,
4 recently purchased it and
11 have it in their cart.

Colour: **(Required)**

Choose Options

Quantity:

⌄ 1 ⌃

Add to Cart    Add to Wish List ⌄



  

### Description

KAWS SEEING LAMP FIGURES features a KAWS BFF figurine produced from alloy and ceramics. The statue's eyes contain LED lights, giving the "BFF" its light-up function.

"SEEING" measures 37cm tall, and comes sitting on a 17.8cm white pedestal.

KAWS SEEING LAMP FIGURES are now available in two colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 14.6 x 6.9 x 7.3 in. (37.1 x 17.5 x 18.5 cm.)



**5.0**
★★★★★
Based on 1 Reviews

★★★★★ (1)
★★★★☆ (0)
★★★☆☆ (0)
★★☆☆☆ (0)



 Write a Review



BEST SELLERS   NEW RELEASES   FOR THE HOME ⌄   ALL PRODUCTS   REVIEWS   THEORY   TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS SEPARATED FIGURES



## KAWS SEPARATED FIGURES

### $199.00

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
16 have it in their cart.

Colour: **(Required)**

Choose Options

Quantity:

⌄ 1 ⌃

Add to Cart          Add to Wish List ⌄

---

### Description

It's 2021 and we are still separated......

Standing nearly eight inches tall, the unmissable mascot is featured sitting down with its hands covering its face. The edition arrives in three familiar colorways: grey, black, and brown.

- Material: PVC Vinyl
- 8 inches in height (20cm)

☆☆☆☆☆

Write a Review





**BEST SELLERS**     **NEW RELEASES**     **FOR THE HOME** ›     **ALL PRODUCTS**     **REVIEWS**     **THEORY**     **TRACK YOUR ORDER**

Home / ALL PRODUCTS / **KAWS SHARE FIGURES**



## KAWS SHARE FIGURES

### $149.00

★★★★½ 2 reviews

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
12 have it in their cart.

Colour: **(Required)**

| Choose Options |

Quantity:

∨ 1 ∧

| Add to Cart |   | Add to Wish List ∨ |



   

---

**Description**

The KAWS SHARE FIGURE features the unmissable Companion character holding a miniature BFF on his left hand. Apart from the black variant, the other editions feature contrasting colors of the BFF subject in blue for the brown edition and pink for the grey option.

KAWS SHARE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 30cm (12 inches)



## 4.5 ★★★★½

Based on 2 Reviews

| ★★★★★ | (1) |
| ★★★★☆ | (1) |
| ★★★☆☆ | (0) |
| ★★☆☆☆ | (0) |
| ★☆☆☆☆ | (0) |



| ☑ Write a Review |





**THE PENTHOUSE THEORY.**

BEST SELLERS   NEW RELEASES   FOR THE HOME ⌄   ALL PRODUCTS   REVIEWS   THEORY   TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS SMALL LIE FIGURES

### KAWS SMALL LIE FIGURES

$149.00

☆☆☆☆☆

**Only 3 left!**
2 people are viewing this,
1 recently purchased it and
11 have it in their cart.

Colour:   (Required)

Choose Options

Quantity:

⌄  1  ⌃

Add to Cart        Add to Wish List ⌄

    

**Description**

Is it a small lie or a big lie if the nose is long?

KAWS SMALL LIE FIGURES features the companion slumped over in what appears to be a disappointing stance, with a long nose that's reminiscent of Pinocchio.

KAWS SMALL LIE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 26cm (11 inches)







BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS SPACEMAN FIGURES**



## KAWS SPACEMAN FIGURES

### $249.00

★★★★★ 6 reviews

**Limited stock!** 🔥
1 person is viewing this,
1 recently purchased it and
18 have it in their cart.

Colour:    (Required)

| Choose Options |

Quantity:

⌄  1  ⌃

| Add to Cart | | Add to Wish List ⌄ |



    

| **Description** |

THE MOST HYPED ANTICIPATED COLLECTIBLE OF 2020.

Marking COMPANION's 20th anniversary, the iconic and one only COMPANION dons an astronaut suit and takes a sounding balloon 41.5 kilometres up into the Stratosphere.

KAWS SPACEMAN FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Polyurethane
- 30cm (11.5 inches)



THE PENTHOUSE THEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS STAR WARS BOBA FETT FIGURE



      

## KAWS STAR WARS BOBA FETT FIGURE

**$199.00**

★★★★★ 1 review

**Only 1 left!**
2 people are viewing this,
2 recently purchased it and
13 have it in their cart.

Quantity:

⌄  1  ⌃

[ Add to Cart ]    [ Add to Wish List ⌄ ]

### Description

May the force be with you..or not.

But eitherway, you still can have KAWS.

KAWS: STARWARS BOBA FETT FIGURES are now available, giving you the chance to add this highly coveted piece into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.5 inches)

**5.0** ★★★★★
Based on 1 Reviews

★★★★★ (1)
★★★★☆ (0)
★★★☆☆ (0)
★★☆☆☆ (0)



[ ✎ Write a Review ]



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS STAR WARS DARTH VADAR FIGURE



## KAWS STAR WARS DARTH VADAR FIGURE

### $189.00

Limited stock! 🔥
2 people are viewing this,
1 recently purchased it and
5 have it in their cart.

Quantity:

1

Add to Cart    Add to Wish List



  

### Description

Luke....I am your father.

KAWS: STARWARS DARTH VADAR FIGURES are now available, giving you the chance to add this highly coveted piece into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.5 inches)



Write a Review





BEST SELLERS     NEW RELEASES     FOR THE HOME     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS SUIT BFF FIGURE



## KAWS SUIT BFF FIGURE

### $159.00

★★★★★ 12 reviews

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
3 have it in their cart.

Quantity:

[−] 1 [+]

[ Add to Cart ]     [ Add to Wish List ▽ ]

---

### Description

One of the most highly coveted figures in the streetwear world of home decor.

Fully suited up in a DIOR suit, this pink vinyl figure

KAWS X DIOR BFF FIGURE is now available, giving you the chance to add this exclusive collaboration piece into your KAWS collection.

- Material: PVC Vinyl
- 15" (38cm)



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS TAKE FIGURES**

## KAWS TAKE FIGURES

### $149.00

★★★★★ 2 reviews

**Limited stock!** 🔥
1 person is viewing this and
12 people have it in their cart.

Colour: (Required)

Choose Options

Quantity:

⌄ 1 ⌃

Add to Cart     Add to Wish List ⌄

   

### Description

The KAWS TAKE FIGURES features a BFF holding a Companion which is the total inverse of the KAWS Share Figure which shows the Companion holding the BFF instead.

KAWS TAKE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 33cm (13 inches)

**5.0** ★★★★★
Based on 2 Reviews

★★★★★ (2)
★★★★☆ (0)
★★★☆☆ (0)
★★☆☆☆ (0)
★☆☆☆☆ (0)

Write a Review



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS TENSION BEARBRICK 1000%**



## KAWS TENSION BEARBRICK 1000%

### $899.00

☆☆☆☆☆

**Limited stock!** 🔥
4 people are viewing this and
16 people have it in their cart.



Quantity:

⌄ 1 ⌃

[ Add to Cart ]    [ Add to Wish List ⌄ ]

    

| Description |
| --- |

The most iconic collab of all 2021 so far.

KAWS TENSION BEARBRICK 1000% is now available:

- 70cm (1000%)



[ ✎ Write a Review ]

Reviews    0





**BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER**

Home / ALL PRODUCTS / KAWS TOGETHER FIGURES

## KAWS TOGETHER FIGURES

### $159.00

★★★★★ 3 reviews

**Limited stock!** 🔥
1 person is viewing this,
1 recently purchased it and
26 have it in their cart.

Colour: **(Required)**

| Choose Options |

Quantity:

[ − ]  1  [ ∧ ]

[ Add to Cart ]    [ Add to Wish List ⌄ ]

   

---

**Description**

The KAWS TOGETHER FIGURE features the iconic KAWS "Companions" interlocked in a permanent hug.

KAWS TOGETHER FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 30cm (12 inches)

---

## 5.0 ★★★★★
Based on 3 Reviews



★★★★★ (3)
★★★★☆ (0)
★★★☆☆ (0)
★★☆☆☆ (0)
★☆☆☆☆ (0)



  Write a Review





**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS WHAT PARTY CHUM FIGURES



## KAWS WHAT PARTY CHUM FIGURES

### $229.00

**Limited stock!** 🔥
1 person is viewing this and
22 people have it in their cart.

Colour: (Required)

| BLACK |

Quantity:

| ⌄ | 1 | ⌃ |

[ Add to Cart ]    [ Add to Wish List ⌄ ]





---

**Description**

THE KAWS MICHELIN MAN

KAWS WHAT PARTY CHUM FIGURES is a return of the fan-favorite Chum character, which originally debuted in 2002, and came in five colors: black, white, orange, pink, and yellow.

KAWS WHAT PARTY CHUM FIGURES are now available in five colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- 29cm x 13 x 9cm (11.3 x 5.1 x 3.7 inches)
- Comes with full box packaging

---

**Related Products**    Customers Also Viewed



**THE PENTHOUSE THEORY.**

BEST SELLERS  NEW RELEASES  FOR THE HOME ⌄  ALL PRODUCTS  REVIEWS  THEORY  TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS X LANE CRAWFORD "CLEAN SLATE" PLUSH



### KAWS X LANE CRAWFORD "CLEAN SLATE" PLUSH

**$89.00**

☆☆☆☆☆

 Limited stock! 🔥
1 person is viewing this and
1 person has this in their cart.

---

Quantity:

⌄ 1 ⌃

**Add to Cart**    **Add to Wish List** ⌄

   

| Description |
| --- |

An exclusive SHANGHAI release, KAWS "CLEAN SLATE" PLUSH is now available. Perfect for cuddling or a gift to your loved ones.

- ONE SIZE (16")
- Comes with COMPANION KAWS box





**THE PENTHOUSE THEORY.**

BEST SELLERS     NEW RELEASES     FOR THE HOME ∨     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS X SESAME STREET PLUSHIES**



### KAWS X SESAME STREET PLUSHIES

## $59.00 - $259.00

★★★★★ 5 reviews

**Limited stock!** 🔥
3 people are viewing this and
14 people have it in their cart.

Style: (Required)

| Choose Options |

Quantity:

[ ∨ ]  1  [ ∧ ]

[ Add to Cart ]    [ Add to Wish List ∨ ]

        

---

**Description**

You a true 90's kid if your favourite show was sesame street back in the day. Well, it's time to relive that and bring back some good ol' memories.

Introducing, the KAWS x SESAME STREET PLUSH collection, now available. Even better, the collectibles could be copped as a set in a special branded box or purchased individually, with Big Bird, Elmo, Cookie Monster, Bert, and Ernie all available with KAWS' signature button eyes.

• 18 - 20" (45 - 54 cm) depending on the individual plush




THE PENTHOUSE THEORY.

BEST SELLERS     NEW RELEASES     FOR THE HOME ⌄     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS X SIMPSONS CANVAS WALL FRAME



### KAWS X SIMPSONS CANVAS WALL FRAME

**$159.00 – $239.00**

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
5 people have it in their cart.

Size: (Required)

| Choose Options |

Quantity:

⌄  1  ⌃

Add to Cart        Add to Wish List ⌄

f   ✉   🖶   🐦   📌

  

---

**Description**

Historically known as the KAWS painting that smashed auction records, sold for a staggering $14.7 million USD.

This wall frame features a KAWS version of the popular TV cartoon "Simpsons" dubbed as "Kimpsons" with its iconic  "X X" symbol on the faces of the characters.

KAWS X SIMPSONS CANVAS WALL FRAME is now available in four different sizes:

- 40 x 40 cm
- 60 x 60 cm
- 80 x 80 cm
- 100 x 100 cm

- 30mm white wood frame included

- High-quality canvas: a matte textured, 20.5 mil bright white, consistent poly-cotton blend.

- Printed with water-based and solvent-free inks, with protective finish to ensure UV laminate and fade resistance.





THE PENTHOUSE THEORY.

BEST SELLERS     NEW RELEASES     FOR THE HOME ⌄     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS X SNOOPY PLUSHIES



### KAWS X SNOOPY PLUSHIES

$99.00

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
5 people have it in their cart.

Color: (Required)

Choose Options

Quantity:

⌄  1  ⌃

Add to Cart          Add to Wish List ⌄

      

| Description |
| --- |

KAWS X SNOOPY PLUSHIES are now available in two colorway, giving you the chance to style up your room with a little streetwear decor.

- 20" (50cm)
- Comes as a set, (both sizes)





# THE PENTHOUSE THEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS: BFF COMPANION FIGURES



## KAWS: BFF COMPANION FIGURES

**$119.00**

★★★★★ 7 reviews

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
20 have it in their cart.

Color:  (Required)

[ Choose Options ]

Quantity:

[ ⌄ ] 1 [ ⌃ ]

[ Add to Cart ]    [ Add to Wish List ⌄ ]

f  ✉  🖨  𝕏  📌

      

| Description |
| --- |

One of the most highly coveted figures in the streetwear world of home decor.

KAWS BFF FIGURES are now available in pink, blue and black colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 33cm (12.9 inches)





BEST SELLERS     NEW RELEASES     FOR THE HOME ⌄     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS: PASSING THROUGH FIGURES**



## KAWS: PASSING THROUGH FIGURES

### $159.00

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
11 have it in their cart.

Style:  (Required)

[ Choose Options ]

Quantity:

[ ⌄ ] 1 [ ⌃ ]

[ Add to Cart ]     [ Add to Wish List ⌄ ]



   

| Description |
| --- |

In *Passing Through,* KAWS's signature "Companion" sits down and covers its eyes in embarrassment.  *Passing Through* acts as a self-portrait of KAWS, as he grapples with worldwide fame.

One of the most highly coveted figures in the streetwear world of home decor.

KAWS:PASSING THROUGH FIGURES are now available in black, grey and brown colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)
- Comes with box packaging



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS: STAR WARS STORMTROOPERS FIGURES**



## KAWS: STAR WARS STORMTROOPERS FIGURES

### $129.00

★★★★★ 7 reviews

**Limited stock!** 🔥
1 person is viewing this,
1 recently purchased it and
13 have it in their cart.

Style: (Required)

[ Choose Options ]

Quantity:

[ ∨ ] 1 [ ∧ ]

[ Add to Cart ]    [ Add to Wish List ∨ ]



   

## Description

May the force be with you...or not.

But eitherway, you still can have KAWS.

KAWS: STARWARS STORMTROOPERS FIGURES are now available in two colorways, giving you the chance to add these into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.2 inches)



BEST SELLERS     NEW RELEASES     FOR THE HOME ⌄     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS:HOLIDAY PLUSHIES**



### KAWS:HOLIDAY PLUSHIES

## $99.00

★★★★★ 2 reviews

**Limited stock!** 🔥
1 person is viewing this and
7 people have it in their cart.

Color:  **(Required)**

| Choose Options |

Quantity:

⌄  1  ⌃

Add to Cart     Add to Wish List ⌄

   

| **Description** |

As part of KAWS:HOLIDAY art piece, KAWS released a commemorative plush set exclusively for KAWS fans.

The plush set features three 20" *KAWS Companion* stuffed dolls done in the artist's signature black, white and brown color schemes. Additionally, the plushes feature bendable appendages which offer an array of pose options.

KAWS:HOLIDAY PLUSHIES are now available in three colorway, giving you the chance to style up with a little streetwear decor.

- 20" (50cm)
- Comes with COMPANION KAWS box



**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY



## ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY

### $59.00

★★★★★ 2 reviews

Limited stock! 🔥
1 person is viewing this,
7 recently purchased it and
12 have it in their cart.

Color: (Required)

Choose Options

Quantity:
∨ 1 ∧

Add to Cart          Add to Wish List ⌄

   

### Description

Hooking up with Gallery 1950, Original Fake has released their collabo ashtrays in a solid black, white or red ceramic finish.

Even though they have a specific purpose, the pieces can definitely be used for decorating the crib or if you decide that smoking is cool while the items are en route to your home.

KAWS CERAMIC ASHTRAY now available.

- 16cm x 4cm