UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK     Attorney: AARON RICHARD GOLUB, ESQUIRE, P.C.

BRIAN DONNELLY A/K/A KAWS, ETANO

                              Plaintiff(s)

                  - against -

JONATHAN ANAND, BOTH INDIVIDUALLY AND DOING BUSINESS AS HOMELESS PENTHOUSE, PENTHOUSE THEORY, HIDEOUT.NYC, INCOGNITO AND YOUNG NEON, ETAL

                              Defendant(s)

Index # 1:21-CV-09562-PKC

Purchased November 18, 2021

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 28, 2022 at 11:41 AM at

1410 BROADWAY
NEW YORK, NY 10018

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET, AO-120 REPORT, AO-121 REPORT, * on JONATHAN ANAND, BOTH INDIVIDUALLY AND DOING BUSINESS AS HOMELESS PENTHOUSE, PENTHOUSE THEORY, HIDEOUT.NYC, INCOGNITO AND YOUNG NEON therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 45 | 5'11 | 210 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

1410 BROADWAY
NEW YORK, NY 10018

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on February 1, 2022 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the entity to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

* EXHIBITS TO THE COMPLAINT 1- 4A AND 4B-8

Sworn to me on: February 1, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

**ANDRE MEISEL**
License #: 1372356
Invoice #: 778828

UNITED-PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045