UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: AARON RICHARD GOLUB, ESQUIRE, P.C.

BRIAN DONNELLY A/K/A KAWS, ETANO

Plaintiff(s)

Index # 1:21-CV-09562-PKC

- against -

Purchased November 18, 2021

JONATHAN ANAND, BOTH INDIVIDUALLY AND DOING BUSINESS AS HOMELESS PENTHOUSE, PENTHOUSE THEORY, HIDEOUT.NYC, INCOGNITO AND YOUNG NEON, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

MOHAMMED AL-ATRASH BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 1, 2022 at 10:31 AM at

55 MEADOW STREET
BROOKLYN, NY 11206

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET, AO-120 REPORT, AO-121 REPORT, * on JONATHAN ANAND, BOTH INDIVIDUALLY AND DOING BUSINESS AS HOMELESS PENTHOUSE, ** therein named,

**SUITABLE AGE**  by delivering thereat a true copy of each to "JOHN DOE" a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the CO-TENANT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 30 | 5'7 | 165 |

**MAILING**  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

55 MEADOW STREET
BROOKLYN, NY 11206

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on February 2, 2022 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**  Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

* EXHIBITS TO THE COMPLAINT 1- 4A AND 4B-8
**PENTHOUSE THEORY, HIDEOUT.NYC, INCOGNITO AND YOUNG NEON

Sworn to me on: February 2, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

**MOHAMMED AL-ATRASH**
License #: 2094622
Invoice #: 778827

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045