UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: AARON RICHARD GOLUB, ESQUIRE, P.C.

BRIAN DONNELLY A/K/A KAWS, ETANO

                                Plaintiff(s)

              - against -

Index # 1:21-CV-09562-PKC

Purchased November 18, 2021

JONATHAN ANAND, BOTH INDIVIDUALLY AND DOING BUSINESS AS HOMELESS PENTHOUSE, PENTHOUSE THEORY, HIDEOUT.NYC, INCOGNITO AND YOUNG NEON, ETAL

                              Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 5, 2022 at 08:45 PM at

309C 8TH STREET
PALISADES PARK, NJ 07650

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET, AO-120 REPORT, AO-121 REPORT, * on DAVID KANG therein named,

**AFFIXING TO DOOR.**    by affixing a true copy of each to the door of said premises, which is the Defendant's last actual address within the state. Deponent was unable, with due diligence to find the Defendant or a person of suitable age and discretion, thereat, having called there on

         February 1, 2022 AT 4:03 PM        February 2, 2022 AT 7:42 AM
         February 5, 2022 AT 8:45 PM

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

         309C 8TH STREET
         PALISADES PARK, NJ 07650

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on February 9, 2022 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the entity to be served.

* EXHIBITS TO THE COMPLAINT 1- 4A AND 4B-8

Sworn to me on: February 9, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

DAN KNIGHT

Invoice #: 778825

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045