UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X Civil Action 1:21-cv-09562-PKC(BCM)

BRIAN DONNELLY AKA KAWS and
KAWS INC.,

                          Plaintiffs,

**DECLARATION OF**
**RUSSELL I. ZWERIN**

-against-

JONATHAN ANAND, both individually and doing
business as HOMELESS PENTHOUSE,
PENTHOUSE THEORY, HIDEOUT.NYC,
INCOGNITO and YOUNG NEON, DAVID KANG,
DYLAN JOVAN LEONG YI ZHI,
THE PENTHOUSE THEORY,
THE PENTHOUSE COLLECTIVE and
OSELL DINODIRECT CHINA LIMITED,

                          Defendants.
---------------------------------------------------------------X

RUSSELL I. ZWERIN hereby declares as follows:

1. I am associated with Aaron Richard Golub, Esquire, P.C., attorneys for Plaintiffs, and as such am familiar with the facts and circumstances herein. I submit this Declaration in opposition to Defendants' motion to dismiss the Complaint.

2. The following exhibits are annexed hereto:

| | |
|---|---|
| Exhibit 1 | Complaint, dated November 18, 2021 (Ex. 1-A), and Exhibits 1-8 thereto (Ex. 1-B to 1-J) (Dkt. 1); |
| Exhibit 2 | The Penthouse Theory's Frequently Asked Questions page; |
| Exhibit 3 | Brian Sta Maria's Affidavit of Service, sworn to on January 12, 2022 (Ex. 3-A), and Exhibits 1-4 thereto (Ex. 3-B to 3-I) (Dkt. 26); |
| Exhibit 4 | Affidavit of Brian Sta Maria, sworn to on February 23, 2022; |
| Exhibit 5 | Affidavit of Lim Hin Chye, sworn to on February 23, 2022; and |
| Exhibit 6 | Brian Sta Maria's Affidavit of Service, sworn to on March 14, 2022. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of March, 2022 in New York, New York.

*Russell Zwerin*
RUSSELL I. ZWERIN
rzwerin@argolub.com

AARON RICHARD GOLUB, ESQUIRE, P.C.
Attorneys for Plaintiffs
35 East 65th Street— Suite 4A
New York, New York 10065
ph: (212) 838-4811
fx: (212) 838-4869