Exhibit 1 -B

Exhibit 1-B

# Exhibit 1

# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-180-272**

**Effective Date of Registration:**
December 02, 2019
**Registration Decision Date:**
December 03, 2019

## Title

**Title of Work:** Companion

## Completion/Publication

**Year of Completion:** 1999
**Date of 1st Publication:** October 19, 2000
**Nation of 1st Publication:** United States

## Author

- **Author:** Brian Joseph Donnelly
  **Author Created:** sculpture
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1974

## Copyright Claimant

**Copyright Claimant:** KAWS Inc.
259 Banker Street, Brooklyn, NY, 11222, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork
**New material included in claim:** sculpture

## Rights and Permissions

**Organization Name:** KAWS Inc.
**Address:** 259 Banker Street
Brooklyn, NY 11222 United States

Page 1 of 2

## Certification

**Name:** Lisa A. Ferrari
**Date:** December 02, 2019
**Applicant's Tracking Number:** 452669

**Copyright Office notes:** Basis for Registration: Registration based on deposited authorship describing, depicting, or embodying such character(s).  Compendium 313.4(H).