Exhibit 1 -C

Exhibit 1-C

# Exhibit 2

# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-182-652**

**Effective Date of Registration:**
December 12, 2019
**Registration Decision Date:**
December 13, 2019

## Title
- **Title of Work:** BFF

## Completion/Publication
- **Year of Completion:** 2016
- **Date of 1st Publication:** June 30, 2016
- **Nation of 1st Publication:** United States

## Author
- **Author:** KAWS Inc
- **Author Created:** sculpture
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright Claimant
- **Copyright Claimant:** KAWS Inc
  259 Banker St, BROOKLYN, NY, 11222, United States

## Certification
- **Name:** Mark Barrow
- **Date:** December 12, 2019