Exhibit 1 -E

Exhibit 1 -E

# Exhibit 4A

# Exhibit 4A

Free Delivery & Returns Free Delivery & Returns Free Delivery & Return

☰   **HOMELESS PENTHOUSE**   👤 🔍 🛍



# 808 Heartbreak Neon Light

**$399.00**

Add to cart →

Buy with <strong>PayPal</strong>

More payment options

808 HEARTBREAK NEON LIGHT is now available, giving you the chance to add this highly coveted one into your exclusive collection.

Size: 64x48cm

Share: Facebook   Tweet   Pinterest

# You may also like



| | | | |
|---|---|---|---|
| Kermit the Frog Supreme Canvas | Sexy Robot Mat | Damien Hirst Dots Canvas | Takashi Murakami Big Flowers Canvas |
| from $40.00 | $128.00 | from $40.00 | from $36.00 |

Write a review

---

Subscribe to our newsletter to receive special offers and first look at new products.     Email address     Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

🐦 📌 📷 ▶ ✉

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address     Subscribe →     ✕

☰   **HOMELESS PENTHOUSE**   ⚲ ◌ ⬚



# A Bathing Ape X Kaws Rug

$72.00

Size:
○ 20x32
○ 30x45
○ 35x63
○ 63x84
○ 79x118

Add to cart →

Buy with **PayPal**

More payment options

Custom floor coverings can transform any space to make it your own. Our custom area rugs have a beautiful texture that lends to any creative expression you'd like to create for a room, large or small!

- Durable Textured Face
- Textured non-skid back
- Edge-to-edge sublimation printing in vibrant full color on face

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                          Subscribe →





79x118

35x63

20x32

30x45

63x84

# You may also like









| Trunk Speakers | $449.00 | Banksy Middle Finger Canvas | from $14.00 | Luxury Mini Stool | $499.00 | Bape Nigoldeneye Soup Canvas | from $40.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



## Accomplice, 2010 by KAWS

$3,990.00

Add to cart →

Buy with PayPal

More payment options

**Accomplice**, 2010

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



Delivery & Returns Free Delivery & Returns



# HOMELESS PENTHOUSE



# Baby Milo Toy

$149.00

Add to cart →

Buy with PayPal

More payment options

Share:  Facebook  Tweet  Pinterest

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Bearbrick Ashtray

**$59.00** ~~$109.00~~

Colour:
○ White
○ black
○ Red
○ Black lightning
○ Pure white

Add to cart →

Buy with *PayPal*

More payment options

- Material: other
- Condition: New
- Novelty: Freshly baked
- Color classification: white black red black lightning pure white
- Whether it is in stock: in stock
- Mosaic material: ornaments

Share: Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# BEARBRICK RUG

$129.00

Color:
○ 1
○ 2
○ 3
○ 4
○ 5
○ 6

Add to cart →

Buy with *PayPal*

More payment options

120x60cm

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address

Subscribe →

✕







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →

×



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address _____        Subscribe →

×



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



# You may also like













| A Bathing Ape X Kaws Rug | from $72.00 | Banksy Girl with Balloon Canvas | from $40.00 | Banksy Umbrella Girl Canvas | from $40.00 | Banksy Keep it Real Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.

     

# HOMELESS PENTHOUSE



# BFF Companion Tray

$59.00

Color:
○ BLACK
○ BLUE
○ PINK

Add to cart →

Buy with **PayPal**

More payment options

Your favorite character on an ashtray.

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address    Subscribe →

✕



✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# You may also like

| Monster Bean Bag | $599.00 | Banksy CND Soldiers Canvas | from $40.00 | Banksy Queen Victoria Canvas | from $40.00 | Kermit the Frog Supreme Canvas | from $40.00 |

Delivery & Returns

# HOMELESS PENTHOUSE



# BFF Pikachu Toy

$149.00

Add to cart →

Buy with PayPal

More payment options

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Blue Plate Set

$199.00

Add to cart →



More payment options

Share:  Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

×



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →

✕



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address          Subscribe →

✕



Delivery & Returns

# HOMELESS PENTHOUSE



# Brooklyn Doormat

$99.00

Add to cart →


Buy with **PayPal**

More payment options

The Brooklyn Doormat is an essential piece for any art lover's front door.

The mat Soho comes in a black variant with white lettering.
The foam rubber backing will protect your floor and reduce slipping.
Size: 60x60cm (23.62x 23.62 in)
Weight: 400g (14.11lbs)

Share:  Facebook  Tweet  Pinterest

# You may also like









| Javier Calleja Hat Canvas | from $36.00 | Gradient Rug | from $1,088.00 | Kermit the Frog Supreme White Canvas | from $40.00 | Andy Warhol OJ Simpson Canvas | from $36.00 |
|---|---|---|---|---|---|---|---|

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.

      

Free Delivery & Returns Free Delivery & Returns Free Delivery & Re

☰   **HOMELESS PENTHOUSE**   👤 🔍 🛍️



# Canvas053

$59.00

Size:
○ 8 x 12
○ 16 x 24
○ 20 x 30
○ 24 x 36
○ 32 x 48

Add to cart →

Buy with **PayPal**

More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

• Ready To Hang - Mounting hardware comes attached.

• Leveling Bumpers Included - For wall protection.

• Semi-Gloss Print - Increased vibrancy of artwork.

• Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

• Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share: Facebook  Tweet  Pinterest



Canvas053

Delivery & Returns Free Delivery & Returns Free Delivery & Returns

**HOMELESS PENTHOUSE**



# Cartoon Wall Light

$399.00

Color:

○ A
○ B
○ C
○ D
○ E
○ F

Add to cart →

Buy with *PayPal*

More payment options

LED Light

100cm

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address

Subscribe →

×

KAWS-D款

KAWS-A款

Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×

KAWS-B款

KAWS-C款

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕





Returns Free Delivery & Returns

# HOMELESS PENTHOUSE





作品《同伴-电镀捧花》
材质：树脂
颜色：电镀银

61cm

31cm

21cm

## Chrome Cartoon Flower Vase

**$1,179.00** $7,080.00

Color:
○ Gold
○ Silver
○ Blue

Size:
○ 61CM
○ 160CM

| Add to cart → |
| --- |

Buy with **PayPal**

More payment options

- Brand: Homeless Penthouse
- Material: Resin
- Style: cartoon style
- Place of Origin: Mainland China
- Province: Guangdong Province
- Prefectures and cities: Shenzhen
- Applicable space: living room
- Color classification: electroplating
- Packing method: other
- Can be customized: Yes
- Item No.: SZ-BJ021032
- Appearance: cartoon
- Decoration type: desktop decoration

Share:  Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                          Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Fre 

# HOMELESS PENTHOUSE



# Chum Framed Prints

$349.00

Add to cart →

Buy with 

More payment options

Set of 3. 20x20

black frame included

Share: Facebook  Tweet  Pinterest

  

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰  **HOMELESS PENTHOUSE**  



# Companion Bearbrick

$99.00

Size:
○ 400%
○ 1000%

Add to cart →

Buy with PayPal

More payment options

The iconic bear-shaped figurine by Medicom has a special place in the heart of most toy collectors and features design elements of the legendary Brooklyn character.

Now available in two exclusive 400% grey variant.

Size 400%: 28cm (11inch)  -  Weight: 0.99K (2.2lbs)

Share:  Facebook  Tweet  Pinterest

# You may also like











| | | | |
|---|---|---|---|
| Hidden Homer Rug | from $448.00 | Takashi Murakami Small Flowers Canvas | from $36.00 |
| Banksy Queen Victoria Canvas | from $40.00 | Banksy Flying Copper Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address     Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery



© 2021, Shophomeless.
All Rights Reserved.

     

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Fre

☰   **HOMELESS PENTHOUSE**





# Companion Dinnerware Set

$149.00

Add to cart →


Buy with **PayPal**

More payment options

Share: Facebook   Tweet   Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address    Subscribe →

×



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



## You may also like





| | | | |
|---|---|---|---|
| Kermit the Frog Supreme White Canvas | from $40.00 | Banksy Keep it Real Canvas | from $40.00 |

| George Condo Batman and Bunny Canvas | from $40.00 | Gradient Rug | from $1,088.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery



© 2021, Shophomeless.
All Rights Reserved.



Free Delivery & Return

☰                **HOMELESS PENTHOUSE**                 🔍 🛍



# Covering KAWS Neon Light

**$449.00**

Add to cart →

Buy with **PayPal**

More payment options

This custom-made LED neon sign is lit and built to last. The light comes in a pink variant and features the iconic box logo sign in a moody glow.

Make a statement and design the mood of any room with this amazing neon sign sure to create the vibe you've always wanted!

Mounting materials included.

Size: 60x84cm

Share: Facebook Tweet Pinterest

## You may also like

# Sign Up For Our Newsletter.
Receive special offers and first look at new products.

Email address                    Subscribe →

✕

Free Delivery & Returns Free De

## HOMELESS PENTHOUSE



# Customized LED Door

$3,999.00

Add to cart →


Buy with **PayPal**

More payment options

Fully customizable please message us the size of your door.

Share: Facebook  Tweet  Pinterest





220CM

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

## You may also like






Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# DIOR KAWS PLUSH

$299.00

Add to cart →

Buy with PayPal

More payment options

Set of two plushes

Share: Facebook  Tweet  Pinterest



# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰   **HOMELESS PENTHOUSE**   ⊙ ⊙ ⊙



# Dissected Bearbrick 400%

$179.00

Color:
○ black
○ grey

Add to cart →

Buy with **PayPal**

More payment options

The iconic bear-shaped figurine by Medicom has a special place in the heart of most toy collectors featuring Donnelley's quirky hybrids familiar in popular culture.

Now available in this exclusive 400% KAWS companion variant.

Size 400%: 28cm (11inch)

Weight: .99K (2.2lbs)

Share: Facebook  Tweet  Pinterest



# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



## Dissected Companion Sculpture (Black)

$3,499.00

Color:
○ brown

Add to cart →

Buy with PayPal

More payment options

A remarkable piece featuring KAWS' signature "Companion"; his dissected version with crossed-out eyes, gloved hands, and oversized ears.

This sculpture made sure that you'll have the best companion all throughout the season. Reward yourself with this statue.

Share: Facebook  Tweet  Pinterest



# You may also like

Returns

# HOMELESS PENTHOUSE



# DISSECTED RUG

$299.00

Add to cart →

Buy with **PayPal**

More payment options

120cm x 57 cm

Share: Facebook  Tweet  Pinterest



# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free D

☰

# HOMELESS PENTHOUSE

# Face Down Companion

$299.00

Add to cart →

Buy with **PayPal**

More payment options

Share: Facebook Tweet Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address

Subscribe →

×



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →

✕





Free Delivery & Returns Fr

## HOMELESS PENTHOUSE



# Familar Clown by Unknown

**$59.00**

Size:

- 8 x 12
- 16 x 24
- 20 x 30
- 24 x 36
- 32 x 48

Add to cart →



More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

• Ready To Hang - Mounting hardware comes attached.

• Leveling Bumpers Included - For wall protection.

• Semi-Gloss Print - Increased vibrancy of artwork.

• Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

• Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share: Facebook  Tweet  Pinterest



Familar Clown by Unknown

Free Delivery & Returns Free Delivery & Returns Free Delivery & Re

☰

# HOMELESS PENTHOUSE



# Father and Son Brooklyn Sculpture

$9,999.00

Add to cart →

Buy with **PayPal**

More payment options

The Father and Son Brooklyn Sculpture is a human-sized contemporary classic that is bound to become the centerpiece of any living area.

Share: Facebook  Tweet  Pinterest

# You may also like









| Gradient Rug | from $1,088.00 | Takashi Murakami Small Flowers Canvas | from $36.00 | Banksy Dorothy and Police Canvas | from $40.00 | Banksy Flying Copper Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰     **HOMELESS PENTHOUSE**     👤 🔍 🛍



# Felix Canvas Print

$59.00

Size:
○ 8 x 8
○ 16 x 16
○ 24 x 24
○ 40 x 40

Add to cart →

Buy with **PayPal**

More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

Ready To Hang - Mounting hardware comes attached.

Leveling Bumpers Included - For wall protection.

Semi-Gloss Print - Increased vibrancy of artwork.

Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share:  Facebook  Tweet  Pinterest



Felix Canvas Print

ree Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Framed Snoopy Prints by XX

$399.00

Add to cart →


More payment options

Includes white frame. 50x70cm

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address    Subscribe →

✕





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕







✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# You may also like









BRILLO BOX

| Banksy Keep it Real Canvas | from $40.00 | Andy Warhol OJ Simpson Canvas | from $36.00 | A Bathing Ape Pop Art Rug | from $72.00 | BRILLO BOX | $299.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

     

© 2021, Shophomeless.
All Rights Reserved.



Free Delivery & Returns

☰    **HOMELESS PENTHOUSE**    👤 🔍 🛍️

# Gang (Sofa), 2019

$4,958.50

┌─────────────────────────────────────┐
│          Add to cart →               │
└─────────────────────────────────────┘

Buy with **PayPal**

More payment options

Out and about!  these lit couch is filled with KAWS signature plush toys. It demonstrates the artist's fascination with the cartoons, especially those inspired by Mickey Mouse.
Plush Toys size:

37 × 67 × 40 in
94 × 170.2 × 101.6 cm

Share:  Facebook  Tweet  Pinterest

---

# You may also like









| Banksy Middle Finger Canvas | from $14.00 | Gradient Rug | from $1,088.00 | Banksy Keep it Real Canvas | from $40.00 | Hidden Homer Rug | from $448.00 |

┌──────────────────┐
│  Write a review  │
└──────────────────┘

---

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

🐦 📌 📷 ▶️ ✉️

© 2021, Shophomeless.
All Rights Reserved.



Free Delivery & Returns Free Delivery & Returns Free Delivery &

☰                **HOMELESS PENTHOUSE**                ⚲ 🔍 🛍





# GRAY BEARBRICK 400% 1000%

$149.00

Size:

○ 400%
○ 1000%

Add to cart →

Buy with **PayPal**

More payment options

Throwback this one all the way to year 2002, the year of its release.

This is an Bearbrick you need to have!

Share:  Facebook  Tweet  Pinterest

# HOMELESS PENTHOUSE





Ice Cream Canvas Print

# Ice Cream Canvas Print

$59.00

Size:
○ 8 x 8
○ 16 x 16
○ 24 x 24
○ 40 x 40

Add to cart →

Buy with PayPal

More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

Ready To Hang - Mounting hardware comes attached.

Leveling Bumpers Included - For wall protection.

Semi-Gloss Print - Increased vibrancy of artwork.

Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share: Facebook  Tweet  Pinterest

Free Delivery & Returns Free Delivery

≡                    **HOMELESS PENTHOUSE**                    



# Illuminated Toon Print

$599.00

Color:
○ a
○ b
○ c
○ d

Size:
○ 60cm
○ 70cm
○ 80cm
○ 90cm
○ 100cm

Add to cart →

Buy with **PayPal**

More payment options

Illuminated prints. Museum quality.

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address    Subscribe →

✕





KAWS｜B款

注：框色需另选，此处仅做展示

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address      Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰

# HOMELESS PENTHOUSE



# Invisible Characters

$249.00

Colour:

○ A
○ B
○ C
○ D

[ Add to cart → ]

Buy with **PayPal**

More payment options

- Function: Blessing
- Material: crystal
- Style: cartoon style
- Applicable space: living room
- Color classification: A section B section C section D section
- Craft: Purely handmade
- Item No.: YD515
- Appearance: cartoon

Share: Facebook  Tweet  Pinterest



尺寸：长245*宽100*高340MM    材质：树脂



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



尺寸：长140*宽90*高328MM    材质：树脂



尺寸：长120*宽105*高260MM    材质：树脂

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                                    **HOMELESS PENTHOUSE**                    ⚲  🔍  🛍







# KAWS 4FT COMPANION

$2,999.00

Color:
○ BLACK
○ GREY
○ BROWN
○ BLUSH

Add to cart →

Buy with **PayPal**

More payment options

KAWS 4FT COMPANION FIGURES are now available in four colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

Share: Facebook  Tweet  Pinterest

KAWS 4FT COMPANION

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS 4FT OPEN FLAYED DISSECTED COMPANION

$3,499.00

Color:
○ BLACK DISSECTED
○ GREY DISSECTED
○ BROWN DISSECTED
○ BLUSH DISSECTED

Add to cart →

Buy with *PayPal*

More payment options

KAWS 4FT OPEN FLAYED DISSECTED COMPANION are now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

Share:  Facebook  Tweet  Pinterest



✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address          Subscribe →

✕







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×







Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# KAWS 4FT PASSING THROUGH

$3,999.00

Color:
○ BLACK
○ GREY
○ BROWN

Add to cart →

Buy with **PayPal**

More payment options

KAWS 4FT PASSING THROUGH are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 47 1/5 × 28 × 25 3/5 in
- 120 × 71 × 65 cm

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



# You may also like









Takashi Murakami Small       from $36.00
Flowers Canvas

Alex Face Trinity Cat Canvas    from $36.00

Banksy Umbrella Girl Canvas    from $40.00

A Bathing Ape X Kaws Rug    from $72.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address        Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.

      

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰    **HOMELESS PENTHOUSE**    



# KAWS 4FT STORMTROOPER STARWARS

## $3,499.00

Color:

○ STORMTROOPER

| Add to cart → |

Buy with **PayPal**

More payment options

KAWS 4FT STORMTROOPER STARWARS is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

Share: Facebook  Tweet  Pinterest

# You may also like











| Banksy CND Soldiers Canvas | from $40.00 | Banksy Keep it Real Canvas | from $40.00 | Banksy Middle Finger Canvas | from $14.00 | Banksy Choose your Weapon Gray Canvas | from $40.00 |

| Write a review |

Subscribe to our newsletter to receive special offers and first look at new products.

Email address    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery





© 2021, Shophomeless.
All Rights Reserved.












Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰   **HOMELESS PENTHOUSE**   ⊙ ⊙ ⊙



# KAWS 6FT DIOR BFF FIGURE

### $3,499.00

Style:
○ DIOR BFF

Add to cart →

*Buy with* **P**ayPal

More payment options

KAWS 4FT DIOR BFF FIGURE is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 72 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

We can also custom 6FT KAWS for you. (1.8m tall)

Do note that this is a fully-custom made to order item which requires 5-7 days of production.

Share: Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰   **HOMELESS PENTHOUSE**   



# KAWS ALONG THE WAY FIGURES

$159.00

Colour:
○ GREY
○ NATURAL
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

Along the Way debuted in 2019, presenting a new pose for KAWS's signature Companion characters. The design features two of his iconic skull-and-bones creatures leaning on one another for support, hands heavy, and eyes cast downward.

KAWS ALONG THE WAY FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



# You may also like









Alex Face Trinity Cat Canvas    from $36.00

Javier Calleja Hat Canvas    from $36.00

Yoshitomo Nara Cosmic Girl
Eyes Closed Canvas    from $36.00

Monster Bean Bag    $599.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                                    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

     

© 2021, Shophomeless.
All Rights Reserved.



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE





# KAWS ANATOMY RUG

**$79.00**

Size:
○ 100x50cm
○ 200x100cm

Color:
○ WOOD
○ RED
○ MONOCHROME
○ BLACKOUT

Add to cart →

Buy with **PayPal**

More payment options

The KAWS anatomy series.

KAWS ANATOMY RUG is now available in two sizes, giving you the chance to showcase everyday objects in streetwear art. Perfect for styling it up with the KAWS pillow or figurines.

- Polyester suede material
- 100 cm x 50 cm
- 200 cm x 100 cm



Share: Facebook Tweet Pinterest

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                    **HOMELESS PENTHOUSE**                    ⌾ ⌕ 🛍



# KAWS BEARBRICK - 400%

$149.00

Size:
◇ 400%

| Add to cart → |
|:---:|

Buy with **PayPal**

More payment options

Share: Facebook  Tweet  Pinterest



# You may also like



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free D

☰                    **HOMELESS PENTHOUSE**                    ⚲ ♙ 🛍



# KAWS BEARBRICK DISSECTED 400%

### $279.00

Style:
○ BLACK
○ BROWN
○ GREY

Add to cart →

Buy with **PayPal**

More payment options

For when you like KAWS but you gotta stay true to yourself as a Bearbrick Collector.

Now this time, you can get both in this single collectable, you definitely need to cop.

KAWS BEARBRICK DISSECTED  400%  is now available:

- Material: PVC Vinyl
- 28cm (400%)

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





# You may also like









# HOMELESS PENTHOUSE



# KAWS BFF COMPANION PLUSHIES

$129.00

Color:
○ PINK
○ BLUE
○ BLACK
○ FULL SET

Add to cart →

Buy with PayPal

More payment options

Need a BFF by your side? Well, lucky you.

KAWS BFF PLUSHIES are now available in three colourways. This exclusive collectible is a must-have if you're a true streetwear connoisseur.

if you know, you know

- 18"
- Comes with KAWS BFF box

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





# You may also like

   

& Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS BUNNY PLUSHIES

$89.00

Color:
○ BLACK
○ PINK

Add to cart →

Buy with **PayPal**

More payment options

Perfect gift for your loved ones, or even for yourself to cuddle on the cold nights (you know what i'm talking about)

KAWS BUNNY PLUSHIES are now available in black and pink colorways.

- 16" (40cm)
- Comes with KAWS Companion box

Share:  Facebook  Tweet  Pinterest



✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →





# You may also like









| Alex Face Trinity Cat Canvas | from $36.00 | Banksy Happy Chopper Canvas | from $40.00 | Banksy Dorothy and Police Canvas | from $40.00 | Banksy Umbrella Girl Canvas | from $40.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# Kaws Coin Bank

$199.00

Color:

○ Red
○ Yellow
○ Pink
○ Blue

Add to cart →

Buy it now →

Available in Blue, Red, Yellow and Pink.

Share:  Facebook  Tweet  Pinterest



Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS COMPANION FIGURES

$99.00

Style:
○ GREY
○ BROWN
○ BLACK
○ BLUSH RED
○ GLOW IN THE DARK

Add to cart →

Buy with **PayPal**

More payment options

You already know what it is, introducing the CLASSIC KAWS COMPANION FIGURES.

KAWS COMPANION FIGURES are now available in five different colorways, giving you the chance to add all of these into your KAWS collection.

- Material: PVC Vinyl
- 40cm (16 inches)

Don't sleep.

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →









Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS COMPANION FLAYED OPEN EDITION FIGURES

**$129.00**

Style:

○ GREY
○ OG
○ BLACK
○ BLUSH RED

Add to cart →

Buy with **PayPal**

More payment options

After so much hype , KAWS released a full series of 4 different companions that included flayed versions of the classic KAWS companion figures.

KAWS COMPANION FLAYED OPEN EDITION FIGURES are now available in four colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 38cm (15 inches)

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                         Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





# You may also like













| Javier Calleja Hat Canvas | from $36.00 | Banksy CND Soldiers Canvas | from $40.00 | Andy Warhol OJ Simpson Canvas | from $36.00 | Astro Boy Doomed Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

HOMELESS PENTHOUSE

   

☰ **HOMELESS PENTHOUSE** 👤 🔍 🛍



# KAWS COMPANION RESTING FIGURES

**$119.00**

Style:
○ BLACKOUT
○ NATURAL
○ GREY

Add to cart →

Buy with **PayPal**

More payment options

KAWS COMPANION (RESTING PLACE) FIGURES are now available
in three colorways, giving you the chance to add all of these into your KAWS collection.

- Material: PVC Vinyl
- 40cm (16 inches)

Share: Facebook  Tweet  Pinterest

