Exhibit 1 -F

Exhibit 1 -F

# Exhibit 4B

# Exhibit 4B

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →





# You may also like









| Astro Boy Doomed Canvas | from $40.00 | Takashi Murakami Small Flowers Canvas | from $36.00 | Gradient Rug | from $1,088.00 | Hidden Homer Rug | from $448.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & F

## HOMELESS PENTHOUSE



# KAWS GONE FIGURES

**$249.00**

Colour:
○ GREY
○ BLACK
○ NATURAL

Add to cart →

Buy with **PayPal**

More payment options

HOW ABOUT 2-IN-ONE?

The KAWS GONE FIGURE features KAWS's most popular character, the companion, carrying what appears to be a lifeless version of one of his other popular characters, the BFF.

KAWS GONE FIGURES are now available in three colorways, giving you the chance to mix the traditional Companion and BFF colorways to create a Black Companion carrying a Black BFF, a Grey Companion carrying a Pink BFF, and a Brown Companion carrying a Blue BFF.

While the two have been seen together in plush form, this is the first of KAWS's vinyl collectibles to feature both characters in one.

- Material: PVC Vinyl
- 36cm (14 inches)

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address _____     Subscribe →

×





# You may also like









Damien Hirst Dots Canvas          from $40.00

Kermit the Frog Supreme          from $40.00
White Canvas

Takashi Murakami Big          from $36.00
Flowers Canvas

Takashi Murakami Small          from $36.00
Flowers Canvas

y & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



## kaws large ornaments Sesame Street creative glass steel sculpture custom doll living room net red violent bear floor decoration

$50.00

Colour:

- ○ 芝麻街彩绘站款1
- ○ 芝麻街彩绘站款2
- ○ 芝麻街彩绘站款3
- ○ 芝麻街彩绘坐款1
- ○ 芝麻街彩绘坐款2
- ○ 芝麻街蓝色站款
- ○ 芝麻街粉色站款
- ○ 芝麻街蓝色坐款
- ○ 芝麻街粉色坐款
- ○ kaws坐款1米35
- ○ kaws坐款90公分
- ○ kaws坐款65公分
- ○ kaws站款1米6
- ○ kaws站款1米3
- ○ kaws彩绘兔1米8
- ○ kaws粉色兔1米8
- ○ 网红暴力熊
- ○ 潮流暴力熊
- ○ 时尚暴力熊
- ○ kaws电镀金
- ○ kaws白兵
- ○ kaws阿童木
- ○ 芝麻街多彩1米3
- ○ 来图定制

<div>Add to cart →</div>

<div>Buy with **PayPal**</div>

More payment options

- Brand: BMB
- Function: Fortune
- Material: FRP
- Style: modern style
- Place of Origin: Mainland China
- Province: Guangdong Province
- Prefectures and cities: Shenzhen
- Applicable space: office clothing store model room
- Color Classification: Sesame Street Painted Station Style 1 Sesame Street Painted Station Style 2 Sesame Street Painted Station Style 3 Sesame Street Painted Station Style 1 Sesame Street Painted Sitting Style 2 Sesame Street Blue Station Style Sesame Street Pink Station Style Sesame Street Blue Sitting Style Sesame Street pink sitting model kaws sitting model 1 meter 35 kaws sitting model 90 cm kaws sitting model 65 cm kaws standing model 1.6 meter 6 kaws standing model 1 meter 3 kaws painted rabbit 1 meter 8 kaws pink rabbit 1 meter 8 net celebrity violent bear trend Violent bear fashion Violent bear kaws electroplating gold kaws white soldier kaws Astro Boy Sesame Street colorful 1.3 meters to customize
- Packing method: other
- Craft: semi-manual
- Can be customized: Yes
- Item No.: M11098
- Applicable scene: daily gift
- Applicable objects: other
- Appearance: characters
- Decoration type: floor decoration
- Applicable people: post-90s

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →

✕



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕







（需要其他颜色 款式可联系客服定制）

可选尺寸（80*45*200）+（62*35*130）





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

×

（需要其他颜色 款式可联系客服定制）

可选尺寸（80*45*200)+(62*35*130)



坐姿芝麻街
可选尺寸（65*66*140)



坐姿芝麻街

✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →









可选尺寸（75*80*135）+（64*50*90）+（47*37*65）

# You may also like



| | | | |
|---|---|---|---|
| Banksy Very Little Helps Canvas | from $40.00 | A Bathing Ape X Kaws Rug | from $72.00 |



Banksy Girl with Balloon Canvas    from $40.00

Kermit the Frog Supreme White Canvas    from $40.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                                    Subscribe →

## HOMELESS PENTHOUSE





About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.









Free Delivery & Returns Free Delivery & R

☰                            **HOMELESS PENTHOUSE**                            ⌂ ⌕ ⛶



# KAWS Minjun Toy

$149.00

Add to cart →

Buy with **PayPal**

More payment options

Share:  Facebook  Tweet  Pinterest



# You may also like

☰   **HOMELESS PENTHOUSE**   👤 🔍 🛍



# KAWS NGV SNOOPY JIGSAW PUZZLE

## $99.00

Style:

◻ 1000 PIECES

| Add to cart → |
|---|

Buy with **PayPal**

More payment options

Perfect for a gift, or you could even frame it up after fixing all the pieces.

KAWS NGV SNOOPY JIGSAW PUZZLE is now available.

- 1000 pieces jigsaw puzzle



Share:  Facebook  Tweet  Pinterest

# You may also like








| Bape Nigoldeneye Soup Canvas | from $40.00 | Yoshitomo Nara Cosmic Girl Eyes Closed Canvas | from $36.00 | Banksy Girl with Balloon Canvas | from $40.00 | Banksy Queen Victoria Canvas | from $40.00 |
|---|---|---|---|---|---|---|---|

| Write a review |
|---|

Subscribe to our newsletter to receive special offers and first look at new products.          Email address          Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

  

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS Pinocchio

$179.00

Add to cart →

 Buy with **PayPal**

More payment options

Share: Facebook  Tweet  Pinterest

# You may also like









Banksy Choose your Weapon Gray Canvas          from $40.00

Acid Trip Rug          from $348.00

A Bathing Ape X Kaws Rug          from $72.00

Yoshitomo Nara Cosmic Girl Eyes Closed Canvas          from $36.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address

Subscribe →

# HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.



Free Deliv

≡                    **HOMELESS PENTHOUSE**                    ⌂ 🔍 🛍



# KAWS Rectangle Rug

## $72.00

Size:
○ 20x32
○ 30x45
○ 35x63
○ 63x84
○ 79x118

<div align="center">Add to cart →</div>



Buy with **PayPal**

More payment options

Custom floor coverings can transform any space to make it your own. Our custom area rugs have a beautiful texture that lends to any creative expression you'd like to create for a room, large or small!

• Durable Textured Face
• Textured non-skid back
• Edge-to-edge sublimation printing in vibrant full color on face

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                     Subscribe →





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →





# You may also like









Brillo Box Relic                    $349.00

Banksy Keep it Real Canvas          from $40.00

Banksy CND Soldiers Canvas          from $40.00

Takashi Murakami Small
Flowers Canvas                      from $36.00

Free Delivery & Returns Free Delivery & Returns Free Delivery & F



☰                    **HOMELESS PENTHOUSE**                    👤 🔍 🛍



# KAWS SEEING LAMP FIGURES

### $299.00

Colour:
○ BLUE
○ PINK

Add to cart →

Buy with **PayPal**

More payment options

KAWS SEEING LAMP FIGURES features a KAWS BFF figurine produced from alloy and ceramics. The statue's eyes contain LED lights, giving the "BFF" its light-up function.

"SEEING" measures 37cm tall, and comes sitting on a 17.8cm white pedestal.

KAWS SEEING LAMP FIGURES are now available in two colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 14.6 x 6.9 x 7.3 in. (37.1 x 17.5 x 18.5 cm.)

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address Subscribe →

# You may also like

Acid Trip Rug from $348.00

Supreme

Kermit the Frog Supreme White Canvas from $40.00

Banksy CND Soldiers Canvas from $40.00

Banksy Queen Victoria Canvas from $40.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products. Email address Subscribe →

HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery

# HOMELESS PENTHOUSE



# KAWS SHARE FIGURES

**$149.00**

Colour:
○ NATURAL
○ GREY
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

The KAWS SHARE FIGURE features the unmissable Companion character holding a miniature BFF on his left hand. Apart from the black variant, the other editions feature contrasting colors of the BFF subject in blue for the brown edition and pink for the grey option.

KAWS SHARE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 30cm (12 inches)

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →



✕

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS Sorayama Figure

$499.00

Add to cart →



More payment options

20x14x35cm

Share: Facebook Tweet Pinterest



# You may also like



# HOMELESS PENTHOUSE



# KAWS SPACEMAN FIGURES

### $249.00

Colour:
- ○ SILVER
- ○ GOLD
- ○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

THE MOST HYPED ANTICIPATED COLLECTIBLE OF 2020.

Marking COMPANION's 20th anniversary, the iconic and one and only COMPANION dons an astronaut suit and takes a sounding balloon 41.5 kilometres up into the Stratosphere.

KAWS SPACEMAN FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Polyurethane
- 30cm (11.5 inches)

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →

×







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address _____    Subscribe →



Free Deli

☰     **HOMELESS PENTHOUSE**     ⚇ ⚲ ⛶



# KAWS STAR WARS BOBA FETT FIGURE

**$199.00**

Style:

⬚ BOBA FETT

| Add to cart → |
|:---:|

Buy with **PayPal**

More payment options

May the force be with you...or not.

But eitherway, you still can have KAWS.

KAWS: STARWARS BOBA FETT FIGURES are now available, giving you the chance to add this highly coveted piece into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.5 inches)

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



## You may also like

Free Delivery & Returns Free Delivery & Return



≡        **HOMELESS PENTHOUSE**        👤 🔍 🛍️



# KAWS STAR WARS DARTH VADAR FIGURE

$189.00

Style:
○ DARTH VADAR

| Add to cart → |
|:---:|

Buy with **PayPal**

More payment options

Luke....I am your father.

KAWS: STARWARS DARTH VADAR FIGURES are now available, giving you the chance to add this highly coveted piece into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.5 inches)

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



# You may also like

| | | | |
|---|---|---|---|
| George Condo Batman and Bunny Canvas | from $40.00 | Kermit the Frog Supreme Canvas | from $40.00 |
| Banksy Flying Copper Canvas | from $40.00 | Banksy Girl with Balloon Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

 

© 2021, Shophomeless.
All Rights Reserved.

   

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery

# HOMELESS PENTHOUSE



# KAWS TAKE FIGURES

$149.00

Colour:
○ BLUE
○ BLACK
○ PINK

Add to cart →

*Buy with* **PayPal**

More payment options

The KAWS TAKE FIGURES features a BFF holding a Companion which is the total inverse of the KAWS Share Figure which shows the Companion holding the BFF instead.

KAWS TAKE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 33cm (13 inches)

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





# You may also like

   

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS TOGETHER FIGURES

## $159.00

Colour:
○ GREY
○ BLACK
○ NATURAL

Add to cart →

Buy with **PayPal**

More payment options

The KAWS TOGETHER FIGURE features the iconic KAWS "Companions" interlocked in a permanent hug.

KAWS TOGETHER FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 30cm (12 inches)

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                          Subscribe →

×





# You may also like






Free Delivery & Returns Free Delivery &

≡          HOMELESS PENTHOUSE          ⌂ ⌕ 🛍



# Kaws Wall Art Set

## $499.00

size:

○ A set of 3 (rounded inverted trapezoid 56*76+40*30+40*50) + 10 inch wall clock (25.4cm)

Frame type:

○ Light luxury gold (aluminum frame)
○ Style black (aluminum frame)

Colour:

○ Free and easy A
○ Free and easy B
○ Free and easy C

Add to cart →

Buy with **PayPal**

More payment options

Brand Name: **Not Continued**
*Product parameters:*

• Brand: Uncontinued
• Pattern: Cartoon anime
• Style: simple and modern
• Place of Origin: Mainland China
• Province: Guangdong Province
• Prefectures and cities: Huizhou
• Size: A set of 3 (rounded inverted trapezoid 56*76+40*30+40*50) + 10-inch wall clock (25.4cm)
• Frame type: Light luxury gold (aluminum frame), black style (aluminum frame)
• Color classification: free and easy A free and easy B free and easy C
• Process: inkjet
• 组合形式: 19亿级艺术微喷【纯棉油画布+金属画框+有机玻璃】 19亿级艺术微喷【纯棉油画布+金属画框】
• 货号: BWWX-20210430-561
• 装裱方式: 有框
• 外框材质: 金属
• 图片形式: 平面
• 幅数: 三联以上
• 画芯材质: 油画布

Share: Facebook Tweet Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →

×





Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



## KAWS WHAT PARTY

$179.00

Color:
○ BLK
○ WHT
○ RED

Add to cart →

Buy with **PayPal**

More payment options

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



# You may also like

s Free Delivery & Returns

# HOMELESS PENTHOUSE

# KAWS X DIOR BFF FIGURE

## $159.00

Style:
◻ DIOR BFF

Add to cart →

Buy with *PayPal*

More payment options

One of the most highly coveted figures in the streetwear world of home decor.

Fully suited up in a DIOR suit, this pink vinyl figure

KAWS X DIOR BFF FIGURE is now available, giving you the chance to add this exclusive collaboration piece into your KAWS collection.

- Material: PVC Vinyl
- 15" (38cm)



Share:  Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



---

## You may also like

---

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                          **HOMELESS PENTHOUSE**                          ⚲ ⚲ ⛨



# KAWS X LANE CRAWFORD "CLEAN SLATE" PLUSH

$99.00

Add to cart →

Buy with *PayPal*

More payment options

An exclusive SHANGHAI release, KAWS "CLEAN SLATE" PLUSH is now available. Perfect for cuddling or a gift to your loved ones.

- ONE SIZE (16")
- Comes with COMPANION KAWS box



Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



---

## You may also like

---

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰

# HOMELESS PENTHOUSE

👤 🔍 🛍



# KAWS X SESAME STREET PLUSHIES

**$59.00**

Style:

○ ELMO
○ BIG BIRD
○ COOKIE MONSTER
○ BERT
○ ERNIE
○ FULL SET

Add to cart →

Buy with **PayPal**

More payment options

You a true 90's kid if your favourite show was sesame street back in the day. Well, it's time to relive that and bring back some good ol' memories.

Introducing, the KAWS x SESAME STREET PLUSH collection, now available. Even better, the collectibles could be copped as a set in a special branded box or purchased individually, with Big Bird, Elmo, Cookie Monster, Bert, and Ernie all available with KAWS' signature button eyes.

- 18 - 20" (45 - 54 cm) depending on the individual plush



Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.
Receive special offers and first look at new products.

Email address

Subscribe →

×



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

×



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

&#10005;



# You may also like

| Kermit the Frog Supreme Canvas | from $40.00 | Hidden Homer Rug | from $448.00 | Brillo Box Relic | $349.00 | Banksy Choose your Weapon Gray Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                                    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.






Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Del

# HOMELESS PENTHOUSE



# KAWS X SNOOPY PLUSHIES

$99.00

Color:
○ WHITE
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

KAWS X SNOOPY PLUSHIES are now available in two colorway, giving you the chance to style up your room with a little streetwear decor.

- 20" (50cm)
- Comes as a set, (both sizes)



Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





# You may also like

Free Delivery & Returns Free D

# HOMELESS PENTHOUSE



## KAWS: BFF COMPANION FIGURES

**$149.00**

Color:
○ PINK
○ BLUE
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

One of the most highly coveted figures in the streetwear world of home decor.

KAWS BFF FIGURES are now available in pink, blue and black colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 33cm (12.9 inches)

Share: Facebook Tweet Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                          Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕




# You may also like

| Banksy Girl with Balloon Canvas | from $40.00 | Astro Boy Doomed Canvas | from $40.00 | Hidden Homer Rug | from $448.00 | Gradient Rug | from $1,088.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

& Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS: PASSING THROUGH FIGURES

## $159.00

Style:
○ GREY
○ BROWN
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

In *Passing Through*, KAWS's signature "Companion" sits down and covers its eyes in embarrassment. *Passing Through* acts as a self-portrait of KAWS, as he grapples with worldwide fame.
One of the most highly coveted figures in the streetwear world of home decor. KAWS:PASSING THROUGH FIGURES are now available in black, grey and brown colorways, giving you the chance to add this one into your KAWS collection.
- Material: PVC Vinyl
- 28cm (11 inches)
- Comes with box packaging

Share: Facebook Tweet Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





---

# You may also like






Free Delivery & Returns Free Delivery & 

☰                    **HOMELESS PENTHOUSE**                    A ⌕ 🛍



# KAWS: STAR WARS STORMTROOPERS FIGURES

### $149.00

Style:
○ WHITE STORMTROOPER
○ BLACK STORMTROOPER

| Add to cart → |
|---|

| Buy with *PayPal* |
|---|

More payment options

May the force be with you..or not.

But eitherway, you still can have KAWS.

KAWS: STARWARS STORMTROOPERS FIGURES are now available in two colorways, giving you the chance to add these into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.2 inches)

Share: Facebook Tweet Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕

# You may also like

| Monster Bean Bag | $599.00 | Bape Nigoldeneye Soup Canvas | from $40.00 | George Condo Batman and Bunny Canvas | from $40.00 | Banksy Queen Victoria Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE





# KAWS:HOLIDAY PLUSHIES

**$99.00**

Color:
○ WHITE
○ BROWN
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

As part of KAWS:HOLIDAY art piece, KAWS released a commemorative plush set exclusively for KAWS fans.

The plush set features three 20" *KAWS Companion* stuffed dolls done in the artist's signature black, white and brown color schemes. Additionally, the plushes feature bendable appendages which offer an array of pose options.

KAWS:HOLIDAY PLUSHIES are now available in three colorway, giving you the chance to style up with a little streetwear decor.

- 20" (50cm)
- Comes with COMPANION KAWS box



Share: Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                 Subscribe →

×





# You may also like






ns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# Kermit Plush Toy

$89.00

Colour:
- Money symbol eye frog
- X eye frog

Add to cart →

Buy with **PayPal**

More payment options

0:00 / 0:56

- Brand: Dodo pig
- Applicable age: 2 years old, 3 years old, 4 years old, 5 years old, 6 years old, 7 years old, 8 years old, 9 years old, 10 years old, 11 years old, 12 years old, 13 years old, 14 years old and over 14 years old
- material: plush
- Applicable gender: neutral
- Toy type: doll
- Color classification: black round eye frog red love eye frog money symbol eye frog X eye frog
- Filling: PP cotton
- Height: 40 cm (collection plus purchase to send eye mask)
- Is there a shopping guide video: Yes
- Doll type: frog

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →

×



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                          Subscribe →

✕



Free Deliv

≡ **HOMELESS PENTHOUSE** 



# Las Vegas Rug

$373.50

| Add to cart → |

Buy with *PayPal*

More payment options

Share:  Facebook  Tweet  Pinterest

# You may also like

   

| Banksy Keep it Real Canvas | from $40.00 | A Bathing Ape Pop Art Rug | from $72.00 | Acid Trip Rug | from $348.00 | Banksy Flying Copper Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address       Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.

     



☰ HOMELESS PENTHOUSE

# Milo Rug

$179.00

Add to cart →

Buy with PayPal

More payment options

3 x 5

Share: Facebook Tweet Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                          Subscribe →



# HOMELESS PENTHOUSE



## Monkey Dudes Canvas From Nigolden Eye

**$59.00**

Size:
- 8 x 12
- 16 x 24
- 20 x 30
- 24 x 36
- 32 x 48

Add to cart →

Buy with **PayPal**

More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

• Ready To Hang - Mounting hardware comes attached.

• Leveling Bumpers Included - For wall protection.

• Semi-Gloss Print - Increased vibrancy of artwork.

• Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

• Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share: Facebook  Tweet  Pinterest



Monkey Dudes Canvas From Nigolden Eye

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY

## $59.00

Color:
○ WHITE
○ RED
○ BLACK

Add to cart →

Buy with *PayPal*

More payment options

Hooking up with Gallery 1950, Original Fake has released their collabo ashtrays in a solid black, white or red ceramic finish.

Even though they have a specific purpose, the pieces can definitely be used for decorating the crib or if you decide that smoking is cool while the items are en route to your home.

KAWS CERAMIC ASHTRAY now available.

- 16cm x 4cm





ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                                    HOMELESS PENTHOUSE                                    ⚇ 🔍 🛒





# Outdoor Clock Paintings

### $259.00

size:
○ 50*80 (pointer 12 inches)
○ 60*100 (pointer 14 inches)

Frame type:
○ Light luxury gold (aluminum frame)
○ Style black (aluminum frame)

Colour:
○ LV bear A+ clock
○ LV bear B+ clock

<div style="border:1px solid;padding:8px;text-align:center">Add to cart →</div>



More payment options

Brand Name: **HOMELESS PENTHOUSE**
*Product parameters:*
- Brand: HP
- Pattern: Cartoon anime
- Style: simple and modern
- Place of Origin: Mainland China
- Province: Guangdong Province
- Prefectures and cities: Shenzhen
- Size: 50*80 (pointer 12 inches) 60*100 (pointer 14 inches)
- Frame type: Light luxury gold (aluminum frame), black style (aluminum frame)
- Color classification: LV bear A+ clock, LV bear B+ clock, LV bear C+ clock, LV bear D+ clock, LV bear E+ clock, LV bear F+ clock
- Process: inkjet
- Combination form: 1.9 billion art micro-spray [oil canvas + metal frame]
- Item No.: BWWX-20210629-1
- Mounting method: framed
- Frame material: metal
- Picture format: plane
- Number of frames: single frame
- Painting core material: canvas

Share: Facebook  Tweet  Pinterest

Note / This box is for display only, and the box color is selected separately.   ◀◀◀◀



✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →



# You may also like





Christian Throw Pillow



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Root of Evil Framed Prints

$99.00

Size:
○ S (30*30cm)
○ L(50*50cm)

Print:
○ a
○ b
○ c
○ d
○ e
○ f
○ g
○ h

Add to cart →

Buy with PayPal

More payment options

Framed Prints

Share: Facebook Tweet Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕



OMJA



OMJB

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



OMJC



OMJD



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →

×



OMJG



OMJH

×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



OMJI



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

×





# You may also like






Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# Root of Evil Prints

**$97.00**

Size:
- ○ S (30*30cm)
- ○ L(50*50cm)

Print:
- ○ a
- ○ b
- ○ c
- ○ d
- ○ e
- ○ f
- ○ g
- ○ h

Add to cart →

Buy with **PayPal**

More payment options

Framed Prints

Share:  Facebook   Tweet   Pinterest

Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →

×



OMJA



OMJB

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



OMJC



OMJD

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                               Subscribe →

×



OMJG



OMJH

## Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address          Subscribe →

×



OMJI



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →





# You may also like

   

& Returns

# HOMELESS PENTHOUSE



芝麻街坐姿0.7米蓝色 规格：宽38cm×进深33cm×高70cm
凳子规格：长52cm×宽29cm×高27cm 需要多买凳子联系客服订购

# Seeing Sculpture

$4,500.00

Add to cart →

Buy with **PayPal**

More payment options

The Fuzzy Kaws Sculpture is a human-sized piece that screams for attention. Add it to your collection now.

Share: Facebook  Tweet  Pinterest

# You may also like











| | | | |
|---|---|---|---|
| Banksy CND Soldiers Canvas | from $40.00 | Takashi Murakami Small Flowers Canvas | from $36.00 |
| Banksy Flying Copper Canvas | from $40.00 | Christian Throw Pillow | $223.50 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          Subscribe →

# HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

     

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰          **HOMELESS PENTHOUSE**          



# Set of Four Chopsticks

$59.00

Add to cart →

Buy with **PayPal**

More payment options

Stay classy and simple with this shaped pairs of equal-length sticks that have been used as kitchen and eating utensils in most of East Asia for over three millennia.

Featuring KAWS' signature XX eyes embedded on top of the utensil. Save the use of disposable chopsticks and buy this for a long lasting use.

Share:  Facebook  Tweet  Pinterest

# You may also like









| BRILLO BOX | $299.00 | Alex Face Trinity Cat Canvas | from $36.00 | Monster Bean Bag | $599.00 | Takashi Murakami Small Flowers Canvas | from $36.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address     Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.

     

Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Snoop Kawaii Plush Toy

$49.00

color:

○ white
○ black

Add to cart →

Buy with PayPal

More payment options

Snoop Kawaii Plush Toy

white & black

Share:  Facebook   Tweet   Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



# You may also like



| Hidden Homer Rug | from $448.00 | Takashi Murakami Big Flowers Canvas | from $36.00 | Banksy Flying Copper Canvas | from $40.00 | Sexy Robot Mat | $128.00 |

 Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                                    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

    

© 2021, Shophomeless.
All Rights Reserved.

 

very & Returns Free Delivery & Returns

☰

## HOMELESS PENTHOUSE



# Space Holiday Sculpture

$4,890.00

Color:
○ Gold
○ Silver
○ Black

Add to cart →

Buy with **PayPal**

More payment options

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×



ry & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE








## SpongeBob (Set of three prints, framed), 2010

$449.00

Add to cart →

Buy with PayPal

More payment options

3 Prints

Share:  Facebook   Tweet   Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →

×





# You may also like









Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & I

# HOMELESS PENTHOUSE



# Tension Bearbrick 1000%

$1,490.00



| Add to cart → |
|---|

Buy with **PayPal**

More payment options

1000%

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →

✕



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →





# You may also like









| Banksy Happy Chopper Canvas | from $40.00 | A Bathing Ape Pop Art Rug | from $72.00 | Kermit the Frog Supreme Canvas | from $40.00 | Banksy Very Little Helps Canvas | from $40.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Tension Framed Print Set

$1,499.00

Add to cart →

Buy with PayPal

More payment options

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                           Subscribe →

✕



## You may also like

Free Delivery & Returns Free Delivery & Returns Fre

# HOMELESS PENTHOUSE



# Tension Framed Set

$1,999.00

Add to cart →



More payment options

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

×



# You may also like









| Kermit the Frog Supreme Canvas | from $40.00 | BRILLO BOX | $299.00 | Javier Calleja Hat Canvas | from $36.00 | Kermit the Frog Supreme White Canvas | from $40.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# What Party Rug

### $373.50

Add to cart →

Buy with **PayPal**

More payment options

The Rug features an iconic graphic by the legendary NYC artist with amazing detailing and even better quality. The rectangle-shaped rug is as fly as it looks.

Color: Black

Size: 150x100cm

Share:  Facebook  Tweet  Pinterest

# You may also like









| Javier Calleja Hat Canvas | from $36.00 | George Condo Batman and Bunny Canvas | from $40.00 | Damien Hirst Dots Canvas | from $40.00 | Banksy Keep it Real Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery



© 2021, Shophomeless.
All Rights Reserved.



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰   **HOMELESS PENTHOUSE**   



# What Party Sculpture
$4,499.00

Color:
○ White

| Add to cart → |
|---|

Buy with **PayPal**

More payment options

A remarkable piece featuring KAWS' signature "Companion"; his What Party version with crossed-out eyes, gloved hands, fluffy figure and oversized ears.

This sculpture made sure that you'll have the best companion all throughout the season. Reward yourself with this statue.

Share:  Facebook  Tweet  Pinterest

## You may also like










| | | | |
|---|---|---|---|
| Happy Flower Basketball | $199.00 | George Condo Batman and Bunny Canvas | from $40.00 | Kermit the Frog Supreme Canvas | from $40.00 | Bape Nigoldeneye Soup Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address      Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.

      

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Deli

☰                          **HOMELESS PENTHOUSE**                          👤 🔍 🛍 



# White Trooper Rug

### $199.00

Size:
○ S (60x120cm)
○ M (100x200cm)

| Add to cart → |
|---|

Buy with **PayPal**

More payment options

The White Brooklyn Trooper Rug is an epic crossover between street art and space wars.

The Brooklyn Trooper-shaped rug comes in a white variant with black detailing.

Don't miss out.

Size:

S - 23.62 x 47.24 in (60x120cm)

M - 39.37 x 78.74 in (100x200cm)

Share:  Facebook  Tweet  Pinterest



# You may also like