

# FREQUENTLY ASKED QUESTIONS

**ARE YOUR ITEMS REWORKED?**

Our items are custom hand-reworked reproductions due to the low prices we are able to provide. Not to worry, all items have been specially curated and sourced, with the highest of quality manufactured. Don't forget to take a look at our Instagram highlights "reviews" or the current standing of our customer reviews for any products that you might be interested in on our website!

**DO YOU SHIP WORLDWIDE?**

Yes, we'll even go to the moon and back for you! Note that standard shipping charges will apply.

**HOW DO I ACTIVATE MY ACCOUNT?**

Accounts will automatically be activated upon sign up hence there is no need to worry about activating it before making your purchase.

**HOW LONG WILL IT TAKE FOR MY ORDER TO ARRIVE AFTER I MAKE PAYMENT?**

Orders will be shipped out within 3-5 working days after payment has been made. After which, these will be the estimated time it will take to reach you:

| | |
|---|---|
| Normal Delivery | 10-17 WORKING DAYS |
| Express Delivery | 3-6 WORKING DAYS |

*The table above is only a guided estimate

**HOW CAN I TRACK MY ORDERS & PAYMENT?**

The status of order can be found under Order History. A confirmation email of your order will also be sent to you upon successful check out.

Upon your item being shipped out, we will send you another email to inform you regarding your parcel's tracking number.

NOTE: It may take up to 24 hours for your tracking number to activate once the \"Order Shipped\" email has been sent.

**WHAT PAYMENTS CAN I USE?**

You can use any of the payment types listed below to pay for your order. We take your security very seriously, therefore your details are safe with us

Please see below the payment methods we accept:

- VISA
- MASTERCARD
- AMEX
- PAYPAL

**HOW DO I MAKE PAYMENTS USING PAYPAL? HOW DOES IT WORK?**

PayPal is a fast, safe and easy way to make payments online.

Upon checking out, you will be redirected to the PayPal website (if the mode of payment selected is PayPal). You do not need a PayPal account in order to make payments through Paypal. However with that being said, we do strongly encourage you to sign up for the added ease of use

Without a PayPal account, all you need is a debit/credit card stated below that is supported by PayPal. Be sure to fill in correct details for efficient & hassle-free payment processing.

After a successful PayPal payment, a payment advice slip will be automatically generated to The Penthouse Theory for your order.

For more information on how to purchase using PayPal, please visit: https://www.paypal.com/webapps/mpp/pay-online.

**I STILL HAVE NOT RECEIVED MY ORDER. WHAT SHOULD I DO?**

If your order has not arrived when you were expecting it then please check the following:

- Check you have received a dispatch confirmation email from us.
- Check the tracking link via your dispatch confirmation email to view the most up to date information on the whereabouts of your parcel.
- Sign in and check your account. Is your delivery address correct? Are your contact details up to date?
- Check for text messages, emails and attempted delivery cards from one of our couriers. Your parcel may be awaiting collection at a local delivery depot or you may need to re-arrange delivery.

If you still can't locate your parcel then please contact our Customer Support Team with your order number to hand. We will endeavour to find your parcel straight away.

**HOW DO I CHANGE MY CURRENCY?**

Unfortunately, the only currencies available on our website are USD $, GBP £ and EUR €.

However upon making payment, it will automatically be converted to the currency of your choice. If your payment card is registered with a different currency to the one you're purchasing in, then your bank will convert the price using their exchange rate.

**HOW CAN I CHANGE MY SHIPPING ADDRESS?**

If you chose the option \"Save this information for next time\" upon filling up your shipping address the last time, the last used shipping address will be saved into your account.

When you are checking out your order, the default address will be displayed and you will have the option to amend it if you need to.

**HOW LONG WILL IT BE BEFORE I GET MY EXCHANGE?**

We aim to process returns within 3-5 working days upon receiving your items. Once your return has been processed, and provided we have the exchange items in stock, they will be shipped out. The overall expected time for an exchange can take up to 30 days upon the filing of exchange.

**STILL NEED HELP?** Contact us here at support@thepenthousetheory.com, or simply give us a DM on any of our social media platforms and we will be more than happy to assist you!

## BE OUR VIP AND GET 5% OFF YOUR TOTAL ORDER.

Never miss a deal! 🔔 Be the first to exclusive offers and discounts.



**SUBSCRIBE NOW.**

By signing up via text you agree to receive recurring automated marketing messages and shopping cart reminders at the phone number provided. Consent is not a condition of purchase. Reply STOP to unsubscribe. HELP for help. Msg & Data rates may apply. View Privacy Policy & ToS

ALL PRODUCTS    CONTACT US    RETURN POLICY    SHIPPING INFO    FAQ    TERMS OF SERVICE    ABOUT US

 

© 2021 THE PENTHOUSE THEORY