Exhibit 3-C

Exhibit 3-C

# United States of America

## United States Patent and Trademark Office

# KAWS

**Reg. No. 6,046,763**

**Registered May 05, 2020**

**Int. Cl.: 6, 9, 14, 16, 18, 20, 25, 28**

**Trademark**

**Principal Register**

KAWS Inc. (NEW YORK CORPORATION)
259 Banker Street
Brooklyn, NEW YORK 11222

CLASS 6: Sculptures made of non-precious metals

FIRST USE 12-31-2001; IN COMMERCE 12-31-2001

CLASS 9: Sunglasses

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010

CLASS 14: Key rings; jewelry; watches; clocks; gold-plated statuettes; pins being jewelry

FIRST USE 12-31-2018; IN COMMERCE 12-31-2018

CLASS 16: Paintings; photographs; drawings; prints; postcards; paper shopping bags

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999

CLASS 18: Leather bags; backpacks; umbrellas; tote bags; canvas shopping bags; reusable shopping bags

FIRST USE 12-31-2012; IN COMMERCE 12-31-2012

CLASS 20: Pillows; furniture; works of art made of wood

FIRST USE 12-31-2008; IN COMMERCE 12-31-2008

CLASS 25: Clothing, namely, t-shirts, jackets, button-down shirts, trousers, socks, belts, sweatshirts, hats; footwear, namely, shoes, sneakers

FIRST USE 12-31-2008; IN COMMERCE 12-31-2008

CLASS 28: Toys, namely, soft sculpture and plush toys; toy figures; collectable toy figures; inflatable toys; inflatable pool toys; inflatable dolls and playthings; skateboards; dolls; puzzles; games, namely, playing cards; tabletop games, namely, playing cards

FIRST USE 9-19-2019; IN COMMERCE 9-19-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-639,584, FILED 10-02-2019

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,116,823**

**Registered Aug. 04, 2020**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

KAWS Inc.  (NEW YORK CORPORATION)
259 Banker Street
Brooklyn, NEW YORK 11222

CLASS 18: Leather bags; tote bags; canvas shopping bags; reusable shopping bags

FIRST USE 12-31-2016; IN COMMERCE 12-31-2016

CLASS 25: Shirts

FIRST USE 12-31-2016; IN COMMERCE 12-31-2016

The mark consists of two "X's" with the lines of each "X" tapered at the top and rounded with semi-circles at the ends.

SER. NO. 88-662,105, FILED 10-21-2019



Director of the United States
Patent and Trademark Office



# Exhibit 4A

# Exhibit 4A

Free Delivery & Returns Free Delivery & Returns Free Delivery & Return

# HOMELESS PENTHOUSE



## 808 Heartbreak Neon Light

$399.00

Add to cart →

Buy with PayPal

More payment options

808 HEARTBREAK NEON LIGHT is now available, giving you the chance to add this highly coveted one into your exclusive collection.

Size: 64x48cm

Share:  Facebook   Tweet   Pinterest

# You may also like



| Kermit the Frog Supreme Canvas | from $40.00 | Sexy Robot Mat | $128.00 | Damien Hirst Dots Canvas | from $40.00 | Takashi Murakami Big Flowers Canvas | from $36.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address    Subscribe →

# HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address    Subscribe →



79
Free Delivery & R...

## HOMELESS PENTHOUSE



# A Bathing Ape X Kaws Rug

**$72.00**

Size:
○ 20x32
○ 30x45
○ 35x63
○ 63x84
○ 79x118

Add to cart →

Buy with **PayPal**

More payment options

Custom floor coverings can transform any space to make it your own. Our custom area rugs have a beautiful texture that lends to any creative expression you'd like to create for a room, large or small!

• Durable Textured Face
• Textured non-skid back
• Edge-to-edge sublimation printing in vibrant full color on face

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





79x118

35x63

63x84

30x45

20x32

# You may also like









| | | | |
|---|---|---|---|
| Trunk Speakers | $449.00 | Banksy Middle Finger Canvas | from $14.00 |
| Luxury Mini Stool | $499.00 | Bape Nigoldeneye Soup Canvas | from $40.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



## Accomplice, 2010 by KAWS

$3,990.00

Add to cart →

Buy with *PayPal*

More payment options

**Accomplice**, 2010

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# HOMELESS PENTHOUSE



# Baby Milo Toy

$149.00

Add to cart →

Buy with PayPal

More payment options

Share: Facebook  Tweet  Pinterest

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE





# Bearbrick Ashtray

**$59.00** $109.00

Colour:
- White
- black
- Red
- Black lightning
- Pure white

Add to cart →

Buy with **PayPal**

More payment options

- Material: other
- Condition: New
- Novelty: Freshly baked
- Color classification: white black red black lightning pure white
- Whether it is in stock: in stock
- Mosaic material: ornaments

Share: Facebook   Tweet   Pinterest

✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address _____     Subscribe →



4

5

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# BEARBRICK RUG

$129.00

Color:
- 1
- 2
- 3
- 4
- 5
- 6

Add to cart →

Buy with **PayPal**

More payment options

120x60cm

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                  Subscribe →

✕



# You may also like

 

 





| A Bathing Ape X Kaws Rug | from $72.00 |
| Banksy Girl with Balloon Canvas | from $40.00 |
| Banksy Umbrella Girl Canvas | from $40.00 |
| Banksy Keep it Real Canvas | from $40.00 |

Write a review

---

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.

      


Free Delivery & Return

☰

# HOMELESS PENTHOUSE



# BFF Companion Tray

$59.00

Color:
○ BLACK
○ BLUE
○ PINK

Add to cart →

Buy with **PayPal**

More payment options

Your favorite character on an ashtray.

Share: Facebook  Tweet  Pinterest



×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address    Subscribe →

✕



## You may also like

| Monster Bean Bag | $599.00 | Banksy CND Soldiers Canvas | from $40.00 | Banksy Queen Victoria Canvas | from $40.00 | Kermit the Frog Supreme Canvas | from $40.00 |

very & Returns

# HOMELESS PENTHOUSE



## BFF Pikachu Toy

**$149.00**

Add to cart →

*Buy with* **PayPal**

More payment options

Share: Facebook  Tweet  Pinterest



97

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                                    Subscribe →





# HOMELESS PENTHOUSE



## Blue Plate Set

$199.00

Add to cart →

Buy with PayPal

More payment options

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



× 

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕



## HOMELESS PENTHOUSE



# Brooklyn Doormat

$99.00



Add to cart →

Buy with *PayPal*

More payment options

The Brooklyn Doormat is an essential piece for any art lover's front door.

The mat Soho comes in a black variant with white lettering.
The foam rubber backing will protect your floor and reduce slipping.
Size: 60x60cm (23.62x 23.62 in)
Weight: 400g (14.11lbs)

Share:  Facebook  Tweet  Pinterest

# You may also like



Javier Calleja Hat Canvas          from $36.00



Gradient Rug          from $1,088.00



Kermit the Frog Supreme          from $40.00
White Canvas



Andy Warhol OJ Simpson          from $36.00
Canvas

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.          Email address          Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.

      

Free Delivery & Returns Free Delivery & Returns Free Delivery & Ret

☰   **HOMELESS PENTHOUSE**   👤 🔍 🛍



# Canvas053

$59.00

Size:
○ 8 x 12
○ 16 x 24
○ 20 x 30
○ 24 x 36
○ 32 x 48

Add to cart →

Buy with **PayPal**

More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

• Ready To Hang - Mounting hardware comes attached.

• Leveling Bumpers Included - For wall protection.

• Semi-Gloss Print - Increased vibrancy of artwork.

• Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

• Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share:  Facebook  Tweet  Pinterest



Canvas053

Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰

# HOMELESS PENTHOUSE



# Cartoon Wall Light

$399.00

Color:
○ A
○ B
○ C
○ D
○ E
○ F

Add to cart →

Buy with **PayPal**

More payment options

LED Light

100cm

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕



KAWS-D款

KAWS-A款

Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                   Subscribe →

KAWS-B款

KAWS-C款

× 

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# Chrome Cartoon Flower Vase

**$1,179.00** ~~$7,080.00~~

Color:
○ Gold
○ Silver
○ Blue

Size:
○ 61CM
○ 160CM

| Add to cart → |
|:---:|

Buy with **PayPal**

More payment options

- Brand: Homeless Penthouse
- Material: Resin
- Style: cartoon style
- Place of Origin: Mainland China
- Province: Guangdong Province
- Prefectures and cities: Shenzhen
- Applicable space: living room
- Color classification: electroplating
- Packing method: other
- Can be customized: Yes
- Item No.: SZ-BJ021032
- Appearance: cartoon
- Decoration type: desktop decoration

Share: Facebook  Tweet  Pinterest



作品《同伴-电镀捧花》
材质：树脂
颜色：电镀银

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →

✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Fre

# HOMELESS PENTHOUSE



# Chum Framed Prints

$349.00

Add to cart →

Buy with *PayPal*

More payment options

Set of 3. 20x20

black frame included

Share: Facebook  Tweet  Pinterest

  



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →

×

---

# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                        **HOMELESS PENTHOUSE**                        ⌕ 🛍



# Companion Bearbrick

$99.00

Size:
○ 400%
○ 1000%

[ Add to cart → ]

Buy with **PayPal**

More payment options

The iconic bear-shaped figurine by Medicom has a special place in the heart of most toy collectors and features design elements of the legendary Brooklyn character.

Now available in two exclusive 400% grey variant.

Size 400%: 28cm (11inch)  -  Weight: 0.99K (2.2lbs)

Share:  Facebook  Tweet  Pinterest

# You may also like











| Hidden Homer Rug | from $448.00 | Takashi Murakami Small Flowers Canvas | from $36.00 | Banksy Queen Victoria Canvas | from $40.00 | Banksy Flying Copper Canvas | from $40.00 |

[ Write a review ]

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

🐦 📌 📷 ▶ ✉

© 2021, Shophomeless.
All Rights Reserved.

     

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Re

# HOMELESS PENTHOUSE



# Companion Dinnerware Set

$149.00

Add to cart →

Buy with **PayPal**

More payment options

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address    Subscribe →

✕





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address    Subscribe →

×

## You may also like









| | | | |
|---|---|---|---|
| Kermit the Frog Supreme White Canvas | from $40.00 | Banksy Keep it Real Canvas | from $40.00 |
| George Condo Batman and Bunny Canvas | from $40.00 | Gradient Rug | from $1,088.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery



© 2021, Shophomeless.
All Rights Reserved.

    

## HOMELESS PENTHOUSE



# Covering KAWS Neon Light

$449.00

Add to cart →

Buy with PayPal

More payment options

This custom-made LED neon sign is lit and built to last. The light comes in a pink variant and features the iconic box logo sign in a moody glow.

Make a statement and design the mood of any room with this amazing neon sign sure to create the vibe you've always wanted!

Mounting materials included.

Size: 60x84cm

Share:  Facebook  Tweet  Pinterest

## You may also like

✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address          Subscribe →

Free Delivery & Returns Free De

☰                    **HOMELESS PENTHOUSE**                    ⚲ ◌



# Customized LED Door

$3,999.00

| Add to cart → |
|---|

Buy with **PayPal**

More payment options

Fully customizable please message us the size of your door.

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕

## You may also like






Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



## DIOR KAWS PLUSH

$299.00

Add to cart →

Buy with **PayPal**

More payment options

Set of two plushes

Share: Facebook  Tweet  Pinterest



# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



## Dissected Bearbrick 400%

**$179.00**

Color:
- black
- grey

<div align="center">

Add to cart →

Buy with **PayPal**

More payment options

</div>

The iconic bear-shaped figurine by Medicom has a special place in the heart of most toy collectors featuring Donnelley's quirky hybrids familiar in popular culture.

Now available in this exclusive 400% KAWS companion variant.

Size 400%: 28cm (11inch)

Weight: .99K (2.2lbs)

Share: Facebook  Tweet  Pinterest



# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                         **HOMELESS PENTHOUSE**                    ⚲ 🔍 🛍



# Dissected Companion Sculpture (Black)

$3,499.00

Color:
○ brown

<div>Add to cart →</div>

Buy with **PayPal**

More payment options

A remarkable piece featuring KAWS' signature "Companion"; his dissected version
with crossed-out eyes, gloved hands, and oversized ears.

This sculpture made sure that you'll have the best companion all throughout the season.
Reward yourself with this statue.

Share:  Facebook  Tweet  Pinterest



# You may also like



Returns

## HOMELESS PENTHOUSE



# DISSECTED RUG

### $299.00

Add to cart →

Buy with **PayPal**

More payment options

120cm x 57 cm

Share: Facebook  Tweet  Pinterest



# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free D

☰

# HOMELESS PENTHOUSE



# Face Down Companion

$299.00

Add to cart →

Buy with *PayPal*

More payment options

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →



# HOMELESS PENTHOUSE

☰ ☰ HOMELESS PENTHOUSE ⚲ 🛍



# Familar Clown by Unknown

**$59.00**

Size:

○ 8 x 12
○ 16 x 24
○ 20 x 30
○ 24 x 36
○ 32 x 48

Add to cart →



Buy with **PayPal**

More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

• Ready To Hang - Mounting hardware comes attached.

• Leveling Bumpers Included - For wall protection.

• Semi-Gloss Print - Increased vibrancy of artwork.

• Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

• Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share: Facebook  Tweet  Pinterest



Familar Clown by Unknown

Free Delivery & Returns Free Delivery & Returns Free Delivery & Re

## HOMELESS PENTHOUSE



需定制其他颜色可联系客服

亲子款3号棕色 规格：宽90cm×厚度70cm×高180cm

# Father and Son Brooklyn Sculpture

**$9,999.00**

Add to cart →

Buy with **PayPal**

More payment options

The Father and Son Brooklyn Sculpture is a human-sized contemporary classic that is bound to become the centerpiece of any living area.

Share: Facebook  Tweet  Pinterest

# You may also like









| Gradient Rug | from $1,088.00 | Takashi Murakami Small Flowers Canvas | from $36.00 | Banksy Dorothy and Police Canvas | from $40.00 | Banksy Flying Copper Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address

Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.







Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰   **HOMELESS PENTHOUSE**   👤 🔍 🛍



# Felix Canvas Print

$59.00

Size:

○ 8 x 8
○ 16 x 16
○ 24 x 24
○ 40 x 40

Add to cart →

Buy with **PayPal**

More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

Ready To Hang - Mounting hardware comes attached.

Leveling Bumpers Included - For wall protection.

Semi-Gloss Print - Increased vibrancy of artwork.

Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share: Facebook  Tweet  Pinterest



Felix Canvas Print

Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Framed Snoopy Prints by XX

**$399.00**

Add to cart →

Buy with PayPal

More payment options

Includes white frame. 50x70cm

Share:  Facebook   Tweet   Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address

Subscribe →

×







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# You may also like






| Banksy Keep it Real Canvas | from $40.00 | Andy Warhol OJ Simpson Canvas | from $36.00 | A Bathing Ape Pop Art Rug | from $72.00 | BRILLO BOX | $299.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                                    Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery



© 2021, Shophomeless.
All Rights Reserved.








# HOMELESS PENTHOUSE

Free Delivery & Returns



# Gang (Sofa), 2019

$4,958.50

Add to cart →

Buy with **PayPal**

More payment options

Out and about!  these lit couch with filled with KAWS signature plush toys. It demonstrates the artist's fascination with the cartoons, especially those inspired by Mickey Mouse.
Plush Toys size:

37 × 67 × 40 in
94 × 170.2 × 101.6 cm

Share: Facebook Tweet Pinterest

# You may also like









| Banksy Middle Finger Canvas | from $14.00 | Gradient Rug | from $1,088.00 | Banksy Keep it Real Canvas | from $40.00 | Hidden Homer Rug | from $448.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address

Subscribe →

# HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

         

Free Delivery & Returns Free Delivery & Returns Free Delivery & I

## HOMELESS PENTHOUSE





# GRAY BEARBRICK 400% 1000%

$149.00

Size:
○ 400%
○ 1000%

Add to cart →

Buy with **PayPal**

More payment options

Throwback this one all the way to year 2002, the year of its release.

This is an Bearbrick you need to have!

Share:  Facebook  Tweet  Pinterest

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰   **HOMELESS PENTHOUSE**   👤 🔍 🛍️



# Ice Cream Canvas Print

$59.00

Size:

○ 8 x 8
○ 16 x 16
○ 24 x 24
○ 40 x 40

<div style="border:1px solid">Add to cart →</div>

Buy with **PayPal**

More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

Ready To Hang - Mounting hardware comes attached.

Leveling Bumpers Included - For wall protection.

Semi-Gloss Print - Increased vibrancy of artwork.

Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share: Facebook  Tweet  Pinterest



Ice Cream Canvas Print

Free Delivery & Returns Free Delivery

☰

## HOMELESS PENTHOUSE





# Illuminated Toon Print

$599.00

Color:
○ a
○ b
○ c
○ d

Size:
○ 60cm
○ 70cm
○ 80cm
○ 90cm
○ 100cm

Add to cart →

Buy with **PayPal**

More payment options

Illuminated prints. Museum quality.

Share:  Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕





KAWS｜B款

注：框色需另选，此处仅做展示



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                          **HOMELESS PENTHOUSE**                    ⌕  🛍



# Invisible Characters

$249.00

Colour:
○ A
○ B
○ C
○ D

| Add to cart → |
|---|

*Buy with* PayPal

More payment options

- Function: Blessing
- Material: crystal
- Style: cartoon style
- Applicable space: living room
- Color classification: A section B section C section D section
- Craft: Purely handmade
- Item No.: YD515
- Appearance: cartoon

Share: Facebook  Tweet  Pinterest



尺寸：长245*宽100*高340MM      材质：树脂



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕

尺寸：长140*宽90*高328MM      材质：树脂

尺寸：长120*宽105*高260MM      材质：树脂

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

×

尺寸：长160*宽110*高280MM    材质：树脂

ART Home