Exhibit 3-D

Exhibit 3-D

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE





KAWS 4FT COMPANION

# KAWS 4FT COMPANION

$2,999.00

Color:
○ BLACK
○ GREY
○ BROWN
○ BLUSH

Add to cart →

Buy with *PayPal*

More payment options

KAWS 4FT COMPANION FIGURES are now available in four colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm



Share:  Facebook  Tweet  Pinterest

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰

# HOMELESS PENTHOUSE

 ⚲ 🛍



# KAWS 4FT OPEN FLAYED DISSECTED COMPANION

**$3,499.00**

Color:

○ BLACK DISSECTED
○ GREY DISSECTED
○ BROWN DISSECTED
○ BLUSH DISSECTED

| Add to cart → |
|---|

Buy with **PayPal**

More payment options

KAWS 4FT OPEN FLAYED DISSECTED COMPANION are now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

Share:  Facebook   Tweet   Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

×







Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



## KAWS 4FT PASSING THROUGH

$3,999.00

Color:
○ BLACK
○ GREY
○ BROWN

Add to cart →

Buy with **PayPal**

More payment options

KAWS 4FT PASSING THROUGH are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 47 1/5 × 28 × 25 3/5 in
- 120 × 71 × 65 cm

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# You may also like






| | | | |
|---|---|---|---|
| Takashi Murakami Small Flowers Canvas | Alex Face Trinity Cat Canvas | Banksy Umbrella Girl Canvas | A Bathing Ape X Kaws Rug |
| from $36.00 | from $36.00 | from $40.00 | from $72.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery



© 2021, Shophomeless.
All Rights Reserved.



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                    **HOMELESS PENTHOUSE**                    ⚇ ⚲ 🛍



# KAWS 4FT STORMTROOPER STARWARS

### $3,499.00

Color:

○ STORMTROOPER

| Add to cart → |
| --- |

Buy with **PayPal**

More payment options

KAWS 4FT STORMTROOPER STARWARS is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

Share: Facebook  Tweet  Pinterest

# You may also like











| Banksy CND Soldiers Canvas | from $40.00 | Banksy Keep it Real Canvas | from $40.00 | Banksy Middle Finger Canvas | from $14.00 | Banksy Choose your Weapon Gray Canvas | from $40.00 |

| Write a review |
| --- |

Subscribe to our newsletter to receive special offers and first look at new products.          Email address          Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.

                         

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                    **HOMELESS PENTHOUSE**                    ⌕  ⌂



# KAWS 6FT DIOR BFF FIGURE

## $3,499.00

Style:

○ DIOR BFF

<div style="border:1px solid">Add to cart →</div>

Buy with **PayPal**

More payment options

KAWS 4FT DIOR BFF FIGURE is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 72 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

We can also custom 6FT KAWS for you. (1.8m tall)

Do note that this is a fully-custom made to order item which requires 5-7 days of production.

Share: Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                      Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰          **HOMELESS PENTHOUSE**          ⌂ ⌕ ⌂



# KAWS ALONG THE WAY FIGURES

### $159.00

Colour:
○ GREY
○ NATURAL
○ BLACK

<div>Add to cart →</div>

Buy with **PayPal**

More payment options

Along the Way debuted in 2019, presenting a new pose for KAWS's signature Companion characters. The design features two of his iconic skull-and-bones creatures leaning on one another for support, hands heavy, and eyes cast downward.

KAWS ALONG THE WAY FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →



# You may also like






| Alex Face Trinity Cat Canvas | from $36.00 | Javier Calleja Hat Canvas | from $36.00 | Yoshitomo Nara Cosmic Girl Eyes Closed Canvas | from $36.00 | Monster Bean Bag | $599.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.                              Email address          Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE





# KAWS ANATOMY RUG

**$79.00**

Size:
○ 100x50cm
○ 200x100cm

Color:
○ WOOD
○ RED
○ MONOCHROME
○ BLACKOUT

Add to cart →

Buy with **PayPal**

More payment options

The KAWS anatomy series.

KAWS ANATOMY RUG is now available in two sizes, giving you the chance to showcase everyday objects in streetwear art. Perfect for styling it up with the KAWS pillow or figurines.

- Polyester suede material
- 100 cm x 50 cm
- 200 cm x 100 cm



Share: Facebook Tweet Pinterest

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS BEARBRICK - 400%

$149.00

Size:
◇ 400%

Add to cart →

Buy with **PayPal**

More payment options

Share: Facebook   Tweet   Pinterest



# You may also like



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free D

# HOMELESS PENTHOUSE



# KAWS BEARBRICK DISSECTED 400%

**$279.00**

Style:
○ BLACK
○ BROWN
○ GREY

Add to cart →

Buy with **PayPal**

More payment options

For when you like KAWS but you gotta stay true to yourself as a Bearbrick Collector.

Now this time, you can get both in this single collectable, you definitely need to cop.

KAWS BEARBRICK DISSECTED  400%  is now available:

- Material: PVC Vinyl
- 28cm (400%)

Share: Facebook  Tweet  Pinterest





×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →





# You may also like









# HOMELESS PENTHOUSE



# KAWS BFF COMPANION PLUSHIES

$129.00

Color:

○ PINK
○ BLUE
○ BLACK
○ FULL SET

Add to cart →

Buy with *PayPal*

More payment options

Need a BFF by your side? Well, lucky you.

KAWS BFF PLUSHIES are now available in three colourways. This exclusive collectible is a must-have if you're a true streetwear connoisseur.

if you know, you know

- 18"
- Comes with KAWS BFF box

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





# You may also like









& Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# KAWS BUNNY PLUSHIES

## $89.00

Color:
○ BLACK
○ PINK

Add to cart →

Buy with **PayPal**

More payment options

Perfect gift for your loved ones, or even for yourself to cuddle on the cold nights (you know what i'm talking about)

KAWS BUNNY PLUSHIES are now available in black and pink colorways.

- 16" (40cm)
- Comes with KAWS Companion box

Share: Facebook Tweet Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                     Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →

×





# You may also like











| Alex Face Trinity Cat Canvas | from $36.00 |
| Banksy Happy Chopper Canvas | from $40.00 |
| Banksy Dorothy and Police Canvas | from $40.00 |
| Banksy Umbrella Girl Canvas | from $40.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                    **HOMELESS PENTHOUSE**                    ⚇ ⚲ 🛍



# Kaws Coin Bank

$199.00

Color:
○ Red
○ Yellow
○ Pink
○ Blue

Add to cart →

Buy it now →

Available in Blue, Red, Yellow and Pink.

Share:  Facebook  Tweet  Pinterest



Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS COMPANION FIGURES

$99.00

Style:

○ GREY
○ BROWN
○ BLACK
○ BLUSH RED
○ GLOW IN THE DARK

<div>Add to cart →</div>

Buy with **PayPal**

More payment options

You already know what it is, introducing the CLASSIC KAWS COMPANION FIGURES.

KAWS COMPANION FIGURES are now available in five different colorways, giving you the chance to add all of these into your KAWS collection.

- Material: PVC Vinyl
- 40cm (16 inches)

Don't sleep.

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×









Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰                    **HOMELESS PENTHOUSE**                    𐙂 🔍 🛍



# KAWS COMPANION FLAYED OPEN EDITION FIGURES

## $129.00

Style:
○ GREY
○ OG
○ BLACK
○ BLUSH RED

<div>Add to cart →</div>

Buy with **PayPal**

More payment options

After so much hype , KAWS released a full series of 4 different companions that included flayed versions of the classic KAWS companion figures.

KAWS COMPANION FLAYED OPEN EDITION FIGURES are now available in four colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 38cm (15 inches)

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                      Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                      Subscribe →

×







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





# You may also like











| Javier Calleja Hat Canvas | from $36.00 | Banksy CND Soldiers Canvas | from $40.00 | Andy Warhol OJ Simpson Canvas | from $36.00 | Astro Boy Doomed Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

HOMELESS PENTHOUSE






Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Fre

☰     **HOMELESS PENTHOUSE**     👤 🔍 🛍️



# KAWS COMPANION RESTING FIGURES

**$119.00**

Style:
○ BLACKOUT
○ NATURAL
○ GREY

<div>Add to cart →</div>

Buy with **PayPal**

More payment options

KAWS COMPANION (RESTING PLACE) FIGURES are now available
in three colorways, giving you the chance to add all of these into your KAWS collection.

- Material: PVC Vinyl
- 40cm (16 inches)

Share:  Facebook  Tweet  Pinterest



# Exhibit 4B

# Exhibit 4B

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →

×







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                                    Subscribe →





# You may also like









| Astro Boy Doomed Canvas | from $40.00 | Takashi Murakami Small Flowers Canvas | from $36.00 | Gradient Rug | from $1,088.00 | Hidden Homer Rug | from $448.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & R



☰                          **HOMELESS PENTHOUSE**                          ⌂ ⌕ 🛍



# KAWS GONE FIGURES

**$249.00**

Colour:
○ GREY
○ BLACK
○ NATURAL

<div align="center">

Add to cart →

</div>

<div align="center">

Buy with **PayPal**

More payment options

</div>

HOW ABOUT 2-IN-ONE?

The KAWS GONE FIGURE features KAWS's most popular character, the companion, carrying what appears to be a lifeless version of one of his other popular characters, the BFF.

KAWS GONE FIGURES are now available in three colorways, giving you the chance to mix the traditional Companion and BFF colorways to create a Black Companion carrying a Black BFF, a Grey Companion carrying a Pink BFF, and a Brown Companion carrying a Blue BFF.

While the two have been seen together in plush form, this is the first of KAWS's vinyl collectibles to feature both characters in one.

• Material: PVC Vinyl
• 36cm (14 inches)

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

×





# You may also like



| Damien Hirst Dots Canvas | from $40.00 | Kermit the Frog Supreme White Canvas | from $40.00 | Takashi Murakami Big Flowers Canvas | from $36.00 | Takashi Murakami Small Flowers Canvas | from $36.00 |

☰     **HOMELESS PENTHOUSE**     ◠ ◯ ⌕ 🛍

y & Returns Free Delivery & Returns



# kaws large ornaments Sesame Street creative glass steel sculpture custom doll living room net red violent bear floor decoration

$50.00

Colour:

- ○ 芝麻街彩绘站款1
- ○ 芝麻街彩绘站款2
- ○ 芝麻街彩绘站款3
- ○ 芝麻街彩绘坐款1
- ○ 芝麻街彩绘坐款2
- ○ 芝麻街蓝色站款
- ○ 芝麻街粉色站款
- ○ 芝麻街蓝色坐款
- ○ 芝麻街粉色坐款
- ○ kaws坐款1米35
- ○ kaws坐款90公分
- ○ kaws坐款65公分
- ○ kaws站款1米6
- ○ kaws站款1米3
- ○ kaws彩绘兔1米8
- ○ kaws粉色兔1米8
- ○ 网红暴力熊
- ○ 潮流暴力熊
- ○ 时尚暴力熊
- ○ kaws电镀金
- ○ kaws白兵
- ○ kaws阿童木
- ○ 芝麻街多彩1米3
- ○ 来图定制



| Add to cart → |
|---|

Buy with **PayPal**

More payment options

- Brand: BMB
- Function: Fortune
- Material: FRP
- Style: modern style
- Place of Origin: Mainland China
- Province: Guangdong Province
- Prefectures and cities: Shenzhen
- Applicable space: office clothing store model room
- Color Classification: Sesame Street Painted Station Style 1 Sesame Street Painted Station Style 2 Sesame Street Painted Station Style 3 Sesame Street Painted Station Style 1 Sesame Street Painted Sitting Style 2 Sesame Street Blue Station Style Sesame Street Pink Station Style Sesame Street Blue Sitting Style Sesame Street pink sitting model kaws sitting model 1 meter 35 kaws sitting model 90 cm kaws sitting model 65 cm kaws standing model 1.6 meter 6 kaws standing model 1 meter 3 kaws painted rabbit 1 meter 8 kaws pink rabbit 1 meter 8 net celebrity violent bear trend Violent bear fashion Violent bear kaws electroplating gold kaws white soldier kaws Astro Boy Sesame Street colorful 1.3 meters to customize
- Packing method: other
- Craft: semi-manual
- Can be customized: Yes
- Item No.: M11098
- Applicable scene: daily gift
- Applicable objects: other
- Appearance: characters
- Decoration type: floor decoration
- Applicable people: post-90s

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address      Subscribe →

✕



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →







（需要其他颜色 款式可联系客服定制）

可选尺寸（80*45*200）+（62*35*130）





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

（需要其他颜色 款式可联系客服定制）

可选尺寸（80*45*200)+(62*35*130）



坐姿芝麻街

可选尺寸（65*66*140）



坐姿芝麻街

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



可选尺寸（75*80*135）+（64*50*90）+（47*37*65）

# You may also like









| | | | |
|---|---|---|---|
| Banksy Very Little Helps Canvas | A Bathing Ape X Kaws Rug | Banksy Girl with Balloon Canvas | Kermit the Frog Supreme White Canvas |
| from $40.00 | from $72.00 | from $40.00 | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                                    Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

   

© 2021, Shophomeless.
All Rights Reserved.



185

Free Delivery & Returns Free Delivery & R

☰

# HOMELESS PENTHOUSE



## KAWS Minjun Toy

$149.00

Add to cart →

Buy with **PayPal**

More payment options

Share: Facebook  Tweet  Pinterest



# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



## KAWS NGV SNOOPY JIGSAW PUZZLE

**$99.00**

Style:

○ 1000 PIECES

Add to cart →

Buy with **PayPal**

More payment options

Perfect for a gift, or you could even frame it up after fixing all the pieces.

KAWS NGV SNOOPY JIGSAW PUZZLE is now available.

- 1000 pieces jigsaw puzzle



Share:  Facebook  Tweet  Pinterest

# You may also like




| Bape Nigoldeneye Soup Canvas | from $40.00 |



Yoshitomo Nara Cosmic Girl Eyes Closed Canvas    from $36.00




Banksy Girl with Balloon Canvas    from $40.00



Banksy Queen Victoria Canvas    from $40.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

  

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰

# HOMELESS PENTHOUSE



# KAWS Pinocchio

$179.00

| Add to cart → |
| :---: |


Buy with PayPal

More payment options

Share: Facebook  Tweet  Pinterest

# You may also like









Banksy Choose your Weapon Gray Canvas        from $40.00

Acid Trip Rug        from $348.00

A Bathing Ape X Kaws Rug        from $72.00

Yoshitomo Nara Cosmic Girl Eyes Closed Canvas        from $36.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address        Subscribe →

# HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery



© 2021, Shophomeless.
All Rights Reserved.




Free Deliv

☰                    **HOMELESS PENTHOUSE**                    ⚲ 🔍 🛍



# KAWS Rectangle Rug

### $72.00

Size:
○ 20x32
○ 30x45
○ 35x63
○ 63x84
○ 79x118

<div align="center">

Add to cart →



More payment options

</div>

Custom floor coverings can transform any space to make it your own. Our custom area rugs have a beautiful texture that lends to any creative expression you'd like to create for a room, large or small!

- Durable Textured Face
- Textured non-skid back
- Edge-to-edge sublimation printing in vibrant full color on face

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →





×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →





# You may also like









| Brillo Box Relic | $349.00 | Banksy Keep it Real Canvas | from $40.00 | Banksy CND Soldiers Canvas | from $40.00 | Takashi Murakami Small Flowers Canvas | from $36.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & R

## HOMELESS PENTHOUSE



# KAWS SEEING LAMP FIGURES

$299.00

Colour:
○ BLUE
○ PINK

Add to cart →

Buy with **PayPal**

More payment options

KAWS SEEING LAMP FIGURES features a KAWS BFF figurine produced from alloy and ceramics. The statue's eyes contain LED lights, giving the "BFF" its light-up function.

"SEEING" measures 37cm tall, and comes sitting on a 17.8cm white pedestal.

KAWS SEEING LAMP FIGURES are now available in two colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 14.6 x 6.9 x 7.3 in. (37.1 x 17.5 x 18.5 cm.)

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



# You may also like








| Acid Trip Rug | from $348.00 | Kermit the Frog Supreme White Canvas | from $40.00 | Banksy CND Soldiers Canvas | from $40.00 | Banksy Queen Victoria Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery




© 2021, Shophomeless.
All Rights Reserved.









Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS SHARE FIGURES

**$149.00**

Colour:
○ NATURAL
○ GREY
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

The KAWS SHARE FIGURE features the unmissable Companion character holding a miniature BFF on his left hand. Apart from the black variant, the other editions feature contrasting colors of the BFF subject in blue for the brown edition and pink for the grey option.

KAWS SHARE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 30cm (12 inches)

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →

×





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns



≡    **HOMELESS PENTHOUSE**    👤 🔍 🛍



# KAWS Sorayama Figure

$499.00



Add to cart →

Buy with *PayPal*

More payment options

20x14x35cm

Share:  Facebook  Tweet  Pinterest



# You may also like

# HOMELESS PENTHOUSE



# KAWS SPACEMAN FIGURES

**$249.00**

Colour:
○ SILVER
○ GOLD
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

THE MOST HYPED ANTICIPATED COLLECTIBLE OF 2020.

Marking COMPANION's 20th anniversary, the iconic and one and only COMPANION dons an astronaut suit and takes a sounding balloon 41.5 kilometres up into the Stratosphere.

KAWS SPACEMAN FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Polyurethane
- 30cm (11.5 inches)

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →







× 

# Sign Up For Our Newsletter.
Receive special offers and first look at new products.

Email address                                    Subscribe →







# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →



Free Deli

# HOMELESS PENTHOUSE



# KAWS STAR WARS BOBA FETT FIGURE

**$199.00**

Style:
▢ BOBA FETT

Add to cart →

Buy with **PayPal**

More payment options

May the force be with you...or not.

But eitherway, you still can have KAWS.

KAWS: STARWARS BOBA FETT FIGURES are now available, giving you the chance to add this highly coveted piece into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.5 inches)

Share:  Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# You may also like

Free Delivery & Returns Free Delivery & Return



☰ HOMELESS PENTHOUSE ⚲ ⌕ 🛍



# KAWS STAR WARS DARTH VADAR FIGURE

$189.00

Style:
○ DARTH VADAR

Add to cart →

Buy with **PayPal**

More payment options

Luke....I am your father.

KAWS: STARWARS DARTH VADAR FIGURES are now available, giving you the chance to add this highly coveted piece into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.5 inches)

Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address | Subscribe →



# You may also like

| | | | |
|---|---|---|---|
| George Condo Batman and Bunny Canvas | from $40.00 | Kermit the Frog Supreme Canvas | from $40.00 |
| Banksy Flying Copper Canvas | from $40.00 | Banksy Girl with Balloon Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address | Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery

# HOMELESS PENTHOUSE



# KAWS TAKE FIGURES

$149.00

Colour:
○ BLUE
○ BLACK
○ PINK

Add to cart →

Buy with PayPal

More payment options

The KAWS TAKE FIGURES features a BFF holding a Companion which is the total inverse of the KAWS Share Figure which shows the Companion holding the BFF instead.

KAWS TAKE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

• Material: PVC Vinyl
• 33cm (13 inches)

Share: Facebook  Tweet  Pinterest





206 ×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →





# You may also like

   

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# KAWS TOGETHER FIGURES

$159.00

Colour:
○ GREY
○ BLACK
○ NATURAL

Add to cart →

Buy with **PayPal**

More payment options

The KAWS TOGETHER FIGURE features the iconic KAWS "Companions" interlocked in a permanent hug.

KAWS TOGETHER FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 30cm (12 inches)

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕





# You may also like






Free Delivery & Returns Free Delivery &

Free Delivery & Returns Free Delivery &

# HOMELESS PENTHOUSE



# Kaws Wall Art Set

## $499.00

size:
○ A set of 3 (rounded inverted trapezoid 56*76+40*30+40*50) + 10 inch wall clock (25.4cm)

Frame type:
○ Light luxury gold (aluminum frame)
○ Style black (aluminum frame)

Colour:
○ Free and easy A
○ Free and easy B
○ Free and easy C

---

Add to cart →

---

Buy with **PayPal**

More payment options

Brand Name: **Not Continued**
*Product parameters:*
- Brand: Uncontinued
- Pattern: Cartoon anime
- Style: simple and modern
- Place of Origin: Mainland China
- Province: Guangdong Province
- Prefectures and cities: Huizhou
- Size: A set of 3 (rounded inverted trapezoid 56*76+40*30+40*50) + 10-inch wall clock (25.4cm)
- Frame type: Light luxury gold (aluminum frame), black style (aluminum frame)
- Color classification: free and easy A free and easy B free and easy C
- Process: inkjet
- 组合形式: 19亿级艺术微喷【纯棉油画布+金属画框+有机玻璃】 19亿级艺术微喷【纯棉油画布+金属画框】
- 货号: BWWX-20210430-561
- 装裱方式: 有框
- 外框材质: 金属
- 图片形式: 平面
- 幅数: 三联以上
- 画芯材质: 油画布

Share: Facebook Tweet Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →





Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# KAWS WHAT PARTY

$179.00

Color:
○ BLK
○ WHT
○ RED

Add to cart →

Buy with PayPal

More payment options

Share:  Facebook  Tweet  Pinterest





×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



# You may also like

# HOMELESS PENTHOUSE



# KAWS X DIOR BFF FIGURE

## $159.00

Style:
◌ DIOR BFF

Add to cart →

Buy with **PayPal**

More payment options

One of the most highly coveted figures in the streetwear world of home decor.

Fully suited up in a DIOR suit, this pink vinyl figure

KAWS X DIOR BFF FIGURE is now available, giving you the chance to add this exclusive collaboration piece into your KAWS collection.

- Material: PVC Vinyl
- 15" (38cm)



Share:  Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



---

## You may also like

---

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE





# KAWS X LANE CRAWFORD "CLEAN SLATE" PLUSH

**$99.00**

Add to cart →

Buy with **PayPal**

More payment options

An exclusive SHANGHAI release, KAWS "CLEAN SLATE" PLUSH is now available. Perfect for cuddling or a gift to your loved ones.

- ONE SIZE (16")
- Comes with COMPANION KAWS box



Share:  Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →



×

# You may also like

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



## KAWS X SESAME STREET PLUSHIES

**$59.00**

Style:
○ ELMO
○ BIG BIRD
○ COOKIE MONSTER
○ BERT
○ ERNIE
○ FULL SET

Add to cart →

Buy with **PayPal**

More payment options

You a true 90's kid if your favourite show was sesame street back in the day. Well, it's time to relive that and bring back some good ol' memories.

Introducing, the KAWS x SESAME STREET PLUSH collection, now available. Even better, the collectibles could be copped as a set in a special branded box or purchased individually, with Big Bird, Elmo, Cookie Monster, Bert, and Ernie all available with KAWS' signature button eyes.

- 18 - 20" (45 - 54 cm) depending on the individual plush



Share: Facebook  Tweet  Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address    Subscribe →

✕

# You may also like

| | | | |
|---|---|---|---|
| Kermit the Frog Supreme Canvas | from $40.00 | Hidden Homer Rug | from $448.00 |
| Brillo Box Relic | $349.00 | Banksy Choose your Weapon Gray Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Del

☰

# HOMELESS PENTHOUSE



# KAWS X SNOOPY PLUSHIES

**$99.00**

Color:
○ WHITE
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

KAWS X SNOOPY PLUSHIES are now available in two colorway, giving you the chance to style up your room with a little streetwear decor.

- 20" (50cm)
- Comes as a set, (both sizes)



Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →





## You may also like

223
Free Delivery & Returns Free D



☰ **HOMELESS PENTHOUSE** 👤 🔍 🛍️



# KAWS: BFF COMPANION FIGURES

## $149.00

Color:
- ⊙ PINK
- ⊙ BLUE
- ⊙ BLACK

Add to cart →

Buy with **PayPal**

More payment options

One of the most highly coveted figures in the streetwear world of home decor.

KAWS BFF FIGURES are now available in pink, blue and black colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 33cm (12.9 inches)

Share: Facebook Tweet Pinterest





# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕





