Exhibit 3-E

Exhibit 3-E

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

×




# You may also like

| Banksy Girl with Balloon Canvas | from $40.00 | Astro Boy Doomed Canvas | from $40.00 | Hidden Homer Rug | from $448.00 | Gradient Rug | from $1,088.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

# HOMELESS PENTHOUSE



# KAWS: PASSING THROUGH FIGURES

$159.00

Style:
○ GREY
○ BROWN
○ BLACK

Add to cart →

Buy with **PayPal**

More payment options

In *Passing Through*, KAWS's signature "Companion" sits down and covers its eyes in embarrassment. *Passing Through* acts as a self-portrait of KAWS, as he grapples with worldwide fame.
One of the most highly coveted figures in the streetwear world of home decor. KAWS:PASSING THROUGH FIGURES are now available in black, grey and brown colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)
- Comes with box packaging

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →





## You may also like






Free Delivery & Returns Free Delivery &

## HOMELESS PENTHOUSE



# KAWS: STAR WARS STORMTROOPERS FIGURES

$149.00

Style:
○ WHITE STORMTROOPER
○ BLACK STORMTROOPER

Add to cart →

Buy with *PayPal*

More payment options

May the force be with you..or not.

But eitherway, you still can have KAWS.

KAWS: STARWARS STORMTROOPERS FIGURES are now available in two colorways, giving you the chance to add these into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.2 inches)

Share: Facebook Tweet Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →







# Sign Up For Our Newsletter.
Receive special offers and first look at new products.

Email address                    Subscribe →

✕



# You may also like

| Monster Bean Bag | $599.00 | Bape Nigoldeneye Soup Canvas | from $40.00 | George Condo Batman and Bunny Canvas | from $40.00 | Banksy Queen Victoria Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address        Subscribe →

**HOMELESS PENTHOUSE**

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

☰          **HOMELESS PENTHOUSE**          ⚲ ⚲ 🛍





# KAWS:HOLIDAY PLUSHIES

### $99.00

Color:
○ WHITE
○ BROWN
○ BLACK

[ Add to cart → ]

Buy with **PayPal**

More payment options

As part of KAWS:HOLIDAY art piece, KAWS released a commemorative plush set exclusively for KAWS fans.

The plush set features three 20" *KAWS Companion* stuffed dolls done in the artist's signature black, white and brown color schemes. Additionally, the plushes feature bendable appendages which offer an array of pose options.

KAWS:HOLIDAY PLUSHIES are now available in three colorway, giving you the chance to style up with a little streetwear decor.

- 20" (50cm)
- Comes with COMPANION KAWS box



Share:  Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →





# You may also like

   

ns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# Kermit Plush Toy

$89.00

Colour:
○ Money symbol eye frog
○ X eye frog

Add to cart →

Buy with *PayPal*

More payment options



0:00 / 0:56

- Brand: Dodo pig
- Applicable age: 2 years old, 3 years old, 4 years old, 5 years old, 6 years old, 7 years old, 8 years old, 9 years old, 10 years old, 11 years old, 12 years old, 13 years old, 14 years old and over 14 years old
- material: plush
- Applicable gender: neutral
- Toy type: doll
- Color classification: black round eye frog red love eye frog money symbol eye frog X eye frog
- Filling: PP cotton
- Height: 40 cm (collection plus purchase to send eye mask)
- Is there a shopping guide video: Yes
- Doll type: frog

Share: Facebook  Tweet  Pinterest

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



Free Deliv

# HOMELESS PENTHOUSE



# Las Vegas Rug

$373.50

| Add to cart → |

Buy with **PayPal**

More payment options

Share:  Facebook  Tweet  Pinterest

# You may also like









Banksy Keep it Real Canvas  from $40.00      A Bathing Ape Pop Art Rug      from $72.00      Acid Trip Rug      from $348.00      Banksy Flying Copper Canvas      from $40.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address

Subscribe →

# HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery



© 2021, Shophomeless.
All Rights Reserved.



Free Delivery & Returns Free Delivery & Returns Free Delivery

# HOMELESS PENTHOUSE



## Milo Rug

$179.00

Add to cart →

Buy with PayPal

More payment options

3 x 5

Share: Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕



# HOMELESS PENTHOUSE



# Monkey Dudes Canvas From Nigolden Eye

$59.00

Size:

- 8 x 12
- 16 x 24
- 20 x 30
- 24 x 36
- 32 x 48

Add to cart →

Buy with **PayPal**

More payment options

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

• Ready To Hang - Mounting hardware comes attached.

• Leveling Bumpers Included - For wall protection.

• Semi-Gloss Print - Increased vibrancy of artwork.

• Beveled Wood Stretch Bars - Make frame less noticeable on front of canvas.

• Industrial Strength Staples - Ensure a tight fit that is sure to last.

Share:  Facebook   Tweet   Pinterest



Monkey Dudes Canvas From Nigolden Eye

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE





ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY

# ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY

### $59.00

Color:
○ WHITE
○ RED
○ BLACK

Add to cart →

Buy with *PayPal*

More payment options

Hooking up with Gallery 1950, Original Fake has released their collabo ashtrays in a solid black, white or red ceramic finish.

Even though they have a specific purpose, the pieces can definitely be used for decorating the crib or if you decide that smoking is cool while the items are en route to your home.

KAWS CERAMIC ASHTRAY now available.

- 16cm x 4cm





Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Outdoor Clock Paintings

**$259.00**

size:
○ 50*80 (pointer 12 inches)
○ 60*100 (pointer 14 inches)

Frame type:
○ Light luxury gold (aluminum frame)
○ Style black (aluminum frame)

Colour:
○ LV bear A+ clock
○ LV bear B+ clock

| Add to cart → |
|---|



More payment options

Brand Name: **HOMELESS PENTHOUSE**
*Product parameters:*
- Brand: HP
- Pattern: Cartoon anime
- Style: simple and modern
- Place of Origin: Mainland China
- Province: Guangdong Province
- Prefectures and cities: Shenzhen
- Size: 50*80 (pointer 12 inches) 60*100 (pointer 14 inches)
- Frame type: Light luxury gold (aluminum frame), black style (aluminum frame)
- Color classification: LV bear A+ clock, LV bear B+ clock, LV bear C+ clock, LV bear D+ clock, LV bear E+ clock, LV bear F+ clock
- Process: inkjet
- Combination form: 1.9 billion art micro-spray [oil canvas + metal frame]
- Item No.: BWWX-20210629-1
- Mounting method: framed
- Frame material: metal
- Picture format: plane
- Number of frames: single frame
- Painting core material: canvas

Share:  Facebook  Tweet  Pinterest



Note / This box is for display only, and the box color is selected separately.

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →



# You may also like



Christian Throw Pillow



Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# Root of Evil Framed Prints

$99.00

Size:
○ S (30*30cm)
○ L(50*50cm)

Print:
○ a
○ b
○ c
○ d
○ e
○ f
○ g
○ h

Add to cart →

Buy with PayPal

More payment options

Framed Prints

Share: Facebook  Tweet  Pinterest

**Sign Up For Our Newsletter.**

Receive special offers and first look at new products.

Email address                    Subscribe →

×



OMJA



OMJB



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address     Subscribe →

×



OMJC



OMJD



## Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →



OMJG



OMJH

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕



OMJI



✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address       Subscribe →





# You may also like






Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Root of Evil Prints

**$97.00**

Size:
○ S (30*30cm)
○ L(50*50cm)

Print:
○ a
○ b
○ c
○ d
○ e
○ f
○ g
○ h

Add to cart →

Buy with PayPal

More payment options

Framed Prints

Share:  Facebook  Tweet  Pinterest

✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →



OMJA



OMJB



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →

✕



OMJC



OMJD



×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                          Subscribe →



OMJG



OMJH

## Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address      Subscribe →



OMJI



✕

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →





# You may also like









# HOMELESS PENTHOUSE



芝麻街坐姿0.7米蓝色  规格：宽38cm×进深33cm×高70cm
凳子规格：长52cm×宽29cm×高27cm 需要多买凳子联系客服订购

# Seeing Sculpture

**$4,500.00**

Add to cart →

Buy with 

More payment options

The Fuzzy Kaws Sculpture is a human-sized piece that screams for attention. Add it to your collection now.

Share: Facebook  Tweet  Pinterest

# You may also like







| | | | |
|---|---|---|---|
| Banksy CND Soldiers Canvas | from $40.00 | Takashi Murakami Small Flowers Canvas | from $36.00 |
| Banksy Flying Copper Canvas | from $40.00 | Christian Throw Pillow | $223.50 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          Subscribe →

# HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery




© 2021, Shophomeless.
All Rights Reserved.







256

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

# HOMELESS PENTHOUSE



# Set of Four Chopsticks

$59.00

Add to cart →

Buy with PayPal

More payment options

Stay classy and simple with this shaped pairs of equal-length sticks that have been used as kitchen and eating utensils in most of East Asia for over three millennia.

Featuring KAWS' signature XX eyes embedded on top of the utensil. Save the use of disposable chopsticks and buy this for a long lasting use.

Share:  Facebook  Tweet  Pinterest

# You may also like









| BRILLO BOX | $299.00 | Alex Face Trinity Cat Canvas | from $36.00 | Monster Bean Bag | $599.00 | Takashi Murakami Small Flowers Canvas | from $36.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address

Subscribe →

# HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

© 2021, Shophomeless.
All Rights Reserved.



Free Delivery & Returns Free Delivery & Returns

☰    **HOMELESS PENTHOUSE**    👤 🔍 🛍



# Snoop Kawaii Plush Toy

$49.00

color:

○ white
○ black

| Add to cart → |

Buy with *PayPal*

More payment options

Snoop Kawaii Plush Toy

white & black

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address    Subscribe →

✕



# You may also like



| Hidden Homer Rug | from $448.00 |
|---|---|
| Takashi Murakami Big Flowers Canvas | from $36.00 |
| Banksy Flying Copper Canvas | from $40.00 |
| Sexy Robot Mat | $128.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address    Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery



© 2021, Shophomeless.
All Rights Reserved.

     

HOMELESS PENTHOUSE



# Space Holiday Sculpture

$4,890.00

Color:
○ Gold
○ Silver
○ Black

Add to cart →

Buy with PayPal

More payment options

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →



ry & Returns Free Delivery & Returns



☰

# HOMELESS PENTHOUSE



 

# SpongeBob (Set of three prints, framed), 2010

**$449.00**

Add to cart →

Buy with **PayPal**

More payment options

3 Prints

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                    Subscribe →

✕





## You may also like









Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & F

# HOMELESS PENTHOUSE



## Tension Bearbrick 1000%

$1,490.00

Add to cart →

Buy with **PayPal**

More payment options

1000%

Share:  Facebook  Tweet  Pinterest



×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                                        Subscribe →



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →





# You may also like









| Banksy Happy Chopper Canvas | from $40.00 | A Bathing Ape Pop Art Rug | from $72.00 | Kermit the Frog Supreme Canvas | from $40.00 | Banksy Very Little Helps Canvas | from $40.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns



# HOMELESS PENTHOUSE



# Tension Framed Print Set

$1,499.00

Add to cart →

Buy with PayPal

More payment options

Share:  Facebook  Tweet  Pinterest



# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                              Subscribe →



# You may also like

Free Delivery & Returns Free Delivery & Returns Fre

≡

# HOMELESS PENTHOUSE



# Tension Framed Set

$1,999.00

Add to cart →



More payment options

Share: Facebook  Tweet  Pinterest



×

# Sign Up For Our Newsletter.

Receive special offers and first look at new products.

Email address                    Subscribe →



# You may also like









| Kermit the Frog Supreme Canvas | from $40.00 |
| BRILLO BOX | $299.00 |
| Javier Calleja Hat Canvas | from $36.00 |
| Kermit the Frog Supreme White Canvas | from $40.00 |

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns

## HOMELESS PENTHOUSE



# What Party Rug

$373.50

Add to cart →

Buy with PayPal

More payment options

The Rug features an iconic graphic by the legendary NYC artist with amazing detailing and even better quality. The rectangle-shaped rug is as fly as it looks.

Color: Black

Size: 150x100cm

Share: Facebook  Tweet  Pinterest

# You may also like



Javier Calleja Hat Canvas                from $36.00



George Condo Batman and Bunny Canvas          from $40.00



Damien Hirst Dots Canvas          from $40.00



Banksy Keep it Real Canvas          from $40.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          Subscribe →

## HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

 

© 2021, Shophomeless.
All Rights Reserved.

   

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns



# HOMELESS PENTHOUSE



# What Party Sculpture

## $4,499.00

Color:
○ White

Add to cart →

Buy with **PayPal**

More payment options

A remarkable piece featuring KAWS' signature "Companion"; his What Party version with crossed-out eyes, gloved hands, fluffy figure and oversized ears.

This sculpture made sure that you'll have the best companion all throughout the season. Reward yourself with this statue.

Share:  Facebook  Tweet  Pinterest

# You may also like









| Happy Flower Basketball | $199.00 | George Condo Batman and Bunny Canvas | from $40.00 | Kermit the Frog Supreme Canvas | from $40.00 | Bape Nigoldeneye Soup Canvas | from $40.00 |

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address

Subscribe →

# HOMELESS PENTHOUSE

About Us
Contact
Search
Design Services
Shipping & Delivery

  

© 2021, Shophomeless.
All Rights Reserved.

     

Free Delivery & Returns Free Delivery & Returns Free Delivery & Returns Free Deliv

☰ **HOMELESS PENTHOUSE** 👤 🔍 🛍️



# White Trooper Rug

**$199.00**

Size:

○ S (60x120cm)
○ M (100x200cm)

| Add to cart → |
| --- |

Buy with **PayPal**

More payment options

The White Brooklyn Trooper Rug is an epic crossover between street art and space wars.

The Brooklyn Trooper-shaped rug comes in a white variant with black detailing.

Don't miss out.

Size:

S - 23.62 x 47.24 in (60x120cm)

M - 39.37 x 78.74 in (100x200cm)

Share: Facebook  Tweet  Pinterest



## You may also like

# Exhibit 5

# Exhibit 5



# THEORY



## 808 Heartbreak Neon Light

$399.00

| Sold out |
|---|

808 HEARTBREAK NEON LIGHT is now available, giving you the chance to add this highly coveted one into your exclusive collection.

Size: 64x48cm

Share:  FACEBOOK   TWEET   PINTEREST

## You may also like









BLACK ACRYLIC TRAY
$149.00

BLACK MAKEUP TRAY
$149.00  $89.00

FRENCH SOCK SET WITH BOX
$149.00

ORANGE THROW BLANKET
$299.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address      SUBSCRIBE →

## PENTHOUSE THEORY

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us



# THEORY



### ASAP Rocky Canvas

$40.00

Size:

<u>8x12</u>  12x18  16x24  20x30  24x36  32x48

Depth:

<u>.75</u>  1.25

| Add to cart → |
|---|
| Buy it now → |

**Rectangle Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang – Mounting hardware comes attached.
- Leveling Bumpers Included – For wall protection.
- Semi-Gloss Print – Increased vibrancy of artwork.
- Beveled Wood Stretch Bars – Make frame less noticeable on front of canvas.
- Industrial Strength Staples – Ensure a tight fit that is sure to last.

Share:  FACEBOOK  TWEET  PINTEREST



Receive special offers and first look at new products.

Email address          SUBSCRIBE →

✕





Receive special offers and first look at new products.

Email address          SUBSCRIBE →

✕





# THEORY



## BEARBRICK RUG

$129.00

Color:

1 2 3 4 5 6

Add to cart →

Buy it now →

120x60cm

Share:   FACEBOOK   TWEET   PINTEREST



Receive special offers and first look at new products.

Email address

SUBSCRIBE →







Receive special offers and first look at new products.

Email address    SUBSCRIBE →

✕



Receive special offers and first look at new products.

Email address    SUBSCRIBE →

✕



Receive special offers and first look at new products.

Email address    SUBSCRIBE →    ✕



## You may also like







| BLACK ACRYLIC TRAY | BLACK MAKEUP TRAY | FRENCH SOCK SET WITH BOX | ORANGE THROW BLANKET |
|---|---|---|---|
| $149.00 | $149.00 $89.00 | $149.00 | $299.00 |



Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address    SUBSCRIBE →

**PENTHOUSE THEORY**

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us

# THEORY



## Covering KAWS Neon Light

$449.00

| Sold out |
| --- |

This custom-made LED neon sign is lit and built to last. The light comes in a pink variant and features the iconic box logo sign in a moody glow.

Make a statement and design the mood of any room with this amazing neon sign sure to create the vibe you've always wanted!

Mounting materials included.

Size: 60x84cm

Share: FACEBOOK  TWEET  PINTEREST

## You may also like







**BLACK ACRYLIC TRAY**
$149.00

**BLACK MAKEUP TRAY**
$149.00 $89.00

**FRENCH SOCK SET WITH BOX**
$149.00

**ORANGE THROW BLANKET**
$299.00

| Write a review |
| --- |

Subscribe to our newsletter to receive special offers and first look at new products.

Email address        SUBSCRIBE →

## PENTHOUSE THEORY

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us



© 2021, THEORY.
All Rights Reserved.






# THEORY



## KAWS BEARBRICK - 400%

$149.00

Size:

400%

Add to cart →

Buy it now →

Share:    FACEBOOK    TWEET    PINTEREST



You may also like

# THEORY

**Kaws Brian Canvas**

$40.00

Size:

8x12   12x18   16x24   20x30   24x36   32x48

Depth:

.75   1.25

Add to cart →

Buy it now →

**Rectangle Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang – Mounting hardware comes attached.
- Leveling Bumpers Included – For wall protection.
- Semi-Gloss Print – Increased vibrancy of artwork.
- Beveled Wood Stretch Bars – Make frame less noticeable on front of canvas.
- Industrial Strength Staples – Ensure a tight fit that is sure to last.

Share:   FACEBOOK   TWEET   PINTEREST







## Kaws Dragon Ball Canvas

$40.00

Size:

8x12  12x18  16x24  20x30  24x36  32x48

Depth:

.75  1.25

Add to cart →

Buy it now →

### Rectangle Canvas Wrap

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang – Mounting hardware comes attached.
- Leveling Bumpers Included – For wall protection.
- Semi-Gloss Print – Increased vibrancy of artwork.
- Beveled Wood Stretch Bars – Make frame less noticeable on front of canvas.
- Industrial Strength Staples – Ensure a tight fit that is sure to last.

Share:  FACEBOOK   TWEET   PINTEREST



# THEORY



### Kaws Dragon Ball Z Jeep Canvas

$36.00

Size:

8x8  10x10  14x14  16x16  24x24  36x36  40x40

Depth:

.75  1.25

Add to cart →

Buy it now →

**Square Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with 3/4" thick wood frame and glued wood core stretcher bars.

All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang – Mounting hardware comes attached.
- Leveling Bumpers Included – For wall protection.
- Semi-Gloss Print – Increased vibrancy of artwork.
- Beveled Wood Stretch Bars – Make frame less noticeable on front of canvas.
- Industrial Strength Staples – Ensure a tight fit that is sure to last.

Share:  FACEBOOK  TWEET  PINTEREST



Receive special offers and first look at new products.

Email address          SUBSCRIBE →

✕



Receive special offers and first look at new products.

Email address    SUBSCRIBE →







### Kaws Elmo Contemporary Canvas

$40.00

Size:

8x12  12x18  16x24  20x30  24x36  32x48

Depth:

.75  1.25

Add to cart →

Buy it now →

**Rectangle Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang – Mounting hardware comes attached.
- Leveling Bumpers Included – For wall protection.
- Semi-Gloss Print – Increased vibrancy of artwork.
- Beveled Wood Stretch Bars – Make frame less noticeable on front of canvas.
- Industrial Strength Staples – Ensure a tight fit that is sure to last.

Share:  FACEBOOK   TWEET   PINTEREST



# THEORY



## Kaws Family Guy Canvas

$40.00

Size:

8x12  12x18  16x24  20x30  24x36  32x48

Depth:

.75  1.25

**Add to cart →**

**Buy it now →**

**Rectangle Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang – Mounting hardware comes attached.
- Leveling Bumpers Included – For wall protection.
- Semi-Gloss Print – Increased vibrancy of artwork.
- Beveled Wood Stretch Bars – Make frame less noticeable on front of canvas.
- Industrial Strength Staples – Ensure a tight fit that is sure to last.

Share: FACEBOOK  TWEET  PINTEREST



Case 1:21-cv-00955-PKC   Document 16-4   Filed 01/25/22   Page 208 of 353

# THEORY



## Kaws Krusty Canvas

$40.00

Size:

8x12   12x18   16x24   20x30   24x36   32x48

Depth:

.75   1.25

Add to cart →

Buy it now →

**Rectangle Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang – Mounting hardware comes attached.
- Leveling Bumpers Included – For wall protection.
- Semi-Gloss Print – Increased vibrancy of artwork.
- Beveled Wood Stretch Bars – Make frame less noticeable on front of canvas.
- Industrial Strength Staples – Ensure a tight fit that is sure to last.

Share:   FACEBOOK   TWEET   PINTEREST



THEORY



### KAWS Minjun Toy

$149.00

Add to cart →

Buy it now →

Share:   FACEBOOK   TWEET   PINTEREST



You may also like

# THEORY



## KAWS NGV SNOOPY JIGSAW PUZZLE

$99.00

Style:

1000 PIECES

| Add to cart → |
|---|

| Buy it now → |
|---|

Perfect for a gift, or you could even frame it up after fixing all the pieces.

KAWS NGV SNOOPY JIGSAW PUZZLE is now available.

- 1000 pieces jigsaw puzzle



Share:  FACEBOOK  TWEET  PINTEREST

## You may also like









**BLACK ACRYLIC TRAY**
$149.00

**BLACK MAKEUP TRAY**
$149.00 $89.00

**FRENCH SOCK SET WITH BOX**
$149.00

**ORANGE THROW BLANKET**
$299.00

| Write a review |
|---|

Subscribe to our newsletter to receive special offers and first look at new products.

Email address    SUBSCRIBE →

## PENTHOUSE THEORY

# THEORY



## KAWS PINOCCHIO
$179.00

Add to cart →

Buy it now →

Share:   FACEBOOK   TWEET   PINTEREST

## You may also like









**JAVIER CALLEJA "NO ART HERE" FIGURE**
$299.00

**CROW HEART PILLOW**
$249.00

**ANDY WARHOL OJ SIMPSON CANVAS**
FROM $36.00

**BLACK ACRYLIC TRAY**
$149.00

Write a review

Subscribe to our newsletter to receive special offers and first look at new products.

Email address    SUBSCRIBE →

## PENTHOUSE THEORY

# THEORY



## Kaws Sketch Canvas

$40.00

Size:

8x12  12x18  16x24  20x30  24x36  32x48

Depth:

.75  1.25

Add to cart →

Buy it now →

**Rectangle Canvas Wrap**

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang – Mounting hardware comes attached.
- Leveling Bumpers Included – For wall protection.
- Semi-Gloss Print – Increased vibrancy of artwork.
- Beveled Wood Stretch Bars – Make frame less noticeable on front of canvas.
- Industrial Strength Staples – Ensure a tight fit that is sure to last.

Share:  FACEBOOK  TWEET  PINTEREST





# THEORY



### KAWS Sorayama Figure

$499.00

Add to cart →

Buy it now →

20x14x35cm

Share:  FACEBOOK   TWEET   PINTEREST



You may also like

# THEORY



## Kaws Stewie Canvas

$40.00

Size:

8x12  12x18  16x24  20x30  24x36  32x48

Depth:

.75  1.25

Add to cart →

Buy it now →

### Rectangle Canvas Wrap

Gallery quality canvas print displays vibrant artwork that is built to last. Printed with HP Latex Inks that are fade resistant. Inks are water based and solvent free so rest assured there are no harsh chemicals in your home. Assembled with thick wood frame and glued wood core stretcher bars. All canvas prints are wrapped and shipped in fitted packaging

- Ready To Hang – Mounting hardware comes attached.
- Leveling Bumpers Included – For wall protection.
- Semi-Gloss Print – Increased vibrancy of artwork.
- Beveled Wood Stretch Bars – Make frame less noticeable on front of canvas.
- Industrial Strength Staples – Ensure a tight fit that is sure to last.

Share:  FACEBOOK   TWEET   PINTEREST





# THEORY





### ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY

$59.00

Color:

WHITE   RED   BLACK

> Add to cart →

> Buy it now →

Hooking up with Gallery 1950, Original Fake has released their collabo ashtrays in a solid black, white or red ceramic finish.

Even though they have a specific purpose, the pieces can definitely be used for decorating the crib or if you decide that smoking is cool while the items are en route to your home.

KAWS CERAMIC ASHTRAY now available.

- 16cm x 4cm





Share:   FACEBOOK   TWEET   PINTEREST



300



Receive special offers and first look at new products.

Email address    SUBSCRIBE →

✕



You may also like

301

# THEORY

### Snoop Kawaii Plush Toy

$49.00

color:

white  black

Add to cart →

Buy it now →

Snoop Kawaii Plush Toy

white & black

Share:  FACEBOOK  TWEET  PINTEREST





# THEORY



## White Trooper Rug

$199.00

Size:

<u>S (60x120cm)</u>  M (100x200cm)

Add to cart →

Buy it now →

The White Brooklyn Trooper Rug is an epic crossover between street art and space wars.

The Brooklyn Trooper-shaped rug comes in a white variant with black detailing.

Don't miss out.

Size:

S - 23.62 x 47.24 in (60x120cm)

M - 39.37 x 78.74 in (100x200cm)

Share:  FACEBOOK  TWEET  PINTEREST



You may also like

# THEORY

1 result for "kaws 4ft passing through"

Q   kaws 4ft passing through



KAWS 4FT PASSING THROUGH
$3,999.00

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    SUBSCRIBE →

## PENTHOUSE THEORY

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us

© 2021, THEORY.
All Rights Reserved.

    

# THEORY

1 result for "kaws what party"

🔍  kaws what party



KAWS WHAT PARTY
$179.00

Subscribe to our newsletter to receive special offers and first look at new products.

Email address          SUBSCRIBE →

## PENTHOUSE THEORY

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us



© 2021, THEORY.
All Rights Reserved.



Case 1:21-cv-00956-PKC    Document 26-4    Filed 01/25/22    Page 83 of 95

# THEORY

## 1 result for "kaws x sesame street plushies"

🔍 kaws x sesame street plushies



KAWS X SESAME STREET PLUSHIES
FROM $59.00

---

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                    SUBSCRIBE →

### PENTHOUSE THEORY

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us



---

© 2021, THEORY.
All Rights Reserved.

   

☰

# THEORY

1 result for "kaws: bff companion figures"

🔍    kaws: bff companion figures



KAWS: BFF COMPANION FIGURES
$149.00

Subscribe to our newsletter to receive special offers and first look at new products.

Email address                SUBSCRIBE →

# PENTHOUSE THEORY

Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us

© 2021, THEORY.
All Rights Reserved.



Case 1:21-cv-00552-PKC    Document 26-4    Filed 01/25/22    Page 353 of 393

# THEORY

## 1 result for "kaws:holiday plushies"

kaws:holiday plushies



KAWS:HOLIDAY PLUSHIES
$99.00

Subscribe to our newsletter to receive special offers and first look at new products.

Email address    SUBSCRIBE →

## PENTHOUSE THEORY



Search
About Us
Shipping & Delivery
Return Policy
Privacy Policy
Terms & Conditions
Contact Us

© 2021, THEORY.
All Rights Reserved.



# Exhibit 6

# Exhibit 6

Incognito.net

Messages

New Arrivals

Louis Vuitton

Chanel

Archive

New Arrivals



**KAWS Holiday Float**

$229.00

Add to cart



**Brown Carryon Luggage**

$989.00

Add to cart



**KAWS Dissected Companion**

$249.90

Add to cart



**KAWS Clean Slate**

$373.50

Add to cart



**KAWS Take**

$199.00

Add to cart



**KAWS Small Lie**

$149.00

Add to cart



**KAWS Companion Passing Through**

$223.50

Add to cart



**KAWS Share Companion**

$349.00

Add to cart



**BFF Plush Set**

$299.00

Add to cart



**KAWS Resting Place**

$199.00

Add to cart



**KAWS Clean State**

$373.50

Add to cart





**Brown Soccer Ball**

$299.00

Add to cart



<mark>**KAWS Sitting Companion**</mark>

<mark>$199.00</mark>

Add to cart



<mark>**KAWS Darth Vader**</mark>

<mark>$298.50</mark>

Add to cart



<mark>**KAWS Companion Bearbrick**</mark>

<mark>$99.00</mark>

Lt. Gray

Add to cart



**KAWS Holiday Companion**

$149.00

Add to cart



**KAWS Holiday Plush**

$73.50

Add to cart



**KAWS Holiday Mt. Fuji**

$223.50

Add to cart



**KAWS Companion**

$149.00

Add to cart



**KAWS Stormtrooper**

$149.00

Add to cart



**BFF Passing By Toy**

$349.00

Add to cart

**KAWS BFF**

$199.00

black

Add to cart



**KAWS Along The Way**

$299.00

Add to cart



**Gothic Cross Pillow**

$148.50

Add to cart



**Lane Crawford Pillow**

$148.50

Add to cart



**Brown Throw Blanket**

$448.50

Add to cart



**KAWS Final Days**

$3,499.00

Add to cart



**Las Vegas Rug**

$373.50

Add to cart





**Cartoon Rug**

$198.50

Add to cart



**Spiderweb Check-in Luggage**

$599.00

Add to cart



**Pink Neon Sign**

$748.50

Add to cart



**Luxury Neon Sign**

$523.50

Add to cart



French Clock By D Arsham

$523.50

Add to cart



### Speedy Bag Vase

$448.50

Add to cart



### Leather Volleyball

$199.00

Add to cart



### Performance Tennis Racket

$373.50

Add to cart



### Black Jump Rope

$149.00