Exhibit 3-F

Exhibit 3-F



**Leather Football**

$298.50

Add to cart



**Multicolor Hard Breifcase**

$688.50

Add to cart



**White Skateboard**

$249.00

Add to cart



**Multicolor Breifcase**

$2,498.00

Add to cart





**Cartoon Tp Holder**

$99.00

Add to cart



**Skateboard Trunk Set**

$2,999.00

Add to cart



**KAWS Chair**

$3,498.50

Add to cart



**KAWS BFF Tumbler Set**

$59.00

Add to cart



Monogram Cup Set

$223.50

Add to cart



### Gothic Bath Robe

$229.50

Add to cart



### Denim Beanbag

$799.00

Add to cart



### Passing Through Sculpture

$3,499.00

Add to cart



### BFF Sculpture (Pink)

$3,499.00



**Ceramic Ashtray**

$59.00

Add to cart



**Denim Beanbag Chair and Pillow**

$984.50

Add to cart



**Chanel Cup Set**

$0.00

Out of stock



**Wooden Companion**

$399.00

Add to cart



**Brooklyn Doormat**

$99.00

Add to cart



**Wool Throw Blanket**

$299.00

Add to cart



**Leather Foot Stool**

$799.00

Add to cart



**Denim Ottoman**

$599.00

Add to cart





**No. 5 Neon Light**

$499.00

Add to cart



**Brown Trunk Set**

$399.00

| S | ⌄ |
| --- | --- |

Add to cart



**Florence Shadow Rug**

$899.00

Add to cart



**Checkered Rug**

$899.00

Add to cart



$149.00

Add to cart



**White Steamer Trunk**

$7,500.00

Add to cart



**Steamer trunk**

$5,500.00

Add to cart



**Large Steamer Trunk**

$10,000.00

Add to cart



**Mirror Steamer Trunk**

$10,000.00

Add to cart



**Vintage Steamer Trunk**

$8,500.00

Add to cart



**Steamer Trunk**

$5,500.00

Add to cart



**Custom Vanity Trunk**

$14,500.00

Add to cart



**Paris Neon Light**

$499.00

Add to cart





**Leather Foot Stools**

$599.00

Square

Add to cart



**Face Down Toy**

$299.00

Add to cart



**Wooden Kaws Sculpture**

$7,500.00

Add to cart



**Transparent Organization Box**

$249.00

Add to cart





**Ergonomic Cat Bed**

$399.00

Add to cart



**Leather Pet Carrier**

$349.00

Add to cart



**Small Monogram Briefcase**

$399.00

Add to cart



**Organization Tray**

$99.00

Add to cart



**Leather Foot Stool**

Add to cart



## Metal Reusable Straw

$249.00

Add to cart



## Round White Rug

$599.00



Add to cart



## Red Steamer Trunk

$5,999.00

Add to cart



## Wine Decanter with Mini Trunk

$499.00



**Leather Desk Protector**

$199.00

Add to cart



**Stamped Carryon Luggage**

$1,198.50

Add to cart



**White Surfboard**

$4,999.00

Add to cart



**White Skimboard**

$4,449.00

Black ⌄

Add to cart





**Louis Skim Board**

$2,600.00

Out of stock



**Brown Beach Towel**

$249.00

Add to cart



**Wooden Foldable Ladder**

$2,999.00

Add to cart



**Watercolor Towel**

$249.00

Add to cart





### Watercolor Skatedeck

$399.00

Add to cart



### Space Holiday Sculpture

$4,890.00

Gold

Add to cart



### Ceramic Dinner Set

$249.00

4 Plate Set

Add to cart



### Bartender Ice Set

$199.00

Add to cart



**Murakami Camo Trunk**

$5,495.00

Add to cart



**Denim Lounge Chair**

$599.00

Add to cart



**Paris Wall Clock**

$249.00

Add to cart



**Brown Desk mat**

$299.00

Add to cart



**U**

$0.00

Add to cart





Add to cart



L

$0.00

Add to cart



L

$0.00

Add to cart



L

$0.00

Add to cart



**L**

$0.00

Add to cart



**LV Trunk**

$5,999.00

Add to cart



**LV Trunk**

$7,999.00

Add to cart



**Red Steamer Trunk**

$5,498.00

Add to cart





**Best Freinds**

$3,800.00

| 1.8m Pink Sesame Street ▾ |
| --- |

Add to cart



**Transparent Plates**

$99.00

| light yellow ▾ |
| --- |

Add to cart





**KAWS x DIOR Sculpture**

$368.00

size

| Height 38 cm ▾ |
| --- |

Colour

| Pink ▾ |
| --- |

Add to cart





**Crow Heart Ottoman & Pillow**

$399.00

Add to cart



**Los Angeles Rug**

$499.00

Add to cart



**Leather French Bulldog**

$249.00

Add to cart



**Luxury Decanter with Mini Trunk**

$399.00

Add to cart



**Water Color Bear**

$149.00

Add to cart



<mark>Ceramic Ashtray</mark>

<mark>$59.00</mark>

| WHITE | ⌄ |
| --- | --- |

Add to cart

<mark>White Trooper Rug</mark>

<mark>$149.00</mark>

| S (60x120cm) | ⌄ |
| --- | --- |

Add to cart



Brown Bean Bag

$699.00

Add to cart



Monogram Area Rug

$899.00

| 4x6ft | ⌄ |
| --- | --- |



**Crow Hearts Rug**

$199.00

Add to cart



**Orange Towel Set**

$99.00

| A | ▾ |
|---|---|

Add to cart



**Crows Hearts Beanbag**

$4,999.00

Add to cart



**Beige Skateboard**

$479.00

Add to cart



**Ceramic Candle**

$179.00

Add to cart



**Nordic Bedding Set**

$499.00

Colour

| Light luxury ▾ |

Applicable bed size

| 1.5m bed【quilt cover 200x230】 shee ▾ |

Add to cart



**CC Photography Props**

$38.00

| Surfboard 1.2*26 ▾ |

Add to cart



$1,299.00

Add to cart



## Furry Eye Cover

$149.00

| Brw | ⌄ |
|---|---|

Add to cart



## Fur Neck Pillow

$399.00

Add to cart



## Flat Wear Set

$448.50

Add to cart



## Black Vanity Tray

$99.00

Out of stock



**Black mirror**

$199.00

Add to cart



**Chanel Neon Light**

$499.00

Add to cart



**Black Throw Pillow**

$199.00

Add to cart



**Black Throw Blanket**

$249.00

Add to cart





**Black Watch Box**

$249.00

Add to cart



**Black Oil Drum**

$2,498.50

Add to cart



**Black Makeup Tray**

$99.00

Add to cart



**Black Vanity Box**

$149.00

Add to cart



**Black Vanity Tray**

$99.00

Add to cart



**Black Tray**

$0.00

Out of stock



**Black Yoga Mat**

$199.00

Add to cart



**Black Basketball**

$199.00


Gold

Add to cart



**Black Tennis Racket**

$399.00

Add to cart



**Black Toothbrush**

$299.00

BLACK ▼

Add to cart



**Black Bath Mat**

$99.00

Add to cart



**Black Surfboard**

$3,499.00

White ▼

Add to cart



**Black Hand Mirror**

Add to cart



**Black Yoga Ball**

$399.00

Add to cart



**Black Basketball**

$199.00

Add to cart



**Black Boxing Gloves**

$373.50

Add to cart



**Black Yoga Mat**

$249.00

Add to cart



**Oversized French Frames**

$99.00

Add to cart



**Stylish French Glasses**

$99.00

Add to cart



**Rimless Oval Frames**

$99.00

| a | ⌄ |
|---|---|

Add to cart



**Oversized Italian Sunglasses**

$99.00

Add to cart



**Classic Oversized Glasses**

$99.00

Add to cart



**Millionaire Sunglasses**

$99.00

Add to cart



**Square Sunglasses**

$99.00

Add to cart



**Dior Glasses**

$99.00

Add to cart



## Versace Glasses

$89.00

blk ▾

Add to cart



## Mini Fanny Pack

$99.00

Add to cart



## Mini Backpack

$129.00

Add to cart



## Woodbridge Frames

$99.00

Add to cart



## Los Alamos Frames

Add to cart



**Eyewear Wood**

$129.00

Add to cart



**GG Monogram Red Hat**

$69.00


red

Add to cart



**Designer Sock 3 Pack**

$59.00

Add to cart



**Chrome Hearts Clamp**

$99.00



**Ring feat. Lips**

$99.00

Add to cart



**Shoelace Accessory**

$99.00

Add to cart



**Iced Out Dogtag**

$149.00

Add to cart



**Silver Initial Pendant**

$99.00

Add to cart





**Fendi Hat**

$69.00

Add to cart



**Chromehearts Eyewear**

$99.00

Add to cart



**Chrome Hearts Sungalsses**

$99.00

Add to cart



**TNFG Bucket Hat**

$69.00

Add to cart



**White Bucket Hat**

$69.00

Add to cart



**Monogram Glasses**

$99.00

Add to cart



**French Frames**

$99.00

Add to cart



**Los Angeles Eyewear**

$99.00

Add to cart



**Santa Monica Frames**

$99.00



**Oversized French Frames**

$99.00

Add to cart



**Small French Frames**

$99.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00



**Designer Sock 3 Pair**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Designer Sock 3 Pack**

$49.00

Add to cart



**Coco Wire Frames**

$79.00

Add to cart



**HP28**

$79.00

Add to cart



**Monogram Aviator Glasses**

$79.00

Add to cart



**HP24**

$99.00

Add to cart

# Exhibit 7

# Exhibit 7



**V2.0**

s Brand: Ronnia Function: breathable Size: 36 37 38 39 40 41 42 43 44 45 46 Pattern: graffiti Style: youth...

| ADD TO CART | ♡ ADD TO WISHLIST |
|---|---|

**BUY IT NOW**



**kpack**

| ADD TO CART | ♡ ADD TO WISHLIST |
|---|---|

BUY IT NOW



**APESTA Powder**

ADD TO CART

ADD TO WISHLIST

BUY IT NOW



PESTA

ADD TO CART                    ♡ ADD TO WISHLIST

BUY IT NOW



## n Bag

cotton Closed way: cover type Style: European and American fashion Condition: New

| ADD TO CART | ADD TO WISHLIST |
|---|---|

BUY IT NOW



## ompanion Slides

Slides US size 5-12

ADD TO CART

♡ ADD TO WISHLIST

**BUY IT NOW**

# Exhibit 8

# Exhibit 8



🔍  👤  🛒

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / 808 HEARTBREAK NEON LIGHT



### 808 HEARTBREAK NEON LIGHT

$499.00

☆☆☆☆☆

**Only 2 left!**
1 person is viewing this,
4 recently purchased it and
3 have it in their cart.

Quantity:

⌄  1  ⌃

[ Add to Cart ]    [ Add to Wish List ⌄ ]





---

| Description |
| --- |

808 HEARTBREAK NEON LIGHT is now available, giving you the chance to add this highly coveted one into your exclusive collection.

- 60cm x 60cm
- Can be customised to any size



Reviews    0

[ ✎ Write a Review ]



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / KAWS 4FT ASTROBOY



# KAWS 4FT ASTROBOY

## $2,199.00

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
2 people have it in their cart.

**Quantity:**

‹ 1 ›

Add to Cart      Add to Wish List ⌄

**Description**

One of the most OG collab ever......

KAWS 4FT ASTROBOY is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm



☆☆☆☆☆



BEST SELLERS   NEW RELEASES   FOR THE HOME   ALL PRODUCTS   REVIEWS   THEORY   TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / **KAWS 4FT BFF FIGURE**



    

## KAWS 4FT BFF FIGURE

### $2,299.00

☆☆☆☆☆

**Only 6 left!**
1 person is viewing this and
5 people have it in their cart.

Quantity:

[ − ]   1   [ + ]

[ Add to Cart ]   [ Add to Wish List ▼ ]

---

### Description

KAWS 4FT DIOR BFF FIGURE is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

We can also custom 6FT KAWS for you. (1.8m tall)

Do note that this is a fully-custom made to order item which requires 5-7 days of production.



369

BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / KAWS 4FT COMPANION



## KAWS 4FT COMPANION

$1,899.00

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
9 have it in their cart.

Color:  (Required)

Choose Options

Quantity:

1

Add to Cart          Add to Wish List

### Description

KAWS 4FT COMPANION FIGURES are now available in four colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / **KAWS 4FT OPEN FLAYED DISSECTED COMPANION**



## KAWS 4FT OPEN FLAYED DISSECTED COMPANION

### $1,899.00 – $1,999.99

⭐⭐⭐⭐⭐ 4 reviews

**Limited stock!** 🔥
4 people are viewing this,
2 recently purchased it and
22 have it in their cart.

Color:  (Required)

Choose Options

Quantity:

⌄  1  ⌃

Add to Cart          Add to Wish List ⌄

---

**Description**

KAWS 4FT OPEN FLAYED DISSECTED COMPANION are now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

**5.0** ⭐⭐⭐⭐⭐
Based on 4 Reviews

⭐⭐⭐⭐⭐    (4)
⭐⭐⭐⭐☆    (0)
⭐⭐⭐☆☆    (0)
⭐⭐☆☆☆    (0)
⭐☆☆☆☆    (0)

✎ Write a Review



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / **KAWS 4FT PASSING THROUGH**



## KAWS 4FT PASSING THROUGH

### $2,100.00

☆ ☆ ☆ ☆ ☆

**Limited stock!** 🔥
3 people are viewing this and
8 people have it in their cart.

Color:  (Required)

Choose Options

Quantity:

1

Add to Cart        Add to Wish List ⌄



        

| Description |
| --- |

KAWS 4FT PASSING THROUGH are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 47 1/5 × 28 × 25 3/5 in
- 120 × 71 × 65 cm

☆ ☆ ☆ ☆ ☆

 Write a Review

Reviews    0



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / **KAWS 4FT SPACEMAN**



## KAWS 4FT SPACEMAN

### $3,299.00

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this and
7 people have it in their cart.

Color: **(Required)**

| Choose Options |

Quantity:

| 1 |

Add to Cart    Add to Wish List ⌄

   

### Description

The latest addition to the 4FT collection.

KAWS 4FT SPACEMAN is now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / KAWS 4FT STORMTROOPER STARWARS





# KAWS 4FT STORMTROOPER STARWARS

## $2,299.00

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
2 people have it in their cart.

Quantity:

[−] 1 [＋]

[ Add to Cart ]    [ Add to Wish List ⌄ ]

## Description

KAWS 4FT STORMTROOPER STARWARS is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

☆☆☆☆☆

[ ✎ Write a Review ]

Reviews    0

374



BEST SELLERS    NEW RELEASES    FOR THE HOME ˅    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS 6FT BFF FIGURE



### KAWS 6FT BFF FIGURE

**$2,899.00**

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
3 people have it in their cart.

Quantity:

[ ˅ ]  1  [ ˄ ]

[ Add to Cart ]    [ Add to Wish List ˅ ]

---

**Description**

KAWS 6FT DIOR BFF FIGURE is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 1.8m tall in height.

Do note that this is a fully-custom made to order item which requires 5-7 days of production.

☆☆☆☆☆

375



BEST SELLERS    NEW RELEASES    FOR THE HOME ▾    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS ALONG THE WAY FIGURES**



## KAWS ALONG THE WAY FIGURES

### $159.00

★★★★★ 4 reviews

**Limited stock!** 🔥
1 person is viewing this and
9 people have it in their cart.

Colour: **(Required)**

| Choose Options |

Quantity:

[ ˅ ]  1  [ ˄ ]

Add to Cart        Add to Wish List ˅

      

## Description

Along the Way debuted in 2019, presenting a new pose for KAWS's signature Companion characters. The design features two of his iconic skull-and-bones creatures leaning on one another for support, hands heavy, and eyes cast downward.

KAWS ALONG THE WAY FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)

376



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS ANATOMY RUG



## KAWS ANATOMY RUG

### $79.00 - $119.00

★★★★★ 5 reviews

**Limited stock!** 🔥
1 person is viewing this,
1 recently purchased it and
21 have it in their cart.

Size: **(Required)**

Choose Options

Color: **(Required)**

Choose Options

Quantity:

⌄  1  ⌃

Add to Cart     Add to Wish List ⌄

### Description

The KAWS anatomy series.

KAWS ANATOMY RUG is now available in two sizes, giving you the chance to showcase everyday objects in streetwear art. Perfect for styling it up with the KAWS pillow or figurines.

- Polyester suede material
- 100 cm x 50 cm
- 200 cm x 100 cm



PENTHOUSETHEORY.
THE PENTHOUSE
PENTHOUSETHEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS BEARBRICK 400%



### KAWS BEARBRICK 400%

$119.00

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
5 people have it in their cart.

Quantity:

⌄  1  ⌃

Add to Cart        Add to Wish List ⌄

  

---

Description

Throwback this one all the way to year 2002, the year of its release.

This is an OG Kaws Bearbrick you need to have!

KAWS GREY BEARBRICK 400% is now available:

- Material: PVC Vinyl
- 28cm (400%)

☆☆☆☆☆



PENTHOUSETHEORY.
THE PENTHOUSE THEORY.
PENTHOUSETHEORY.

BEST SELLERS   NEW RELEASES   FOR THE HOME ▾   ALL PRODUCTS   REVIEWS   THEORY   TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS BEARBRICK DISSECTED 400%

## KAWS BEARBRICK DISSECTED 400%

### $249.00

★★★★★ 8 reviews

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
6 have it in their cart.

Style:  (Required)

Choose Options

Quantity:

▼ 1 ▲

Add to Cart      Add to Wish List ▾

---

### Description

For when you like KAWS but you gotta stay true to yourself as a Bearbrick Collector.

Now this time, you can get both in this single collectable, you definitely need to cop.

KAWS BEARBRICK DISSECTED  400%  is now available:

- Material: PVC Vinyl
- 28cm (400%)



**4.6** ★★★★★
Based on 8 Reviews

| | |
|---|---|
| ★★★★★ 5 star | (5) |
| ★★★★ 4 star | (3) |
| ★★★ 3 star | (0) |
| ★★ 2 star | (0) |



⌨ Write a Review

379



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS BFF COLORS WALL FRAME**



   

### KAWS BFF COLORS WALL FRAME

$109.00 – $179.00

★★★★★ 4 reviews

**Limited stock!** 🔥
3 people are viewing this and
3 people have it in their cart.

Size: (Required)

Choose Options

Frame Color: (Required)

Choose Options

Style: (Required)

Choose Options

Quantity:

⌄ 1 ⌃

Add to Cart       Add to Wish List ⌄

---

**Description**

Need a little colour in your room?

This wall frame features many editions of KAWS figures, in vibrant colour background, allowing you to brighten up your love space.

KAWS COLORS WALL FRAME is now available in many different designs:

- ○ 43 x 53 cm
- ○ 53 x 73 cm
- ○ 63 x 83 cm

- 33mm white/black wood frame included



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS BFF COMPANION PLUSHIES



### KAWS BFF COMPANION PLUSHIES

$129.00 – $339.00

⭐⭐⭐⭐⭐ 8 reviews

**Limited stock!** 🔥
2 people are viewing this and
5 people have it in their cart.

Color: (Required)

| Choose Options |

Quantity:

[⌄] 1 [⌃]

[ Add to Cart ]    [ Add to Wish List ⌄ ]




   

---

**Description**

Need a BFF by your side? Well, lucky you.

KAWS BFF PLUSHIES are now available in three colourways. This exclusive collectible is a must-have if you're a true streetwear connoisseur.

if you know, you know

- 18"
- Comes with KAWS BFF box

---

**5.0** ⭐⭐⭐⭐⭐
Based on 8 Reviews

⭐⭐⭐⭐⭐ (8)
⭐⭐⭐⭐ (0)
⭐⭐⭐ (0)
⭐⭐ (0)



 Write a Review



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS BFF PLUSH SET

## KAWS BFF PLUSH SET

**$249.00**

 2 reviews

Limited stock! 🔥
1 person is viewing this,
2 recently purchased it and
10 have it in their cart.

Quantity:

[ − ] 1 [ + ]

**Add to Cart**    **Add to Wish List** ⌄

  

### Description

One of the most anticipated collaborations for plushies, the KAWS x DIOR.

Featuring its pink furry body sharply suited head-to-toe in Dior, and black furry body fully decked out in Dior Denimwear.

The highly coveted KAWS X DIOR BFF PLUSH SET is now available. This exclusive collectible is a must-have if you're both a DIOR and KAWS fan.

- 19" (48cm)
- Sold as a set, two plushies
- Comes in 2 special boxes

382



**PENTHOUSE** THE
**THE PENT** PENTHOUSE
**PENTHOUSE** THEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS BUNNY PLUSHIES



### KAWS BUNNY PLUSHIES

**$89.00**

⭐⭐⭐⭐⭐ 5 reviews

**Limited stock! 🔥**
1 person is viewing this and
3 people have it in their cart.

Color:  (Required)

Choose Options

Quantity:

⌄  1  ⌃

Add to Cart    Add to Wish List ⌄

---

| Description |

Perfect gift for your loved ones, or even for yourself to cuddle on the cold nights (you know what i'm talking about)

KAWS BUNNY PLUSHIES are now available in black and pink colorways.

- 16" (40cm)
- Comes with KAWS Companion box

---

**4.6** ⭐⭐⭐⭐⭐    5 ⭐⭐⭐⭐⭐ (3)

Based on 5 Reviews    4 ⭐⭐⭐⭐☆ (2)

3 ⭐⭐⭐☆☆ (0)

2 ⭐⭐☆☆☆ (0)

1 ⭐☆☆☆☆ (0)

✎ Write a Review



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS CLEAN SLATE FIGURES

## KAWS CLEAN SLATE FIGURES

### $219.00

☆☆☆☆☆

**Limited stock!** 🔥
3 people are viewing this,
2 recently purchased it and
13 have it in their cart.

Colour: **(Required)**

Choose Options

Quantity:
⌄ 1 ⌃

Add to Cart    Add to Wish List ⌄

| Facebook | Email | Print | Twitter | Pinterest |






## Description

Inspired by the birth of his first daughter in 2014, KAWS invented a new pose for his iconic Companion figures now known as, *Clean Slate.*

In *Clean Slate*, a parental Companion strides forward while carrying two smaller figures in its arms. "Even though I use a comic language, my figures are not always reflecting the idealistic cartoon view that I grew up on," the artist explained.

KAWS CLEAN SLATE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 36cm (14 inches)

☆☆☆☆☆



PENTHOUSETHEORY.
THE PENTHOUSE
PENTHOUSETHEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS COMPANION FIGURES



    

## KAWS COMPANION FIGURES

$99.00 - $139.00

★★★★★ 17 reviews

**Limited stock! 🔥**
2 people are viewing this,
3 recently purchased it and
26 have it in their cart.

Style:   (Required)


Choose Options

Quantity:

˅  1  ˄


Add to Cart        Add to Wish List ⌄

### Description

You already know what it is, introducing the CLASSIC KAWS COMPANION FIGURES.

KAWS COMPANION FIGURES are now available in five different colorways, giving you the chance to add all of these into your KAWS collection.

- Material: PVC Vinyl
- 40cm (16 inches)

Don't sleep.

Case 1:21-cv-00955-PTC    Document 16-5    Filed 10/25/22    Page 68 of 93



BEST SELLERS      NEW RELEASES      FOR THE HOME ⌄      ALL PRODUCTS      REVIEWS      THEORY      TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS COMPANION FLAYED OPEN EDITION FIGURES

## KAWS COMPANION FLAYED OPEN EDITION FIGURES

**$129.00 - $149.00**

★★★★★ 10 reviews

**Limited stock!** 🔥
2 people are viewing this,
2 recently purchased it and
37 have it in their cart.

Style:  (Required)

Choose Options

Quantity:

1

Add to Cart            Add to Wish List ⌄



    

| Description |
| --- |

After so much hype , KAWS released a full series of 4 different companions that included flayed versions of the classic KAWS companion figures.

KAWS COMPANION FLAYED OPEN EDITION FIGURES are now available in four colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 38cm (15 inches)



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS COMPANION RESTING FIGURES

## KAWS COMPANION RESTING FIGURES

### $119.00

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
12 people have it in their cart.

Style:  (Required)

Choose Options

Quantity:

1

Add to Cart        Add to Wish List

    

| Description |
| --- |

KAWS COMPANION (RESTING PLACE) FIGURES are now available in three colorways, giving you the chance to add all of these into your KAWS collection.

- Material: PVC Vinyl
- 40cm (16 inches)

☆☆☆☆☆

Write a Review

387



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS FACE DOWN FIGURES**

## KAWS FACE DOWN FIGURES

### $199.00

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this and
31 people have it in their cart.

Colour: (Required)

| Choose Options |

Quantity:

⌄ 1 ⌃

Add to Cart        Add to Wish List ⌄

    

**Description**

Exactly how we feel about quarantine and COVID-19.

Arriving in familiar brown/tan/green, gray and black/yellow color schemes, the figure's signature detail is its flattened face, chest and legs, enabling it to be displayed properly on any even surface and adding a humorous touch to its somewhat macabre message.

- Material: PVC Vinyl
- 17.13 x 8.86 x 3.15 inches

**5.0** ★★★★★
Based on 1 Reviews

| ★★★★★ | (1) |
| ★★★★☆ | (0) |
| ★★★☆☆ | (0) |
| ★★☆☆☆ | (0) |
| ★☆☆☆☆ | (0) |

✎ Write a Review

388



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS FIGURINE (BRIAN DONELLY) AUTHORS SERIES - DANIL YAD**



## KAWS FIGURINE (BRIAN DONELLY) AUTHORS SERIES - DANIL YAD

### $159.00

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this and
1 person has this in their cart.

Style: (Required)

Choose Options

Quantity:

⌄ 1 ⌃

Add to Cart    Add to Wish List ⌄



    

| Description |
| --- |

KAWS HAS OFFICIALLY JOINED THE PARTY.

Brian Donnelly (KAWS) became the new hero for the concept of a vinyl toy from the series "AUTHORS".

Artist designer, Danil Yad struck a chord with the designer toy scene as Danil showed off his skill with "Authors Series" A series of renders of homage to his heroes. HYPEBEASTS and many avid fans went wild.

The vinyl toy features Brian Donnelly, the famous founding father carrying his iconic BFF KAWS figurine.

KAWS FIGURINE is now available, giving you the chance to pay homage to this pivotal figure in our streetwear culture.

- 21cm (8 inches)



PENTHOUSETHEORY.
THE PENTHOUSE
PENTHOUSE

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS GONE FIGURES**

## KAWS GONE FIGURES

### $199.00

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this and
16 people have it in their cart.

Colour: (Required)

Choose Options

Quantity:

[−] 1 [+]

Add to Cart    Add to Wish List ⌄








**Description**

HOW ABOUT 2-IN-ONE?

The KAWS GONE FIGURE features KAWS's most popular character, the companion, carrying what appears to be a lifeless version of one of his other popular characters, the BFF.

KAWS GONE FIGURES are now available in three colorways, giving you the chance to mix the traditional Companion and BFF colorways to create a Black Companion carrying a Black BFF, a Grey Companion carrying a Pink BFF, and a Brown Companion carrying a Blue BFF.

While the two have been seen together in plush form, this is the first of KAWS's vinyl collectibles to feature both characters in one.

- Material: PVC Vinyl
- 36cm (14 inches)

390



PENTHOUSETHEORY.
THE
PENTHOUSE

THE
PENTHOUSE
THEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS SEEING LAMP FIGURES

## KAWS SEEING LAMP FIGURES

### $299.00

★★★★★ 1 review

**Limited stock!** 🔥
2 people are viewing this,
4 recently purchased it and
11 have it in their cart.

Colour: **(Required)**

Choose Options

Quantity:

∨ 1 ∧

Add to Cart    Add to Wish List ⌄





## Description

KAWS SEEING LAMP FIGURES features a KAWS BFF figurine produced from alloy and ceramics. The statue's eyes contain LED lights, giving the "BFF" its light-up function.

"SEEING" measures 37cm tall, and comes sitting on a 17.8cm white pedestal.

KAWS SEEING LAMP FIGURES are now available in two colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 14.6 x 6.9 x 7.3 in. (37.1 x 17.5 x 18.5 cm.)

**5.0** ★★★★★
Based on 1 Reviews

★★★★★ (1)
★★★★☆ (0)
★★★☆☆ (0)
★★☆☆☆ (0)



 Write a Review

391



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS SEPARATED FIGURES

## KAWS SEPARATED FIGURES

$199.00

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
16 have it in their cart.

Colour: **(Required)**

Choose Options

Quantity:

⌄  1  ⌃

Add to Cart        Add to Wish List  ⌄

### Description

It's 2021 and we are still separated......

Standing nearly eight inches tall, the unmissable mascot is featured sitting down with its hands covering its face. The edition arrives in three familiar colorways: grey, black, and brown.

- Material: PVC Vinyl
- 8 inches in height (20cm)

☆☆☆☆☆



✎ Write a Review

Case 1:21-cv-09362-PKC   Document 126-5   Filed 10/25/22   Page 25 of 43

392



**THE PENTHOUSE THEORY.**

BEST SELLERS  NEW RELEASES  FOR THE HOME ∨  ALL PRODUCTS  REVIEWS  THEORY  TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS SHARE FIGURES



    

# KAWS SHARE FIGURES

## $149.00

★★★★½  2 reviews

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
12 have it in their cart.

Colour: (Required)

Choose Options

Quantity:
∨  1  ∧

Add to Cart    Add to Wish List ∨

Facebook  Email  Print  Twitter  Pinterest

---

**Description**

The KAWS SHARE FIGURE features the unmissable Companion character holding a miniature BFF on his left hand. Apart from the black variant, the other editions feature contrasting colors of the BFF subject in blue for the brown edition and pink for the grey option.

KAWS SHARE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 30cm (12 inches)

---

## 4.5 ★★★★½
Based on 2 Reviews

| | |
|---|---|
| ★★★★★ | (1) |
| ★★★★☆ | (1) |
| ★★★☆☆ | (0) |
| ★★☆☆☆ | (0) |
| ★☆☆☆☆ | (0) |





 ✎ Write a Review

393



BEST SELLERS     NEW RELEASES     FOR THE HOME ⌄     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS SMALL LIE FIGURES

## KAWS SMALL LIE FIGURES

**$149.00**

☆☆☆☆☆

**Only 3 left!**
2 people are viewing this,
1 recently purchased it and
11 have it in their cart.

Colour: **(Required)**

Choose Options

Quantity:

∨  1  ∧

Add to Cart        Add to Wish List ⌄

    

### Description

Is it a small lie or a big lie if the nose is long?

KAWS SMALL LIE FIGURES features the companion slumped over in what appears to be a disappointing stance, with a long nose that's reminiscent of Pinocchio.

KAWS SMALL LIE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 26cm (11 inches)





BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS SPACEMAN FIGURES



## KAWS SPACEMAN FIGURES

### $249.00

★★★★★ 6 reviews

**Limited stock!** 🔥
1 person is viewing this,
1 recently purchased it and
18 have it in their cart.

Colour: **(Required)**

Choose Options

Quantity:
⌄ 1 ⌃

Add to Cart     Add to Wish List ⌄



    

**Description**

THE MOST HYPED ANTICIPATED COLLECTIBLE OF 2020.

Marking COMPANION's 20th anniversary, the iconic and one only COMPANION dons an astronaut suit and takes a sounding balloon 41.5 kilometres up into the Stratosphere.

KAWS SPACEMAN FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Polyurethane
- 30cm (11.5 inches)



PENTHOUSETHEORY.
THE PENTHOUSE THEORY.
PENTHOUSETHEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS STAR WARS BOBA FETT FIGURE



## KAWS STAR WARS BOBA FETT FIGURE

### $199.00

★★★★★ 1 review

Only 1 left!
2 people are viewing this,
2 recently purchased it and
13 have it in their cart.

Quantity:

[ ∨ ]  1  [ ∧ ]

[ Add to Cart ]    [ Add to Wish List ∨ ]

         

---

**Description**

May the force be with you...or not.

But eitherway, you still can have KAWS.

KAWS: STARWARS BOBA FETT FIGURES are now available, giving you the chance to add this highly coveted piece into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.5 inches)

---

## 5.0 ★★★★★
Based on 1 Reviews

★★★★★ (1)
★★★★☆ (0)
★★★☆☆ (0)
★★☆☆☆ (0)



⌨ Write a Review



Home / ALL PRODUCTS / **KAWS STAR WARS DARTH VADAR FIGURE**



  

## KAWS STAR WARS DARTH VADAR FIGURE

$189.00

☆☆☆☆☆

**Limited stock!** 🔥
2 people are viewing this,
1 recently purchased this,
5 have it in their cart.

Quantity:

−  1  +

Add to Cart    Add to Wish List ⌄

### Description

Luke....I am your father.

KAWS: STARWARS DARTH VADAR FIGURES are now available, giving you the chance to add this highly coveted piece into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.5 inches)

☆☆☆☆☆

✎ Write a Review



PENTHOUSETHEORY
THE
PENTHOUSE
THEORY.
THE
PENTHOUSE

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS SUIT BFF FIGURE



## KAWS SUIT BFF FIGURE

**$159.00**

★★★★★ 12 reviews

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
3 have it in their cart.

Quantity:

[−] 1 [+]

[ Add to Cart ]    [ Add to Wish List ⌄ ]

### Description

One of the most highly coveted figures in the streetwear world of home decor.

Fully suited up in a DIOR suit, this pink vinyl figure

KAWS X DIOR BFF FIGURE is now available, giving you the chance to add this exclusive collaboration piece into your KAWS collection.

- Material: PVC Vinyl
- 15" (38cm)

398



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS TAKE FIGURES

## KAWS TAKE FIGURES

**$149.00**

⭐⭐⭐⭐⭐ 2 reviews

**Limited stock!** 🔥
1 person is viewing this and
12 people have it in their cart.

Colour: (Required)

Choose Options

Quantity:

1

Add to Cart        Add to Wish List ⌄

            

### Description

The KAWS TAKE FIGURES features a BFF holding a Companion which is the total inverse of the KAWS Share Figure which shows the Companion holding the BFF instead.

KAWS TAKE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 33cm (13 inches)

**5.0** ⭐⭐⭐⭐⭐
Based on 2 Reviews

| | |
|---|---|
| ⭐⭐⭐⭐⭐ | (2) |
| ⭐⭐⭐⭐ | (0) |
| ⭐⭐⭐ | (0) |
| ⭐⭐ | (0) |
| ⭐ | (0) |

✎ Write a Review

399



BEST SELLERS     NEW RELEASES     FOR THE HOME ⌄     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS TENSION BEARBRICK 1000%



## KAWS TENSION BEARBRICK 1000%

### $899.00

☆☆☆☆☆

**Limited stock!** 🔥
4 people are viewing this and
16 people have it in their cart.

Quantity:

⌄  1  ⌃

Add to Cart     Add to Wish List ⌄

    

| Description |
| --- |

The most iconic collab of all 2021 so far.

KAWS TENSION BEARBRICK 1000% is now available:

- 70cm (1000%)

☆☆☆☆☆

Write a Review

Reviews    0

400



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS TOGETHER FIGURES

## KAWS TOGETHER FIGURES

### $159.00

★★★★★ 3 reviews

**Limited stock!** 🔥
1 person is viewing this,
1 recently purchased it and
26 have it in their cart.

Colour: **(Required)**

Choose Options

Quantity:

⌄ 1 ⌃

Add to Cart    Add to Wish List ⌄





---

**Description**

The KAWS TOGETHER FIGURE features the iconic KAWS "Companions" interlocked in a permanent hug.

KAWS TOGETHER FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 30cm (12 inches)

---

**5.0** ★★★★★
Based on 3 Reviews

| | |
|---|---|
| ★★★★★ 5 star | (3) |
| ★★★★☆ 4 star | (0) |
| ★★★☆☆ 3 star | (0) |
| ★★☆☆☆ 2 star | (0) |
| ★☆☆☆☆ 1 star | (0) |



Write a Review

401



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS WHAT PARTY CHUM FIGURES



## KAWS WHAT PARTY CHUM FIGURES

### $229.00

**Limited stock!** 🔥
1 person is viewing this and
22 people have it in their cart.

Colour: (Required)

BLACK

Quantity:
1

Add to Cart    Add to Wish List ⌄



### Description

THE KAWS MICHELIN MAN

KAWS WHAT PARTY CHUM FIGURES is a return of the fan-favorite Chum character, which originally debuted in 2002, and came in five colors: black, white, orange, pink, and yellow.

KAWS WHAT PARTY CHUM FIGURES are now available in five colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- 29cm x 13 x 9cm (11.3 x 5.1 x 3.7 inches)
- Comes with full box packaging

**Related Products**    Customers Also Viewed



PENTHOUSETHEORY
THE
PENTHOUSE

BEST SELLERS   NEW RELEASES   FOR THE HOME   ALL PRODUCTS   REVIEWS   THEORY   TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS X LANE CRAWFORD "CLEAN SLATE" PLUSH**



## KAWS X LANE CRAWFORD "CLEAN SLATE" PLUSH

**$89.00**

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
1 person has this in their cart.

Quantity:

1

Add to Cart    Add to Wish List ⌄

   

---

**Description**

An exclusive SHANGHAI release, KAWS "CLEAN SLATE" PLUSH is now available. Perfect for cuddling or a gift to your loved ones.

- ONE SIZE (16")
- Comes with COMPANION KAWS box

🔍  👤  🛒


PENTHOUSE THEORY.
THE PENTHOUSE
PENTHOUSE
**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS X SESAME STREET PLUSHIES



### KAWS X SESAME STREET PLUSHIES

## $59.00 - $259.00

★★★★★ 5 reviews

**Limited stock!** 🔥
3 people are viewing this and
14 people have it in their cart.

Style:  (Required)

| Choose Options |
| --- |

Quantity:

⌄  1  ⌃

| Add to Cart | | Add to Wish List ⌄ |

f  ✉  🖨  🐦  📌

    

| Description |
| --- |

You a true 90's kid if your favourite show was sesame street back in the day. Well, it's time to relive that and bring back some good ol' memories.

Introducing, the KAWS x SESAME STREET PLUSH collection, now available. Even better, the collectibles could be copped as a set in a special branded box or purchased individually, with Big Bird, Elmo, Cookie Monster, Bert, and Ernie all available with KAWS' signature button eyes.

- 18 - 20" (45 - 54 cm) depending on the individual plush

404



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS X SIMPSONS CANVAS WALL FRAME



**KAWS X SIMPSONS CANVAS WALL FRAME**

$159.00 - $239.00

☆☆☆☆☆

Limited stock! 🔥
1 person is viewing this and
5 people have it in their cart.

Size:  (Required)

Choose Options

Quantity:

⌄  1  ⌃

Add to Cart     Add to Wish List ⌄

 

| Description |
|---|

Historically known as the KAWS painting that smashed auction records, sold for a staggering $14.7 million USD.

This wall frame features a KAWS version of the popular TV cartoon "Simpsons" dubbed as "Kimpsons" with its iconic "X X" symbol on the faces of the characters.

KAWS X SIMPSONS CANVAS WALL FRAME is now available in four different sizes:

- 40 x 40 cm
- 60 x 60 cm
- 80 x 80 cm
- 100 x 100 cm

- 30mm white wood frame included

- High-quality canvas: a matte textured, 20.5 mil bright white, consistent poly-cotton blend.

- Printed with water-based and solvent-free inks, with protective finish to ensure UV laminate and fade resistance.



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS X SNOOPY PLUSHIES

# KAWS X SNOOPY PLUSHIES

## $99.00

☆ ☆ ☆ ☆ ☆

**Limited stock!** 🔥
1 person is viewing this and
5 people have it in their cart.

Color: **(Required)**

| Choose Options |

Quantity:

⌄ 1 ⌃

[ Add to Cart ]    [ Add to Wish List ⌄ ]

   

---

**Description**

KAWS X SNOOPY PLUSHIES are now available in two colorway, giving you the chance to style up your room with a little streetwear decor.

- 20" (50cm)
- Comes as a set, (both sizes)



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS: BFF COMPANION FIGURES



## KAWS: BFF COMPANION FIGURES

### $119.00

★★★★★ 7 reviews

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
20 have it in their cart.

Color:  (Required)


Choose Options

Quantity:

⌄ 1 ⌃

Add to Cart    Add to Wish List ⌄

  

---

**Description**

One of the most highly coveted figures in the streetwear world of home decor.

KAWS BFF FIGURES are now available in pink, blue and black colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 33cm (12.9 inches)



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS: PASSING THROUGH FIGURES



## KAWS: PASSING THROUGH FIGURES

### $159.00

★★★★★ 1 review

Limited stock! 🔥
1 person is viewing this,
2 recently purchased it and
11 have it in their cart.

Style:   (Required)

[ Choose Options ]

Quantity:

⌄  1  ⌃

[ Add to Cart ]  [ Add to Wish List ⌄ ]

   

| Description |
| --- |

In *Passing Through*, KAWS's signature "Companion" sits down and covers its eyes in embarrassment. *Passing Through* acts as a self-portrait of KAWS, as he grapples with worldwide fame.

One of the most highly coveted figures in the streetwear world of home decor.

KAWS:PASSING THROUGH FIGURES are now available in black, grey and brown colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)
- Comes with box packaging



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS: STAR WARS STORMTROOPERS FIGURES



## KAWS: STAR WARS STORMTROOPERS FIGURES

### $129.00

★★★★★ 7 reviews

**Limited stock!** 🔥
1 person is viewing this,
1 recently purchased it and
13 have it in their cart.

Style:   (Required)

Choose Options

Quantity:

⌄  1  ⌃

Add to Cart        Add to Wish List ⌄






## Description

May the force be with you...or not.

But eitherway, you still can have KAWS.

KAWS: STARWARS STORMTROOPERS FIGURES are now available in two colorways, giving you the chance to add these into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.2 inches)



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS:HOLIDAY PLUSHIES



## KAWS:HOLIDAY PLUSHIES

**$99.00**

★★★★★ 2 reviews

**Limited stock!** 🔥
1 person is viewing this and
7 people have it in their cart.

Color: **(Required)**

Choose Options

Quantity:

⌄  1  ⌃

Add to Cart    Add to Wish List ⌄



      

### Description

As part of KAWS:HOLIDAY art piece, KAWS released a commemorative plush set exclusively for KAWS fans.

The plush set features three 20" *KAWS Companion* stuffed dolls done in the artist's signature black, white and brown color schemes. Additionally, the plushes feature bendable appendages which offer an array of pose options.

KAWS:HOLIDAY PLUSHIES are now available in three colorway, giving you the chance to style up with a little streetwear decor.

- 20" (50cm)
- Comes with COMPANION KAWS box



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY

## ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY

### $59.00

★★★★★ 2 reviews

**Limited stock!** 🔥
1 person is viewing this,
7 recently purchased it and
12 have it in their cart.

Color:  (Required)

Choose Options

Quantity:

⌄ 1 ⌃

Add to Cart     Add to Wish List ⌄



   

**Description**

Hooking up with Gallery 1950, Original Fake has released their collabo ashtrays in a solid black, white or red ceramic finish.

Even though they have a specific purpose, the pieces can definitely be used for decorating the crib or if you decide that smoking is cool while the items are en route to your home.

KAWS CERAMIC ASHTRAY now available.

- 16cm x 4cm