Exhibit 3-G

Exhibit 3-G

This is the exhibit marked **"BSM-2"** referred to in

the Affidavit of Service of

**BRIAN JEREMIAH STA MARIA**

affirmed before me

this 12th day of January 2022

**A NOTARY PUBLIC**

Lim Hin Chye
NP2021/0223
1 Apr 2021 – 31 Mar 2022

412

# Tab 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

BRIAN DONNELLY AKA KAWS and KAWS INC.

*Plaintiff(s)*

v.

JONATHAN ANAND, both individually and doing business as HOMELESS PENTHOUSE, PENTHOUSE THEORY, HIDEOUT.NYC, INCOGNITO and YOUNG NEON, DAVID KANG, DYLAN JOVAN LEONG YI ZHI, THE PENTHOUSE THEORY, THE PENTHOUSE COLLECTIVE and OSELL DINODIRECT CHINA LIMITED

*Defendant(s)*

Civil Action No. 1:21-cv-09562-PKC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THE PENTHOUSE THEORY

SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
          Aaron Richard Golub, Esquire, P.C.
          35 East 64 Street, Suite 4A
          New York, New York 10065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/19/2021

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Case 1:21-cv-09562-PKC   Document 16   Filed 11/19/21   Page 3 of 3

# RIDER TO SUMMONS FOR DEFENDANT
# THE PENTHOUSE THEORY

DEFENDANT'S NAME AND ADDRESS:

The Penthouse Theory:

22 Sin Ming Ln
#06-76 Midview City
Singapore 573969

183 Jalan Pelikat #01-46
The Promenade@Pelikat
Singapore 537643

15 Shangri-La Cl
Shangri-La Park
Singapore 568259

# Tab 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

BRIAN DONNELLY AKA KAWS and KAWS INC.

*Plaintiff(s)*

v.

JONATHAN ANAND, both individually and doing business as HOMELESS PENTHOUSE, PENTHOUSE THEORY, HIDEOUT NYC, INCOGNITO and YOUNG NEON, DAVID KANG, DYLAN JOVAN LEONG YI ZHI, THE PENTHOUSE THEORY, THE PENTHOUSE COLLECTIVE and OSELL DINODIRECT CHINA LIMITED

*Defendant(s)*

Civil Action No. 1:21-cv-09562-PKC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THE PENTHOUSE COLLECTIVE

SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Aaron Richard Golub, Esquire, P.C.
   35 East 64 Street, Suite 4A
   New York, New York 10065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/19/2021

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                            _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

# RIDER TO SUMMONS FOR DEFENDANT THE PENTHOUSE COLLECTIVE

DEFENDANT'S NAME AND ADDRESS:

The Penthouse Collective:

22 Sin Ming Ln
#06-76 Midview City
Singapore 573969

183 Jalan Pelikat #01-46
The Promenade@Pelikat
Singapore 537643

15 Shangri-La Cl
Shangri-La Park
Singapore 568259