Exhibit 3-H

Exhibit 3-H

This is the exhibit marked **"BSM-3"** referred to in

the Affidavit of Service of

**BRIAN JEREMIAH STA MARIA**

affirmed before me

this 12th day of January 2022

A NOTARY PUBLIC

*Notary Public seal: Lim Hin Chye, NP2021/0223, 1 Apr 2021 – 31 Mar 2022, Singapore*

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA) 

**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Business Profile (Business) of THE PENTHOUSE THEORY (53415186L)**    Date: 16/12/2021

**The Following Are The Brief Particulars of :**

| | | |
|---|---|---|
| Name of Business | : | THE PENTHOUSE THEORY |
| Former Name(s) if any | : | |
| Date of Change of Name | : | |
| UEN | : | 53415186L |
| Registration Date | : | 17/06/2020 |
| Commencement Date | : | 17/06/2020 |
| Status of Business | : | Ceased Registration |
| Status Date | : | 01/07/2021 |
| Renewal Date | : | 08/05/2021 |
| Expiry Date | : | 17/06/2022 |
| Renewal via GIRO | : | NO |
| Constitution of Business | : | Sole-Proprietor |
| Principal Place of Business | : | 15 SHANGRI-LA CLOSE SHANGRI LA PARK SINGAPORE (568259) |
| Date of Change of Address | : | 19/10/2021 |

**Principal Activities**

| | | |
|---|---|---|
| Activities (I) | : | RETAIL SALE OF CLOTHING FOR ADULTS (47711) |
| Description | : | HOME DECOR |
| Activities (II) | : | |
| Description | : | |

**Particulars of Authorised Representative(s)**

| Name | ID | Nationality/Citizenship | Address | Address Source | Date of Appointment |
|---|---|---|---|---|---|
| | | | | | |

**Existing Sole-Proprietor(s) / Partner(s)**

| Name | ID | Nationality/Citizenship Place of incorporation/ Origin/Registration | Address | Address Source | Date of Entry |
|---|---|---|---|---|---|
| | | | | | Position |

Authentication No. : G21996299M

Page 1 of 2

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA) 

**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Business Profile (Business) of THE PENTHOUSE THEORY (53415186L)**   Date: 16/12/2021

### Existing Sole-Proprietor(s) / Partner(s)

| Name | ID | Nationality/Citizenship Place of incorporation/ Origin/Registration | Address | Address Source | Date of Entry / Position |
|---|---|---|---|---|---|
| DYLAN JOVAN LEONG YI ZHI | S9646578E | SINGAPORE CITIZEN | 15 SHANGRI-LA CLOSE SHANGRI LA PARK SINGAPORE (568259) | ACRA | 17/06/2020 / Owner |

### Withdrawn Partner(s)

| Name | ID | Nationality/Citizenship Place of incorporation/ Origin/Registration | Address | Address Source | Date of Entry / Position | Date of Withdrawal |
|---|---|---|---|---|---|---|

**Abbreviation**

OSCARS - One Stop change of Address Reporting Service by Immigration & Checkpoint Authority.

**Note :**

- The information contained in this product is collated from lodgements filed with ACRA, and/or information collected by other government sources.

- The list of officers for this entity is available for online authentication within 30 days from the date of purchase of this Business Profile. Please scan the QR code available on the last page of this profile to access the authentication page. For more information, please visit www.acra.gov.sg.

FOR REGISTRAR OF COMPANIES AND BUSINESS NAMES
SINGAPORE

RECEIPT NO.        : ACRA211216189793

DATE                    : 16/12/2021

This is computer generated. Hence no signature required.



Authentication No. : G21996299M

Page 2 of 2

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Business Profile (Business) of THE PENTHOUSE COLLECTIVE (53441417J)**   Date: 16/12/2021

**The Following Are The Brief Particulars of :**

| | |
|---|---|
| Name of Business | THE PENTHOUSE COLLECTIVE |
| Former Name(s) if any | |
| Date of Change of Name | |
| UEN | 53441417J |
| Registration Date | 21/10/2021 |
| Commencement Date | 21/10/2021 |
| Status of Business | Live |
| Status Date | 21/10/2021 |
| Renewal Date | |
| Expiry Date | 21/10/2024 |
| Renewal via GIRO | NO |
| Constitution of Business | Sole-Proprietor |
| Principal Place of Business | 15 SHANGRI-LA CLOSE<br>SHANGRI LA PARK<br>SINGAPORE (568259) |
| Date of Change of Address | |

**Principal Activities**

| | |
|---|---|
| Activities (I) | RETAIL SALE OF CLOTHING FOR ADULTS (47711) |
| Description | |
| Activities (II) | |
| Description | |

**Particulars of Authorised Representative(s)**

| Name | ID | Nationality/Citizenship | Address | Address Source | Date of Appointment |
|---|---|---|---|---|---|

**Existing Sole-Proprietor(s) / Partner(s)**

| Name | ID | Nationality/Citizenship<br>Place of incorporation/<br>Origin/Registration | Address | Address Source | Date of Entry |
|---|---|---|---|---|---|
| | | | | | Position |

Authentication No. : O21996306H

Page 1 of 2

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED AND CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Business Profile (Business) of THE PENTHOUSE COLLECTIVE (53441417J)**    Date: 16/12/2021

### Existing Sole-Proprietor(s) / Partner(s)

| Name | ID | Nationality/Citizenship Place of incorporation/ Origin/Registration | Address | Address Source | Date of Entry / Position |
|---|---|---|---|---|---|
| DYLAN JOVAN LEONG YI ZHI | S9646578E | SINGAPORE CITIZEN | 15 SHANGRI-LA CLOSE SHANGRI LA PARK SINGAPORE (568259) | ACRA | 21/10/2021 / Owner |

### Withdrawn Partner(s)

| Name | ID | Nationality/Citizenship Place of incorporation/ Origin/Registration | Address | Address Source | Date of Entry / Position | Date of Withdrawal |
|---|---|---|---|---|---|---|

**Abbreviation**

OSCARS - One Stop change of Address Reporting Service by Immigration & Checkpoint Authority.

**Note :**

- The information contained in this product is collated from lodgements filed with ACRA, and/or information collected by other government sources.

- The list of officers for this entity is available for online authentication within 30 days from the date of purchase of this Business Profile. Please scan the QR code available on the last page of this profile to access the authentication page. For more information, please visit www.acra.gov.sg.

FOR REGISTRAR OF COMPANIES AND BUSINESS NAMES
SINGAPORE

RECEIPT NO.        : ACRA211216189793

DATE              : 16/12/2021

This is computer generated. Hence no signature required.



Authentication No. : O21996306H

Page 2 of 2