Exhibit 3-I

Exhibit 3-I

This is the exhibit marked **"BSM-4"** referred to in

the Affidavit of Service of

**BRIAN JEREMIAH STA MARIA**

affirmed before me

this 12th day of January 2022

**A NOTARY PUBLIC**

NOTARY PUBLIC
Lim Hin Chye
NP2021/0223
1 Apr 2021 – 31 Mar 2022
SINGAPORE

SHOOK LIN & BOK

| | | | |
|---|---|---|---|
| Writer's Name: | Jevon Louis | Tel: | 6439 0648 |
| Secretary: | Sandy Chen | E-Mail: | jevon.louis@shooklin.com |
| Our ref: | JLV/KAWS | | |
| Your ref: | *Please advise* | | |

**BY HAND**

Number of pages: 1 (excludes enclosures)

16 December 2021

15 Shangri-La Close
Shangri-La Park
Singapore 568259

22 Sin Ming Lane
#06-76 Midview City
Singapore 573969

183 Jalan Pelikat
#01-46 The Promende@Pelikat
Singapore 537643

RECEIVED the original of this letter together with the enclosure(s) herein.

Date: 4.05 pm 16/12/21

Attention: **Dylan Jovan Leong Yi Zhi**

RE:   **SERVICE OF U.S. LEGAL PROCESS DOCUMENTS**

Dear Sir,

Please find enclosed herewith by way of service, the following documents:

(i)      Summons for Defendant Dylan Jovan Leong Yi Zhi;
(ii)     Complaint,
(iii)    Rule 7.1 Statement;
(iv)    Civil Cover Sheet;
(v)     AO-120 Report;
(vi)    AO-121 Report; and
(vii)   Exhibits to the Complaint 1 – 4A, and 4B – 8.

Yours faithfully

Jevon Louis
**SHOOK LIN & BOK LLP**

Encl.

Shook Lin & Bok LLP

旭龄及穆律师事务所

1 Robinson Road  #18-00  AIA Tower  Singapore  048542    Tel: +65 6535 1944    Fax: +65 6535 8577    Email: slb@shooklin.com    Website: www.shooklin.com

Shook Lin & Bok LLP (Unique Entity No. T07LL0924K) is registered in Singapore under the Limited Liability Partnerships Act (Chapter 163A) with limited liability.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS CONFIDENTIAL AND ONLY FOR THE INTENDED RECIPIENT IDENTIFIED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR USE OF THIS COMMUNICATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, RETURN THE ORIGINAL MESSAGE TO US, AND RETAIN NO COPY.

On Thursday the 16th day of December 2021 at 4.05 pm I went personally to 15 Shangri-La Close, Shangri-La Park, Singapore 568259, **served** a copy of a letter enclosing Service of U.S. Legal Process Documents dated 16 December 2021. Below are the documents served,

1. Summons for Defendant Dylan Jovan Leong Yi Zhi;
2. Complaint,
3. Rule 7.1 Statement;
4. Civil Cover Sheet;
5. AO-120 Report;
6. AO-121 Report; and
7. Exhibits to the Complaint 1 – 4A, and 4B-8

on the defendant personally who acknowledged receipt.

……………………

BRIAN STA MARIA
Clerk, SHOOK LIN & BOK LLP

428

**ShookLin&Bok**

| | | | |
|---|---|---|---|
| Writer's Name: | Jevon Louis | Tel: | 6439 0648 |
| Secretary: | Sandy Chen | E-Mail: | jevon.louis@shooklin.com |
| Our ref: | JLV/KAWS | | |
| Your ref: | *Please advise* | | |

| BY HAND |
|---|
Number of pages: 1 (excludes enclosures)

16 December 2021

## THE PENTHOUSE THEORY

☞ 15 Shangri-La Close
Shangri-La Park
Singapore 568259

22 Sin Ming Lane
#06-76 Midview City
Singapore 573969

183 Jalan Pelikat #01-46
The Promende@Pelikat
Singapore 537643

*RECEIVED the original of this letter
together with the enclosure(s) herein.*

*Date:* 4.05pm 16/12/21

### RE: SERVICE OF U.S. LEGAL PROCESS DOCUMENTS

Dear Sir,

Please find enclosed herewith by way of service, the following documents:

(i)     Summons for Defendant The Penthouse Theory;
(ii)    Complaint,
(iii)   Rule 7.1 Statement;
(iv)    Civil Cover Sheet;
(v)     AO-120 Report;
(vi)    AO-121 Report; and
(vii)   Exhibits to the Complaint 1 – 4A, and 4B – 8.

Yours faithfully

Jevon Louis
**SHOOK LIN & BOK LLP**

Encl.

Shook Lin & Bok LLP                                                                          旭齡及穆律律師事務所

1 Robinson Road #18-00 AIA Tower Singapore 048542   Tel: +65 6535 1944   Fax: +65 6535 8577   Email: slb@shooklin.com   Website: www.shooklin.com

Shook Lin & Bok LLP (Unique Entity No. T07LL0924K) is registered in Singapore under the Limited Liability Partnerships Act (Chapter 163A) with limited liability.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS CONFIDENTIAL AND ONLY FOR THE INTENDED RECIPIENT IDENTIFIED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR USE OF THIS COMMUNICATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, RETURN THE ORIGINAL MESSAGE TO US, AND RETAIN NO COPY.

On Thursday the 16th day of December 2021 at 4.05 pm I went personally to 15 Shangri-La Close, Shangri-La Park, Singapore 568259, **served** a copy of a letter enclosing Service of U.S. Legal Process Documents dated 16 December 2021. Below are the documents served,

1. Summons for Defendant The Penthouse Theory;
2. Complaint,
3. Rule 7.1 Statement;
4. Civil Cover Sheet;
5. AO-120 Report;
6. AO-121 Report; and
7. Exhibits to the Complaint 1 – 4A, and 4B-8

on the defendant personally who acknowledged receipt.

..................

BRIAN STA MARIA
Clerk, SHOOK LIN & BOK LLP

Shook Lin & Bok

| | | | |
|---|---|---|---|
| Writer's Name: | Jevon Louis | Tel: | 6439 0648 |
| Secretary: | Sandy Chen | E-Mail: | jevon.louis@shooklin.com |
| Our ref: | JLV/KAWS | | |

**BY HAND**

| | |
|---|---|
| Your ref: | *Please advise* |

Number of pages: 1 (excludes enclosures)

16 December 2021

## THE PENTHOUSE COLLECTIVE

👉 15 Shangri-La Close
Shangri-La Park
Singapore 568259

22 Sin Ming Lane
#06-76 Midview City
Singapore 573969

183 Jalan Pelikat #01-46
The Promende@Pelikat
Singapore 537643

*RECEIVED the original of this letter together with the enclosure(s) herein.*

Date: 4.05pm 16/12/21

## RE: SERVICE OF U.S. LEGAL PROCESS DOCUMENTS

Dear Sir,

Please find enclosed herewith by way of service, the following documents:

(i)     Summons for Defendant The Penthouse Collective;
(ii)    Complaint,
(iii)   Rule 7.1 Statement;
(iv)    Civil Cover Sheet;
(v)     AO-120 Report;
(vi)    AO-121 Report; and
(vii)   Exhibits to the Complaint 1 – 4A, and 4B – 8.

Yours faithfully

*Shook Lin & Bok*

Jevon Louis
**SHOOK LIN & BOK LLP**

Encl.

Shook Lin & Bok LLP                                                                旭龄及穆律师事务所

1 Robinson Road  #18-00  AIA Tower  Singapore  048542     Tel: +65 6535 1944    Fax: +65 6535  8577    Email: slb@shooklin.com    Website: www.shooklin.com

Shook Lin & Bok LLP (Unique Entity No. T07LL0924K) is registered in Singapore under the Limited Liability Partnerships Act (Chapter 163A) with limited liability.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS CONFIDENTIAL AND ONLY FOR THE INTENDED RECIPIENT IDENTIFIED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR USE OF THIS COMMUNICATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, RETURN THE ORIGINAL MESSAGE TO US, AND RETAIN NO COPY.

On Thursday the 16th day of December 2021 at 4.05 pm I went personally to 15 Shangri-La Close, Shangri-La Park, Singapore 568259, **served** a copy of a letter enclosing Service of U.S. Legal Process Documents dated 16 December 2021. Below are the documents served,

1. Summons for Defendant The Penthouse Collective;
2. Complaint,
3. Rule 7.1 Statement;
4. Civil Cover Sheet;
5. AO-120 Report;
6. AO-121 Report; and
7. Exhibits to the Complaint 1 – 4A, and 4B-8

on the defendant personally who acknowledged receipt.

...........................
BRIAN STA MARIA
Clerk, SHOOK LIN & BOK LLP