# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Case 1:21-cv-09562-PKC

Between

**BRIAN DONNELLY**
(aka KAWS)

**KAWS INC.**

... Plaintiffs

And

**JONATHAN ANAND**
(individually and doing business as HOMELESS PENTHOUSE, PENTHOUSE THEORY, HIDEOUT NYC, INCOGNITO and YOUNG NEON)

**DAVID KANG**

**DYLAN JOVAN LEONG YI ZHI**
(NRIC: S9646578E)

**THE PENTHOUSE THEORY**
(UEN: 53415186L)

**THE PENTHOUSE COLLECTIVE**
(UEN: 53441417J)

**OSELL DINODIRECT CHINA LIMITED**

... Defendants

## AFFIDAVIT

I, **LIM HIN CHYE (NRIC No. S0584007D)**, care of 111 North Bridge Road, #05-24, Peninsula Plaza, Singapore 179098, a Notary Public with Lim Hin Chye & Co., do hereby swear and say as follows: -

1. I am duly authorized to make this Affidavit on the Plaintiffs' behalf. Insofar as the facts and matter deposed to herein are within my own knowledge, they are true to the best of my recollection. Insofar as they are not within my own personal knowledge, they are true to the best of my knowledge, information and belief.

2. I crave leave to refer to the Affidavit of Service deposed to by Brian Jeremiah Sta Maria ("**Brian**") which is dated 12 January 2022 at page 6 of the said Affidavit of Service ("**Affidavit of Service**"). Now produced and shown to me marked "**LHC-1**" is a copy of the main pages and exhibit certificates in Brian's Affidavit of Service and the accompanying Notarial Certificate. In the interest of brevity, the exhibits in Brian's Affidavit of Service have not been reproduced in this Affidavit.

3. I wish to state for the record that I was present and had witnessed Brian deposing to the Affidavit of Service on the 12th day of January 2022 at my office located at 111 North Bridge Road, #05-24, Peninsula Plaza, Singapore 179098. A copy of Brian's signature which I had witnessed is appended immediately hereto:

|  |  |
|---|---|
| **Affirmed** remotely by the abovenamed )<br>**BRIAN JEREMIAH STA MARIA** )<br>on the ~~12~~ day of January 2022 )<br>in Singapore ) | *[signature]* |

4. I had thereafter affixed my signature on pages 6, 7, 411, 420 and 425 of the Affidavit of Service, also on the 12th day of January 2022.

5. In respect of the Notarial Certificate on the Affidavit of Service, I wish to clarify that there is a typographical error at the following paragraph:

> **AND ATTEST THAT** I was present on the 12th day of December 2021 and did see **BRIAN JEREMIAH STA MARIA**, Service Clerk in Shook Lin & Bok LLP, the person named and described in the document known as 'AFFIDAVIT OF SERVICE', annexed hereto, who represented to me that he understands the contents therein and proceeded to sign the said document and that the signature thereto subscribed in the said document is of the proper handwriting of the said **BRIAN JEREMIAH STA MARIA**.

6. As Brian had signed the Affidavit of Service before me on 12 January 2022, as mentioned at paragraph 3 above, this paragraph should read as follows instead (deletions struck out and additions in underline):

"**AND ATTEST THAT I** was present on the 12th day of <u>January 2022</u> ~~December 2021~~ and did see **BRIAN JEREMIAH STA MARIA**, Service Clerk in Shook Lin & Bok LLP, the person named and described in the document known as 'AFFIDAVIT OF SERVICE', annexed hereto, who represented to me that he understands the contents therein and proceeded to sign the said document and that the signature thereto subscribed in the said document is of the proper handwriting of the said **BRIAN JEREMIAH STA MARIA**."

| | |
|---|---|
| **Sworn** by the abovenamed ) | |
| **LIM HIN CHYE** ) | *(signature)* |
| on the 23rd day of February 2022 ) | |
| in Singapore ) | |

Before me,

*(signature)*

**A NOTARY PUBLIC**

*Notary Public seal:*
Ng Shoo Cheng
NP2021/0424
1 Oct 2021 – 30 Sep 2022
SINGAPORE



# NOTARIAL CERTIFICATE

TO ALL TO WHOM these presents shall come

I, Ng Shoo Cheng, NOTARY PUBLIC duly admitted, authorised to practise in the Republic of Singapore, DO HEREBY CERTIFY

**AND ATTEST THAT** I was present on the 23rd day of February 2022 and did see **Lim Hin Chye**, a Notary Public with LIM HIN CHYE & CO, the person named and described in the document known as '**AFFIDAVIT**', annexed hereto duly sign, seal and execute the said document and that the signature thereto subscribed in the said document is of the proper handwriting of the said **Lim Hin Chye**.

IN FAITH AND TESTIMONY whereof I the said notary have subscribed my name and set and affixed my seal of office at Singapore, this 23rd day of February 2022.

**NOTARY PUBLIC
SINGAPORE**

Ng Shoo Cheng
NP2021/0424
1 Oct 2021 – 30 Sep 2022



By virtue of Rule 8(3)(c) of the Notaries Public Rules, a Notarial Certificate must be authenticated by the Singapore Academy of Law in order to be valid.

With effect from 16 September 2021, a Notarial Certificate shall be deemed to be validly authenticated by the affixing of an Apostille to the back of the Notarial Certificate.

# APOSTILLE

(Convention de La Haye du 5 Octobre 1961)

This **Apostille** only certifies the authenticity of the signature, seal or stamp and the capacity of the person who has signed the attached Singapore public document, and, where appropriate, the identity of the seal or stamp. It does not certify the authenticity of the underlying document.

If this document is to be used in a country not party to the Hague Convention of the 5th of October 1961, it should be presented to the consular section of the mission representing that country.

To verify this **Apostille**, go to
https://legalisation.sal.sg
or scan QR code:



Verification code: 69203861

| 1. | Country: | Singapore |
|---|---|---|
| **This public document** | | |
| 2. | Has been signed by: | Ng Shoo Cheng |
| 3. | Acting in the capacity of: | Notary Public |
| 4. | Bears the seal/stamp of: | Notary Public |
| | **Certified** | |
| 5. | At: | Singapore Academy of Law |
| 6. | The: | 24th February 2022 |
| 7. | By: | Melissa Goh, Deputy Director, SAL |
| 8. | No.: | AC0M1J024J |
| 9. | Seal/Stamp: | 10. Signature: |



This is the exhibit marked **"LHC-1"** referred to in

the Affidavit of

**LIM HIN CHYE**

Sworn before me

this 23rd day of February 2022

A NOTARY PUBLIC

NOTARY PUBLIC
Ng Shoo Cheng
NP2021/0424
1 Oct 2021 – 30 Sep 2022
SINGAPORE



## NOTARIAL CERTIFICATE

TO ALL TO WHOM these presents shall come

I, Lim Hin Chye, NOTARY PUBLIC duly admitted, authorised to practise in the Republic of Singapore, DO HEREBY CERTIFY

**AND ATTEST THAT** I was present on the 12th day of December 2021 and did see **BRIAN JEREMIAH STA MARIA**, Service Clerk in Shook Lin & Bok LLP, the person named and described in the document known as 'AFFIDAVIT OF SERVICE', annexed hereto, who represented to me that he understands the contents therein and proceeded to sign the said document and that the signature thereto subscribed in the said document is of the proper handwriting of the said **BRIAN JEREMIAH STA MARIA**.

IN FAITH AND TESTIMONY whereof I the said notary have subscribed my name and set and affixed my seal of office at Singapore, this 12th day of January 2022.

**NOTARY PUBLIC**
**SINGAPORE**



By virtue of Rule 8(3)(c) of the Notaries Public Rules, a Notarial Certificate must be authenticated by the Singapore Academy of Law in order to be valid.

With effect from 16 September 2021, a Notarial Certificate shall be deemed to be validly authenticated by the affixing of an Apostille to the back of the Notarial Certificate.

# APOSTILLE

(Convention de La Haye du 5 Octobre 1961)

This **Apostille** only certifies the authenticity of the signature, seal or stamp and the capacity of the person who has signed the attached Singapore public document, and, where appropriate, the identity of the seal or stamp. It does not certify the authenticity of the underlying document.

If this document is to be used in a country not party to the Hague Convention of the 5th of October 1961, it should be presented to the consular section of the mission representing that country.

To verify this **Apostille**, go to
https://legalisation.sal.sg
or scan QR code:



Verification code: 54810526

| 1. Country: | Singapore |
|---|---|
| **This public document** | |
| 2. Has been signed by: | Lim Hin Chye |
| 3. Acting in the capacity of: | Notary Public |
| 4. Bears the seal/stamp of: | Notary Public |
| **Certified** | |
| 5. At: | Singapore Academy of Law |
| 6. The: | 13th January 2022 |
| 7. By: | Melissa Goh, Deputy Director, SAL |
| 8. No.: | AC0M0D00DD |
| 9. Seal/Stamp: | 10. Signature: *Melissa* |



**LIM HIN CHYE & CO**
UEN: 53131240B
**ADVOCATES & SOLICITORS**
**NOTARY PUBLIC**
**COMMISSIONER FOR OATHS**
111 NORTH BRIDGE ROAD #05-24
PENINSULA PLAZA, SINGAPORE 179098
TEL: 6332 1183  FAX: 6332 1062
Email: hinchye@singnet.com.sg

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

Case 1:21-cv-09562-PKC

Between

**BRIAN DONNELLY**
(aka KAWS)

**KAWS INC.**

... Plaintiffs

And

**JONATHAN ANAND**
(individually and doing business as HOMELESS PENTHOUSE, PENTHOUSE THEORY, HIDEOUT NYC, INCOGNITO and YOUNG NEON)

**DAVID KANG**

**DYLAN JOVAN LEONG YI ZHI**
(NRIC: S9646578E)

**THE PENTHOUSE THEORY**
(UEN: 53415186L)

**THE PENTHOUSE COLLECTIVE**
(UEN: 53441417J)

**OSELL DINODIRECT CHINA LIMITED**

... Defendants

### AFFIDAVIT OF SERVICE

I, **BRIAN JEREMIAH STA MARIA (FIN No. G6945554P)**, care of No. 1 Robinson Road AIA Tower #18-00 Singapore 048542, a service clerk in the employ of Shook Lin & Bok LLP, do hereby affirm and say as follows:-

1. I am duly authorized to make this Affidavit on the Plaintiffs' behalf. Insofar as the facts and matter deposed to herein are within my own knowledge, they are true to the best of my recollection. Insofar as they are not within my own personal knowledge, they are true to the best of my knowledge, information and belief.

2. I had been instructed to effect service of various legal process documents in the present matter on the following Defendants:-

    a. Dylan Jovan Leong Yi Zhi;

    b. The Penthouse Theory; and

    c. The Penthouse Collective.

3. Now produced and shown to me marked "**BSM-1**" is a copy of the legal process documents served on one of the Defendants, Dylan Jovan Leong Yi Zhi comprising the following:

    a. Summons for the Defendant Dylan Jovan Leong Yi Zhi;

    b. Complaint;

    c. Rule 7.1 Statement;

    d. Civil Cover Sheet;

    e. AO-120 Report;

    f. AO-121 Report; and

    g. Exhibits to the Complaint 1 – 4A, and 4B – 8.

4. In respect of the Defendant, The Penthouse Theory, the following legal process documents were served:

   a. Summons for the Defendant The Penthouse Theory;

   b. Complaint;

   c. Rule 7.1 Statement;

   d. Civil Cover Sheet;

   e. AO-120 Report;

   f. AO-121 Report; and

   g. Exhibits to the Complaint 1 – 4A, and 4B – 8.

5. In respect of the Defendant, The Penthouse Collective, the following legal process documents were served:

   a. Summons for the Defendant The Penthouse Collective;

   b. Complaint;

   c. Rule 7.1 Statement;

   d. Civil Cover Sheet;

   e. AO-120 Report;

   f. AO-121 Report; and

   g. Exhibits to the Complaint 1 – 4A, and 4B – 8.

6. Now produced and shown to me marked "**BSM-2, Tab 1**" and "**BSM-2, Tab 2**" is a copy of the Summons for the Defendants, The Penthouse

Theory and The Penthouse Collective, which were served as mentioned at paragraphs 4.a and 5.a above, respectively. The other documents, namely, the Complaint, Rule 7.1 Statement, Civil Cover Sheet, AO-120 Report, AO-121 Report and Exhibits to the Complaint 1 – 4A, and 4B – 8, as listed at paragraphs 4 and 5 above, are identical to those found in **BSM-1**. In the interest of brevity, these have not been further reproduced and can be found at pages 11 to 410 herein.

7. The legal process documents served on the Defendants, Dylan Jovan Leong Yi Zhi, The Penthouse Theory and The Penthouse Collective, as mentioned at paragraphs 3 to 6 above respectively are collectively referred to hereinafter as the "**Process Documents**".

8. Now produced and shown to me marked "**BSM-3**" are copies of:

    a. An Accounting and Corporate Regulatory Authority (ACRA) Business Profile Search Report in respect of the Defendant, The Penthouse Theory; and

    b. An ACRA Business Profile Search Report in respect of the Defendant, The Penthouse Collective.

9. With reference to the ACRA Business Profile Search Reports, I note the following:-

    a. the Defendant, Dylan Jovan Leong Yi Zhi, is identified as a sole proprietor with respect to both The Penthouse Collective and The Penthouse Theory, and resides at **15 Shangri-La Close, Shangri La Park, Singapore 568259**.

    a. 22 Sin Ming Lane, #06-76, Midview City, Singapore 573969; and

    b. 183 Jalan Pelikat, #01-46, The Promenade@Pelikat, Singapore 537643.

14. I have been advised and verily believe that the methods of service employed, and as set out above, are in accordance with the laws of the Republic of Singapore, and the laws of the United States of America, in particular those of the State of New York, and do not contravene the laws of any of the stated jurisdictions in any way.

**Affirmed** remotely by the abovenamed )
**BRIAN JEREMIAH STA MARIA** )
on the  12th  day of January 2022 )
in Singapore )

Before me,

**A NOTARY PUBLIC**

NOTARY PUBLIC
Lim Hin Chye
NP2021/0223
1 Apr 2021 - 31 Mar 2022
SINGAPORE

b. the Defendants The Penthouse Collective and The Penthouse Theory are also shown to have a registered business address at **15 Shangri-La Close, Shangri La Park, Singapore 568259**.

10. I did on **Thursday**, the **16th** day of **December 2021** at the hour of **4.05 P.M.** go personally to **15 Shangri-La Close, Shangri La Park, Singapore 568259** and serve the Process Documents on the Defendants by personally handing a copy of the Process Documents to the Defendant, Dylan Jovan Leong Yi Zhi, at his residence at **15 Shangri-La Close, Shangri La Park, Singapore 568259**.

11. The Defendant, Dylan Jovan Leong Yi Zhi, being the sole proprietor of the businesses The Penthouse Theory and The Penthouse Collective, had also accepted personal service of the Process Documents on their behalf.

12. Now produced and shown to me marked **"BSM-4"** is an acknowledgement of receipt of the Process Documents in respect of each of the Defendants.

13. Notwithstanding the acceptance of service of the Process Documents by the Defendant, Dylan Jovan Leong Yi Zhi, for and on behalf of The Penthouse Theory and The Penthouse Collective, I proceeded on the same day to also leave copies of the Process Documents at the following addresses, which I am advised and verily believe to be or had been associated with the Defendants, The Penthouse Theory and The Penthouse Collective:-

This is the exhibit marked **"BSM-1"** referred to in

the Affidavit of Service of

**BRIAN JEREMIAH STA MARIA**

affirmed before me

this 12th day of January 2022

**A NOTARY PUBLIC**

Lim Hin Chye
NP2021/0223
1 Apr 2021 – 31 Mar 2022
NOTARY PUBLIC SINGAPORE

This is the exhibit marked **"BSM-2"** referred to in

the Affidavit of Service of

**BRIAN JEREMIAH STA MARIA**

affirmed before me

this 12th day of January 2022

**A NOTARY PUBLIC**

Lim Hin Chye
NP202170223
1 Apr 2021 – 31 Mar 2022
SINGAPORE

This is the exhibit marked **"BSM-3"** referred to in

the Affidavit of Service of

**BRIAN JEREMIAH STA MARIA**

affirmed before me

this 12th day of January 2022

A NOTARY PUBLIC

Lim Hin Chye
NP2021/0223
1 Apr 2021 - 31 Mar 2022

This is the exhibit marked **"BSM-4"** referred to in

the Affidavit of Service of

**BRIAN JEREMIAH STA MARIA**

affirmed before me

this 12th day of January 2022

**A NOTARY PUBLIC**

*Lim Hin Chye*
*NP2021/0223*
*1 Apr 2021 – 31 Mar 2022*
*NOTARY PUBLIC SINGAPORE*