UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRIAN DONNELLY, et al.,

                Plaintiffs,                21-cv-9562 (PKC)

     -against-                          ORDER

JONATHAN ANAND, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The initial pretrial conference of April 28, 2022 is adjourned sine die.

        SO ORDERED.

                                              P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       April 27, 2022