**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BRIAN DONNELLY AKA KAWS and
KAWS INC.,

                         **Plaintiff(s),**

                         **- against -**

JONATHAN ANAND, both individually and doing
business as HOMELESS PENTHOUSE,
PENTHOUSE THEORY, HIDEOUT.NYC, et. al.,

                      **Defendant(s),**
-------------------------------------------------------------X

<u>1:21</u>  **Civ.**  <u>09562</u>  ( PKC

**CLERK'S CERTIFICATE**
**OF DEFAULT**

    **I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York, do hereby certify that this action was commenced on**

<u>November 18, 2021</u> **with the filing of a summons and complaint, a copy of the summons and**

                                   DYLAN JOVAN LEONG YI ZHI, THE PENTHOUSE THEORY,

**complaint was served on defendant(s)** <u>and THE PENTHOUSE COLLECTIVE</u>

                       DYLAN JOVAN LEONG YI ZHI, AND DYLAN JOVAN LEONG YI ZHI WHO

**by personally serving** <u>ACCEPTED SERVICE ON BEHALF OF THE PENTHOUSE THEORY and THE</u> ,
                     PENTHOUSE COLLECTIVE

*and proof of service was therefore filed on* <u>January 25, 2022</u> , *Doc. #(s)* <u>26</u> .

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer** ~~or otherwise moved with respect to the complaint herein.~~ **The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

                  _____**, 20**_23_

                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**

                        **By:** _____
                                  **Deputy Clerk**