UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN DONNELLY AKA KAWS and
KAWS INC.,

                       Plaintiff(s),

                                                             1:21 Civ. 09562 ( PKC )

        - against -

JONATHAN ANAND, both individually and doing         **CLERK'S CERTIFICATE**
business as HOMELESS PENTHOUSE,                               **OF DEFAULT**
PENTHOUSE THEORY, HIDEOUT.NYC, et. al.,
                       Defendant(s),
-------------------------------------------------------------X

       I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 18, 2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) DYLAN JOVAN LEONG YI ZHI, THE PENTHOUSE THEORY, and THE PENTHOUSE COLLECTIVE by personally serving DYLAN JOVAN LEONG YI ZHI, AND DYLAN JOVAN LEONG YI ZHI WHO ACCEPTED SERVICE ON BEHALF OF THE PENTHOUSE THEORY and THE PENTHOUSE COLLECTIVE and proof of service was therefore filed on January 25, 2022, Doc. #(s) 26.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer ~~or otherwise moved with respect to the complaint herein~~. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      January 26, 20 23                                                   **RUBY J. KRAJICK**
                                                                           **Clerk of Court**

                                                           By: _____
                                                                           **Deputy Clerk**