Exhibit 9

Exhibit 9





LEONG--COUNTERFEIT KAWS ITEM 002:













*LEONG--COUNTERFEIT KAWS ITEM 008:*



LEONG--COUNTERFEIT KAWS ITEM 009:



*LEONG--COUNTERFEIT KAWS ITEM 010:*

### RED POINTS DETECTED EVIDENCE

The content of the box below is not the official website. It is just plain html saved as an evidence detected by *Red Points Solutions*. You can download the raw file by clicking on the button below.

**DOWNLOAD**

## THE PENTHOUSE THEORY.

ALL PRODUCTS    FOR THE HOME ⌄    NEW RELEASES    BEST SELLERS    ABOUT US    THEORY    REVIEWS

### KAWS BFF COMPANION PLUSHIES

**$339.00 USD**

**Color**

FULL SET ⌄

**Quantity**

1

ADD TO CART

**Secure and trusted checkout with**

VISA    PayPal

Need a BFF by your side? Well, lucky you.

KAWS BFF PLUSHIES are now available in three colourways. This exclusive collectible is a must-have if you're a true streetwear connoisseur.

if you know, you know

- 18"
- Comes with KAWS BFF box

SHARE    TWEET    PIN IT

ALL PRODUCTS    SEARCH    CONTACT US    RETURN POLICY    SHIPPING INFO    FAQ    TERMS OF SERVICE

© 2020, THE PENTHOUSE THEORY



LEONG--COUNTERFEIT KAWS ITEM 011:



*LEONG--COUNTERFEIT KAWS ITEM 012:*

*LEONG--COUNTERFEIT KAWS ITEM 013:*





LEONG--COUNTERFEIT KAWS ITEM 014:



LEONG--COUNTERFEIT KAWS ITEM 015:



*LEONG--COUNTERFEIT KAWS ITEM 016:*





*LEONG--COUNTERFEIT KAWS ITEM 018:*





*LEONG--COUNTERFEIT KAWS ITEM 020:*

*LEONG--COUNTERFEIT KAWS ITEM 021:*



BEST SELLERS     NEW RELEASES     FOR THE HOME     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS:HOLIDAY PLUSHIES



### KAWS:HOLIDAY PLUSHIES

**$99.00**

★★★★★ 2 reviews

**Limited stock!** 🔥
1 person is viewing this and
7 people have it in their cart.

Color: (Required)

| Choose Options |

Quantity:

| ∨ | 1 | ∧ |

| Add to Cart | | Add to Wish List ∨ |

   

---

**Description**

As part of KAWS:HOLIDAY art piece, KAWS released a commemorative plush set exclusively for KAWS fans.

The plush set features three 20" *KAWS Companion* stuffed dolls done in the artist's signature black, white and brown color schemes. Additionally, the plushes feature bendable appendages which offer an array of pose options.

KAWS:HOLIDAY PLUSHIES are now available in three colorway, giving you the chance to style up with a little streetwear decor.

- 20" (50cm)
- Comes with COMPANION KAWS box

*LEONG--COUNTERFEIT KAWS ITEM 022:*



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS:HOLIDAY PLUSHIES



## KAWS:HOLIDAY PLUSHIES

**$99.00**

★★★★★ 2 reviews

**Limited stock!** 🔥
1 person is viewing this and
7 people have it in their cart.

Color:  (Required)

Choose Options

Quantity:

1

Add to Cart    Add to Wish List

   

| Description |
| --- |

As part of KAWS:HOLIDAY art piece, KAWS released a commemorative plush set exclusively for KAWS fans.

The plush set features three 20" *KAWS Companion* stuffed dolls done in the artist's signature black, white and brown color schemes. Additionally, the plushes feature bendable appendages which offer an array of pose options.

KAWS:HOLIDAY PLUSHIES are now available in three colorway, giving you the chance to style up with a little streetwear decor.

- 20" (50cm)
- Comes with COMPANION KAWS box

*LEONG--COUNTERFEIT KAWS ITEM 023:*



BEST SELLERS     NEW RELEASES     FOR THE HOME ▾     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS:HOLIDAY PLUSHIES



## KAWS:HOLIDAY PLUSHIES

### $99.00

★★★★★ 2 reviews

**Limited still!** 🔥
1 person is viewing this and
7 people have it in their cart.

Color:  (Required)

| Choose Options |

Quantity:

| 1 |

**Add to Cart**     Add to Wish List ▾



      

| **Description** |

As part of KAWS:HOLIDAY art piece, KAWS released a commemorative plush set exclusively for KAWS fans.

The plush set features three 20" *KAWS Companion* stuffed dolls done in the artist's signature black, white and brown color schemes. Additionally, the plushes feature bendable appendages which offer an array of pose options.

KAWS:HOLIDAY PLUSHIES are now available in three colorway, giving you the chance to style up with a little streetwear decor.

- 20" (50cm)
- Comes with COMPANION KAWS box





LEONG--COUNTERFEIT KAWS ITEM 025:



LEONG--COUNTERFEIT KAWS ITEM 026:

*LEONG--COUNTERFEIT KAWS ITEM 027:*



**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS BUNNY PLUSHIES



### KAWS BUNNY PLUSHIES

**$89.00**

★★★★★ 5 reviews

**Limited stock!** 🔥
1 person is viewing this and
3 people have it in their cart.

Color:  (Required)

| Choose Options |

Quantity:

[ 1 ]

[ Add to Cart ]    [ Add to Wish List ⌄ ]

---

**Description**

Perfect gift for your loved ones, or even for yourself to cuddle on the cold nights (you know what i'm talking about)

KAWS BUNNY PLUSHIES are now available in black and pink colorways.

- 16" (40cm)
- Comes with KAWS Companion box

---



**4.6** ★★★★★
Based on 5 Reviews

| ★★★★★ | (3) |
| ★★★★☆ | (2) |
| ★★★☆☆ | (0) |
| ★★☆☆☆ | (0) |
| ★☆☆☆☆ | (0) |

Write a Review

*LEONG--COUNTERFEIT KAWS ITEM 028:*



THE PENTHOUSE THEORY.

BEST SELLERS     NEW RELEASES     FOR THE HOME     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS BUNNY PLUSHIES



### KAWS BUNNY PLUSHIES

**$89.00**

★★★★★ 5 reviews

**Limited stock!** 🔥
1 person is viewing this and
3 people have it in their cart.

Color:  (Required)

| Choose Options |

Quantity:

[ 1 ]

| Add to Cart |     | Add to Wish List ⌄ |

---

### Description

Perfect gift for your loved ones, or even for yourself to cuddle on the cold nights (you know what i'm talking about)

KAWS BUNNY PLUSHIES are now available in black and pink colorways.

- 16" (40cm)
- Comes with KAWS Companion box



**4.6** ★★★★★
Based on 5 Reviews

★★★★★ (3)
★★★★☆ (2)
★★★☆☆ (0)
★★☆☆☆ (0)
★☆☆☆☆ (0)

✎ Write a Review

LEONG--COUNTERFEIT KAWS ITEM 029:



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS COMPANION FLAYED OPEN EDITION FIGURES

## KAWS COMPANION FLAYED OPEN EDITION FIGURES

**$129.00 - $149.00**

★★★★★ 10 reviews

Limited stock! 🔥
2 people are viewing this,
2 recently purchased it and
37 have it in their cart.

Style: (Required)

Choose Options

Quantity:

Add to Cart    Add to Wish List



### Description

After so much hype , KAWS released a full series of 4 different companions that included flayed versions of the classic KAWS companion figures.

KAWS COMPANION FLAYED OPEN EDITION FIGURES are now available in four colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 38cm (15 inches)

*LEONG--COUNTERFEIT KAWS ITEM 030:*



BEST SELLERS　　NEW RELEASES　　FOR THE HOME ⌄　　ALL PRODUCTS　　REVIEWS　　THEORY　　TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS COMPANION FLAYED OPEN EDITION FIGURES

## KAWS COMPANION FLAYED OPEN EDITION FIGURES

$129.00 - $149.00

★★★★★ 10 reviews

Limited stock! 🔥
2 people are viewing this,
2 recently purchased it and
37 have it in their cart.

Style:　(Required)

Choose Options

Quantity:

1

Add to Cart　　　　Add to Wish List ⌄



    

### Description

After so much hype , KAWS released a full series of 4 different companions that included flayed versions of the classic KAWS companion figures.

KAWS COMPANION FLAYED OPEN EDITION FIGURES are now available in four colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 38cm (15 inches)

*LEONG--COUNTERFEIT KAWS ITEM 031:*



Home / ALL PRODUCTS / KAWS COMPANION FLAYED OPEN EDITION FIGURES

BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

### KAWS COMPANION FLAYED OPEN EDITION FIGURES

$129.00 - $149.00

★★★★★ 10 reviews

Limited stock! 🔥
2 people are viewing this,
2 recently purchased it and
37 have it in their cart.

Style: (Required)

Choose Options

Quantity:

1

Add to Cart    Add to Wish List



    

#### Description

After so much hype , KAWS released a full series of 4 different companions that included flayed versions of the classic KAWS companion figures.

KAWS COMPANION FLAYED OPEN EDITION FIGURES are now available in four colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 38cm (15 inches)

*LEONG--COUNTERFEIT KAWS ITEM 032:*



THE
**PENTHOUSE**
**THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS COMPANION FLAYED OPEN EDITION FIGURES

### KAWS COMPANION FLAYED OPEN EDITION FIGURES

$129.00 - $149.00

★★★★★ 10 reviews

Limited stock! 🔥
2 people are viewing this,
2 recently purchased it and
37 have it in their cart.

Style:  (Required)

Choose Options

Quantity:

⌄  1  ⌃

Add to Cart    Add to Wish List ⌄



    

#### Description

After so much hype , KAWS released a full series of 4 different companions that included flayed versions of the classic KAWS companion figures.

KAWS COMPANION FLAYED OPEN EDITION FIGURES are now available in four colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 38cm (15 inches)

*LEONG--COUNTERFEIT KAWS ITEM 033:*



BEST SELLERS     NEW RELEASES     FOR THE HOME     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS X LANE CRAWFORD "CLEAN SLATE" PLUSH



### KAWS X LANE CRAWFORD "CLEAN SLATE" PLUSH

$89.00

Limited stock! 🔥
1 person is viewing this and
1 person has this in their cart.

Quantity:
1

Add to Cart          Add to Wish List

         

**Description**

An exclusive SHANGHAI release, KAWS "CLEAN SLATE" PLUSH is now available. Perfect for cuddling or a gift to your loved ones.

- ONE SIZE (16")
- Comes with COMPANION KAWS box

*LEONG--COUNTERFEIT KAWS ITEM 034:*



BEST SELLERS     NEW RELEASES     FOR THE HOME ⌄     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS ALONG THE WAY FIGURES



### KAWS ALONG THE WAY FIGURES

**$159.00**

★★★★★ 4 reviews

**Limited stock!** 🔥
1 person is viewing this and
9 people have it in their cart.

Colour: **(Required)**

Choose Options

Quantity:

1

Add to Cart     Add to Wish List ⌄

   

| Description |
| --- |

Along the Way debuted in 2019, presenting a new pose for KAWS's signature Companion characters. The design features two of his iconic skull-and-bones creatures leaning on one another for support, hands heavy, and eyes cast downward.

KAWS ALONG THE WAY FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)

*LEONG--COUNTERFEIT KAWS ITEM 035:*



**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS ALONG THE WAY FIGURES



### KAWS ALONG THE WAY FIGURES

**$159.00**

★★★★★ 4 reviews

**Limited stock!** 🔥
1 person is viewing this and
9 people have it in their cart.

Colour:    (Required)

| Choose Options |

Quantity:
1

Add to Cart    Add to Wish List







**Description**

Along the Way debuted in 2019, presenting a new pose for KAWS's signature Companion characters. The design features two of his iconic skull-and-bones creatures leaning on one another for support, hands heavy, and eyes cast downward.

KAWS ALONG THE WAY FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)

*LEONG--COUNTERFEIT KAWS ITEM 036:*


**THE PENTHOUSE THEORY.**

BEST SELLERS     NEW RELEASES     FOR THE HOME     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS ALONG THE WAY FIGURES



### KAWS ALONG THE WAY FIGURES

**$159.00**

★★★★★ 4 reviews

**Limited stock!** 🔥
1 person is viewing this and
9 people have it in their cart.

Colour: **(Required)**

Choose Options

Quantity:
1

Add to Cart     Add to Wish List ⌄







| Description |
| --- |

Along the Way debuted in 2019, presenting a new pose for KAWS's signature Companion characters. The design features two of his iconic skull-and-bones creatures leaning on one another for support, hands heavy, and eyes cast downward.

KAWS ALONG THE WAY FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)

*LEONG--COUNTERFEIT KAWS ITEM 037:*



THE PENTHOUSE THEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS: STAR WARS STORMTROOPERS FIGURES**



## KAWS: STAR WARS STORMTROOPERS FIGURES

### $129.00

★★★★★ 7 reviews

**Limited stock!** 🔥
1 person is viewing this,
1 recently purchased it and
13 have it in their cart.

Style:   (Required)

Choose Options

Quantity:

[ ∨ ]   1   [ ∧ ]

Add to Cart        Add to Wish List ∨



         

| Description |
| --- |

May the force be with you..or not.

But eitherway, you still can have KAWS.

KAWS: STARWARS STORMTROOPERS FIGURES are now available in two colorways, giving you the chance to add these into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.2 inches)

*LEONG--COUNTERFEIT KAWS ITEM 038:*



BEST SELLERS      NEW RELEASES      FOR THE HOME      ALL PRODUCTS      REVIEWS      THEORY      TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS: STAR WARS STORMTROOPERS FIGURES**



### KAWS: STAR WARS STORMTROOPERS FIGURES

**$129.00**

★★★★★ 7 reviews

**Limited stock!** 🔥
1 person is viewing this,
1 recently purchased it and
13 have it in their cart.

Style:  (Required)

Choose Options

Quantity:
[ – ]  1  [ + ]

[ Add to Cart ]      [ Add to Wish List ⌄ ]






---

| Description |
| --- |

May the force be with you..or not.

But eitherway, you still can have KAWS.

KAWS: STARWARS STORMTROOPERS FIGURES are now available in two colorways, giving you the chance to add these into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.2 inches)

*LEONG--COUNTERFEIT KAWS ITEM 039:*



Search    Log in    Cart

BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS: PASSING THROUGH FIGURES**



### KAWS: PASSING THROUGH FIGURES

**$159.00**

★★★★★ 1 review

Limited stock! 🔥
1 person is viewing this,
2 recently purchased it and
11 have it in their cart.

Style:  (Required)

Choose Options

Quantity:

1

Add to Cart    Add to Wish List

      

| Description |
| --- |

In *Passing Through*, KAWS's signature "Companion" sits down and covers its eyes in embarrassment.  *Passing Through* acts as a self-portrait of KAWS, as he grapples with worldwide fame.

One of the most highly coveted figures in the streetwear world of home decor.

KAWS:PASSING THROUGH FIGURES are now available in black, grey and brown colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)
- Comes with box packaging

*LEONG--COUNTERFEIT KAWS ITEM 040:*



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS: PASSING THROUGH FIGURES



## KAWS: PASSING THROUGH FIGURES

**$159.00**

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
11 have it in their cart.

Style:  (Required)

[ Choose Options ]

Quantity:

[ − ] 1 [ ∧ ]

[ Add to Cart ]    [ Add to Wish List ∨ ]



   

| Description |
| --- |

In *Passing Through*, KAWS's signature "Companion" sits down and covers its eyes in embarrassment.  *Passing Through* acts as a self-portrait of KAWS, as he grapples with worldwide fame.

One of the most highly coveted figures in the streetwear world of home decor.

KAWS:PASSING THROUGH FIGURES are now available in black, grey and brown colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)
- Comes with box packaging

*LEONG--COUNTERFEIT KAWS ITEM 041:*



BEST SELLERS     NEW RELEASES     FOR THE HOME     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS: PASSING THROUGH FIGURES



## KAWS: PASSING THROUGH FIGURES

**$159.00**

★★★★★ 1 review

Limited stock! 🔥
1 person is viewing this,
2 recently purchased it and
11 have it in their cart.

Style:  (Required)

Choose Options

Quantity:

1

Add to Cart        Add to Wish List

      

**Description**

In *Passing Through*, KAWS's signature "Companion" sits down and covers its eyes in embarrassment.  *Passing Through* acts as a self-portrait of KAWS, as he grapples with worldwide fame.

One of the most highly coveted figures in the streetwear world of home decor.

KAWS:PASSING THROUGH FIGURES are now available in black, grey and brown colorways, giving you the chance to add this one into your KAWS collection.

- Material: PVC Vinyl
- 28cm (11 inches)
- Comes with box packaging



*LEONG--COUNTERFEIT KAWS ITEM 042:*

*LEONG--COUNTERFEIT KAWS ITEM 043:*



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS COMPANION RESTING FIGURES

## KAWS COMPANION RESTING FIGURES

### $119.00

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
12 people have it in their cart.



Style:  (Required)

Choose Options

Quantity:

1

Add to Cart          Add to Wish List ⌄

    

| Description |
| --- |

KAWS COMPANION (RESTING PLACE) FIGURES are now available in three colorways, giving you the chance to add all of these into your KAWS collection.

- Material: PVC Vinyl
- 40cm (16 inches)



☐ Write a Review



*LEONG--COUNTERFEIT KAWS ITEM 044:*



BEST SELLERS     NEW RELEASES     FOR THE HOME     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS COMPANION RESTING FIGURES



### KAWS COMPANION RESTING FIGURES

## $119.00

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
12 people have it in their cart.

Style: (Required)

| Choose Options |
| --- |

Quantity:

| ⌄ | 1 | ⌃ |
| --- | --- | --- |

| Add to Cart | | Add to Wish List ⌄ |
| --- | --- | --- |

    

| Description |
| --- |

KAWS COMPANION (RESTING PLACE) FIGURES are now available in three colorways, giving you the chance to add all of these into your KAWS collection.

- Material: PVC Vinyl
- 40cm (16 inches)



☆☆☆☆☆

✎ Write a Review

*LEONG--COUNTERFEIT KAWS ITEM 045:*



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS COMPANION RESTING FIGURES

### KAWS COMPANION RESTING FIGURES

**$119.00**

☆☆☆☆☆

**Limited stock!** 🔥
1 person is viewing this and
12 people have it in their cart.

Style:  (Required)

Choose Options

Quantity:

1

Add to Cart          Add to Wish List



    

| Description |
| --- |

KAWS COMPANION (RESTING PLACE) FIGURES are now available in three colorways, giving you the chance to add all of these into your KAWS collection.

- Material: PVC Vinyl
- 40cm (16 inches)



Write a Review



*LEONG--COUNTERFEIT KAWS ITEM 046:*



*LEONG--COUNTERFEIT KAWS ITEM 047:*





*LEONG--COUNTERFEIT KAWS ITEM 049:*



*LEONG--COUNTERFEIT KAWS ITEM 050:*



LEONG--COUNTERFEIT KAWS ITEM 051:



*LEONG--COUNTERFEIT KAWS ITEM 052:*



*LEONG--COUNTERFEIT KAWS ITEM 053:*





*LEONG--COUNTERFEIT KAWS ITEM 055:*



*LEONG--COUNTERFEIT KAWS ITEM 056:*



*LEONG--COUNTERFEIT KAWS ITEM 057:*



LEONG--COUNTERFEIT KAWS ITEM 058:



*LEONG--COUNTERFEIT KAWS ITEM 059:*

*LEONG--COUNTERFEIT KAWS ITEM 060:*



*LEONG--COUNTERFEIT KAWS ITEM 061:*



*LEONG--COUNTERFEIT KAWS ITEM 062:*



*LEONG--COUNTERFEIT KAWS ITEM 063:*





*LEONG--COUNTERFEIT KAWS ITEM 064:*



*LEONG--COUNTERFEIT KAWS ITEM 065:*



LEONG--COUNTERFEIT KAWS ITEM 066:



*LEONG--COUNTERFEIT KAWS ITEM 067:*



*LEONG--COUNTERFEIT KAWS ITEM 068:*



*LEONG--COUNTERFEIT KAWS ITEM 069:*



*LEONG--COUNTERFEIT KAWS ITEM 070:*



*LEONG--COUNTERFEIT KAWS ITEM 071:*



*LEONG--COUNTERFEIT KAWS ITEM 072:*



*LEONG--COUNTERFEIT KAWS ITEM 073:*





*LEONG--COUNTERFEIT KAWS ITEM 075:*

*LEONG--COUNTERFEIT KAWS ITEM 076:*



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / **KAWS 4FT PASSING THROUGH**



## KAWS 4FT PASSING THROUGH

### $2,100.00

☆☆☆☆☆

**Limited stock!** 🔥
3 people are viewing this and
8 people have it in their cart.

Color: (Required)

| Choose Options |

Quantity:

⌄ 1 ⌃

Add to Cart     Add to Wish List ⌄

    

---

| **Description** |

KAWS 4FT PASSING THROUGH are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 47 1/5 × 28 × 25 3/5 in
- 120 × 71 × 65 cm



☐ **Write a Review**

Reviews    0

*LEONG--COUNTERFEIT KAWS ITEM 077:*



BEST SELLERS     NEW RELEASES     FOR THE HOME ⌄     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / **KAWS 4FT PASSING THROUGH**



### KAWS 4FT PASSING THROUGH

## $2,100.00

☆☆☆☆☆

**Limited stock!** 🔥
3 people are viewing this and
8 people have it in their cart.

Color:  (Required)

| Choose Options |

Quantity:

⌄  1  ⌃

| Add to Cart |    | Add to Wish List ⌄ |

    

| **Description** |

KAWS 4FT PASSING THROUGH are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 47 1/5 × 28 × 25 3/5 in
- 120 × 71 × 65 cm

☆☆☆☆☆

✎ **Write a Review**

Reviews  0

*LEONG--COUNTERFEIT KAWS ITEM 078:*



**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / **KAWS 4FT PASSING THROUGH**



## KAWS 4FT PASSING THROUGH

### $2,100.00

☆☆☆☆☆

**Limited stock!** 🔥
3 people are viewing this and
8 people have it in their cart.

Color:  (Required)

Choose Options

Quantity:

[ ⌄ ]  1  [ ⌃ ]

Add to Cart          Add to Wish List ⌄

  

| Description |
| --- |

KAWS 4FT PASSING THROUGH are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 47 1/5 × 28 × 25 3/5 in
- 120 × 71 × 65 cm



☆☆☆☆☆

✎ **Write a Review**

Reviews   0

*LEONG--COUNTERFEIT KAWS ITEM 079:*



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS 6FT BFF FIGURE**



    

### KAWS 6FT BFF FIGURE

$2,899.00

☆☆☆☆☆

Limited stock! 🔥
1 person is viewing this and
3 people have it in their cart.

Quantity:

[−] 1 [+]

Add to Cart    Add to Wish List ⌄

---

| Description |
| --- |

KAWS 6FT DIOR BFF FIGURE is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 1.8m tall in height.

Do note that this is a fully-custom made to order item which requires 5-7 days of production.

☆☆☆☆☆

Search   Log in   Cart

*LEONG--COUNTERFEIT KAWS ITEM 080:*


THE PENTHOUSE THEORY.

BEST SELLERS   NEW RELEASES   FOR THE HOME ∨   ALL PRODUCTS   REVIEWS   THEORY   TRACK YOUR ORDER

Home / FOR THE HOME / 4FT KAWS COLLECTION / **KAWS 4FT BFF FIGURE**



### KAWS 4FT BFF FIGURE

**$2,299.00**

☆☆☆☆☆

**Only 6 left!**
1 person is viewing this and
5 people have it in their cart.

Quantity:

∨  1  ∧

Add to Cart     Add to Wish List ∨

#### Description

KAWS 4FT DIOR BFF FIGURE is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: Painted Cast Vinyl
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

We can also custom 6FT KAWS for you. (1.8m tall)

Do note that this is a fully-custom made to order item which requires 5-7 days of production.

Search   Log in   Cart

*LEONG--COUNTERFEIT KAWS ITEM 081:*



BEST SELLERS   NEW RELEASES   FOR THE HOME   ALL PRODUCTS   REVIEWS   THEORY   TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS FIGURINE (BRIAN DONELLY) AUTHORS SERIES – DANIL YAD



## KAWS FIGURINE (BRIAN DONELLY) AUTHORS SERIES – DANIL YAD

**$159.00**



⭐⭐⭐⭐⭐ 1 review

**Limited stock!** 🔥
1 person is viewing this and
1 person has this in their cart.

Style:   (Required)



Choose Options

Quantity:

⌄ 1 ⌃

Add to Cart        Add to Wish List ⌄

    

| Description |
| --- |

KAWS HAS OFFICIALLY JOINED THE PARTY.

Brian Donnelly (KAWS) became the new hero for the concept of a vinyl toy from the series "AUTHORS".

Artist designer, Danil Yad struck a chord with the designer toy scene as Danil showed off his skill with "Authors Series" A series of renders of homage to his heroes. HYPEBEASTS and many avid fans went wild.

The vinyl toy features Brian Donnelly, the famous founding father carrying his iconic BFF KAWS figurine.

KAWS FIGURINE is now available, giving you the chance to pay homage to this pivotal figure in our streetwear culture.

- 21cm (8 inches)

*LEONG--COUNTERFEIT KAWS ITEM 082:*



Search | Log in | Cart

BEST SELLERS   NEW RELEASES   FOR THE HOME ❯   ALL PRODUCTS   REVIEWS   THEORY   TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS FIGURINE (BRIAN DONELLY) AUTHORS SERIES – DANIL YAD**



## KAWS FIGURINE (BRIAN DONELLY) AUTHORS SERIES – DANIL YAD

### $159.00

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this and
1 person has this in their cart.

Style: (Required)

Choose Options

Quantity:

〈 1 〉

Add to Cart | Add to Wish List ❯


    

---

| Description |
| --- |

KAWS HAS OFFICIALLY JOINED THE PARTY.

Brian Donnelly (KAWS) became the new hero for the concept of a vinyl toy from the series "AUTHORS".

Artist designer, Danil Yad struck a chord with the designer toy scene as Danil showed off his skill with "Authors Series" A series of renders of homage to his heroes. HYPEBEASTS and many avid fans went wild.

The vinyl toy features Brian Donnelly, the famous founding father carrying his iconic BFF KAWS figurine.

KAWS FIGURINE is now available, giving you the chance to pay homage to this pivotal figure in our streetwear culture.

- 21cm (8 inches)

*LEONG--COUNTERFEIT KAWS ITEM 083:*



BEST SELLERS      NEW RELEASES      FOR THE HOME      ALL PRODUCTS      REVIEWS      THEORY      TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS SHARE FIGURES**

## KAWS SHARE FIGURES

**$149.00**

⭐⭐⭐⭐ 2 reviews

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
12 have it in their cart.

Colour: **(Required)**

| Choose Options |

Quantity:

| ⌄ | 1 | ⌃ |

| Add to Cart | Add to Wish List ⌄ |

    

| **Description** |

The KAWS SHARE FIGURE features the unmissable Companion character holding a miniature BFF on his left hand. Apart from the black variant, the other editions feature contrasting colors of the BFF subject in blue for the brown edition and pink for the grey option.

KAWS SHARE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 30cm (12 inches)

**4.5** ⭐⭐⭐⭐
Based on 2 Reviews

| ⭐⭐⭐⭐⭐ | | (1) |
| ⭐⭐⭐⭐☆ | | (1) |
| ⭐⭐⭐☆☆ | | (0) |
| ⭐⭐☆☆☆ | | (0) |
| ⭐☆☆☆☆ | | (0) |



⊡ **Write a Review**

*LEONG--COUNTERFEIT KAWS ITEM 084:*



BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS SHARE FIGURES

### KAWS SHARE FIGURES

**$149.00**

★★★★½ 2 reviews

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
12 have it in their cart.

Colour: **(Required)**

Choose Options

Quantity:
1

Add to Cart     Add to Wish List ⌄

---

Description

The KAWS SHARE FIGURE features the unmissable Companion character holding a miniature BFF on his left hand. Apart from the black variant, the other editions feature contrasting colors of the BFF subject in blue for the brown edition and pink for the grey option.

KAWS SHARE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 30cm (12 inches)

**4.5** ★★★★½
Based on 2 Reviews

★★★★★ (1)
★★★★☆ (1)
★★★☆☆ (0)
★★☆☆☆ (0)
★★☆☆☆ (0)

✍ Write a Review

*LEONG--COUNTERFEIT KAWS ITEM 085:*



**THE PENTHOUSE THEORY.**

BEST SELLERS     NEW RELEASES     FOR THE HOME     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS SHARE FIGURES**

# KAWS SHARE FIGURES

## $149.00

★★★★½ 2 reviews

**Limited stock!** 🔥
1 person is viewing this,
2 recently purchased it and
12 have it in their cart.

Colour: (Required)

Choose Options

Quantity:
1

Add to Cart          Add to Wish List ⌄

---

| Description |
| --- |

The KAWS SHARE FIGURE features the unmissable Companion character holding a miniature BFF on his left hand. Apart from the black variant, the other editions feature contrasting colors of the BFF subject in blue for the brown edition and pink for the grey option.

KAWS SHARE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 30cm (12 inches)

**4.5** ★★★★½
Based on 2 Reviews

| | |
| --- | --- |
| ★★★★★ | (1) |
| ★★★★☆ | (1) |
| ★★★☆☆ | (0) |
| ★★☆☆☆ | (0) |
| ★☆☆☆☆ | (0) |



✍ Write a Review



LEONG--COUNTERFEIT KAWS ITEM 086:



LEONG--COUNTERFEIT KAWS ITEM 087:



LEONG--COUNTERFEIT KAWS ITEM 088:



LEONG--COUNTERFEIT KAWS ITEM 089:

*LEONG--COUNTERFEIT KAWS ITEM 090:*



BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS GONE FIGURES

## KAWS GONE FIGURES

**$199.00**

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this and
16 people have it in their cart.

Colour:  (Required)

| Choose Options |

Quantity:

| ⌄ | 1 | ⌃ |

[ Add to Cart ]    [ Add to Wish List ⌄ ]

    

### Description

HOW ABOUT 2-IN-ONE?

The KAWS GONE FIGURE features KAWS's most popular character, the companion, carrying what appears to be a lifeless version of one of his other popular characters, the BFF.

KAWS GONE FIGURES are now available in three colorways, giving you the chance to mix the traditional Companion and BFF colorways to create a Black Companion carrying a Black BFF, a Grey Companion carrying a Pink BFF, and a Brown Companion carrying a Blue BFF.

While the two have been seen together in plush form, this is the first of KAWS's vinyl collectibles to feature both characters in one.

- Material: PVC Vinyl
- 36cm (14 inches)

Search    Log in    Cart

*LEONG--COUNTERFEIT KAWS ITEM 091:*


**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS GONE FIGURES**

### KAWS GONE FIGURES

**$199.00**

★★★★★ 1 review

**Limited stock!** 🔥
1 person is viewing this and
16 people have it in their cart.

Colour: **(Required)**

| Choose Options |
|---|

Quantity:

[−]  1  [∧]

Add to Cart    Add to Wish List ⌄



        

---

**Description**

HOW ABOUT 2-IN-ONE?

The KAWS GONE FIGURE features KAWS's most popular character, the companion, carrying what appears to be a lifeless version of one of his other popular characters, the BFF.

KAWS GONE FIGURES are now available in three colorways, giving you the chance to mix the traditional Companion and BFF colorways to create a Black Companion carrying a Black BFF, a Grey Companion carrying a Pink BFF, and a Brown Companion carrying a Blue BFF.

While the two have been seen together in plush form, this is the first of KAWS's vinyl collectibles to feature both characters in one.

- Material: PVC Vinyl
- 36cm (14 inches)



*LEONG--COUNTERFEIT KAWS ITEM 092:*

**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS GONE FIGURES

## KAWS GONE FIGURES

**$199.00**

★★★★★ 1 review

Limited stock! 🔥
1 person is viewing this and
16 people have it in their cart.

Colour:  (Required)

Choose Options

Quantity:

☐ 1 ☐

Add to Cart       Add to Wish List ⌄

    

| Description |
| --- |

HOW ABOUT 2-IN-ONE?

The KAWS GONE FIGURE features KAWS's most popular character, the companion, carrying what appears to be a lifeless version of one of his other popular characters, the BFF.

KAWS GONE FIGURES are now available in three colorways, giving you the chance to mix the traditional Companion and BFF colorways to create a Black Companion carrying a Black BFF, a Grey Companion carrying a Pink BFF, and a Brown Companion carrying a Blue BFF.

While the two have been seen together in plush form, this is the first of KAWS's vinyl collectibles to feature both characters in one.

- Material: PVC Vinyl
- 36cm (14 inches)

*LEONG--COUNTERFEIT KAWS ITEM 093:*



*LEONG--COUNTERFEIT KAWS ITEM 094:*



*LEONG--COUNTERFEIT KAWS ITEM 095:*







*LEONG--COUNTERFEIT KAWS ITEM 097:*

LEONG--COUNTERFEIT KAWS ITEM 098:





LEONG--COUNTERFEIT KAWS ITEM 099:



*LEONG--COUNTERFEIT KAWS ITEM 100:*



*LEONG--COUNTERFEIT KAWS ITEM 101:*

*LEONG--COUNTERFEIT KAWS ITEM 102:*



*LEONG--COUNTERFEIT KAWS ITEM 103:*





LEONG--COUNTERFEIT KAWS ITEM 104:



LEONG--COUNTERFEIT KAWS ITEM 105:



*LEONG--COUNTERFEIT KAWS ITEM 107:*



*LEONG--COUNTERFEIT KAWS ITEM 108:*



*LEONG--COUNTERFEIT KAWS ITEM 109:*







LEONG--COUNTERFEIT KAWS ITEM 111:



LEONG--COUNTERFEIT KAWS ITEM 112:



*LEONG--COUNTERFEIT KAWS ITEM 113:*



*LEONG--COUNTERFEIT KAWS ITEM 114:*

*LEONG--COUNTERFEIT KAWS ITEM 115:*







*LEONG--COUNTERFEIT KAWS ITEM 117:*



*LEONG--COUNTERFEIT KAWS ITEM 118:*

*LEONG--COUNTERFEIT KAWS ITEM 119:*





*LEONG--COUNTERFEIT KAWS ITEM 120:*



*LEONG--COUNTERFEIT KAWS ITEM 121:*



*LEONG--COUNTERFEIT KAWS ITEM 122:*



LEONG--COUNTERFEIT KAWS ITEM 123:



*LEONG--COUNTERFEIT KAWS ITEM 124:*



LEONG--COUNTERFEIT KAWS ITEM 125:

KAWS WHAT PARTY CHUM FIGURES



RED POINTS DETECTED EVIDENCE

The content of the box below is not the official website. It is just plain html saved as an website detected by **Red Points Solutions**. You can download the raw file by clicking on the button below.

DOWNLOAD

*LEONG--COUNTERFEIT KAWS ITEM 126:*

## THE PENTHOUSE THEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME ˅    ALL PRODUCTS    THEORY    REVIEWS    TRACK YOUR ORDER

### KAWS WHAT PARTY CHUM FIGURES

**$229.00**

**Colour**
YELLOW

**Quantity**
1

ADD TO CART

Secure and trusted checkout with

VISA    PayPal    AMEX

THE KAWS MICHELIN MAN

**KAWS WHAT PARTY CHUM FIGURES is a return of the fan-favorite Chum character, which originally debuted in 2002, and came in five colors: black, white, orange, pink, and yellow.**

KAWS WHAT PARTY CHUM FIGURES are now available in five colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- 29cm x 13 x 9cm (11.3 x 5.1 x 3.7 inches)
- Comes with full box packaging

SHARE    TWEET    PIN IT

← BACK TO BEST SELLERS

### BE OUR VIP AND GET 5% OFF YOUR ORDER WITH US.

Never miss a deal! 🎉 Be the first to exclusive offers and discounts.

🇺🇸 United States    Please enter your phone number

📱 SUBSCRIBE NOW

By signing up via text you agree to receive recurring automated marketing messages and shopping cart reminders at the phone number provided. Consent is not a condition of purchase. Reply STOP to unsubscribe. HELP for help. Msg & Data rates may apply. View Privacy Policy & ToS

Screenshot



LEONG--COUNTERFEIT KAWS ITEM 127:



*LEONG--COUNTERFEIT KAWS ITEM 128:*



*LEONG--COUNTERFEIT KAWS ITEM 129:*



*LEONG--COUNTERFEIT KAWS ITEM 130:*



RED POINTS DETECTED EVIDENCE

The content of the box below is not the official website. It is just plain html saved as an screenshot detected by *Red Points Solutions*. You can download the raw file by clicking on the button below.

DOWNLOAD

*LEONG--COUNTERFEIT KAWS ITEM 131:*

### THE PENTHOUSE THEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    THEORY    REVIEWS    TRACK YOUR ORDER

## KAWS TAKE FIGURES

**$149.00**

**Colour**

BLUE

**Quantity**

1

ADD TO CART

**Secure and trusted checkout with**

VISA    PayPal

The KAWS TAKE FIGURES features a BFF holding a Companion which is the total inverse of the KAWS Share Figure which shows the Companion holding the BFF instead.

KAWS TAKE FIGURES are now available in three colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 33cm (13 inches)

SHARE    TWEET    PIN IT

### BE OUR VIP AND GET 5% OFF YOUR ORDER WITH US.

Never miss a deal! Be the first to exclusive offers and discounts.

United States    Please enter your phone number

Subscribe Now

By signing up via text you agree to receive recurring automated marketing messages and shopping cart reminders at the phone number provided. Consent is not a condition of purchase. Reply STOP to unsubscribe. HELP for help. Msg & Data rates may apply. View Privacy Policy & ToS.

ALL PRODUCTS    CONTACT US    RETURN POLICY    SHIPPING INFO    FAQ    TERMS OF SERVICE    ABOUT US

Screenshot



LEONG--COUNTERFEIT KAWS ITEM 132:



*LEONG--COUNTERFEIT KAWS ITEM 133:*



*LEONG--COUNTERFEIT KAWS ITEM 134:*



LEONG--COUNTERFEIT KAWS ITEM 135:



LEONG--COUNTERFEIT KAWS ITEM 136:

LEONG--COUNTERFEIT KAWS ITEM 137:





*LEONG--COUNTERFEIT KAWS ITEM 138:*



LEONG--COUNTERFEIT KAWS ITEM 139:



LEONG--COUNTERFEIT KAWS ITEM 140:



*LEONG--COUNTERFEIT KAWS ITEM 141:*



LEONG--COUNTERFEIT KAWS ITEM 142:



**RED POINTS DETECTED EVIDENCE**

The content of the box below is not the official website. It is just plain html saved as an evidence detected by *Red Points Solutions*. You can download the raw file by clicking on the button below.

DOWNLOAD

**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    THEORY    REVIEWS    TRACK YOUR ORDER

*LEONG--COUNTERFEIT KAWS ITEM 143:*

# KAWS STAR WARS DARTH VADAR FIGURE

**$189.00**

DARTH VADAR ⌄

**Quantity**

1

ADD TO CART

*Luke....I am your father.*

KAWS: STARWARS DARTH VADAR FIGURES are now available, giving you the chance to add this highly coveted piece into your KAWS collection.

- **Material: PVC Vinyl**
- **26cm (10.5 inches)**

SHARE    TWEET    PIN IT

ALL PRODUCTS    CONTACT US    RETURN POLICY    SHIPPING INFO    FAQ    TERMS OF SERVICE    ABOUT US

© 2021, THE PENTHOUSE THEORY





LEONG--COUNTERFEIT KAWS ITEM 145:





**RED POINTS DETECTED EVIDENCE**

The content of the box below is not the official website. It is just plain html saved as an evidence detected by **Red Points Solutions**. You can download the raw file by clicking on the button below.

DOWNLOAD

**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    THEORY    REVIEWS    TRACK YOUR ORDER

*LEONG--COUNTERFEIT KAWS ITEM 147:*

# KAWS 4FT ASTROBOY

$2,199.00

ASTROKAWS ⌄

**Quantity**

1

ADD TO CART

One of the most OG collab ever......

KAWS 4FT ASTROBOY is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

SHARE    TWEET    PIN IT

ALL PRODUCTS    CONTACT US    RETURN POLICY    SHIPPING INFO    FAQ    TERMS OF SERVICE    ABOUT US

© 2021, THE PENTHOUSE THEORY

**RED POINTS DETECTED EVIDENCE**

The content of the box below is not the official website. It is just plain html saved as an evidence detected by **Red Points Solutions**. You can download the raw file by clicking on the button below.

DOWNLOAD




THE
PENTHOUSE
THEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    THEORY    REVIEWS    TRACK YOUR ORDER

*LEONG--COUNTERFEIT KAWS ITEM 148:*



# KAWS 4FT STORMTROOPER STARWARS

**$2,299.00**

STORMTROOPER ⌄

**Quantity**

1

ADD TO CART

KAWS 4FT STORMTROOPER STARWARS is now available, giving you the chance to add this highly coveted one into your KAWS collection.

- **Material: Painted Cast Vinyl**
- 48 × 22 1/2 × 12 4/5 in
- 121.9 × 57.2 × 32.4 cm

SHARE     TWEET     PIN IT

ALL PRODUCTS     CONTACT US     RETURN POLICY     SHIPPING INFO     FAQ     TERMS OF SERVICE     ABOUT US



  

© 2021, THE PENTHOUSE THEORY

**RED POINTS DETECTED EVIDENCE**

The content of the box below is not the official website. It is just plain html saved as an evidence detected by *Red Points Solutions*. You can download the raw file by clicking on the button below.

DOWNLOAD

RED POINTS

THE
PENTHOUSE
THEORY.

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    THEORY    REVIEWS    TRACK YOUR ORDER

*LEONG--COUNTERFEIT KAWS ITEM 149:*



## "COMPANION HEAD" RUG

**$149.00**

80 x 57 cm ⌄

**Quantity**

1

ADD TO CART

"COMPANION HEAD" RUG is now available for all the KAWS fans out there.

- 80cm x 57 cm

SHARE    TWEET    PIN IT

ALL PRODUCTS    CONTACT US    RETURN POLICY    SHIPPING INFO    FAQ    TERMS OF SERVICE    ABOUT US

© 2021, THE PENTHOUSE THEORY

**RED POINTS DETECTED EVIDENCE**

The content of the box below is not the official website. It is just plain html saved as an evidence detected by *Red Points Solutions*. You can download the raw file by clicking on the button below.

DOWNLOAD



LEONG--COUNTERFEIT KAWS ITEM 150:

**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME ⌄    ALL PRODUCTS    THEORY    REVIEWS    TRACK YOUR ORDER

# KAWS STAR WARS BOBA FETT FIGURE

**$199.00**

BOBA FETT ⌄

**Quantity**

1

ADD TO CART

May the force be with you..or not.

But eitherway, you still can have KAWS.

KAWS: STARWARS BOBA FETT FIGURES are now available, giving you the chance to add this highly coveted piece into your KAWS collection.

- Material: PVC Vinyl
- 26cm (10.5 inches)

SHARE    TWEET    PIN IT

ALL PRODUCTS    CONTACT US    RETURN POLICY    SHIPPING INFO    FAQ    TERMS OF SERVICE    ABOUT US

© 2021, THE PENTHOUSE THEORY

*LEONG--COUNTERFEIT KAWS ITEM 151:*



BEST SELLERS   NEW RELEASES   FOR THE HOME   ALL PRODUCTS   REVIEWS   THEORY   TRACK YOUR ORDER

Home / ALL PRODUCTS / 808 HEARTBREAK NEON LIGHT



## 808 HEARTBREAK NEON LIGHT

### $499.00

☆☆☆☆☆

**Only 2 left!**
1 person is viewing this,
4 recently purchased it and
3 have it in their cart.

Quantity:
1

Add to Cart   Add to Wish List



| Description |
| --- |

808 HEARTBREAK NEON LIGHT is now available, giving you the chance to add this highly coveted one into your exclusive collection.

- 60cm x 60cm
- Can be customised to any size

☆☆☆☆☆



Write a Review

Reviews  0

*LEONG--COUNTERFEIT KAWS ITEM 152:*



BEST SELLERS     NEW RELEASES     FOR THE HOME     ALL PRODUCTS     REVIEWS     THEORY     TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS SEEING LAMP FIGURES**



## KAWS SEEING LAMP FIGURES

### $299.00

★★★★★ 1 review

**Limited stock!** 🔥
2 people are viewing this,
4 recently purchased it and
11 have it in their cart.

Colour:  (Required)

Choose Options

Quantity:

−   1   +

Add to Cart     Add to Wish List ⌄



  

| Description |
| --- |

KAWS SEEING LAMP FIGURES features a KAWS BFF figurine produced from alloy and ceramics. The statue's eyes contain LED lights, giving the "BFF" its light-up function.

"SEEING" measures 37cm tall, and comes sitting on a 17.8cm white pedestal.

KAWS SEEING LAMP FIGURES are now available in two colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 14.6 x 6.9 x 7.3 in. (37.1 x 17.5 x 18.5 cm.)

## 5.0 ★★★★★
Based on 1 Reviews

★★★★★ (1)
★★★★☆ (0)
★★★☆☆ (0)
★★☆☆☆ (0)



 Write a Review

*LEONG--COUNTERFEIT KAWS ITEM 153:*



**THE PENTHOUSE THEORY.**

BEST SELLERS    NEW RELEASES    FOR THE HOME    ALL PRODUCTS    REVIEWS    THEORY    TRACK YOUR ORDER

Home / ALL PRODUCTS / KAWS SEEING LAMP FIGURES



## KAWS SEEING LAMP FIGURES

**$299.00**

★★★★★ 1 review

**Limited stock!** 🔥
2 people are viewing this,
4 recently purchased it and
11 have it in their cart.

Colour: (Required)

Choose Options

Quantity:

1

Add to Cart        Add to Wish List



  

**Description**

KAWS SEEING LAMP FIGURES features a KAWS BFF figurine produced from alloy and ceramics. The statue's eyes contain LED lights, giving the "BFF" its light-up function.

"SEEING" measures 37cm tall, and comes sitting on a 17.8cm white pedestal.

KAWS SEEING LAMP FIGURES are now available in two colorways, giving you the chance to add this highly coveted one into your KAWS collection.

- Material: PVC Vinyl
- 14.6 x 6.9 x 7.3 in. (37.1 x 17.5 x 18.5 cm.)

**5.0** ★★★★★
Based on 1 Reviews



★★★★★ (1)
★★★★☆ (0)
★★★☆☆ (0)
★★☆☆☆ (0)



 Write a Review

*LEONG--COUNTERFEIT KAWS ITEM 154:*



### THE PENTHOUSE THEORY.

BEST SELLERS   NEW RELEASES   FOR THE HOME   ALL PRODUCTS   REVIEWS   THEORY   TRACK YOUR ORDER

Home / ALL PRODUCTS / **KAWS TENSION BEARBRICK 1000%**



## KAWS TENSION BEARBRICK 1000%

**$899.00**

☆☆☆☆☆

**Limited stock!** 🔥
4 people are viewing this and
16 people have it in their cart.

Quantity:

1

Add to Cart     Add to Wish List ⌄

    

### Description

The most iconic collab of all 2021 so far.

KAWS TENSION BEARBRICK 1000% is now available:

- 70cm (1000%)

☆☆☆☆☆

Write a Review

Reviews   0