Exhibit 10

Exhibit 10

| # | Redpoints Incident ID | Redpoints Detection Date | Item Description | Price | Original ThePenthouseTheory.com Link | Evidence URL (archived HTML) |
|---|---|---|---|---|---|---|
| | LEONG--COUNTERFEIT KAWS ITEM | | | | | |
| 1 | 380760991 | 7/8/20 | ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY – WHITE | 29 | https://www.thepenthousetheory.com/products/originalfake-x-gallery1950-ceramic-ashtray?_pos=19&_sid=f56a50a10&_ss=r | https://evidence-html.eu-core.redpoints.com/33d953ef-b2f0-42f0-8706-9760ba56541f_JO-ACHVZL-3830-O.html |
| 2 | " | 7/8/20 | ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY – BLACK | 29 | https://www.thepenthousetheory.com/products/originalfake-x-gallery1950-ceramic-ashtray?_pos=19&_sid=f56a50a10&_ss=r | https://evidence-html.eu-core.redpoints.com/33d953ef-b2f0-42f0-8706-9760ba56541f_JO-ACHVZL-3830-O.html |
| 3 | " | 7/8/20 | ORIGINALFAKE X GALLERY1950 CERAMIC ASHTRAY – RED | 29 | https://www.thepenthousetheory.com/products/originalfake-x-gallery1950-ceramic-ashtray?_pos=19&_sid=f56a50a10&_ss=r | https://evidence-html.eu-core.redpoints.com/33d953ef-b2f0-42f0-8706-9760ba56541f_JO-ACHVZL-3830-O.html |
| 4 | 380777336 | 7/8/20 | KAWS X DIOR PLUSH SET | 179 | https://www.thepenthousetheory.com/products/kaws-x-dior-bff-plushies?_pos=2&_sid=a5fdf6f43&_ss=r | https://evidence-html.eu-core.redpoints.com/e89ac2dc-585f-4ec6-89a7-5a0a5508fa52_JO-ACHVZL-3831-O.html |
| 5 | 381389239 | 7/9/20 | SUPREME x KAWS SKATEBOARD DECKS – BLACK | 149 | https://www.thepenthousetheory.com/products/supreme-kaws-skateboard-decks?_pos=16&_sid=f56a50a10&_ss=r | https://evidence-html.eu-core.redpoints.com/605cafab-3687-4ca9-bf01-b5e141dd067f_JO-ACHVZL-3832-O.html |
| 6 | " | 7/9/20 | SUPREME x KAWS SKATEBOARD DECKS – RED | 149 | https://www.thepenthousetheory.com/products/supreme-kaws-skateboard-decks?_pos=16&_sid=f56a50a10&_ss=r | https://evidence-html.eu-core.redpoints.com/605cafab-3687-4ca9-bf01-b5e141dd067f_JO-ACHVZL-3832-O.html |
| 7 | 396017869 | 7/17/20 | KAWS BFF COMPANION PLUSHIES – BLUE | 129 | https://www.thepenthousetheory.com/products/kaws-bff-plushies | https://evidence-html.eu-core.redpoints.com/792950d4-de9b-48ba-b76e-a04c7cf5c6f5_JO-ACHVZL-3836-O.html |
| 8 | " | 7/17/20 | KAWS BFF COMPANION PLUSHIES – PINK | 129 | https://www.thepenthousetheory.com/products/kaws-bff-plushies | https://evidence-html.eu-core.redpoints.com/792950d4-de9b-48ba-b76e-a04c7cf5c6f5_JO-ACHVZL-3836-O.html |
| 9 | " | 7/17/20 | KAWS BFF COMPANION PLUSHIES – BLACK | 129 | https://www.thepenthousetheory.com/products/kaws-bff-plushies | https://evidence-html.eu-core.redpoints.com/792950d4-de9b-48ba-b76e-a04c7cf5c6f5_JO-ACHVZL-3836-O.html |
| 10 | " | 7/17/20 | KAWS BFF COMPANION PLUSHIES – FULL SET | 339 | https://www.thepenthousetheory.com/products/kaws-bff-plushies | https://evidence-html.eu-core.redpoints.com/792950d4-de9b-48ba-b76e-a04c7cf5c6f5_JO-ACHVZL-3836-O.html |
| 11 | 396019267 | 7/17/20 | KAWS COMPANION FIGURES – GREY | 99 | https://www.thepenthousetheory.com/products/kaws-classic-companion-figures | https://evidence-html.eu-core.redpoints.com/6473a89e-6f18-410f-9870-6815d55f43f1_JO-ACHVZL-3839-O.html |
| 12 | " | 7/17/20 | KAWS COMPANION FIGURES – BROWN | 99 | https://www.thepenthousetheory.com/products/kaws-classic-companion-figures | https://evidence-html.eu-core.redpoints.com/6473a89e-6f18-410f-9870-6815d55f43f1_JO-ACHVZL-3839-O.html |
| 13 | " | 7/17/20 | KAWS COMPANION FIGURES – BLACK | 99 | https://www.thepenthousetheory.com/products/kaws-classic-companion-figures | https://evidence-html.eu-core.redpoints.com/6473a89e-6f18-410f-9870-6815d55f43f1_JO-ACHVZL-3839-O.html |
| 14 | " | 7/17/20 | KAWS COMPANION FIGURES – BLUSH RED | 139 | https://www.thepenthousetheory.com/products/kaws-classic-companion-figures | https://evidence-html.eu-core.redpoints.com/6473a89e-6f18-410f-9870-6815d55f43f1_JO-ACHVZL-3839-O.html |
| 15 | " | 7/17/20 | KAWS COMPANION FIGURES – GLOW IN THE DARK | 139 | https://www.thepenthousetheory.com/products/kaws-classic-companion-figures | https://evidence-html.eu-core.redpoints.com/6473a89e-6f18-410f-9870-6815d55f43f1_JO-ACHVZL-3839-O.html |
| 16 | 396019966 | 7/17/20 | KAWS BEARBRICK 400% | 119 | https://www.thepenthousetheory.com/products/kaws-bearbrick-400 | https://evidence-html.eu-core.redpoints.com/b63c3ed8-7d6c-4669-bb4a-a80785c16abd_KAWS%20BEARBRICK%20400%25%20_%20THE%20PENTHOUSE%20THEORY.html |
| 17 | 396017968 | 7/17/20 | KAWS X SIMPSONS CANVAS WALL FRAME – 40 x 40 cm | 159 | https://www.thepenthousetheory.com/products/kaws-x-simpsons-canvas-print-wall-frame | https://evidence-html.eu-core.redpoints.com/0ad63934-95f5-4a17-af12-b9eac6ffaed9_JO-ACHVZL-3838-O.html |
| 18 | " | 7/17/20 | KAWS X SIMPSONS CANVAS WALL FRAME – 60 x 60 cm | 179 | https://www.thepenthousetheory.com/products/kaws-x-simpsons-canvas-print-wall-frame | https://evidence-html.eu-core.redpoints.com/0ad63934-95f5-4a17-af12-b9eac6ffaed9_JO-ACHVZL-3838-O.html |
| 19 | " | 7/17/20 | KAWS X SIMPSONS CANVAS WALL FRAME – 80 x 80 cm | 199 | https://www.thepenthousetheory.com/products/kaws-x-simpsons-canvas-print-wall-frame | https://evidence-html.eu-core.redpoints.com/0ad63934-95f5-4a17-af12-b9eac6ffaed9_JO-ACHVZL-3838-O.html |
| 20 | " | 7/17/20 | KAWS X SIMPSONS CANVAS WALL FRAME – 100 x 100 cm | 239 | https://www.thepenthousetheory.com/products/kaws-x-simpsons-canvas-print-wall-frame | https://evidence-html.eu-core.redpoints.com/0ad63934-95f5-4a17-af12-b9eac6ffaed9_JO-ACHVZL-3838-O.html |
| 21 | 396019617 | 7/17/20 | KAWS: HOLIDAY PLUSHIES – Black | 99 | https://www.thepenthousetheory.com/products/kaws-holiday-20-plushies | https://evidence-html.eu-core.redpoints.com/9e212ccf-251c-4293-8bdd-55e2604d9cc0_KAWS_HOLIDAY%20PLUSHIES%20_%20THE%20PENTHOUSE%20THEORY.html |

| # | ID | Date | Product | Price | Product URL | Evidence URL |
|---|---|---|---|---|---|---|
| 22 | " | 7/17/20 | KAWS: HOLIDAY PLUSHIES – Brown | 99 | https://www.thepenthousetheory.com/products/kaws-holiday-20-plushies | https://evidence-html.eu-core.redpoints.com/9e212ccf-251c-4293-8bdd-55e2604d9cc0_KAWS_HOLIDAY%20PLUSHIES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 23 | " | 7/17/20 | KAWS: HOLIDAY PLUSHIES – Grey | 99 | https://www.thepenthousetheory.com/products/kaws-holiday-20-plushies | https://evidence-html.eu-core.redpoints.com/9e212ccf-251c-4293-8bdd-55e2604d9cc0_KAWS_HOLIDAY%20PLUSHIES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 24 | 396019417 | 7/17/20 | KAWS TOGETHER FIGURES – Grey | 159 | https://www.thepenthousetheory.com/products/kaws-together-figures | https://evidence-html.eu-core.redpoints.com/19285908-a380-475b-ac38-0e12a0e7eaa8_JO-ACHVZL-3848-O.html |
| 25 | " | 7/17/20 | KAWS TOGETHER FIGURES – Black | 159 | https://www.thepenthousetheory.com/products/kaws-together-figures | https://evidence-html.eu-core.redpoints.com/19285908-a380-475b-ac38-0e12a0e7eaa8_JO-ACHVZL-3848-O.html |
| 26 | " | 7/17/20 | KAWS TOGETHER FIGURES – Natural | 159 | https://www.thepenthousetheory.com/products/kaws-together-figures | https://evidence-html.eu-core.redpoints.com/19285908-a380-475b-ac38-0e12a0e7eaa8_JO-ACHVZL-3848-O.html |
| 27 | 396020016 | 7/17/20 | KAWS BUNNY PLUSHIES – Black | 89 | https://www.thepenthousetheory.com/products/kaws-bunny | https://evidence-html.eu-core.redpoints.com/e9b7d43c-ef81-45fc-ab09-c176610cc64c_KAWS%20BUNNY%20PLUSHIES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 28 | " | 7/17/20 | KAWS BUNNY PLUSHIES – Pink | 89 | https://www.thepenthousetheory.com/products/kaws-bunny | https://evidence-html.eu-core.redpoints.com/e9b7d43c-ef81-45fc-ab09-c176610cc64c_KAWS%20BUNNY%20PLUSHIES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 29 | 396020067 | 7/17/20 | KAWS COMPANION FLAYED OPEN EDITION FIGURES – Brown | 129 | https://www.thepenthousetheory.com/products/kaws-anatomy-figures | https://evidence-html.eu-core.redpoints.com/0172ac2b-25dd-4c81-9d31-4f2400374bd7_KAWS%20COMPANION%20FLAYED%20OPEN%20EDITION%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 30 | " | 7/17/20 | KAWS COMPANION FLAYED OPEN EDITION FIGURES – Black | 129 | https://www.thepenthousetheory.com/products/kaws-anatomy-figures | https://evidence-html.eu-core.redpoints.com/0172ac2b-25dd-4c81-9d31-4f2400374bd7_KAWS%20COMPANION%20FLAYED%20OPEN%20EDITION%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 31 | " | 7/17/20 | KAWS COMPANION FLAYED OPEN EDITION FIGURES – Grey | 129 | https://www.thepenthousetheory.com/products/kaws-anatomy-figures | https://evidence-html.eu-core.redpoints.com/0172ac2b-25dd-4c81-9d31-4f2400374bd7_KAWS%20COMPANION%20FLAYED%20OPEN%20EDITION%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 32 | " | 7/17/20 | KAWS COMPANION FLAYED OPEN EDITION FIGURES – Blush Red | 129 | https://www.thepenthousetheory.com/products/kaws-anatomy-figures | https://evidence-html.eu-core.redpoints.com/0172ac2b-25dd-4c81-9d31-4f2400374bd7_KAWS%20COMPANION%20FLAYED%20OPEN%20EDITION%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 33 | 396020366 | 7/17/20 | KAWS X LANE CRAWFORD "CLEAN SLATE" PLUSH | 89 | https://www.thepenthousetheory.com/products/kaws-x-lane-crawford-clean-slate-plush | https://evidence-html.eu-core.redpoints.com/68458e42-b428-4452-8a20-3543a112dc1c_KAWS%20X%20LANE%20CRAWFORD%20_CLEAN%20SLATE_%20PLUSH%20_%20THE%20PENTHOUSE%20THEORY.html |
| 34 | 396019866 | 7/17/20 | KAWS ALONG THE WAY FIGURES – Brown | 159 | https://www.thepenthousetheory.com/products/kaws-along-the-way-figures | https://evidence-html.eu-core.redpoints.com/db8982fc-9462-4fd2-bd1e-7260a59c3818_KAWS%20ALONG%20THE%20WAY%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 35 | " | 7/17/20 | KAWS ALONG THE WAY FIGURES – Grey | 159 | https://www.thepenthousetheory.com/products/kaws-along-the-way-figures | https://evidence-html.eu-core.redpoints.com/db8982fc-9462-4fd2-bd1e-7260a59c3818_KAWS%20ALONG%20THE%20WAY%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 36 | " | 7/17/20 | KAWS ALONG THE WAY FIGURES – Black | 159 | https://www.thepenthousetheory.com/products/kaws-along-the-way-figures | https://evidence-html.eu-core.redpoints.com/db8982fc-9462-4fd2-bd1e-7260a59c3818_KAWS%20ALONG%20THE%20WAY%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |

| # | Code | Date | Product | | Price | URL | Evidence URL |
|---|---|---|---|---|---|---|---|
| 37 | 396020069 | 7/17/20 | KAWS: STAR WARS STORMTROOPERS FIGURES – White | | 129 | https://www.thepenthousetheory.com/products/kaws-star-wars-stormtroopers-figures | https://evidence-html.eu-core.redpoints.com/c5803451-e2c4-4816-86ce-4df840bf6fb5_KAWS_%20STAR%20WARS%20STORMTROOPERS%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 38 | " | 7/17/20 | KAWS: STAR WARS STORMTROOPERS FIGURES – Black | | 129 | https://www.thepenthousetheory.com/products/kaws-star-wars-stormtroopers-figures | https://evidence-html.eu-core.redpoints.com/c5803451-e2c4-4816-86ce-4df840bf6fb5_KAWS_%20STAR%20WARS%20STORMTROOPERS%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 39 | 396020068 | 7/17/20 | KAWS: PASSING THROUGH FIGURES – Brown | | 159 | https://www.thepenthousetheory.com/products/kaws-passing-through-figures | https://evidence-html.eu-core.redpoints.com/3eb94226-f6a8-402d-b638-4163202752ab_KAWS_%20PASSING%20THROUGH%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 40 | " | 7/17/20 | KAWS: PASSING THROUGH FIGURES – Grey | | 159 | https://www.thepenthousetheory.com/products/kaws-passing-through-figures | https://evidence-html.eu-core.redpoints.com/3eb94226-f6a8-402d-b638-4163202752ab_KAWS_%20PASSING%20THROUGH%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 41 | " | 7/17/20 | KAWS: PASSING THROUGH FIGURES – Black | | 159 | https://www.thepenthousetheory.com/products/kaws-passing-through-figures | https://evidence-html.eu-core.redpoints.com/3eb94226-f6a8-402d-b638-4163202752ab_KAWS_%20PASSING%20THROUGH%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 42 | 396017817 | 7/17/20 | KAWS X DIOR BFF FIGURE | | 129 | https://www.thepenthousetheory.com/products/kaws-x-dior-bff-figure | https://evidence-html.eu-core.redpoints.com/1370eca6-79dc-4539-8f9d-9095eb4f5c7f_JO-ACHVZL-3835-O.html |
| 43 | 396019817 | 7/17/20 | KAWS COMPANION RESTING FIGURES – Black | | 119 | https://www.thepenthousetheory.com/products/kaws-companion-resting-figures | https://evidence-html.eu-core.redpoints.com/d4da039c-60e1-462d-9ef8-c4f904b6da52_KAWS%20COMPANION%20RESTING%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 44 | " | 7/17/20 | KAWS COMPANION RESTING FIGURES – Grey | | 119 | https://www.thepenthousetheory.com/products/kaws-companion-resting-figures | https://evidence-html.eu-core.redpoints.com/d4da039c-60e1-462d-9ef8-c4f904b6da52_KAWS%20COMPANION%20RESTING%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 45 | " | 7/17/20 | KAWS COMPANION RESTING FIGURES – Brown | | 119 | https://www.thepenthousetheory.com/products/kaws-companion-resting-figures | https://evidence-html.eu-core.redpoints.com/d4da039c-60e1-462d-9ef8-c4f904b6da52_KAWS%20COMPANION%20RESTING%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 46 | 396241521 | 7/20/20 | KAWS BFF COLORS WALL FRAME – 43 x 53 cm / BLACK / KAWS FLAYED OPEN | | 109 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 47 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 43 x 53 cm / BLACK / KAWS COMPANION | | 109 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 48 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 43 x 53 cm / BLACK / KAWS BUNNY | | 109 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 49 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 43 x 53 cm / BLACK / ASTROKAWS | | 109 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 50 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 43 x 53 cm / BLACK / KAWS GONE | | 109 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 51 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 43 x 53 cm / WHITE / KAWS FLAYED OPEN | | 109 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 52 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 43 x 53 cm / WHITE / KAWS COMPANION | | 109 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 53 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 43 x 53 cm / WHITE / KAWS BUNNY | | 109 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 54 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 43 x 53 cm / WHITE / ASTROKAWS | | 109 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 55 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 43 x 53 cm / WHITE / KAWS GONE | | 109 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |

| # | | Date | Description | Price | Product URL | Evidence URL |
|---|---|---|---|---|---|---|
| 56 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 53 x 73 cm / BLACK / KAWS FLAYED OPEN | 149 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 57 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 53 x 73 cm / BLACK / KAWS COMPANION | 149 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 58 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 53 x 73 cm / BLACK / KAWS BUNNY | 149 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 59 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 53 x 73 cm / BLACK / ASTROKAWS | 149 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 60 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 53 x 73 cm / BLACK / KAWS GONE | 149 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 61 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 53 x 73 cm / WHITE / KAWS FLAYED OPEN | 149 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 62 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 53 x 73 cm / WHITE / KAWS COMPANION | 149 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 63 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 53 x 73 cm / WHITE / KAWS BUNNY | 149 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 64 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 53 x 73 cm / WHITE / ASTROKAWS | 149 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 65 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 53 x 73 cm / WHITE / KAWS GONE | 149 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 66 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 63 x 83 cm / BLACK / KAWS FLAYED OPEN | 179 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 67 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 63 x 83 cm / BLACK / KAWS COMPANION | 179 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 68 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 63 x 83 cm / BLACK / KAWS BUNNY | 179 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 69 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 63 x 83 cm / BLACK / ASTROKAWS | 179 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 70 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 63 x 83 cm / BLACK / KAWS GONE | 179 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 71 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 63 x 83 cm / WHITE / KAWS FLAYED OPEN | 179 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 72 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 63 x 83 cm / WHITE / KAWS COMPANION | 179 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 73 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 63 x 83 cm / WHITE / KAWS BUNNY | 179 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 74 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 63 x 83 cm / WHITE / ASTROKAWS | 179 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 75 | " | 7/20/20 | KAWS BFF COLORS WALL FRAME – 63 x 83 cm / WHITE / KAWS GONE | 179 | https://www.thepenthousetheory.com/products/kaws-bff-companion-wall-frame | https://evidence-html.eu-core.redpoints.com/386d01e0-c4b6-438c-b72f-188076764d84_JO-ACHVZL-4956-O.html |
| 76 | 583867156 | 12/8/20 | KAWS 4FT PASSING THROUGH – Brown | 2100 | https://www.thepenthousetheory.com/products/kaws-4ft-passing-through-figures | https://evidence-html.eu-core.redpoints.com/1c6ede68-b19d-4d6e-8b87-d953e5587a73_KAWS%204FT%20PASSING%20THROUGH%20_%20THE%20PENTHOUSE%20THEORY.html |
| 77 | " | 12/8/20 | KAWS 4FT PASSING THROUGH – Grey | 2100 | https://www.thepenthousetheory.com/products/kaws-4ft-passing-through-figures | https://evidence-html.eu-core.redpoints.com/1c6ede68-b19d-4d6e-8b87-d953e5587a73_KAWS%204FT%20PASSING%20THROUGH%20_%20THE%20PENTHOUSE%20THEORY.html |

| # | Code | Date | Product | Price | Product URL | Evidence URL |
|---|---|---|---|---|---|---|
| 78 | " | 12/8/20 | KAWS 4FT PASSING THROUGH – Black | 2100 | https://www.thepenthousetheory.com/products/kaws-4ft-passing-through-figures | https://evidence-html.eu-core.redpoints.com/1c6ede68-b19d-4d6e-8b87-d953e5587a73_KAWS%204FT%20PASSING%20THROUGH%20_%20THE%20PENTHOUSE%20THEORY.html |
| 79 | 584103001 | 12/8/20 | KAWS 6FT DIOR BFF FIGURE | 2899 | https://www.thepenthousetheory.com/products/kaws-6ft-dior-bff-figure-1 | https://evidence-html.eu-core.redpoints.com/181d5358-2d36-41f8-a1ec-b4ed8c839baf_KAWS%206FT%20DIOR%20BFF%20FIGURE%20_%20THE%20PENTHOUSE%20THEORY.html |
| 80 | 584103000 | 12/8/20 | KAWS 4FT DIOR BFF FIGURE | 2299 | https://www.thepenthousetheory.com/products/kaws-4ft-dior-figure | https://evidence-html.eu-core.redpoints.com/ecdc116b-ba07-42a5-98f7-ce4c3a3601fa_KAWS%204FT%20DIOR%20BFF%20FIGURE%20_%20THE%20PENTHOUSE%20THEORY.html |
| 81 | 584131960 | 12/8/20 | KAWS FIGURINE (BRIAN DONELLY) AUTHORS SERIES - DANIL YAD – Blue | 159 | https://www.thepenthousetheory.com/products/kaws-figurine-authors-series-danil-yad | https://evidence-html.eu-core.redpoints.com/2bfc4219-4681-47e9-8fdd-7183adb77474_KAWS%20FIGURINE%20(BRIAN%20DONELLY)%20AUTHORS%20SERIES%20-%20DANIL%20YAD%20_%20THE%20PENTHOUSE%20THEORY.html |
| 82 | " | 12/8/20 | KAWS FIGURINE (BRIAN DONELLY) AUTHORS SERIES - DANIL YAD – Pink | 159 | https://www.thepenthousetheory.com/products/kaws-figurine-authors-series-danil-yad | https://evidence-html.eu-core.redpoints.com/2bfc4219-4681-47e9-8fdd-7183adb77474_KAWS%20FIGURINE%20(BRIAN%20DONELLY)%20AUTHORS%20SERIES%20-%20DANIL%20YAD%20_%20THE%20PENTHOUSE%20THEORY.html |
| 83 | 584141652 | 12/8/20 | KAWS SHARE FIGURES – Brown | 149 | https://www.thepenthousetheory.com/products/kaws-share-figures | https://evidence-html.eu-core.redpoints.com/af4d3cef-ec3e-43b8-96ad-0c14f1634915_KAWS%20SHARE%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 84 | " | 12/8/20 | KAWS SHARE FIGURES – Grey | 149 | https://www.thepenthousetheory.com/products/kaws-share-figures | https://evidence-html.eu-core.redpoints.com/af4d3cef-ec3e-43b8-96ad-0c14f1634915_KAWS%20SHARE%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 85 | " | 12/8/20 | KAWS SHARE FIGURES – Black | 149 | https://www.thepenthousetheory.com/products/kaws-share-figures | https://evidence-html.eu-core.redpoints.com/af4d3cef-ec3e-43b8-96ad-0c14f1634915_KAWS%20SHARE%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 86 | 583855396 | 12/8/20 | KAWS 4FT OPEN FLAYED DISSECTED COMPANION – Black | 1899 | https://www.thepenthousetheory.com/products/kaws-4ft-open-flayed-figures | https://evidence-html.eu-core.redpoints.com/66634fcc-5613-4ce6-b7e1-51152c381baa_KAWS%204FT%20OPEN%20FLAYED%20DISSECTED%20COMPANION%20_%20THE%20PENTHOUSE%20THEORY.html |
| 87 | " | 12/8/20 | KAWS 4FT OPEN FLAYED DISSECTED COMPANION – Brown | 1899 | https://www.thepenthousetheory.com/products/kaws-4ft-open-flayed-figures | https://evidence-html.eu-core.redpoints.com/66634fcc-5613-4ce6-b7e1-51152c381baa_KAWS%204FT%20OPEN%20FLAYED%20DISSECTED%20COMPANION%20_%20THE%20PENTHOUSE%20THEORY.html |
| 88 | " | 12/8/20 | KAWS 4FT OPEN FLAYED DISSECTED COMPANION – Grey | 1899 | https://www.thepenthousetheory.com/products/kaws-4ft-open-flayed-figures | https://evidence-html.eu-core.redpoints.com/66634fcc-5613-4ce6-b7e1-51152c381baa_KAWS%204FT%20OPEN%20FLAYED%20DISSECTED%20COMPANION%20_%20THE%20PENTHOUSE%20THEORY.html |
| 89 | " | 12/8/20 | KAWS 4FT OPEN FLAYED DISSECTED COMPANION – Blush Red | 1999.99 | https://www.thepenthousetheory.com/products/kaws-4ft-open-flayed-figures | https://evidence-html.eu-core.redpoints.com/66634fcc-5613-4ce6-b7e1-51152c381baa_KAWS%204FT%20OPEN%20FLAYED%20DISSECTED%20COMPANION%20_%20THE%20PENTHOUSE%20THEORY.html |
| 90 | 584131961 | 12/8/20 | KAWS GONE FIGURES – Brown | 199 | https://www.thepenthousetheory.com/products/kaws-gone-figures | https://evidence-html.eu-core.redpoints.com/c0f48b08-0b4a-4550-a59b-1225bfea2354_KAWS%20GONE%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 91 | " | 12/8/20 | KAWS GONE FIGURES – Grey | 199 | https://www.thepenthousetheory.com/products/kaws-gone-figures | https://evidence-html.eu-core.redpoints.com/c0f48b08-0b4a-4550-a59b-1225bfea2354_KAWS%20GONE%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |

| # | ID | Date | Product | Price | Product URL | Evidence URL |
|---|---|---|---|---|---|---|
| 92 | " | 12/8/20 | KAWS GONE FIGURES – Black | 199 | https://www.thepenthousetheory.com/products/kaws-gone-figures | https://evidence-html.eu-core.redpoints.com/c0f48b08-0b4a-4550-a59b-1225bfea2354_KAWS%20GONE%20FIGURES%20_%20THE%20PENTHOUSE%20THEORY.html |
| 93 | 963361729 | 7/27/21 | KAWS: BFF COMPANION FIGURES – Black | 119 | https://www.thepenthousetheory.com/products/kaws-bff-figures | https://evidence-html.eu-core.redpoints.com/598599192_metabot_0ed32fe3-9908-43e3-b059-0fb3309c6300--df1840db-7d29-428d-b5e0-f3566ab8d6be_monitor.html |
| 94 | " | 7/27/21 | KAWS: BFF COMPANION FIGURES – Pink | 119 | https://www.thepenthousetheory.com/products/kaws-bff-figures | https://evidence-html.eu-core.redpoints.com/598599192_metabot_0ed32fe3-9908-43e3-b059-0fb3309c6300--df1840db-7d29-428d-b5e0-f3566ab8d6be_monitor.html |
| 95 | " | 7/27/21 | KAWS: BFF COMPANION FIGURES – Blue | 119 | https://www.thepenthousetheory.com/products/kaws-bff-figures | https://evidence-html.eu-core.redpoints.com/598599192_metabot_0ed32fe3-9908-43e3-b059-0fb3309c6300--df1840db-7d29-428d-b5e0-f3566ab8d6be_monitor.html |
| 96 | 963295879 | 7/27/21 | KAWS ANATOMY RUG – 100 x 50 cm – WOOD | 79 | https://www.thepenthousetheory.com/products/kaws-rug | https://evidence-html.eu-core.redpoints.com/598590392_metabot_8a68bf4c-d835-4874-8878-d0e418427c72--c78fc524-c111-4bd4-8869-45e128ab3c66_monitor.html |
| 97 | " | 7/27/21 | KAWS ANATOMY RUG – 100 x 50 cm – RED | 79 | https://www.thepenthousetheory.com/products/kaws-rug | https://evidence-html.eu-core.redpoints.com/598590392_metabot_8a68bf4c-d835-4874-8878-d0e418427c72--c78fc524-c111-4bd4-8869-45e128ab3c66_monitor.html |
| 98 | " | 7/27/21 | KAWS ANATOMY RUG – 100 x 50 cm – MONOCHROME | 79 | https://www.thepenthousetheory.com/products/kaws-rug | https://evidence-html.eu-core.redpoints.com/598590392_metabot_8a68bf4c-d835-4874-8878-d0e418427c72--c78fc524-c111-4bd4-8869-45e128ab3c66_monitor.html |
| 99 | " | 7/27/21 | KAWS ANATOMY RUG – 100 x 50 cm – BLACKOUT | 79 | https://www.thepenthousetheory.com/products/kaws-rug | https://evidence-html.eu-core.redpoints.com/598590392_metabot_8a68bf4c-d835-4874-8878-d0e418427c72--c78fc524-c111-4bd4-8869-45e128ab3c66_monitor.html |
| 100 | " | 7/27/21 | KAWS ANATOMY RUG – 200 x 100 cm – WOOD | 119 | https://www.thepenthousetheory.com/products/kaws-rug | https://evidence-html.eu-core.redpoints.com/598590392_metabot_8a68bf4c-d835-4874-8878-d0e418427c72--c78fc524-c111-4bd4-8869-45e128ab3c66_monitor.html |
| 101 | " | 7/27/21 | KAWS ANATOMY RUG – 200 x 100 cm – RED | 119 | https://www.thepenthousetheory.com/products/kaws-rug | https://evidence-html.eu-core.redpoints.com/598590392_metabot_8a68bf4c-d835-4874-8878-d0e418427c72--c78fc524-c111-4bd4-8869-45e128ab3c66_monitor.html |
| 102 | " | 7/27/21 | KAWS ANATOMY RUG – 200 x 100 cm – MONOTONE | 119 | https://www.thepenthousetheory.com/products/kaws-rug | https://evidence-html.eu-core.redpoints.com/598590392_metabot_8a68bf4c-d835-4874-8878-d0e418427c72--c78fc524-c111-4bd4-8869-45e128ab3c66_monitor.html |
| 103 | " | 7/27/21 | KAWS ANATOMY RUG – 200 x 100 cm – BLACKOUT | 119 | https://www.thepenthousetheory.com/products/kaws-rug | https://evidence-html.eu-core.redpoints.com/598590392_metabot_8a68bf4c-d835-4874-8878-d0e418427c72--c78fc524-c111-4bd4-8869-45e128ab3c66_monitor.html |
| 104 | 963325778 | 7/27/21 | KAWS CLEAN SLATE FIGURES – Grey | 219 | https://www.thepenthousetheory.com/products/kaws-clean-slate-figures | https://evidence-html.eu-core.redpoints.com/598593741_metabot_141dd80f-158c-4334-b80d-dfccf9c0e669--c96520b0-4169-453a-a550-6ea18ab421d1_monitor.html |
| 105 | " | 7/27/21 | KAWS CLEAN SLATE FIGURES – Natural | 219 | https://www.thepenthousetheory.com/products/kaws-clean-slate-figures | https://evidence-html.eu-core.redpoints.com/598593741_metabot_141dd80f-158c-4334-b80d-dfccf9c0e669--c96520b0-4169-453a-a550-6ea18ab421d1_monitor.html |
| 106 | " | 7/27/21 | KAWS CLEAN SLATE FIGURES – Black | 219 | https://www.thepenthousetheory.com/products/kaws-clean-slate-figures | https://evidence-html.eu-core.redpoints.com/598593741_metabot_141dd80f-158c-4334-b80d-dfccf9c0e669--c96520b0-4169-453a-a550-6ea18ab421d1_monitor.html |
| 107 | 963331830 | 7/27/21 | KAWS 4FT COMPANION – Brown | 1899 | https://www.thepenthousetheory.com/products/kaws-4ft-companion-figures | https://evidence-html.eu-core.redpoints.com/598593843_metabot_fb72b081-28f6-4e3f-bd15-6c1d9bf2d8c2--f7c92bb5-a6f0-4b33-b565-064b3617b5d2_monitor.html |
| 108 | " | 7/27/21 | KAWS 4FT COMPANION – Black | 1899 | https://www.thepenthousetheory.com/products/kaws-4ft-companion-figures | https://evidence-html.eu-core.redpoints.com/598593843_metabot_fb72b081-28f6-4e3f-bd15-6c1d9bf2d8c2--f7c92bb5-a6f0-4b33-b565-064b3617b5d2_monitor.html |
| 109 | " | 7/27/21 | KAWS 4FT COMPANION – Grey | 1899 | https://www.thepenthousetheory.com/products/kaws-4ft-companion-figures | https://evidence-html.eu-core.redpoints.com/598593843_metabot_fb72b081-28f6-4e3f-bd15-6c1d9bf2d8c2--f7c92bb5-a6f0-4b33-b565-064b3617b5d2_monitor.html |

| # | ID | Date | Product | Price | Product URL | Evidence URL |
|---|---|---|---|---|---|---|
| 110 | " | 7/27/21 | KAWS 4FT COMPANION – Blush | 1899 | https://www.thepenthousetheory.com/products/kaws-4ft-companion-figures | https://evidence-html.eu-core.redpoints.com/598593843_metabot_fb72b081-28f6-4e3f-bd15-6c1d9bf2d8c2--f7c92bb5-a6f0-4b33-b565-064b3617b5d2_monitor.html |
| 111 | 971959078 | 7/30/21 | KAWS BEARBRICK DISSECTED 400% – Black | 249 | https://www.thepenthousetheory.com/products/kaws-bearbrick-401 | https://evidence-html.eu-core.redpoints.com/2965336f-a0b3-426f-bf5d-f1f964048ba6_evidence.html |
| 112 | " | 7/30/21 | KAWS BEARBRICK DISSECTED 400% – Brown | 249 | https://www.thepenthousetheory.com/products/kaws-bearbrick-401 | https://evidence-html.eu-core.redpoints.com/2965336f-a0b3-426f-bf5d-f1f964048ba6_evidence.html |
| 113 | " | 7/30/21 | KAWS BEARBRICK DISSECTED 400% – Grey | 249 | https://www.thepenthousetheory.com/products/kaws-bearbrick-401 | https://evidence-html.eu-core.redpoints.com/2965336f-a0b3-426f-bf5d-f1f964048ba6_evidence.html |
| 114 | 971971628 | 7/30/21 | KAWS X SNOOPY PLUSHIES – Black | 99 | https://www.thepenthousetheory.com/products/kaws-x-snoopy-plushies | https://evidence-html.eu-core.redpoints.com/356ee6df-2bfa-4d6c-8b2b-497779b6d1c3_evidence.html |
| 115 | " | 7/30/21 | KAWS X SNOOPY PLUSHIES – White | 99 | https://www.thepenthousetheory.com/products/kaws-x-snoopy-plushies | https://evidence-html.eu-core.redpoints.com/356ee6df-2bfa-4d6c-8b2b-497779b6d1c3_evidence.html |
| 116 | 971994178 | 7/30/21 | KAWS X SESAME STREET PLUSHIES – Elmo | 59 | https://www.thepenthousetheory.com/products/kaws-x-sesame-street-plushies | https://evidence-html.eu-core.redpoints.com/77e1dc04-2c5e-44f4-982c-df53910ac18c_evidence.html |
| 117 | " | 7/30/21 | KAWS X SESAME STREET PLUSHIES – Big Bird | 59 | https://www.thepenthousetheory.com/products/kaws-x-sesame-street-plushies | https://evidence-html.eu-core.redpoints.com/77e1dc04-2c5e-44f4-982c-df53910ac18c_evidence.html |
| 118 | " | 7/30/21 | KAWS X SESAME STREET PLUSHIES – Cookie Monster | 59 | https://www.thepenthousetheory.com/products/kaws-x-sesame-street-plushies | https://evidence-html.eu-core.redpoints.com/77e1dc04-2c5e-44f4-982c-df53910ac18c_evidence.html |
| 119 | " | 7/30/21 | KAWS X SESAME STREET PLUSHIES – Bert | 59 | https://www.thepenthousetheory.com/products/kaws-x-sesame-street-plushies | https://evidence-html.eu-core.redpoints.com/77e1dc04-2c5e-44f4-982c-df53910ac18c_evidence.html |
| 120 | " | 7/30/21 | KAWS X SESAME STREET PLUSHIES – Ernie | 59 | https://www.thepenthousetheory.com/products/kaws-x-sesame-street-plushies | https://evidence-html.eu-core.redpoints.com/77e1dc04-2c5e-44f4-982c-df53910ac18c_evidence.html |
| 121 | " | 7/30/21 | KAWS X SESAME STREET PLUSHIES – Full Set | 259 | https://www.thepenthousetheory.com/products/kaws-x-sesame-street-plushies | https://evidence-html.eu-core.redpoints.com/77e1dc04-2c5e-44f4-982c-df53910ac18c_evidence.html |
| 122 | 971599129 | 7/30/21 | KAWS WHAT PARTY CHUM FIGURES – Black | 229 | https://www.thepenthousetheory.com/collections/best-sellers/products/kaws-what-party-figures | https://evidence-html.eu-core.redpoints.com/11b69fc2-0de7-4602-93ee-ac66c3749d06_kaw.htm |
| 123 | " | 7/30/21 | KAWS WHAT PARTY CHUM FIGURES – White | 229 | https://www.thepenthousetheory.com/collections/best-sellers/products/kaws-what-party-figures | https://evidence-html.eu-core.redpoints.com/11b69fc2-0de7-4602-93ee-ac66c3749d06_kaw.htm |
| 124 | " | 7/30/21 | KAWS WHAT PARTY CHUM FIGURES – Pink | 229 | https://www.thepenthousetheory.com/collections/best-sellers/products/kaws-what-party-figures | https://evidence-html.eu-core.redpoints.com/11b69fc2-0de7-4602-93ee-ac66c3749d06_kaw.htm |
| 125 | " | 7/30/21 | KAWS WHAT PARTY CHUM FIGURES – Orange | 229 | https://www.thepenthousetheory.com/collections/best-sellers/products/kaws-what-party-figures | https://evidence-html.eu-core.redpoints.com/11b69fc2-0de7-4602-93ee-ac66c3749d06_kaw.htm |
| 126 | " | 7/30/21 | KAWS WHAT PARTY CHUM FIGURES – Yellow | 229 | https://www.thepenthousetheory.com/collections/best-sellers/products/kaws-what-party-figures | https://evidence-html.eu-core.redpoints.com/11b69fc2-0de7-4602-93ee-ac66c3749d06_kaw.htm |
| 127 | " | 7/30/21 | KAWS WHAT PARTY CHUM FIGURES – Full Set | 999 | https://www.thepenthousetheory.com/collections/best-sellers/products/kaws-what-party-figures | https://evidence-html.eu-core.redpoints.com/11b69fc2-0de7-4602-93ee-ac66c3749d06_kaw.htm |
| 128 | 971953632 | 7/30/21 | KAWS SMALL LIE FIGURES – Natural | 149 | https://www.thepenthousetheory.com/products/kaws-small-lie-figures | https://evidence-html.eu-core.redpoints.com/57bab0c9-e6dc-47a6-9abc-e31d3656e4a3_evidence.html |
| 129 | " | 7/30/21 | KAWS SMALL LIE FIGURES – Grey | 149 | https://www.thepenthousetheory.com/products/kaws-small-lie-figures | https://evidence-html.eu-core.redpoints.com/57bab0c9-e6dc-47a6-9abc-e31d3656e4a3_evidence.html |
| 130 | " | 7/30/21 | KAWS SMALL LIE FIGURES – Black | 149 | https://www.thepenthousetheory.com/products/kaws-small-lie-figures | https://evidence-html.eu-core.redpoints.com/57bab0c9-e6dc-47a6-9abc-e31d3656e4a3_evidence.html |
| 131 | 971955179 | 7/30/21 | KAWS TAKE FIGURES – Blue | 149 | https://www.thepenthousetheory.com/products/kaws-take-figures | https://evidence-html.eu-core.redpoints.com/e2aef37e-bea0-45ac-bc13-51472d74cbcf_evidence.html |
| 132 | " | 7/30/21 | KAWS TAKE FIGURES – Pink | 149 | https://www.thepenthousetheory.com/products/kaws-take-figures | https://evidence-html.eu-core.redpoints.com/e2aef37e-bea0-45ac-bc13-51472d74cbcf_evidence.html |
| 133 | " | 7/30/21 | KAWS TAKE FIGURES – Black | 149 | https://www.thepenthousetheory.com/products/kaws-take-figures | https://evidence-html.eu-core.redpoints.com/e2aef37e-bea0-45ac-bc13-51472d74cbcf_evidence.html |
| 134 | 971934279 | 7/30/21 | KAWS SPACEMAN FIGURES – Silver | 249 | https://www.thepenthousetheory.com/products/kaws-spaceman-figures | https://evidence-html.eu-core.redpoints.com/a387d388-bdb7-43e6-a186-d667cc806566_evidence.html |
| 135 | " | 7/30/21 | KAWS SPACEMAN FIGURES – Gold | 249 | https://www.thepenthousetheory.com/products/kaws-spaceman-figures | https://evidence-html.eu-core.redpoints.com/a387d388-bdb7-43e6-a186-d667cc806566_evidence.html |
| 136 | " | 7/30/21 | KAWS SPACEMAN FIGURES – Black | 249 | https://www.thepenthousetheory.com/products/kaws-spaceman-figures | https://evidence-html.eu-core.redpoints.com/a387d388-bdb7-43e6-a186-d667cc806566_evidence.html |
| 137 | 971599130 | 7/30/21 | KAWS 4FT SPACEMAN – Silver | 3299 | https://www.thepenthousetheory.com/products/kaws-4ft-spaceman | https://evidence-html.eu-core.redpoints.com/04a9ebd1-883b-4796-823d-6e9d0b9f455e_kaws.htm |
| 138 | " | 7/30/21 | KAWS 4FT SPACEMAN – Gold | 3299 | https://www.thepenthousetheory.com/products/kaws-4ft-spaceman | https://evidence-html.eu-core.redpoints.com/04a9ebd1-883b-4796-823d-6e9d0b9f455e_kaws.htm |
| 139 | " | 7/30/21 | KAWS 4FT SPACEMAN – Black | 3299 | https://www.thepenthousetheory.com/products/kaws-4ft-spaceman | https://evidence-html.eu-core.redpoints.com/04a9ebd1-883b-4796-823d-6e9d0b9f455e_kaws.htm |
| 140 | 971953630 | 7/30/21 | KAWS FACE DOWN FIGURES – Grey | 199 | https://www.thepenthousetheory.com/products/kaws-face-down-figures | https://www.thepenthousetheory.com/products/kaws-face-down-figures |

| # | ID | Date | Item | Price | Link 1 | Link 2 |
|---|---|---|---|---|---|---|
| 141 | " | 7/30/21 | KAWS FACE DOWN FIGURES – Natural | 199 | https://www.thepenthousetheory.com/products/kaws-face-down-figures | https://www.thepenthousetheory.com/products/kaws-face-down-figures |
| 142 | " | 7/30/21 | KAWS FACE DOWN FIGURES – Black | 199 | https://www.thepenthousetheory.com/products/kaws-face-down-figures | https://www.thepenthousetheory.com/products/kaws-face-down-figures |
| 143 | 971953633 | 7/30/21 | KAWS STAR WARS DARTH VADAR FIGURE | 189 | https://www.thepenthousetheory.com/products/kaws-star-wars-darth-vadar-figure | https://evidence-html.eu-core.redpoints.com/84c70219-d23a-4004-836e-dfee30d31322_evidence.html |
| 144 | 971955128 | 7/30/21 | KAWS SEPARATED FIGURES – Grey | 199 | https://www.thepenthousetheory.com/products/kaws-separated-figures | https://evidence-html.eu-core.redpoints.com/acd2a730-c517-4f2c-8f52-5f0a10840915_evidence.html |
| 145 | " | 7/30/21 | KAWS SEPARATED FIGURES – Natural | 199 | https://www.thepenthousetheory.com/products/kaws-separated-figures | https://evidence-html.eu-core.redpoints.com/acd2a730-c517-4f2c-8f52-5f0a10840915_evidence.html |
| 146 | " | 7/30/21 | KAWS SEPARATED FIGURES – Black | 199 | https://www.thepenthousetheory.com/products/kaws-separated-figures | https://evidence-html.eu-core.redpoints.com/acd2a730-c517-4f2c-8f52-5f0a10840915_evidence.html |
| 147 | 971955129 | 7/30/21 | KAWS 4FT ASTROBOY | 2199 | https://www.thepenthousetheory.com/products/kaws-4ft-astroboy | https://evidence-html.eu-core.redpoints.com/035e0e78-a239-48da-b7f2-cce9fe73c40f_evidence.html |
| 148 | 971953829 | 7/30/21 | KAWS 4FT STORMTROOPER STARWARS | 2299 | https://www.thepenthousetheory.com/products/kaws-4ft-stormtrooper | https://evidence-html.eu-core.redpoints.com/c71a24d5-ab8e-4faf-82a8-93ea4611fa1a_evidence.html |
| 149 | 971957878 | 7/30/21 | COMPANION HEAD RUG | 149 | https://www.thepenthousetheory.com/products/companion-head-rug | https://evidence-html.eu-core.redpoints.com/cfef00e5-23ae-4c7a-b7f9-4249204c038a_evidence.html |
| 150 | 971955178 | 7/30/21 | KAWS STAR WARS BOBA FETT FIGURE | 199 | https://www.thepenthousetheory.com/products/kaws-star-wars-bobba-fett-figure | https://evidence-html.eu-core.redpoints.com/268d0fad-158b-4e50-af56-17ac5da5c995_evidence.html |
| | NOT DETECTED BY REDPOINTS BUT WE HAVE SCREENSHOTS [The Penthouse Theory- Counterfeit, Infringing Items- Reduced File Size.pdf] | | | | | |
| 151 | pdf page 1 | 10/21/21 | 808 HEARBREAK NEON LIGHT | 499 | | |
| 152 | pdf page 25 | 10/21/21 | KAWS SEEING LAMP FIGURES – Pink | 299 | | |
| 153 | pdf page 25 | 10/21/21 | KAWS SEEING LAMP FIGURES – Blue | 299 | | |
| 154 | pdf page 34 | 10/21/21 | KAWS TENSION BEARBRICK 1000% | 899 | | |