Exhibit 11

Exhibit 11



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## Shopify DMCA Takedown Notice

**Shopify** <legal@shopify.com>                                          20 de agosto de 2020, 11:37
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hello Carolina Rosich,

We have received the attached Digital Millennium Copyright Act (DMCA) Takedown Notice you submitted via Shopify's DMCA Notice form.

It is our policy to expeditiously respond to clear notices of alleged copyright infringement that comply with the DMCA. We will be in touch shortly.

In all correspondence relating to this matter, please include the ticket ID: ad1d19bb-8488-40fc-b9c5-d9285af4585c

Thank you,

Shopify Trust & Safety

---

📄 **DMCA Takedown Notice.pdf**
49K



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

## Shopify DMCA Takedown Notice

**Shopify** <legal@shopify.com>
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

20 de agosto de 2020, 11:32

Hello Carolina Rosich,

We have received the attached Digital Millennium Copyright Act (DMCA) Takedown Notice you submitted via Shopify's DMCA Notice form.

It is our policy to expeditiously respond to clear notices of alleged copyright infringement that comply with the DMCA. We will be in touch shortly.

In all correspondence relating to this matter, please include the ticket ID: 5abcc7ec-f015-4e59-8336-3bb49995b134

Thank you,

Shopify Trust & Safety

---

📄 **DMCA Takedown Notice.pdf**
47K



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

## Shopify DMCA Takedown Notice

**Shopify** <legal@shopify.com>                                                                      20 de agosto de 2020, 11:27
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hello Carolina Rosich,

We have received the attached Digital Millennium Copyright Act (DMCA) Takedown Notice you submitted via Shopify's DMCA Notice form.

It is our policy to expeditiously respond to clear notices of alleged copyright infringement that comply with the DMCA. We will be in touch shortly.

In all correspondence relating to this matter, please include the ticket ID: 3375ad21-a12b-4203-8d32-e84f0b5a5e22

Thank you,

Shopify Trust & Safety

---

📄 **DMCA Takedown Notice.pdf**
72K



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## DMCA Takedown Notice | www.thepenthousetheory.com

**Shopify** <legal@shopify.com>                                        20 de agosto de 2020, 15:19
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

    Hi there,

    This email is to inform you that the content listed as infringing in the Digital Millennium Copyright Act (DMCA) Takedown
Notice submitted on August 20, 2020 has been taken offline.

    We support the protection of intellectual property and thank you for bringing your concerns to our attention.

    - Shopify Trust & Safety

    In all correspondence relating to this matter, please include the ticket ID: ad1d19bb-8488-40fc-b9c5-d9285af4585c



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## Shopify Trademark Infringement Notice

**Shopify** <legal@shopify.com>                                        13 de noviembre de 2020, 14:35
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hello Carolina Rosich,

We have received the attached Trademark Infringement Notice you submitted via Shopify's Trademark Infringement Notice form.

It is our policy to expeditiously respond to clear notices of alleged trademark infringement. We will be in touch shortly.

In all correspondence relating to this matter, please include the ticket ID: d54975aa-8b3e-4f6c-bde4-ba94bbcbd7fd

Thank you,

Shopify Trust & Safety

---



**Trademark Infringement Notice.pdf**
29K



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## Shopify Trademark Infringement Notice

**Shopify** <legal@shopify.com>                                    13 de noviembre de 2020, 14:34
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hello Carolina Rosich,

We have received the attached Trademark Infringement Notice you submitted via Shopify's Trademark Infringement Notice form.

It is our policy to expeditiously respond to clear notices of alleged trademark infringement. We will be in touch shortly.

In all correspondence relating to this matter, please include the ticket ID: 2f7ddddd-948b-4ab0-93b4-516084fc407f

Thank you,

Shopify Trust & Safety

---



**Trademark Infringement Notice.pdf**
29K



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

## Shopify Trademark Infringement Notice

**Shopify** <legal@shopify.com>                                      13 de noviembre de 2020, 14:19
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hello Carolina Rosich,

We have received the attached Trademark Infringement Notice you submitted via Shopify's Trademark Infringement Notice form.

It is our policy to expeditiously respond to clear notices of alleged trademark infringement. We will be in touch shortly.

In all correspondence relating to this matter, please include the ticket ID: 4ab860f6-1c18-4de1-bb35-3735946f50f9

Thank you,

Shopify Trust & Safety

---

 **Trademark Infringement Notice.pdf**
29K



Red Points Enforcement Agent <kaws-bp@redpoints.com>

---

## Trademark Infringement Notice I www.thepenthousetheory.com

---

**Shopify** <legal@shopify.com>                      13 de noviembre de 2020, 20:53
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hi there,

This email is to inform you that the content listed as infringing in the Trademark Infringement Notice submitted on November 13, 2020 has been taken offline.

We support the protection of intellectual property and thank you for bringing your concerns to our attention.

- Shopify Trust & Safety

In all correspondence relating to this matter, please include the ticket ID: 4ab860f6-1c18-4de1-bb35-3735946f50f9



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

## Shopify DMCA Takedown Notice

**Shopify** <legal@shopify.com>
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

8 de diciembre de 2020, 11:46

Hello Carolina Rosich,

We have received the attached Digital Millennium Copyright Act (DMCA) Takedown Notice you submitted via Shopify's DMCA Notice form.

It is our policy to expeditiously respond to clear notices of alleged copyright infringement that comply with the DMCA. We will be in touch shortly.

In all correspondence relating to this matter, please include the ticket ID: c5a02ac5-3afd-40db-aaba-888c15584048

Thank you,

Shopify Trust & Safety

---

📄 **DMCA Takedown Notice.pdf**
61K



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## DMCA Takedown Notice | www.thepenthousetheory.com

**Shopify** <legal@shopify.com>                                    8 de diciembre de 2020, 16:50
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hi there,

This email is to inform you that the content listed as infringing in the Digital Millennium Copyright Act (DMCA) Takedown Notice submitted on December 8, 2020 has been taken offline.

We support the protection of intellectual property and thank you for bringing your concerns to our attention.

- Shopify Trust & Safety

In all correspondence relating to this matter, please include the ticket ID: c5a02ac5-3afd-40db-aaba-888c15584048



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## Shopify DMCA Takedown Notice

**Shopify** <legal@shopify.com>
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

24 de diciembre de 2020, 15:32

Hello Carolina Rosich,

We have received the attached Digital Millennium Copyright Act (DMCA) Takedown Notice you submitted via Shopify's DMCA Notice form.

It is our policy to expeditiously respond to clear notices of alleged copyright infringement that comply with the DMCA. We will be in touch shortly.

In all correspondence relating to this matter, please include the ticket ID: d84a6e1b-8147-4e8b-a4bc-6c2de12e11ae

Thank you,

Shopify Trust & Safety

---

📄 **DMCA Takedown Notice.pdf**
33K



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## Shopify Trademark Infringement Notice

**Shopify** <legal@shopify.com>                        24 de diciembre de 2020, 15:32
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hello Carolina Rosich,

We have received the attached Trademark Infringement Notice you submitted via Shopify's Trademark Infringement Notice form.

It is our policy to expeditiously respond to clear notices of alleged trademark infringement. We will be in touch shortly.

In all correspondence relating to this matter, please include the ticket ID: 725aa5be-cd8d-445c-8640-31b36ddde6f4

Thank you,

Shopify Trust & Safety

---


**Trademark Infringement Notice.pdf**
28K



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## DMCA Takedown Notice | www.thepenthousetheory.com

**Shopify** <legal@shopify.com>                                24 de diciembre de 2020, 15:56
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hi there,

This email is to inform you that the content listed as infringing in the Digital Millennium Copyright Act (DMCA) Takedown
Notice submitted on December 24, 2020 has been taken offline.

We support the protection of intellectual property and thank you for bringing your concerns to our attention.

- Shopify Trust & Safety

In all correspondence relating to this matter, please include the ticket ID: d84a6e1b-8147-4e8b-a4bc-6c2de12e11ae



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## Trademark Infringement Notice I www.thepenthousetheory.com

---

**Shopify** <legal@shopify.com>                                                                24 de diciembre de 2020, 15:57
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hi there,

This email is to inform you that the content listed as infringing in the Trademark Infringement Notice submitted on December 24, 2020 has been taken offline.

We support the protection of intellectual property and thank you for bringing your concerns to our attention.

- Shopify Trust & Safety

In all correspondence relating to this matter, please include the ticket ID: 725aa5be-cd8d-445c-8640-31b36ddde6f4



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

# DMCA Takedown Notice | www.thepenthousetheory.com

**Shopify** <legal@shopify.com>          5 de febrero de 2021, 15:42
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hi there,

Thank you for bringing this repost to our attention. The content listed as infringing in your original *Digital Millennium Copyright Act (DMCA)* Takedown Notice has been taken offline.

- Shopify Trust & Safety

In all correspondence relating to this matter, please include the ticket ID: d84a6e1b-8147-4e8b-a4bc-6c2de12e11ae



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

## Trademark Infringement Notice | www.thepenthousetheory.com

**Shopify** <legal@shopify.com>                                           5 de febrero de 2021, 18:11
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hi there,

We're happy to help out where we can, however the URLs listed as infringing in the below email do not load any content.

- Shopify Trust & Safety

In all correspondence relating to this matter, please include the ticket ID: 4ab860f6-1c18-4de1-bb35-3735946f50f9

08/02/2023, 16:39    Correo: Red Points Solutions - RE: Trademark Infringement Notice I www.thepenthousetheory.com [ ref:_00D0YYcSO._5001n...

Case 1:21-cv-09562-PKC    Document 109-13    Filed 08/23/23    Page 18 of 23



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

## RE: Trademark Infringement Notice I www.thepenthousetheory.com [ ref:_00D0YYcSO._5001n1X5yxT:ref ]

**Shopify** <legal@shopify.com>                                                    5 de febrero de 2021, 21:35
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hi there,

Thanks for your response.

The content listed as infringing in the email below appears to be offline.

If there is additional content which you believe infringes your intellectual property rights, please submit a new Trademark Infringement Notice using our form, which you can access here: www.shopify.com/legal/trademark-infringement

Once received, we will take all steps necessary to address this issue.

- Shopify Trust & Safety



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## RE: DMCA Takedown Notice | www.thepenthousetheory.com [ ref:_00D0YYcSO._5001n1S9U9v:ref ]

**Shopify** <legal@shopify.com>
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

5 de febrero de 2021, 21:36

Hi there,

Thanks for your email.

Please note that the content listed below is offline.

If there is additional content which you believe infringes your intellectual property rights, please submit a new DMCA Takedown Notice using our form, which you can access here: www.shopify.com/legal/dmca

Once received, we will take all steps necessary to address this issue.

- Shopify Trust & Safety



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## DMCA Takedown Notice | www.thepenthousetheory.com

**Shopify** <legal@shopify.com>                                      5 de febrero de 2021, 18:11
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hi there,

Thank you for bringing this repost to our attention. The content listed as infringing in your original *Digital Millennium Copyright Act (DMCA)* Takedown Notice has been taken offline.

- Shopify Trust & Safety

In all correspondence relating to this matter, please include the ticket ID: c5a02ac5-3afd-40db-aaba-888c15584048



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## DMCA Takedown Notice | www.thepenthousetheory.com

**Shopify** <legal@shopify.com>                                      6 de febrero de 2021, 0:12
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hi there,

We're happy to help out where we can, however the URLs listed as infringing in the below email do not load any content.

- Shopify Trust & Safety

In all correspondence relating to this matter, please include the ticket ID: c5a02ac5-3afd-40db-aaba-888c15584048



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## DMCA Takedown Notice | www.thepenthousetheory.com

**Shopify** <legal@shopify.com>                                    9 de febrero de 2021, 18:03
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hi there,

This email is to inform you that the content listed as infringing in the Digital Millennium Copyright Act (DMCA) Takedown Notice submitted on December 8, 2020 has been taken offline.

We support the protection of intellectual property and thank you for bringing your concerns to our attention.

- Shopify Trust & Safety

In all correspondence relating to this matter, please include the ticket ID: c5a02ac5-3afd-40db-aaba-888c15584048



**Red Points Enforcement Agent <kaws-bp@redpoints.com>**

---

## Trademark Infringement Notice I www.thepenthousetheory.com

**Shopify** <legal@shopify.com>                                    9 de febrero de 2021, 18:03
Responder a: legal@legal-mailer.shopify.com
Para: kaws-bp@redpoints.com

Hi there,

This email is to inform you that the content listed as infringing in the Trademark Infringement Notice submitted on November 13, 2020 has been taken offline.

We support the protection of intellectual property and thank you for bringing your concerns to our attention.

- Shopify Trust & Safety

In all correspondence relating to this matter, please include the ticket ID: 4ab860f6-1c18-4de1-bb35-3735946f50f9