Exhibit 2

Exhibit 2

**LAW OFFICES OF SANJAY CHAUBEY**

| | |
|---|---|
| Graybar Building | <u>Mailing Address</u>: |
| 420 Lexington Avenue, Suite 2148, | 19 Stillman Lane, |
| New York, New York 10170 | Pleasantville, NY 10570 |
| Phone:   212 563 3223 | |
| Fax:      212 563 4534 | |
| E-mail:   chaubeylaw@gmail.com | |

March 22, 2022.

<u>Via ECF</u>

The Honorable Barbara C. Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007.

     **Re**: *Donnelly et al v. Anand et al,* Case No: 1:21-cv-09562-PKC

 **Sub**: Extension Request to file Answer on behalf of Defendants, Jonathan Anand and DBAs

Dear Judge Moses:

   This firm represents Defendants, *Jonathan Anand, individually and doing business as Homeless Penthouse, Penthouse Theory, Hideout NYC, and Incognito* ("Defendants"/ "Anand & DBAs") in the above-referenced matter. In accordance with Section 2(a) of Your Honor's Individual Practices, Anand & DBAs respectfully requests the Court to extend the Defendants' deadline to respond to Brian Donnelly and KAWS Inc.'s ("Plaintiffs") Complaint (Dkt. #1) by thirty days, to Thursday, April 21, 2022. This is the first request by Defendants, Anand & DBAs to respond to the Complaint.

   On behalf of Anand & DBAs, we contacted the Plaintiff's counsel to obtain their client's consent to a thirty-day extension. Plaintiffs' counsel refused the request stating that the Defendants' time to answer has expired. Hence, their client will not consent to the extension

1

request, even though, the Plaintiff has failed to serve the Defendants, Anand & DBA and/or file any Affidavit of Service on the docket to date at the time of drafting and filing of this request letter.

We respectfully submit this request on behalf of Defendants, Anand & DBA, in good faith, and without any intention of undue delay. If granted, the extension will not affect any other scheduled dates.

Sincerely,

_____/s/_____

Sanjay Chaubey, Esq. (SC-3241)
*Attorney for the Defendants*

*Jonathan Anand, individually and doing business as*

*Homeless Penthouse, Penthouse Theory, Hideout NYC, and Incognito*

cc: All Counsel of Record (Via ECF)

2