Exhibit 9

Exhibit 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................................................X
:
BRIAN DONNELLY AKA KAWS and            :
KAWS INC.,                             :
                                       :      Case No.: 1:21-cv-09562-PKC
                            Plaintiff, :
                                       :      *Automatic Disclosure*
                                       :      *Pursuant to FRP 26 (a)*
             - against -               :
                                       :
JONATHAN ANAND, both individually and doing :
business as HOMELESS PENTHOUSE, PENTHOUSE :
THEORY, HIDEOUT.NYC, INCOGNITO and YOUNG :
NEON, DAVID KANG, DYLAN JOVAN LEONG YI :
ZHI,                                   :
THE PENTHOUSE THEORY,                  :
THE PENTHOUSE COLLECTIVE and OSELL     :
DINODIRECT CHINA LIMITED,              :
                                       :
                                       :
                           Defendants. :
                                       :
……………………………………………………..X

      JONATHAN ANAND, individually, makes the following initial disclosure in accordance with the Federal Rules of Civil Procedure 26(a).

A.    WITNESSES

The identities of each person (s) likely to have discovered information in respect of the allegations contained in the pleadings are:

1. Jonathan Anand
   Flat 4D, 14-18 Staunton Street
   Soho, Central, Hong Kong

B.    DOCUMENTS

1. None

C.    COMPUTATION OF DAMAGES

1

      To be ascertained upon trial.

D.      INSURANCE POLICY

      Not known at this time.

      Defendant JONATHAN ANAND retains the right to supplement, amend, modify or otherwise act with respect to the above.

Dated: January 27, 2023
      New York, NY

                                  _____/s/_____
                                  **Sanjay Chaubey, Esq. (SC-3241)**
                                  *Attorney for the Defendant*
                                          *Jonathan Anand*