Exhibit 15

Exhibit 15



## Re: Brian Donnelly AKA KAWS and KAWS Inc., v. Jonathan Anand, et. al. Civil Action No. 21-cv-09562-PKC
1 message

**Nehemiah Glanc** <nglanc@argolub.com>                                                              Tue, Apr 18, 2023 at 10:01 AM
To: Sanjay Chaubey <chaubeylaw@gmail.com>
Cc: Russell Zwerin <rzwerin@argolub.com>, Linda DiLeva <ldileva@argolub.com>

```
Dear Mr. Chaubey:  Pursuant to FRCP 37(a)(1) and Judge Castel's Individual
Practices, are you available this Thursday (4/20) morning or afternoon or
Friday (4/21) late morning or early afternoon to discuss by telephone the
deficiencies of your discovery responses?



Thank you. —Nehemiah Glanc—

Nehemiah S. Glanc
Aaron Richard Golub, Esquire, P.C.
24 East 64th Street
Fifth Floor
New York, New York 10065
Ph: 212-838-4811
Fx: 212-838-4869
  email: nglanc@argolub.com
```

On 4/10/23 12:58 PM, Sanjay Chaubey wrote:

> Dear Mr. Glanc:
>
> Find attached the following:
>
> 1. Defendants' Response to Plaintiff's First Request for Admission
> 2. Defendants' Response to Plaintiff's First Set of Document Request
> 3. Defendants' Response to Plaintiff's First Set of Interrogatories
>
> Thank you,
> Sanjay Chaubey, Esq.
> ..................................................
> **Please Note Our New Address Below:**
>
> Law Offices of Sanjay Chaubey
> 420 Lexington Avenue, Suite 2148
> New York, NY 10170
> Phone: 212-563-3223
> Fax: 212-563-4534