Exhibit 16

Exhibit 16


## Re: Brian Donnelly AKA KAWS and KAWS Inc., v. Jonathan Anand, et. al. Civil Action No. 21-cv-09562-PKC

1 message

**Sanjay Chaubey** <chaubeylaw@gmail.com>  Thu, Apr 27, 2023 at 1:45 PM
To: Nehemiah Glanc <nglanc@argolub.com>
Cc: Russell Zwerin <rzwerin@argolub.com>, Linda DiLeva <ldileva@argolub.com>

Good afternoon,

Pursuant to the telecon on Thursday, April 20, 2023, please note Defendant's responses:

1. For document request, the Defendants do not possess any such documents and will provide an affidavit for the same.

2. For interrogatories, jonathananand@gmail.com is the correct email address.

Thank you,
Sue
Associate Lawyer

Law Offices of Sanjay Chaubey
....................................................
**Please Note Our New Address Below:**

Law Offices of Sanjay Chaubey
420 Lexington Avenue, Suite 2148
New York, NY 10170
Phone: 212-563-3223
Fax: 212-563-4534

> On Tue, Apr 18, 2023 at 1:27 PM Sanjay Chaubey <chaubeylaw@gmail.com> wrote:
>
>> Good afternoon,
>>
>> I have scheduled the telecon for 2.00 p.m., Thursday, April 20, 2023.
>>
>> Thank you,
>> Sue
>> Associate Lawyer
>>
>> Law Offices of Sanjay Chaubey
>> ....................................................
>> **Please Note Our New Address Below:**
>>
>> Law Offices of Sanjay Chaubey
>> 420 Lexington Avenue, Suite 2148
>> New York, NY 10170
>> Phone: 212-563-3223
>> Fax: 212-563-4534
>>
>>
>> On Tue, Apr 18, 2023 at 12:42 PM Nehemiah Glanc <nglanc@argolub.com> wrote:
>>
>>> ```
>>> 2pm on Thursday 4/20?
>>>
>>> Thank you. —Nehemiah Glanc—
>>>
>>> Nehemiah S. Glanc
>>> Aaron Richard Golub, Esquire, P.C.
>>> 24 East 64th Street
>>> Fifth Floor
>>> New York, New York 10065
>>> Ph: 212-838-4811
>>> ```

```
Fx: 212-838-4869
email:
```
nglanc@argolub.com

On 4/18/23 12:40 PM, Sanjay Chaubey wrote:

> Dear Mr. Glanc
> Thursday afternoon on April 20 is okay with me
> Thank you,
> Sanjay Chaubey, Esq.
> ....................................................
> **Please Note Our New Address Below:**
>
> Law Offices of Sanjay Chaubey
> 420 Lexington Avenue, Suite 2148
> New York, NY 10170
> Phone: 212-563-3223
> Fax: 212-563-4534
>
> On Tue, Apr 18, 2023 at 10:01 AM Nehemiah Glanc <nglanc@argolub.com> wrote:
>
>> ```
>> Dear Mr. Chaubey:  Pursuant to FRCP 37(a)(1) and Judge Castel's
>> Individual Practices, are you available this Thursday (4/20)
>> morning or afternoon or Friday (4/21) late morning or early
>> afternoon to discuss by telephone the deficiencies of your
>> discovery responses?
>>
>>
>>
>> Thank you. —Nehemiah Glanc—
>>
>> Nehemiah S. Glanc
>> Aaron Richard Golub, Esquire, P.C.
>> ```
>> 24 East 64th Street
>> ```
>> Fifth Floor
>> New York, New York 10065
>> Ph: 212-838-4811
>> Fx: 212-838-4869
>> email:
>> ```
>> nglanc@argolub.com
>>
>> On 4/10/23 12:58 PM, Sanjay Chaubey wrote:
>>
>>> Dear Mr. Glanc:
>>>
>>> Find attached the following:
>>>
>>> 1. Defendants' Response to Plaintiff's First Request for Admission
>>> 2. Defendants' Response to Plaintiff's First Set of Document Request
>>> 3. Defendants' Response to Plaintiff's First Set of Interrogatories
>>>
>>> Thank you,
>>> Sanjay Chaubey, Esq.
>>> ....................................................
>>> **Please Note Our New Address Below:**
>>>
>>> Law Offices of Sanjay Chaubey
>>> 420 Lexington Avenue, Suite 2148
>>> New York, NY 10170
>>> Phone: 212-563-3223
>>> Fax: 212-563-4534