Exhibit 17

Exhibit 17


## Re: Brian Donnelly AKA KAWS and KAWS Inc., v. Jonathan Anand, et. al. Civil Action No. 21-cv-09562-PKC

1 message

**Russell Zwerin** <rzwerin@argolub.com>                                                           Fri, Apr 28, 2023 at 12:14 PM
To: Sanjay Chaubey <chaubeylaw@gmail.com>, Nehemiah Glanc <nglanc@argolub.com>, Linda DiLeva <ldileva@argolub.com>

Mr. Chaubey and Ms. Balai-

On our April 20, 2023 telephonic meet-and-confer, we discussed the many deficiencies in Defendants' Responses to Plaintiffs' First Set of Document Requests and Defendants' Responses to Plaintiffs' First Set of Interrogatories, both dated April 10, 2022. On that call, you stated that you would provide Plaintiffs with your client's amended and supplemental Responses by April 27, 2023.

Yesterday, Ms. Balai emailed Plaintiffs' counsel the following:

> "Pursuant to the telecon on Thursday, April 20, 2023, please note Defendant's responses:
>
> 1. For document request, the Defendants do not possess any such documents and will provide an affidavit for the same.
>
> 2. For interrogatories, jonathananand@gmail.com is the correct email address."

Please confirm that Defendants will not be providing Plaintiffs with additional amended and supplemental Responses.

Regards,

Russell

On Thu, Apr 27, 2023 at 1:46 PM Sanjay Chaubey <chaubeylaw@gmail.com> wrote:
> Good afternoon,
>
> Pursuant to the telecon on Thursday, April 20, 2023, please note Defendant's responses:
>
> 1. For document request, the Defendants do not possess any such documents and will provide an affidavit for the same.
>
> 2. For interrogatories, jonathananand@gmail.com is the correct email address.
>
> Thank you,
> Sue
> Associate Lawyer
>
> Law Offices of Sanjay Chaubey
> ..................................................
> **Please Note Our New Address Below:**
>
> Law Offices of Sanjay Chaubey
> 420 Lexington Avenue, Suite 2148
> New York, NY 10170
> Phone: 212-563-3223
> Fax: 212-563-4534
>
>> On Tue, Apr 18, 2023 at 1:27 PM Sanjay Chaubey <chaubeylaw@gmail.com> wrote:
>>> Good afternoon,
>>>
>>> I have scheduled the telecon for 2.00 p.m., Thursday, April 20, 2023.
>>>
>>> Thank you,

Sue
Associate Lawyer

Law Offices of Sanjay Chaubey

...............................................
**Please Note Our New Address Below:**

Law Offices of Sanjay Chaubey
420 Lexington Avenue, Suite 2148
New York, NY 10170
Phone: 212-563-3223
Fax: 212-563-4534

On Tue, Apr 18, 2023 at 12:42 PM Nehemiah Glanc <nglanc@argolub.com> wrote:

> 2pm on Thursday 4/20?
>
> Thank you. –Nehemiah Glanc–
>
> Nehemiah S. Glanc
> Aaron Richard Golub, Esquire, P.C.
> 24 East 64th Street
> Fifth Floor
> New York, New York 10065
> Ph: 212-838-4811
> Fx: 212-838-4869
> email: nglanc@argolub.com
>
> On 4/18/23 12:40 PM, Sanjay Chaubey wrote:
>
>> Dear Mr. Glanc
>> Thursday afternoon on April 20 is okay with me
>> Thank you,
>> Sanjay Chaubey, Esq.
>>
>> ...............................................
>> **Please Note Our New Address Below:**
>>
>> Law Offices of Sanjay Chaubey
>> 420 Lexington Avenue, Suite 2148
>> New York, NY 10170
>> Phone: 212-563-3223
>> Fax: 212-563-4534
>>
>> On Tue, Apr 18, 2023 at 10:01 AM Nehemiah Glanc <nglanc@argolub.com> wrote:
>>
>>> Dear Mr. Chaubey:  Pursuant to FRCP 37(a)(1) and Judge Castel's
>>> Individual Practices, are you available this Thursday (4/20)
>>> morning or afternoon or Friday (4/21) late morning or early
>>> afternoon to discuss by telephone the deficiencies of your
>>> discovery responses?
>>>
>>>
>>> Thank you. –Nehemiah Glanc–
>>>
>>> Nehemiah S. Glanc
>>> Aaron Richard Golub, Esquire, P.C.
>>> 24 East 64th Street
>>> Fifth Floor
>>> New York, New York 10065
>>> Ph: 212-838-4811
>>> Fx: 212-838-4869
>>> email: nglanc@argolub.com
>>>
>>> On 4/10/23 12:58 PM, Sanjay Chaubey wrote:
>>>
>>>> Dear Mr. Glanc:

> Find attached the following:
>
> 1. Defendants' Response to Plaintiff's First Request for Admission
> 2. Defendants' Response to Plaintiff's First Set of Document Request
> 3. Defendants' Response to Plaintiff's First Set of Interrogatories
>
> Thank you,
> Sanjay Chaubey, Esq.
> ....................................................
> **Please Note Our New Address Below:**
>
> Law Offices of Sanjay Chaubey
> 420 Lexington Avenue, Suite 2148
> New York, NY 10170
> Phone: 212-563-3223
> Fax: 212-563-4534

--
_____
Russell Zwerin, Esquire
AARON RICHARD GOLUB, ESQUIRE, P.C.
24 East 64th Street - Fifth Floor
New York, New York  10065
Ph: 212-838-4811
Fx: 212-838-4869
rzwerin@argolub.com