# Exhibit 23



**Jonathan Anand** • 3rd+
Managing Director at Homeless Penthouse
1mo • 🌐

A custom Couch that we made for a private client. If you could make your own furniture, would you?

Did you make furniture for yourself or would you make furniture to sell?

#interiordesign #sourcing #china #ecommerce





**Jonathan Anand** · 3rd+
Managing Director at Homeless Penthouse
1mo · 🌐

A custom Couch that we made for a private client. If you could make your own furniture, would you?

Did you make furniture for yourself or would you make furniture to sell?

#interiordesign #sourcing #china #ecommerce



**Jonathan Anand** • 3rd+ 
Managing Director at Homeless Penthouse
1mo • 🌐

A custom Couch that we made for a private client. If you could make your own furniture, would you?

Did you make furniture for yourself or would you make furniture to sell?

#interiordesign #sourcing #china #ecommerce




**Jonathan Anand** • 3rd+
Managing Director at Homeless Penthouse
2yr • 🌐

New doors blew my mind 🔥

