# Exhibit 25



| | | |
|---|---|---|
| | murakami light | 1 |
| | cc surfboard | 1.8m 1wht |
| | lv plate set | 1set |
| | fendi luggage | 2 |
| | lv briefcase | size 2,3 |
| | cc fox set | 1 |

Dm me if u want something
All in stock in the china office