# Exhibit 28



