Exhibit 29

Exhibit 29

threads.net/@jonnypenthouse



**Jonathan Anand**

jonnypenthouse  threads.net

No stunt doubles.

62 followers



 

jonnypenthouse reposted

 penthousetheory 2d 
No horseplay in the pool



  

4 likes

jonnypenthouse reposted

 penthousetheory 2d
No horseplay in the pool



   
4 likes

 jonnypenthouse reposted

**penthousetheory** 2d
No horseplay in the pool



   
4 likes