UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRIAN DONNELLY a/k/a KAWS, et al.,

                      Plaintiffs,

                                                                         21-cv-9562 (PKC)

        -against-                                        ORDER

JONATHAN ANAND, et al,

                      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Counsel to defendant Jonathan Anand has advised the Court that Anand filed for Chapter 7 bankruptcy protection in Virginia. (ECF 125.) The automatic bankruptcy stay is in effect as to Anand. Plaintiffs' motion for sanctions and entry of default judgment against Anand is terminated without prejudice to renewal when the bankruptcy stay is lifted. (ECF 122.)

        Defendants Anand and David Kang are ordered to advise the Court in writing immediately upon the conclusions of their respective bankruptcy proceedings and the lifting of the automatic bankruptcy stay. The Clerk is respectfully directed to terminate the two letter-motions. (ECF 122, 125.)

        SO ORDERED.

                                                        P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
        April 2, 2024