**LAW OFFICES OF SANJAY CHAUBEY**

211 East 43rd Street, Suite 623
New York, NY 10017
Phone: 212 563 3223
Email: chaubeylaw@gmail.com

Mailing Address:
19 Stillman Lane,
Pleasantville, NY 10570

April 4, 2024

**BY ECF**
Hon. Judge P. Kevin Castel,
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

Re: **Brian Donnelly v. Jonathan Anand et al Civil Action No. 1:21-cv-9562(PKC)**
Subject: **Request for Lifting of the Automatic Bankruptcy Stay**

Dear Hon. Judge Castel:

This office represents Defendant Jonathan Anand in the captioned matter.

I am writing this letter pursuant to your Honor's Order dated April 2, 2024, advising the Honorable Court in writing about the conclusion of Jonathan Anand's bankruptcy proceedings and the lifting of the automatic bankruptcy stay.

Upon inquiry, I found that Jonathan Anand was granted a discharge under 11 U.S.C. § 727 on February 7, 2024, (Bankruptcy Case Number 23-50762). A copy of the discharge of debtor is attached with this letter along with certificate of notice.

However, I have also found that plaintiffs have filed Adversary Proceeding bearing number 24-05001-SCS before United States Bankruptcy Court Eastern District of Virginia against Defendant Jonathan Anand and his entities. The Adversary Proceeding is pending a final adjudication.

Furthermore, I have noticed that my name is also included in the list of creditors by Defendant Jonathan Anand. This may create a potential conflict of interest with Defendant Jonathan Anand and his entities in the present action. I, as an attorney of record, request the Honorable Court to terminate my representation of Defendant Jonathan Anand and his entities forthwith.

1

Thank you for your Honor's attention to this manner.

Respectfully,

  /s/
Sanjay Chaubey, Esq. (SC-3241)
*Attorney for the Defendants*


Encl.: Discharge of debtor, Certificate of notice


CC: Nehemiah Salomon Glanc, Esq., Russell I. Zwerin, *Attorneys for Plaintiff* (Via ECF)
    Jonathan M. Anand (Via Email)

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jonathan Mohan Anand<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7639<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    Eastern District of Virginia

Case number:   23–50762–SCS

---

# Discharge of Debtor                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jonathan Mohan Anand

<u>February 7, 2024</u>                                    **For the court:**   <u>William C. Redden</u>
                                                                               Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                                                       Case No. 23-50762-SCS
Jonathan Mohan Anand                                                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-6                     User: admin                     Page 1 of 2
Date Rcvd: Feb 08, 2024               Form ID: 318                   Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Mohan Anand, 405 Green Tree Cove, Newport News, VA 23606-1200 |
| 16261976 | + | Ace Watches, 150 Grand Street, Carlstadt, NJ 07072-2105 |
| 16261978 | | BLOOMINGDALES/CITIBANK, N.A., 911 DUKE BLVD, Mason, OH 45040-0000 |
| 16261980 | + | BRIAN DONNELLY c/o, Nehemiah Salomon Glanc, 35 East 64th Street, Suite 4a, New York, NY 10065-7078 |
| 16261981 | + | Brian Douglas Siff, Duane Morris LLP, 1540 Broadway, New York, NY 10036-4086 |
| 16261985 | + | David Kang, c/o Akin Law Group, 45 Broadway, Suite 1420, New York, NY 10006-3799 |
| 16261986 | + | Dylan Jovan Leong Yi Zhi, c/o Duane Morris LLP, 1540 Broadway, New York, NY 10036-4086 |
| 16261990 | + | Leopold Raic , Jr., Akin Law Group, 45 Broadway, Suite 1420, New York, NY 10006-3799 |
| 16261991 | | Sanjay Chaubey, 19 Stillman Lane, Pleasantville, NY 10570-3901 |
| 16261993 | + | U.S. District Court, Southern District of New York, 40 Foley Square, New York, NY 10007-1502 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: daniel.raymond@txitrustee.com | Feb 09 2024 00:37:00 | Daniel A. Raymond, Chapter 7 Trustee, 4732 Longhill Road, Suite 3101, Williamsburg, VA 23188 |
| 16261979 | + | EDI: BMW.COM | Feb 09 2024 05:26:00 | BMW Group Financial Services, 300 Chestnut Ridge Rd, Woodcliff Lake, NJ 07677-7739 |
| 16261977 | + | EDI: TSYS2 | Feb 09 2024 05:26:00 | Barclays Bank Delaware, 700 Prides Crossing, Newark, DE 19713-6109 |
| 16261982 | + | EDI: CAPITALONE.COM | Feb 09 2024 05:26:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 16261983 | + | EDI: CITICORP | Feb 09 2024 05:26:00 | CitiBank, P. O. Box 6241, Sioux Falls, SD 57117-6241 |
| 16261984 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 09 2024 00:51:07 | Credit One Bank, P O Box 98873, Las Vegas, NV 89193-8873 |
| 16261987 | + | EDI: AMINFOFP.COM | Feb 09 2024 05:26:00 | First Premier Bankcard, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 16261988 | | EDI: JPMORGANCHASE | Feb 09 2024 05:26:00 | JPMCB - CARD SERVICES, 301 N WALNUT ST, FLOOR 09, Wilmington, DE 19801-0000 |
| 16261989 | | EDI: JPMORGANCHASE | Feb 09 2024 05:26:00 | JPMorgan Chase Bank, N.A., 270 Park Avenue, New York, NY 10017-0000 |
| 16261992 | + | EDI: LCITDAUTO | Feb 09 2024 05:26:00 | TD BANK NA, 200 CAROLINA PT PKWY, Greenville, SC 29607-5766 |
| 16263158 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Feb 09 2024 00:38:00 | U.S. Attorney, Fountain Plaza Three, Suite 300, 721 Lakefront Commons, Newport News, VA 23606-3324 |
| 16261994 | + | EDI: VERIZONCOMB.COM | Feb 09 2024 05:26:00 | Verizon Wireless, 500 Techology Dr, Suite 550, Saint Charles, MO 63304-2225 |

| | | |
|---|---|---|
| District/off: 0422-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 08, 2024 | Form ID: 318 | Total Noticed: 22 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | KAWS, Inc. & Brian Donnelly a/k/a KAWS |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel A. Raymond | raymondtrustee@outlook.com draymond@iq7technology.com;ecf.alert+Raymond@titlexi.com |
| Donna J. Hall | on behalf of Plaintiff Brian Donnelly a/k/a KAWS and KAWS  Inc. dhall@goodmanallen.com, dmorris@goodmanallen.com |
| Donna J. Hall | on behalf of Creditor KAWS  Inc. & Brian Donnelly a/k/a KAWS dhall@goodmanallen.com, dmorris@goodmanallen.com |
| Gerard R. Vetter | ustpregion04.no.ecf@usdoj.gov |
| Nathaniel Webb | on behalf of Debtor Jonathan Mohan Anand bankruptcy@natwebb.hrcoxmail.com |

TOTAL: 5