UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRIAN DONNELLY, et al.,

                    Plaintiffs,

                                                                                        21-cv-9562 (PKC)

          -against-                                                      ORDER

JONATHAN ANAND, et al.,

                    Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has reviewed the parties' letter-briefs (ECF 127, 128, 129) and the dockets of the relevant proceedings in the United States Bankruptcy Court for the Eastern District of Virginia. The plaintiffs in this action have filed objections in the Bankruptcy Court to the discharge of Mr. Anand's bankruptcy petition. Proceedings in the Bankruptcy Court are ongoing. The automatic bankruptcy stay remains in effect. See 11 U.S.C. § 362. Counsel are Ordered to promptly advise the Court in writing upon the conclusion of bankruptcy proceedings. Mr. Chaubey's motion to withdraw is denied without prejudice to renewal after the lifting of the bankruptcy stay, and the Clerk is respectfully directed to terminate the motion (ECF 127).

        SO ORDERED.

                                                                    P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
       April 15, 2024