# Aaron Richard Golub, Esquire, P.C.

24 East 64th Street, Fifth Floor  
New York, NY 10065

212 838-4811  
Facsimile 212 838-4869  
October 23, 2024

**VIA ECF**
The Honorable P. Kevin Castel
United States Courthouse
Courtroom 11D
500 Pearl Street
New York, New York 10007

    Re:    Brian Donnelly AKA KAWS et al v. Jonathan Anand et al,
            <u>Civil Action No. 1:21-cv-09562 (PKC) (BCM)</u>

Dear Judge Castel:

    This office represents Plaintiffs in the above-captioned action. On October 25, 2023, Defendant Jonathan Anand ("JA") filed a Chapter 7 bankruptcy petition in U.S. Bankruptcy Court for the Eastern District of Virginia (the "Virginia Bankruptcy Court"). On February 2, 2024, Plaintiffs filed, in the Virginia Bankruptcy Court, Plaintiffs' Complaint Pursuant to 11 U.S.C. §523 Objecting to the Dischargeability of the Debt to Plaintiffs.

    On April 15, 2024, the United States District Court for the Southern District of New York (the "New York District Court") ordered that the action in New York is stayed in light of JA's bankruptcy filing in Virginia (the "4/15/24 Stay Order").

    On April 26, 2024, Plaintiffs filed, in the Virginia Bankruptcy Court, Plaintiffs' Motion to Withdraw the Reference and Motion to Transfer Case to the Southern District of New York ("Motion to Withdraw and Transfer"), seeking a withdrawal of the reference to the Virginia Bankruptcy Court and a transfer back to the New York District Court. On June 25, 2024, Plaintiffs' Motion to Withdraw and Transfer was transmitted to the United States District Court for the Eastern District of Virginia (the "Virginia District Court").

    On August 20, 2024, the Honorable Jamar K. Walker of the Virginia District Court granted Plaintiffs' Motion to Withdraw and Transfer, holding that the matter shall be transferred back to the New York District Court (the "8/20/24 Order") (Ex. 1). On September 26, 2024, the Virginia Bankruptcy Court uploaded the 8/20/24 Order onto its docket. On October 10, 2024, the Virginia Bankruptcy Court corrected its September 26, 2024 docket entry. On October 11, 2024, the Virginia Bankruptcy Court uploaded an entry onto its docket, stating, "Adversary Proceeding Closed."

    Mindful of the stay in this action, but cognizant that this Court wants to be informed of the status of the Virginia bankruptcy proceeding, I called Chambers to ask whether I could e-file

# Aaron Richard Golub, Esquire, P.C.

The Honorable P. Kevin Castel
October 23, 2024

this letter. Having been advised to do so, I now e-file such letter and respectfully request that this Court lift the stay in this action.

Respectfully Submitted,

*Russell Zwerin* (signature)

Russell I. Zwerin
*Counsel for Plaintiffs*

cc: Law Offices of Sanjay Chaubey (via ECF)