UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRIAN DONELLY, et al.,

                Plaintiffs,                21-cv-9562 (PKC)
                                                  24-cv-6320 (PKC)

        -against-                                ORDER

JONATHAN ANAND,

                Defendant.
-----------------------------------------------------------x

CASTEL, District Judge:

       Let the parties show cause in writing by November 19, 2024 why the stay in 21-cv-9562 ought not be lifted and 24-cv-6329 administratively closed. Also by November 19, the parties shall set forth in writing the steps necessary to bring the matter to final resolution.

       Counsel for plaintiff shall forthwith serve this Order on Jonathan Anand.

       SO ORDERED.

                                              P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       November 8, 2024