

**RHA KIM GROSSMAN & MCILWAIN, LLP**

29 W 36th Street, Suite 402, New York, NY 10018
215-10 Northern Blvd., Suite 201, Bayside, NY 11361
Tel.: 718.321.9797   Fax: 718.321.9799
www.rhakimlaw.com

November 19, 2024

<u>*Filed Via ECF*</u>
Honorable Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      RE:    <u>Brian Donnelly aka KAWS et al. v. Jonathan Anand et al.</u>
               <u>Civil Action No. 1:21-cv-09562 (PKC)</u>

Your Honor,

    My firm represents Defendant David Kang with respect to the above-entitled matter. I am writing in response to this Court's Order dated November 8, 2024.

    As of the date of this correspondence, Mr. Kang's Chapter 13 bankruptcy proceeding is still pending in the United States Bankruptcy Court, District of New Jersey.

    On Friday November 15th, I spoke with Plaintiff's attorney Russell Zwerin. Based on that conversation, I understand that the Plaintiff will be dismissing Defendant David Kang from the 2021 action. My firm takes no position as it relates to the Court's inquiry relating to 24-cv-6329.

                                        Sincerely,

                                        RHA KIM GROSSMAN & MCILWAIN LLP

                                        Patrick J. McIlwain, Esq. (PM 7097)
                                        *Attorneys for Defendant David Kang*
                                        29 W 36th St., Ste 402
                                        New York, NY 10018
                                        pmcilwain@rhakimlaw.com