**LAW OFFICES OF SANJAY CHAUBEY**
211 East 43rd Street, Suite 623
New York, NY 10017
Phone: 212 563 3223
Email: chaubeylaw@gmail.com

Mailing Address:
19 Stillman Lane,
Pleasantville, NY 10570

November 15, 2024

**BY ECF**
Hon. Judge P. Kevin Castel,
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

*[Handwritten annotation: Neither ECF 122 nor this letter is a motion to withdraw. It is not obvious that the listing of counsel as a creditor in a now terminated bankruptcy creates a conflict of interest requiring disqualification.]*

Re: **Brian Donnelly v. Jonathan Anand et al Civil Action No. 1:21-cv-9562(PKC)**
Subject: **Showcause for Lifting of the Automatic Bankruptcy Stay**

Dear Hon. Judge Castel:

*[Handwritten annotation: If Mr. Chaubey wishes to pursue the issue, he shall file a motion with affidavit and memorandum of law by December 16, 2024 which shall be served]*

This office represents Defendant Jonathan Anand in the captioned matter.

I am writing this letter pursuant to your Honor's Order dated November 8, 2024, advising the Honorable Court in writing about why the stay in 21-cv-9562 ought not to be lifted and 24-cv-6329 administratively closed. The Court further directed parties to set forth in writing steps necessary to bring the matter to final resolution.

As stated earlier, that Jonathan Anand was granted a discharge under 11 U.S.C. § 727 on February 7, 2024, (Bankruptcy Case Number 23-50762).

However, by the Opinion and Order dated August 20, 2024, Honorable Jamar K. Walker, US District Judge for the Eastern District of Virginia has transferred the case to the Southern District of New York to the present related action.

It is respectfully submitted that I am named as creditor in the list of creditors by Defendant Jonathan Anand. This may create a potential conflict of interest with Defendant Jonathan Anand and his entities in the present action. I, as an attorney of record, request the Honorable Court to terminate my representation of Defendant Jonathan Anand and his entities forthwith. I have discussed this issue with Defendant Jonathan Anand and he has no objection to my termination of representation.

*[Handwritten annotation: on his client. Any response shall be due by Jan 6, 2025 and any reply by January 13, 2025. SO ORDERED. P. Kevin Castel, USDJ 11-20-24]*

Case 1:21-cv-09562-PKC    Document 134    Filed 11/15/24    Page 2 of 2

In view of the above, I may not be in a position to advise the Honorable Court as to the lifting of the stay or steps necessary to bring the matter to a final resolution.

Thank you for your Honor's attention to this manner.

Respectfully,

__/s/_____
Sanjay Chaubey, Esq. (SC-3241)
*Attorney for the Defendants*


Encl.: Discharge of debtor, Certificate of notice


CC: Nehemiah Salomon Glanc, Esq., Russell I. Zwerin, *Attorneys for Plaintiff* (Via ECF)
    Jonathan M. Anand (Via Email)