# *Aaron Richard Golub, Esquire, P.C.*

*24 East 64th Street, Fifth Floor*  *212 838-4811*
*New York, New York 10065*  *Facsimile 212 838-4869*

January 30, 2025

**VIA ECF**
The Honorable P. Kevin Castel
United States Courthouse
Courtroom 11D
500 Pearl Street
New York, New York 10007

     Re:    Brian Donnelly AKA KAWS et al v. Jonathan Anand et al,
              Civil Action No. 1:21-cv-09562 (PKC) (BCM)

Dear Judge Castel:

     This office represents Plaintiffs in the above-captioned action. Plaintiffs submit this letter in response to Sanjay Chaubey, Esq.'s ("Chaubey") motion to withdraw as attorney (Dkt.#140).

     In an effort to ensure the prompt resolution of this action, Plaintiffs do not object to Chaubey's motion to withdraw in light of Chaubey's claims of non-payment from and lack of communication with his client.

                                              Respectfully Submitted,

                                              Russell I. Zwerin

cc: Sanjay Chaubey of the Law Offices of Sanjay Chaubey (via ECF)