1

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..............................................................x
                                                              :
Brian Donnelly aka KAWS and KAWS INC.                         :
                                                              :  1:21-cv-09562-PKC
                                    Plaintiff,                :
                                                              :
                                                              :  NOTICE OF MOTION TO
                                                              :  WITHDRAW AS COUNSEL
          - v. –                                              :
                                                              :
JONATHAN ANAND, et. al.                                       :
                                    Defendants.               :
..............................................................x

    PLEASE TAKE NOTICE that upon my annexed declaration, and subject to the approval of the court, I hereby withdraw as Counsel for Defendant Jonathan Anand, and request that I be removed from the Case Management Electronic Case Files (CM/ECF) notification list in the above-captioned matter. The reason for my withdrawal is that I am named as a creditor in the list of creditors by Defendant Jonathan Anand. This may create a potential conflict of interest with Defendant Jonathan Anand and his entities in the present action.

    WHEREFORE, it is respectfully requested that the Court withdraw the appearance of Sanjay Chaubey, Esq. on behalf of Defendant Jonathan Anand.

Dated: New York, New York
January 2, 2025

By: _____sanjay chaubey_____
SANJAY CHAUBEY, ESQ.
Attorney for Defendant
Jonathan Anand
211 East 43rd Street, Suite 623
New York, NY 10017
Phone: 212-563-3223
Email: chaubeylaw@gmail.com

*Handwritten note by the Court:* Despite the admonition and direction in the Court's Order of November 21, 2024, the Court sees no affidavit of service of the motion on Mr. Anand. File affidavit of service forthwith. SO ORDERED. /s/ [Judge signature] USDJ 1-30-25