UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X Civil Action 1:21-cv-09562-PKC

BRIAN DONNELLY AKA KAWS and
KAWS INC.,

                           Plaintiffs,

-against-

JONATHAN ANAND, both individually and doing
business as HOMELESS PENTHOUSE,
PENTHOUSE THEORY, HIDEOUT.NYC,
INCOGNITO and YOUNG NEON, DAVID KANG,
DYLAN JOVAN LEONG YI ZHI,
THE PENTHOUSE THEORY,
THE PENTHOUSE COLLECTIVE and
OSELL DINODIRECT CHINA LIMITED,

                           Defendants.
---------------------------------------------------------------X

**DECLARATION OF RUSSELL I. ZWERIN, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

RUSSELL I. ZWERIN, ESQ. hereby declares as follows:

1. I am associated with Aaron Richard Golub, Esquire, P.C., attorneys for Plaintiffs Brian Donnelly AKA KAWS and KAWS Inc. (collectively, "Plaintiffs"). I submit this Declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Plaintiffs because I will no longer be an attorney associated with Aaron Richard Golub, Esquire, P.C., the law firm that represents Plaintiffs in the above-captioned action.

2. My withdrawal will not delay the action or prejudice any party, particularly as Aaron Richard Golub, Esquire, P.C. will remain as counsel for Plaintiffs in the above-captioned action.

3. I am not retaining a charging lien against Plaintiffs.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

DATED: New York, New York
February 10, 2025

                                                                                 Russell I. Zwerin