UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X Civil Action No. 1:21-cv-09562-PKC
BRIAN DONNELLY AKA KAWS and
KAWS INC.,

                                                      **PROPOSED ORDER**

                                Plaintiffs,

         -against-

JONATHAN ANAND, both individually and doing
business as HOMELESS PENTHOUSE,
PENTHOUSE THEORY, HIDEOUT.NYC,
INCOGNITO and YOUNG NEON, DAVID KANG,
DYLAN JOVAN LEONG YI ZHI,
THE PENTHOUSE THEORY,
THE PENTHOUSE COLLECTIVE and
OSELL DINODIRECT CHINA LIMITED,

                                Defendants.
-----------------------------------------------------------------X

This Court having considered the Motion to Withdraw as Counsel and supporting

documents; and for good cause shown;

     **IT IS** on this __11th__ day of __February__, 2025,

     **ORDERED** that Russell I. Zwerin, Esq. be withdrawn as Counsel for Plaintiffs Brian

Donnelly AKA KAWS and KAWS Inc. and that the Motion to Withdraw as Counsel is hereby

**GRANTED**.

                                       BY THE COURT:

                                       Hon. Judge P. Kevin Castel

                                       2/11/2025