# Aaron Richard Golub, Esquire, P.C.
## Lawyers

Aaron Richard Golub, Esquire

argolub@argolub.com
42 East 64th Street
New York, New York 10065

Office 212-838-4811
Cellular 917-282-2619
Facsimile 212-308-3102

April 3, 2025

Re: Brian Donnelly AKA KAWS et al v.
Jonathan Anand et al, Civil Action No. 1:21-
cv-09562 (PKC) (BCM)

*Duly noted.*
*SO ORDERED*
*USDJ*
*4-8-25*

Dear Judge Castel:

My office and I have represented the Plaintiff in this action from the outset. Russell Zwerin, Esquire was a lawyer working in my office until February 12, 2025. He was counsel to the Plaintiff in this matter on behalf of my office and me. In addition, a Notice of Appearance was ECF filed on my behalf on February 10, 2025. Today I received an ECF notice that the Plaintiff needed to retain counsel when in fact Plaintiff has counsel. Your chambers confirmed to me today that document 144 (my notice of appearance) was filed on February 10, 2025, accordingly please note that the Plaintiff has counsel and has had counsel since the commencement of this action.

*OK*

Very truly yours,

Aaron Richard Golub