# Aaron Richard Golub, Esquire, P.C.

Aaron Richard Golub, Esquire  
42 East 64th Street, 5th Floor  
New York, New York 10065

Office 1-212-838-4811  
Cellular 917-282-2619  
Email argolub@argolub.com

**VIA ECF**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 7, 2025

The Honorable P. Kevin Castel  
United States Courthouse  
Courtroom 11 D  
500 Pearl Street  
New York, New York 10007

Re: Brian Donnelly AKA KAWS et al. v. Jonathan Anand et al., Civil Action No. 1:21-cv-09562 (PKC) (BCM)

Dear Judge Castel:

This office represents plaintiffs in the above-captioned action, and this letter renews plaintiffs' pending request for the Court to enter an Order, *inter alia*, (i) striking defendant Jonathan Anand's Answer; and (ii) issuing a default judgment against defendant Anand.

Pursuant to my letter of May 13, 2025 (ECF #150), the Court issued a Memo Endorsement that directed Anand to respond to our longstanding and unresolved motion for sanctions by June 2, 2025 (ECF #151). Mr. Anand initially emailed the Court on June 2, 2025, outside of the ECF platform, and listed 7 numbered points that purport to support his position against entry of a default and making a unilateral and unconsented request to defer his formal response until July 17, 2025. The Court has not granted this request.

In response, I again wrote to the Court on June 3, 2025 (ECF #153) and stated that "Mr. Anand's June 2, 2025 letter to the Court disregards and indeed is contradicted by his past actions and inactions fails to respond to the motion." Thereupon, Mr. Anand emailed the Court again outside the ECF portal on June 4, 2025. With no admissible evidence, his letter simply "ask[s] the Court to deny plaintiffs' motion for sanctions and default judgment." This letter not only is untimely based on the Court's Order in ECF #151, Mr. Anand takes an unwarranted second bite at the proverbial apple, whose core is just as rotten as it has been throughout this drawn-out litigation.

The Court set June 2, 2025 as a date certain (ECF #151) for Mr. Anand to respond to plaintiff's sanctions motion from nearly two years ago (ECF ##122-124). Mr. Anand has submitted two separate written submissions to the Court. Those submissions are woefully inadequate and do not merit any further delay in granting plaintiffs the relief to which they are entitled.

# Aaron Richard Golub, Esquire, P.C.

Accordingly, we respectfully request that the Court grant plaintiffs the relief set forth in the Motion for Sanctions, specifically, entry of an Order (i) striking defendant Anand's Answer; (ii) issuing a default judgment against defendant Anand; (iii) awarding plaintiffs their costs and attorney's fees; and (iv) granting plaintiffs such other and further relief as to the Court seems just and proper.

Respectfully submitted,

*/s/ Aaron Richard Golub*

Aaron Richard Golub

cc: Jonathan Anand – via ECF and email