UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brian Donnelly, et al.,

        Plaintiff(s),        21-cv-9562 (PKC)

-against-        ORDER

Jonathan Anand, et al.,

        Defendant(s),

_____

CASTEL, United States District Judge.

    The application of Mr. Anand to be permitted to participate in electronic case filing in this case is provisionally GRANTED.  Motion at ECF 154 should be terminated.

    SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
       July 7, 2025