Jonathan Anand
405 Green Tree Cove
Newport News, VA 23606
jonathananand@gmail.com
917-684-3339

VIA ECF and Email

June 4, 2025

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

**Re: Brian Donnelly a/k/a KAWS et al. v. Jonathan Anand et al., 1:21-cv-09562 (PKC)(BCM)**

Dear Judge Castel:

I respectfully submit this letter in response to plaintiffs' most recent filing and to clarify a core misunderstanding that has persisted throughout this lawsuit. I am not a lawyer, but I hope the Court will view this as a good-faith attempt to explain my position and ask for fair consideration.

To be direct — this lawsuit feels like a personal campaign of harassment by Brian Donnelly (KAWS), sparked by a public disagreement we had on Instagram several years ago. I made comments that offended him, and since then, he appears to have pursued me personally and relentlessly. What should have been a business matter has been turned into something deeply personal.

I was hired to do marketing work for a business that primarily sold furniture and home decor. I did not own or operate that company. I was not involved in sourcing, production, logistics, or fulfillment. I didn't create or sell any counterfeit goods. I wasn't responsible for validating authenticity — my only role was digital marketing and media. I never had control of the business, and I certainly wasn't the one making executive decisions. I answered truthfully to the best of my ability when questioned under oath.

It is extremely unfair that I've been treated as the face of this case. I was simply an employee. I did what I was hired to do. Yet, Mr. Donnelly has chosen to single me out and hold me accountable for an entire company's actions — a company I didn't even own.

This case has dragged on for nearly four years. During that time, I've gone through a bankruptcy, which plaintiffs continue to bring up as if it were a tactic — but it wasn't. It was real. I lost everything and had to move back in with my parents. I have no assets. There's no ongoing business, no money to collect, and no harm being done. The aggressive nature of this litigation at this point feels like punishment for a grudge, not a pursuit of justice.

I respectfully ask the Court to deny plaintiffs' motion for sanctions and default judgment. I apologize if any of my delays were seen as disrespectful to the Court — that was never my intention. I've struggled personally and financially, but I've continued to try to show up and participate in this process as best I can. I am now registered for ECF and am doing my best to respond, even without legal counsel.

All I want is a fair opportunity to defend myself. I'm not a counterfeiter. I'm not the villain plaintiffs claim I am. I was just a media worker doing contract marketing. I humbly ask the Court not to let this case be decided by default, and to let me be heard.

Respectfully,

Jonathan Anand