UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRIAN DONNELLY a/k/a KAWS and KAWS
INC.,

                                    Plaintiff,


                                                              21-cv-9562 (PKC)

                   -against-                                  ORDER


JONATHAN ANAND, individually and d/b/a
Homeless Penthouse, Penthouse Theory,
Hideout.NYC, Incognito and Young Neon,
DAVID KANG and OSELL DINODIRECT
CHINA LIMITED,

                                    Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

          In a letter dated November 19, 2024, counsel to defendant David Kang advised

the Court that Kang's bankruptcy proceedings remained pending in the United States Bankruptcy

Court for the District of New Jersey. (ECF 135.) The letter also stated Kang's understanding

that plaintiffs "will be dismissing Defendant David Kang from the 2021 action." (Id.) No later

than August 15, 2025, the parties shall each file a letter updating the Court on the status of

Kang's bankruptcy proceedings and his status in this case.

          OSell DinoDirect China Limited ("Osell") is named as a defendant in this case.

The docket does not contain an affidavit of service as to Osell, and Osell has not appeared in this

case. No later than August 15, 2025, plaintiffs shall show cause in writing why OSell ought not

be dismissed.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
        July 29, 2025