UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BRIAN DONNELLY AKA KAWS and
KAWS INC.,

                        Plaintiffs,

-against-

JONATHAN ANAND, both individually and doing
business as HOMELESS PENTHOUSE,
PENTHOUSE THEORY, HIDEOUT.NYC,
INCOGNITO and YOUNG NEON, DAVID KANG,
DYLAN JOY AN LEONG YI ZHI,
THE PENTHOUSE THEORY,
THE PENTHOUSE COLLECTIVE and
OSELL DINODIRECT CHINA LIMITED,

                        Defendants.
-------------------------------------------------------------X

Civil Action No. 1:21-cv-09562-PKC

**STIPULATION OF DISMISSAL OF DEFENDANT DAVID KANG WITH PREJUDICE UNDER FRCP 41(a)(2)**

    Plaintiffs BRIAN DONNELLY AKA KAWS and KAWS INC. and Defendant DAVID KANG (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. **Dismissal of Defendant David Kang With Prejudice**: Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Parties stipulate to the dismissal of Defendant David Kang from this action, with prejudice.

2. **Effect of Dismissal**: This dismissal is with prejudice, and each party shall bear its own costs and attorneys' fees.

3. **No Further Claims**: The Parties hereby dismiss any claims or counterclaims as against Defendant David Kang in this action. David Kang hereby dismisses any crossclaims or counterclaims against the Parties in this action.

    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, each of which shall constitute an original document when at least one

such document has been executed by each party. Electronic and facsimile copies of this document shall be deemed original for all purposes.

**Dated:** August 4, 2025

Rha Kim Grossman & McIlwain, LLP
By: Patrick J. McIlwain, Esq.
*Attorneys for Defendant David Kang*
29 W. 36th Street, Suite 402
New York, NY 10018
Tel: (718) 321-9797
Email: pmcilwain@rhakimlaw.com

Aaron Richard Golub, Esquire PC
By: Aaron Richard Golub, Esq.
*Attorneys for Plaintiffs KAWS Inc. & Brian Donnelly*
42 E 64th St., 5th Fl.
New York, NY 10065
Tel: (212) 838-4811
Email: argolub@argolub.com