# Aaron Richard Golub, Esquire, P.C.

Aaron Richard Golub, Esquire
42 East 64th Street, 5th Floor
New York, New York 10065

Office 1-212-838-4811
Cellular 917-282-2619
Email argolub@argolub.com

**VIA ECF**
The Honorable P. Kevin Castel
United States Courthouse
Courtroom 11 D
500 Pearl Street
New York, New York 10007

August 4, 2025

Re: Brian Donnelly AKA KAWS et al. v. Jonathan Anand et al., Civil Action No. I :21-cv-09562 (PKC) (BCM); reference to David Kang and Osell DinoDirect China Limited ("Osell")

Dear Judge Castel:

This office represents plaintiffs in the above-captioned action, and this letter is in response to the to the Court Order of 7/29/25.

Plaintiff will not be pursuing the case against either Osell or David Kang. I understand that David Kang's counsel will be submitting a fully executed stipulation of discontinuance. Osell was never served.

Respectfully submitted,

Aaron Richard Golub

Enc.

Cc: jkaplan@rhakimlaw.com
cc Jonathan Anand

Plaintiffs having advised the Court that Osell DinoDirect China Limited ("Osell") has not been served with process in this action and that they do not wish to pursue the action against Osell, the action is deemed voluntarily dismissed as to defendant Osell without prejudice, and the Clerk is directed to terminate Osell as a defendant in this action.
SO ORDERED.
8/5/2025

P. Kevin Castel
United States District Judge