# Aaron Richard Golub, Esquire, P.C.

Aaron Richard Golub, Esquire
42 East 64th Street, 5th Floor
New York, New York 10065

Office 1-212-838-4811
Cellular 917-282-2619
Email argolub@argolub.com

**VIA ECF**

August 12, 2025

The Honorable P. Kevin Castel
United States Courthouse
Courtroom 11 D
500 Pearl Street
New York, New York 10007

Re: Brian Donnelly AKA KAWS et al. v. Jonathan Anand et al., Civil Action No. 1:21-cv-09562 (PKC) (BCM)

Dear Judge Castel:

This office represents plaintiffs in the above-captioned action. As I previously wrote to the Court on August 5, 2025, the Court's Memo Endorsement (ECF 151) directed defendant Jonathan Anand to respond to plaintiff's sanctions motion from nearly two years ago (ECF 122-124) by June 2nd. Mr. Anand's email of yesterday demonstrates that he has no defense to his lawless and damaging actions and that the case without any further bankruptcy stay was transferred back to your court. Mr. Anand has failed to respond to the motion in any substantive manner after being given an incredible amount of time and generous opportunities by this honorable court, and, therefore, I respectfully again submit, he should be deemed in default and the relief requested be granted.

Respectfully submitted,

Aaron Richard Golub

cc: Jonathan Anand – via email (jonathananand@gmail.com)