```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRIAN DONNELLY a/k/a KAWS,

                          Plaintiff/Creditor,

                                                                    24-cv-6320 (PKC)
                                                                    21-cv-9562 (PKC)

              -against-                                             ORDER


JONATHAN MOHAN ANAND individually and
d/b/a Homeless Penthouse, Penthouse Theory,
Hideout.NYC, Incognito and Young Neon,

                          Defendant/Debtor.
-----------------------------------------------------------x
```

CASTEL, U.S.D.J.

An Order entered in <u>Donnelly v. Anand</u>, 24 Civ. 6320 (PKC), on August 5, 2025 scheduled a bench trial for 2 p.m. on September 4, 2025 in Courtroom 11D and directed plaintiff to "submit lists of witnesses, exhibits and a trial brief by August 19, 2025" on the issue of whether plaintiff's claims against Jonathan Mohan Anand are nondischargeable debt pursuant to 11 U.S.C. § 523(a)(6). (24 Civ. 6320, ECF 10.) In capitalized, boldfaced lettering, the Order stated: "**THE FAILURE OF ANY PARTY TO FULLY COMPLY WITH THIS ORDER OR TO APPEAR IN PERSON AT THE SEPTEMBER 4, 2025, 2 P.M. TRIAL WILL RESULT (A) IN THE CASE OF THE PLAINTIFF, IN THE DISMISSAL OF THE PLAINTIFF'S CLAIM AGAINST DEFENDANT . . . .**" (<u>Id.</u>)

Plaintiff did not file pretrial submissions on August 19, 2025 and has not requested an extension of time to do so. However, on August 12, 2025, plaintiff filed a letter to

the docket in Donnelly, et al. v. Anand, 21 Civ. 9562 (PKC), responding to an email that Mr. Anand sent to the Chambers inbox, and again urged the Court to find Mr. Anand in default.

Plaintiff is directed to show cause in writing no later than August 29, 2025 why the claim in Donnelly v. Anand, 24 Civ. 6320 (PKC), ought not be dismissed based on his noncompliance with the Order of August 5, 2025.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
August 22, 2025