UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRIAN DONNELLY a/k/a KAWS,

                      Plaintiff/Creditor,

                                                                            24-cv-6320 (PKC)
                                                                            21-cv-9562 (PKC)

           -against-                                               ORDER

JONATHAN MOHAN ANAND individually and
d/b/a Homeless Penthouse, Penthouse Theory,
Hideout.NYC, Incognito and Young Neon,

                    Defendant/Debtor.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        In an email received to the Chambers inbox on August 29, 2025 at 9:45 p.m., defendant Jonathan Mohan Anand, who is proceeding pro se, requested an adjournment of the September 4, 2025 trial in Donnelly v. Anand, 24 Civ. 6320 (PKC). For the reasons that will be explained, the request will be granted and trial will be adjourned to October 9, 2025 at 11 a.m.

        An Order of August 5, 2025 scheduled a bench trial at 2 p.m. on September 4, 2025 in Courtroom 11D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY. (ECF 10.) On August 28, 2025, Anand sent to the Chamber inbox the pretrial submissions required by that Order, as well as a request to participate in the trial remotely. (ECF 25, 26, 28.) The Court denied the request, noting Anand's conflicting statements that he presently resides in Bangkok, Thailand and Shenzhen, China, as well as his use of a Newport News, Virginia mailing address both in his pretrial submissions and his appearance in the case

docketed at 21 Civ. 9562 (PKC). (ECF 25 at 4-5.) The Court also cited the necessity of Anand's in-person presence in order for the Court to assess his credibility in its role as trier of fact, and that Anand did not request an adjournment of the trial date or propose alternative dates where he could personally appear. (Id. at 5.)

In the email of August 29, Anand states that he did not become aware of the September 4 trial date until he was contacted by plaintiff's counsel on August 26, 2025. Anand states that he currently lives and works in Shenzhen, China, but maintains a permanent United States address at his parent's home in Newport News, Virginia. He states that the reference to residing in Bangkok was a "mistake due to using ChatGPT to help me with the formatting legal responses." Anand states: "Respectfully I am asking for the Court's understanding and request a short adjournment so I appear properly, with sufficient time to properly arrange travel."

The Court takes Anand's statements at face value. The Order of August 5, 2025 directed plaintiff to serve the Order upon Anand and to file an affidavit of service within three days of service. (ECF 10.) Plaintiff, however, also overlooked the Order of August 5 (see ECF 11, 12), and, on August 28, 2025, filed a Certificate of Service stating that he served the August 5 Order by email upon Anand on August 25, 2025. (ECF 19.)

"A schedule may be modified only for good cause and with the judge's consent." Rule 16(b)(4), Fed. R. Civ. P. Plaintiff's untimely service of the August 5, 2025 Order supports a finding of good cause. Further, Anand's stated intention to appear personally weighs in favor of modifying the trial date.

Accordingly, the bench trial in Donnelly v. Anand, 24 Civ. 6320 (PKC), is adjourned from September 4, 2025 to October 9, 2025 at 11 a.m. in Courtroom 11D of the

- 3 -

Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY.  The Court does not anticipate granting any future requests to modify the trial date.

        Plaintiff's counsel is ordered to serve this Order upon defendant and to file an affidavit of service to the docket within three (3) days of service.

        **THE FAILURE OF ANY PARTY TO APPEAR IN PERSON AT THE OCTOBER 9, 2025, 11 A.M. TRIAL WILL RESULT (A) IN THE CASE OF THE PLAINTIFF, IN THE DISMISSAL OF THE PLAINTIFF'S CLAIM AGAINST DEFENDANT; AND (B) IN THE CASE OF THE DEFENDANT, IN THE ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT.**

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 2, 2025