| | |
|---|---|
| **From:** | Jonathan Anand |
| **To:** | Castel NYSD Chambers |
| **Cc:** | argolub@argolub.com; mfrankel@bfklaw.com; rich@jacobsontrademark.com |
| **Subject:** | Anand v. Donnelly (KAWS) – Case No. 24-cv-6320 (PKC) – Defendant's Pretrial Submissions & Request for Remote Appearance |
| **Date:** | Thursday, August 28, 2025 4:50:23 PM |
| **Attachments:** | Notice_of_Pro_Se_Filing.pdf<br>Defendant_Response_Packet_Final.pdf<br>Remote_Appearance_Request_Final.pdf |

**CAUTION - EXTERNAL:**

Dear Judge Castel,

I am the Defendant, **Jonathan Mohan Anand**, appearing pro se in the above-captioned matter. Pursuant to the Court's August 5, 2025 Order, I am submitting my pretrial materials in advance of the September 4, 2025 bench trial.

Attached please find:

1. Notice of Pro Se Filing

2. Defendant's Response Packet (Cover Letter, Witness & Exhibit List, and Trial Brief)

3. Request for Remote Appearance (standalone motion)

I respectfully request the Court's permission to appear remotely (via Zoom or telephone) for the September 4, 2025 bench trial, as I currently reside in Bangkok, Thailand and cannot travel to New York due to financial hardship and international travel constraints.

Thank you for your consideration.

Respectfully submitted,
Jonathan Mohan Anand
Defendant/Debtor, Pro Se

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.