**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BRIAN DONNELLY a/k/a KAWS and KAWS INC.,

                Plaintiffs,

-against-                        21 **CIVIL** 9562 (PKC)

## DEFAULT JUDGMENT

JONATHAN ANAND, individually and d/b/a Homeless Penthouse, Penthouse Theory, Hideout.NYC, Incognito and Young Neon,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 14, 2025, Plaintiffs' motion for sanctions is GRANTED and defendant Anand's Answer and Amended Answer are stricken. Default Judgment is entered against Jonathan Anand as to liability.

**Dated:** New York, New York

       October 15, 2025

                                          **TAMMI M. HELLWIG**
                                             **Clerk of Court**

**BY:**

                                             **Deputy Clerk**